**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DANIEL HAGGART AND KATHY                )
HAGGART, ROBERT W. TAYLOR,              )
ANNMARI RYAN, KEVIN IDEN, DOUG          )
RUBIN AND RACHEL RUBIN, DAYTON P.       )
DENNISON, TERESA A. GALLO, SUK          )
BONG LEE AND MIJA LEE, WILLIAM J.       )
CLANCY AND DORIS E. CLANCY, SEUNG       )
J. HONG AND SALLY HONG, JEFFREY B.      )
DUBOIS AND ANIKA V. DUBOIS, KEVIN       )
JONES, CHRISTOPER M. HALL, SHERILYN     )
SHIRLEY, VIRENDRA K. CHAUDHARY          )
AND ROSHIL CHAUDHARY, MARLENE R.        )
WINTER, TIMOTHY J. RILEY AND            )
VIRGINIA L. RILEY, NABIL HAMADEH        )
AND GHADA HAMADEH, JERRY RISE,          )
STEVEN T. FOWLER, TERRY THOMPSON,       )
LYNDA HAUTALA AND ERIC HAUTALA,         )
MARK MUHSAM, MARC BEAN, LUANA           )
RANDLEMAN, JEFF BEHRMAN, JOY A.         )
KREICK AND CONRAD R. KREICK, ALAN       )
SKOW, BARBARA S. KELLY AND BOBBY        )
J. KELLY, RACHEL GAINES AND KEVIN       )
BETO, and MICHAEL HURLEY, MARTIN        )
HOCHFELD, O. LOWELL ANDERSON,           )
ALAN B. CLARK, ROTER INVESTMENTS,       )
L.P.,                                   )
For Themselves and As Representatives of a   )
Class of Similarly Situated Persons, and     )
                                        )
            Plaintiffs,                 )
                                        )
    vs.                                 )      No.  09-103 L
                                        )
THE UNITED STATES OF AMERICA,           )
                                        )
            Defendant.                  )

**MOTION TO CERTIFY CLASS ACTION**

Pursuant to Rule 23 of the Rules of the United States Court of Federal Claims, the

named Plaintiffs ("Plaintiffs"), for themselves and as representatives of a class of similarly situated persons, move this Court to certify this action as a class action. In support of this motion, Plaintiffs state as follows:

1.      Plaintiffs have been deprived of their property under the National Trails System Act Amendments of 1983, 16 U.S.C. § 1247, and are entitled to compensation for the taking of their land under the Fifth Amendment to the United States Constitution.

2.      A class of similarly situated individuals or entities who have had their property taken exists.

3.      Rule 23 class certification prerequisites have been met:

    a.   The class is so numerous that joinder of all members is impracticable;

    b.   There are questions of law or fact common to the class;

    c.   The claims or defenses of the representative parties are typical of the claims or defenses of the class; and

    d.   The representative parties will fairly and adequately protect the interests of the class.

Incorporated herein by reference in this Motion is Plaintiffs' Memorandum in Support of Motion to Certify Class Action.

WHEREFORE, Plaintiffs pray that this Court certify this action as a class action pursuant to Rule 23 of the United States Court of Federal Claims.

BAKER STERCHI COWDEN & RICE, L.L.C.

Date: May 21, 2009

By___/s/ Steven Wald_____
    Brent W. Baldwin
    Steven M. Wald
    J. Robert Sears
    1010 Market Street, Suite 950
    St. Louis, MO 63102-1708
    (314) 231-2925
    (314) 231-4857 (facsimile)
    baldwin@bscr-law.com
    wald@bscr-law.com
    sears@bscr-law.com

    -and-

    Thomas S. Stewart
    Elizabeth G. McCulley
    Anne E. Baggott
    2400 Pershing Road, Suite 500
    Kansas City, MO 64108
    (816) 471-2121
    (816) 472-0288 (facsimile)
    stewart@bscr-law.com
    mcculley@bscr-law.com
    baggott@bscr-law.com

    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 21st day of May 2009, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 21st day of May 2009, to:

Bruce K. Trauben
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
(202) 305-0238
(202) 305-0506 (facsimile)

ATTORNEY FOR DEFENDANT

/s/ Steven Wald_____
ATTORNEY FOR PLAINTIFFS