**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) ) ) ) | No.  09-103 L |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS OF PLAINTIFFS' WILLIAM AND DORIS CLANCY AND SEUNG J. AND SALLY HONG**

COME NOW Plaintiffs and Defendant and, pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal without prejudice of the claims of Plaintiffs William Clancy, Doris Clancy, Seung J. Hong, and Sally Hong.  All other claims brought by and through the remaining named Plaintiffs for themselves and in their representative capacities remain in full force and effect.

Date: August 5, 2009

Respectfully submitted by:

BAKER STERCHI COWDEN & RICE, L.L.C.　　JOHN C. CRUDEN
　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General


By:　/s/ Steven M. Wald　　　　　　　　　/s/ Bruce K. Trauben　　　　
Brent W. Baldwin　　　　　　　　　　　　Bruce K. Trauben
Steven M. Wald　　　　　　　　　　　　　U.S. Department of Justice
J. Robert Sears　　　　　　　　　　　　　Environmental and Natural Resources
1010 Market Street, Suite 950　　　　　　　Division
St. Louis, MO 63102-1708　　　　　　　　Natural Resources Section
(314) 231-2925　　　　　　　　　　　　　P.O. Box 663
(314) 231-4857 (facsimile)　　　　　　　　Washington, D.C. 20044
baldwin@bscr-law.com　　　　　　　　　　(202) 305-0238
wald@bscr-law.com　　　　　　　　　　　(202) 305-0506 (facsimile)
sears@bscr-law.com　　　　　　　　　　　bruce.trauben@usdoj.gov

-and-　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT

Thomas S. Stewart
Elizabeth G. McCulley
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 (facsimile)
stewart@bscr-law.com
mcculley@bscr-law.com

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 5th day of August 2009, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 5th day of August 2009, to:

Bruce K. Trauben
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
(202) 305-0238
(202) 305-0506 (facsimile)

ATTORNEY FOR DEFENDANT


        /s/ Steven Wald
        ATTORNEY FOR PLAINTIFFS