## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, ) ) ) ) Plaintiffs, ) ) vs. ) ) THE UNITED STATES OF AMERICA, ) ) Defendant. ) ) | No. 09-103 L |

## NOTICE OF PLAINTIFFS' DESIGNATION OF LEAD COUNSEL AND SUPPLEMENTAL INFORMATION PURSUANT TO THIS COURT'S ORDER GRANTING PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION

Pursuant to paragraphs C and D of Section II of this Court's September 28, 2009 Order granting Plaintiffs' Motion to Certify Class Action (Doc 26), Plaintiffs hereby provide the following information:

1. Plaintiffs respectfully request that the Court designate Steven M. Wald as lead counsel, and

2. Plaintiffs state as a supplement to their Motion to Certify Class Action (Doc 11) that:

   a. The record-keeping procedures regarding attorney's fees and expenses in this case are that both time and expenses are recorded on a daily basis, and can be compiled in a report at any time, through the use of billing software that is routinely used at Baker Sterchi Cowden & Rice, L.L.C. ("BSCR"), where all the attorneys and paralegals on this matter are employed. The time is billed in increments of one-tenth (1/10) of an hour.

      b.    The basic terms of the existing agreements with clients is that BSCR's fee will be the greater of (a) 35% of any recovery (45% if the case is appealed); or (b) its statutory attorneys' fees.

Respectfully submitted by:

BAKER STERCHI COWDEN & RICE, L.L.C.

Date: October 16, 2009

By /s/ Steven M. Wald
   Steven M. Wald

And Of Counsel for the Class:

Brent W. Baldwin
J. Robert Sears
1010 Market Street, Suite 950
St. Louis, MO 63102-1708
(314) 231-2925
(314) 231-4857 (facsimile)
wald@bscr-law.com
baldwin@bscr-law.com
sears@bscr-law.com

-and-

Thomas S. Stewart
Elizabeth G. McCulley
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 (facsimile)
stewart@bscr-law.com
mcculley@bscr-law.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 16th day of October, 2009, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 16th day of October, 2009, to:

Bruce K. Trauben  
U.S. Department of Justice  
Environmental and Natural Resources Division  
Natural Resources Section  
P.O. Box 663  
Washington, D.C. 20044  
(202) 305-0238  
(202) 305-0506 (facsimile)

ATTORNEY FOR DEFENDANT

                                              /s/ Steven M. Wald  
                                              ATTORNEY FOR PLAINTIFFS