IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: December 3, 2009)

_____
                                                                  )
DANIEL and KATHY HAGGART                       )
for themselves and as representatives of a        )
class of similarly situated individuals,              )
                                                                  )
                Plaintiffs,                             )
                                                                  )
        v.                                                     )
                                                                  )
THE UNITED STATES,                                  )
                                                                  )
                Defendant.                            )
_____)

ORDER

      In a joint status report filed November 6, 2009 in this rails-to-trails case, the parties address their disagreement as to whether this action, previously certified as a class action, *see Haggart v. United States*, __ Fed. Cl. __, 2009 WL 3152383 (2009), should be stayed until a trail-use agreement is executed. *See* Joint Status Report at 1-3. The disputed issue arises because a Notice of Interim Trail Use ("NITU") has issued but the actual trail-use agreement has been deferred, pending continued negotiations between the BNSF Railway Company and King County, Washington. *Id.* at 1 (reporting that the Surface Transportation Board has granted an extension of time to April 20, 2010, to complete negotiations).

      In the circumstances, the issuance of the NITU has triggered the statute of limitations for bringing takings claims, *see Caldwell v. United States*, 391 F.3d 1226 (Fed. cir. 2004), but the absence of a trail-use agreement might be fatal to the success of a takings claim because no taking might be deemed to occur in the absence of such an agreement. *See Ladd v. United States*, __ Fed. Cl. __, 2009 WL 3347100, at *5 (2009) ("A physical taking cannot have occurred . . . where neither the NITU nor another aspect of the federal abandonment proces has resulted in construction of a trail for public use.").

      As requested by the court, the parties have included in the joint status report a proposed plan for providing notice to the class. The absence of a trail-use agreement, however, raises the

question whether the notice should be issued at this time.  The court requests that the parties each separately submit statements more fully explaining their positions on the appropriateness of issuing class notice in the circumstances, and that those statements be filed on or before December 22, 2009.

A hearing will be held by telephonic means on January 5, 2010, commencing at 11:00 a.m., EST, respecting whether notice should be issued.  The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge