**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) ) ) ) No. 09-103 L |
| Plaintiffs, | ) ) Judge Charles F. Lettow |
| vs. | ) ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

On November 6, 2009, the Parties filed a Joint Status Report (Dkt. No. 30), wherein the United States expressed its belief that a stay should be imposed in this action because no trail use agreement had been executed. See Nov. 6, 2009 Joint Status Report at 1-3. Plaintiffs did not believe that a stay was necessary and requested an opportunity to brief the issue. Id. at 3. On December 3, 2009, the Court ordered the Parties to "each separately submit [by December 22, 200] statements more fully explaining their positions on the appropriateness of issuing class notice in the circumstances . . . ." Dec. 3, 2009 Order at 2 (Dkt. No. 31). The Court also set a hearing on the issue for January 5, 2010 at 11:00 a.m., EST. Id.

The Parties, however, learned today (December 22, 2009) that King County entered into a trail use agreement on Monday, December 21, 2009. Consequently, the United States no longer believes that a stay should be imposed in this action. The Parties, therefore, jointly report that the scheduled briefing and hearing on whether to impose a stay in this action now is moot, and jointly request that the Court issue a schedule for providing notice to the class as proposed by the Parties in their November 6, 2009 Joint Status Report, without amendment at this time.

1

Respectfully submitted,

| | |
|---|---|
| BAKER STERCHI COWDEN & RICE, L.L.C. | IGNACIA S. MORENO<br>Assistant Attorney General |
| By /s/ Steven Wald (by BKT with perm.)<br>   Brent W. Baldwin<br>   Steven M. Wald<br>   J. Robert Sears<br>   1010 Market Street, Suite 950<br>   St. Louis, MO 63102-1708<br>   (314) 231-2925<br>   (314) 231-4857 (facsimile)<br>   baldwin@bscr-law.com<br>   wald@bscr-law.com<br>   sears@bscr-law.com | By /s/ Bruce K. Trauben<br>   Bruce K. Trauben<br>   U.S. Department of Justice<br>   Environment & Natural Resources Division<br>   Natural Resources Section<br>   P.O. Box 663<br>   Washington, D.C. 20044<br>   (202) 305-0238<br>   (202) 305-0506 (facsimile)<br>   bruce.trauben@usdoj.gov<br><br>   ATTORNEYS FOR DEFENDANT |

-and-

Thomas S. Stewart
Elizabeth G. McCulley
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 (facsimile)
stewart@bscr-law.com
mcculley@bscr-law.com

ATTORNEYS FOR PLAINTIFFS


Dated:  December 22, 2009