Case 1:09-cv-00103-CFL Document 36-2 Filed 05/14/10 Page 1 of 1

# Top 7 things you must do this month in Bellevue



**SCENE & SEEN**
**Lindsay Larin**

Rainy clouds and cold weather may make you want to hibernate at home, but this list of Scene & Seen things to do in Bellevue in the month of May is sure to put a little spring back in your step.

From meet and greets with a top fashion expert and famous actress to professional Seattle athletes hitting the green for a good cause, this month is jam-packed with reasons to perk up and venture out to see what Bellevue has to offer.

### Friday, May 7:
### Meet & Greet with Ken Downing

Join fellow shoppers at Neiman Marcus at The Shops at The Bravern for a champagne reception and fashion presentation with NM Senior Vice President/Fashion Director Ken Downing. The event begins at 6 p.m. Complimentary Valet parking at the 110th Street Arrival Court. Space is limited. Please reply to NM Public Relations at 425-452-3317.

### Saturday, May 8:
### Book Signing with Molly Ringwald

InStyle magazine fashion expert Dina Biblarz and actress Molly Ringwald will make a special guest appearance at Nordstrom in Bellevue Square between 11 a.m. and 1 p.m. Dina will be on hand to give expert advise and Molly will read an excerpt from her new book, Getting the Pretty Back. During the event, receive a signed copy of Molly's book with any purchase of NYDJ. To RSVP for the event, call 425.455.5800 and ask for the Narrative, Petites or Encore department.



**Molly Ringwald**

### Sunday, May 9:
### Mothers Golf Free

Mothers Golf Free at The Golf Club at Newcastle. Sign up in advance for time on the green with your mom at any of the 11 Oki Golf properties, including Newcastle. Mothers golf for free with a paid guest. For more information about Oki Golf or to book, call 425-454-2800 or visit www.OkiGolf.com.

### Tuesday, May 18:
### Coffee & Art at BAM

Sip coffee and mingle with fellow art and craft enthusiasts to discuss contemporary craft and the current exhibits displayed at the Bellevue Arts Museum. In May, the museum will focus on the Joyce and John Price glass collection. Discussion will focus on the variety of glasswork and how it provides an overview of the Northwest studio glass scene. For more information call 425-519-0770 or visit http://www.bellevuearts.org.

### Saturday, May 22:
### Bellevue Art & Park Walk

Lace up your walking shoes for the Bellevue Downtown Art & Park Walk 10K. The walk goes from 8 a.m. to 3 p.m. with parking and free registration at Northwest Arts Center, 9825 NE 24th St. The route includes viewing of over 20 pieces of public art throughout Downtown Bellevue. Visit www.cityofbellevue.org for more information.

### Monday, May 24:
### Drive for Dreams Golf Classic

It's time once again for the annual Drive for Dreams Golf Classic benefiting Overlake Service League. This year will feature guest celebrities, Sean Locklear of the Seattle Seahawks and other local sports celebrities along with a $50,000 Cash Hole-in-One Prize. The day includes the Golf Classic followed by a silent auction and dinner. For questions and registration, call 425-451-1175.

### Saturday, May 27:
### SATC2 Private Screening & Cocktail Party

Pull out those high heels and hit Downtown Bellevue for a private showing of Sex and the City Two: Girls Night Out for a Purpose. Lindeman Weddings & Events is hosting a SATC2 Premiere Party and Private Showing, with 100 percent of the proceeds donated to help aid in the fight against human trafficking and forced prostitution. The premiere party begins at Pearl Restaurant in Bellevue followed by the private showing at Lincoln Square Cinemas. Tickets are $55 a person and festivities begin at 7 p.m.

*Lindsay Larin can be reached at 425-453-4602.*

---

# PUBLIC NOTICES

## LEGAL NOTICE AUTHORIZED BY THE U.S. COURT OF FEDERAL CLAIMS

**If on October 27, 2008 or November 28, 2008, you had an ownership interest in land adjacent to or underlying those portions of the railroad corridor or right-of-way located in King County, that runs from Kennydale to Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co., you may be an eligible class member.**

**1. What is this lawsuit about?**

On February 19, 2009, a complaint was filed against the United States in the United States Court of Federal Claims by property owners for themselves and on behalf of a proposed group or "class" of similarly situated property owners. The lawsuit alleges that the Surface Transportation Board ("STB") issued a Notice of Interim Trail Use ("NITU") concerning the Railroad Line that authorized the railroad company previously operating the rail line–BNSF--to enter into a "railbanking" agreement with King County to preserve this right-of-way for future rail use and to allow interim trail use of the right-of-way. The lawsuit alleges that the STB's issuance of the NITU interfered with property interests recognized under Washington law and, therefore, constitutes a taking of private property for public use pursuant to the Fifth Amendment to the United States Constitution.

Defendant, the United States, denies that the Named Plaintiffs or potential class members are entitled to compensation for a Fifth Amendment taking.

**2. Am I an eligible class member?**

Eligible class members are those who, on October 27, 2008 (for land located between Kennydale and Wilburton; or between Woodinville and Redmond) or November 28, 2008 (for land located between Wilburton and Woodinville), owned an interest in land adjacent to or underlying the railroad corridor or right-of-way on which a rail line was formerly operated by the Burlington Northern and Santa Fe Railway Company ("BNSF") in King County, Washington (the "Railroad Line"), and where BNSF only held an easement.

**3. How can I join the Class Action?**

To be considered eligible to join the Class Action, by **FRIDAY, JUNE 18, 2010**, you must mail, fax, or hand deliver a completed form stating that you, or the entity you represent owned land on October 27, 2008 or November 28, 2008, that was next to or traversed by the Railroad Line, and that you wish to join the Class Action to have your claim pursued. If you do so and are otherwise eligible, Class Counsel will enter your appearance in the Class Action on or before July 1, 2010. Class Counsel (info below) will provide you with the form upon your request.

**4. What happens once I join the Class Action?**

If you become a class member, a judgment in this case will be binding on you, meaning you could not pursue your own separate lawsuit using your own attorney. If you do not join in the Class Action, please be aware that the last day to file your own action is six (6) years from either October 27, 2008 or November 28, 2008, depending upon which segment of the railroad corridor your property is adjacent to; otherwise, your claim would be barred by the statute of limitations.

**5. Other information**

Whether you are still the owner, or have sold the property, has no impact on your eligibility. However, you must have owned the property on October 27, 2008 or November 28, 2008 to be considered eligible.

Judge Charles F. Lettow of the United States Court of Federal Claims ruled that the lawsuit will proceed as a class action. In doing so, Judge Lettow did not rule on the merits of the Named Plaintiffs' Complaint or find that the United States has any liability to Plaintiffs or to potential class members.

The Class Action seeks just compensation for an alleged taking. The Class Action does not challenge the propriety or the legitimacy of any recreational trail. The only remedy available to class members if the Court concludes that a taking has occurred under the Fifth Amendment is a monetary judgment against the United States for just compensation of the property interest taken.

If the case is unsuccessful, you will have no obligation for attorneys' fees or costs.

**You can request a form to join the class action from Class Counsel.** Their contact information is: Baker Sterchi Cowden & Rice, L.L.C., 1010 Market Street, Suite 950, St. Louis, MO 63101; (314) 231-2925; (888) 235-6193; (314) 231-4857 (fax).

Published in Bellevue Reporter May 7, 2010. #354636

---

G. Troy Parkinson, Esq. (6121)
PRINCE, YEATES & GELDZAHLER
175 East 400 South, Suite 900
Salt Lake City, Utah 84111
(801) 524-1000
gtp@princeyeates.com
Attorney for Plaintiff Zions First National Bank

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR BLAINE COUNTY

**ZIONS FIRST NATIONAL BANK**, a national banking association,
  Plaintiff,
vs.
**GARY E. GIGOT**, an individual
  Defendant.
Case No. CV-09-794
**SUMMONS**
**TO: DEFENDANT GARY E. GIGOT**

You have been sued by Zions First National Bank, the Plaintiff, in the Fourth Judicial District Court in and for Valley County, Idaho, Case No. CV-09-794.

The nature of the claim against you is for the entry of a deficiency judgment after foreclosure.

Any time after 20 days following the last publication of this summons, the court may enter a judgment against you without further notice, unless prior to that time you have filed a written response in the proper form, including the Case No., and paid any required filing fee to the Clerk of the Court at 206 1st Avenue South, Suite 200, Hailey, Idaho 83333, and served a copy of your response on the Plaintiff's attorney at 175 East 400 South, Suite 900, Salt Lake City, Utah 84111. A copy of the Summons and Complaint can be obtained by contacting either the Clerk of the Court or the attorney for Plaintiff. If you wish legal assistance, you should immediately retain an attorney to advise you in this matter.

DATED the 13th day of April, 2010.
Clerk Of The District Court
/s/ JoLynn DrageDeputy Clerk
  Published in the Bellevue Reporter on April, 30, 2010, May 7, 2010, May 14, 2010 and May 21, 2010. #355362.

---

**Self Storage Lien Sale**
**May 11th at 1:30 pm**
Sale will be held at Bel-Red Storage, 1405 130th ave NE
Bellevue, Wa. 98005
425-455-2600
Published in Bellevue Reporter April 30, 2010, May 7, 2010; Mercer Island Reporter May 5, 2010. #355601.

---

Northwest Aquatic Eco-Systems 360-357-3285 is seeking coverage under the NPDES Waste Discharge General Permit for aquatic plant and algae management, Lake Washington 22,000 acres (Meydenbauer Bay) for the Meydenbauer Bay Homeowners Association, Location: Bellevue. These water sites may be treated to control aquatic weeds and algae growth between April 1st through Oct. 30. The chemicals planned for use are: Fluridone, Diquat, Endothall, 2,4-D and Glyphosate with Adjuvant. The total treatment area will not exceed 50 acres.

Any person desiring to present their views to the Department of Ecology regarding this application shall do so in writing within 30 days of the last date of publication of notice. Comments can also be submitted on SEPA documents for these projects. Submit comments to: Dept. of Ecology P.O. Box 47696 Oly, WA 98504-7696, Attn: Water Quality Program, Aquatic Pesticide Permit Coordinator. Any water use restrictions and or advisories will be posted near the treatment areas along the private shoreline and public access points. Copies of the application are available by calling the Water Quality Program, Aquatic Pesticide Permit Coordinator at 360-407-6938.

Published the Bellevue Reporter on May 7, 2010 and May 14, 2010. #357771.

---

To place your Legal Notice in the Bellevue Reporter

please call Linda at 253-234-3?

legals @ reporternewspap?



**EXHIBIT**
**B**