# EXHIBIT A

## CLASS MEMBERS ENTERING APPEARANCE (NOT INCLUDING CLASS REPRESENTATIVES ALREADY NAMED IN PREVIOUS COMPLAINTS)

| Claimant Last Name | Claimant First Name | Claimant Co-Owner Name | Parcel Number | Opt-in or Engaged Claimant |
|---|---|---|---|---|
| 1994 Richard H. Elfers Trust B and 1994 Priscilla P. Elfers Trust B | | | 3343302570 | Opt-in |
| 1998 Kemis Family Limited Partnership | | | 5711600010 | Opt-in |
| 355 Wilburton Office Condominium Association | | | 8636800000 | Opt-in |
| 457 120th Avenue NE, LLC | | | 3325059213 | Opt-in |
| ADM II, LLC | | | 2726059092 | Opt-in |
| AIDLIB, LLC | | | 3326059243 | Opt-in |
| AIY Chan, formerly Chan & Chan, LP | | | 6828700035 | Opt-in |
| Akimoto | Ken M. | | 1247100018 | Opt-in |
| Albert B. Lebenzon IRA Account #20236-330, through Trustee Gary Volchok | | | 2025059102 | Opt-in |
| Altig | Richard W. | | 3893100180 3893100200 | Opt-in |
| An | Mu Sin | Yang Suk | 6065300080 | Engaged |
| Anderson | Joseph C. | | 3342103720 3342103730 | Opt-in |
| Arcese | Robert | | 7882600550 | Opt-in |
| Arndt | Derek | | 3982700915 3982701130 3982701155 | Opt-in |
| Asko Processing, Inc. | | | 1526059094 1526059095 | Opt-in |
| B.D. Real Estate, LLC | | | 1526059125 1526059075 | Opt-in |
| Bach | Charles F. | | 4151800570 | Opt-in |
| Bachellerie | Robert H. | | 3343302210 | Opt-in |
| Baerny | Jane Andrews | | 4151800585 | Opt-in |
| Barbee Tucker-Pigott Irrevocable Trust, through Trustee, Shaun Tucker | | | 2432000170 | Opt-in |
| Barber | Gerald | Susan Barber, f/k/a Susan Lang | 3343302750 | Opt-in |
| Barrett | Kirt | Lynn | 2588500020 | Opt-in |
| Barrier Properties , LLC | | | 2825059070 1099100002 1099100011 | Opt-in |
| Bartell | George D. | | 6065300050 | Opt-in |
| Baxter | William F. | Linda O. | 9518100045 9518100035 | Opt-in |
| Baxter Air, Inc. | | | 9518100050 | Opt-in |
| BCS Plaza, LLC | | | 0225059157 | Opt-in |
| Beckman | LeMoin C. | | 4134300250 | Opt-in |
| Bell | Jeffrey A. | Colleen M. | 9413900070 | Opt-in |
| Bellevue Door & Millwork Co. | | | 2726059065 | Opt-in |

| | | | | |
|---|---|---|---|---|
| Bel-Red Center LLC | | | 2825059212 | Opt-in |
| Benson | Margaret, a/k/a Meg Benson | | 3343302360 | Opt-in |
| Benson | Lonnie J. | | 1725059289 1725059307 | Opt-in |
| Bergstrom | Barbara | | 6828700090 | Opt-in |
| BETA-Bellevue Auto Center, LLC | | | 3325059036 | Opt-in |
| Beuslinch | Ronald G. | | 7269100085 | Opt-in |
| Billow | Charles W. | | 6828700095 | Opt-in |
| Bilti, Jr. | Simion | | 3342100385 | Opt-in |
| Bingham | Scott | | 1725059261 | Opt-in |
| Black | Christopher W. | Mary C. | 6828700065 | Opt-in |
| Bloch | Barry | | 1246200093 | Opt-in |
| Block | Kari P. | | 3343301980 | Opt-in |
| Bolton | Robert and Jeanne | Robert and Susan Swanson | 7198900061 | Opt-in |
| Bowar | Dale J. | | 1724059024 | Opt-in |
| Bowden | Kim D. | Lori Larson | 3342104050 3342103705 | Opt-in |
| Boydston | Anthony P. | | 3342700240 3342700070 6828100020 | Engaged |
| Brace | Steven | | 6828100085 | Opt-in |
| Brandjord | Kazuyo | | 9808590520 | Opt-in |
| Breard | Rhonda Lee | | 3343302440 | Engaged |
| Brennan | Gerald, a/ka Jerry Brennan | | 3124059076 3124059075 3124059074 | Opt-in |
| Broad | Randall R. | Jennifer Mount | 1234000979 | Opt-in |
| Broadus Family II, LLC | | | 8046100044 | Opt-in |
| Broman | Barry M. | | 7555210140 | Opt-in |
| Brooks | Charles | | 6065300090 | Opt-in |
| Brown | Bruce K. | Patricia A. | 2588500050 | Opt-in |
| Brown | John Michael | | 3342700270 | Opt-in |
| BRP Sparks, Inc. | | | 9399700310 | Opt-in |
| Bruce | Harold A. | | 3343302475 | Engaged |
| Brunt | Mary L. | | 4134300040 | Opt-in |
| Buchan Brothers Investment Properties, formerly Buchan Brothers Construction Company | | | 2726059064 2726059125 | Opt-in |
| Burke | Shawn | | 3764500100 | Opt-in |
| Cabrian | Mary | Joe T. Collier | 0351100024 | Opt-in |
| Carlson | Bradley T. | | 3342100055 | Opt-in |
| CCP/Shurgard Venture LLC | | | 2826059082 2826059231 2826059232 | Opt-in |
| CGSNW-Willows, LLC | | | 325059258 325059259 | Opt-in |
| Chaipatanapong Limited Partnership | | | 1526059026 | Opt-in |
| Chambers, Individually, and as Personal Representative of the Estate of Guy Roger Chambers | Virginia Elizabeth | | 4134300175 | Opt-in |
| Chen | Jiin | | 7555210170 | Opt-in |
| Clark | Diane | | 2826059071 | Opt-in |

| | | | | |
|---|---|---|---|---|
| Cleveland Holdings LLC, by and through L. Lars Knudsen | | | 1225059019 | Opt-in |
| Cleveland Square LLC, RC TC Meridian Ridge LLC, Grand Property LLC, and TWOSONS LLC | | | 1225059031<br>1225059221<br>1225059055<br>1225059075<br>1225059057<br>1225059090<br>1225059142<br>1225059156<br>1225059157 | Opt-in |
| Cleveland Street Condominium Association | | | 1624000000 | Opt-in |
| Cochenour | John | | 3899500175 | Opt-in |
| Cogswell, L.P. | | | 3893100820 | Opt-in |
| Cokan | France | | 6828100055 | Opt-in |
| Conner | Charles F. | | 3342103940 | Engaged |
| Conner Homes at Barbee Mill, LLC | | | 0518500990<br>0518501000<br>0518501010<br>0518501020<br>0518501080<br>0518501090<br>0518501100<br>0518501110<br>0518501120<br>0518501130<br>0518501040<br>0518501050<br>0518500640<br>0518500010<br>0518500650<br>0518500660<br>0518500670<br>0518500700<br>0518500710<br>0518501030<br>0518501060<br>0518501070<br>0518501140 | Engaged |
| Construction Industry Training Counsel | | | 2825059276 | Engaged |
| Conversano | Guy A. | Rebecca A. | 3343302385<br>3343302390 | Engaged |
| Cosmos International Corp. | | | 3325059204 | Opt-in |
| Craig | Ken C. | | 4101010270 | Opt-in |
| Creekside Park Owners Association | | | 1822400000 | Opt-in |
| Crispin, as Trustee of that certain Declaration of Trust dated September 17, 1980 | Dennis J. | | 4134300190 | Engaged |
| Crooker, Individually, and as Personal Representative of the Estate of Colleen Marie Lindberg | Kenneth | | 3342103860 | Engaged |
| Cryder | Robert | | 2726059048 | Opt-in |
| Curley | William | | 2588500030 | Opt-in |

| | | | | |
|---|---|---|---|---|
| Cypress Point Building LLC | | | 2825059277 | Engaged |
| D & P Lockner I LLC | | | 3343301870 | Opt-in |
| Dahlby | Thomas R. | Kathleen I. | 3342103805<br>3342103795 | Opt-in |
| Dana | Donald C. | | 3343302830<br>3343302831 | Opt-in |
| Darrow | Floyd C. | Sandra M. | 3343302130 | Engaged |
| DCK Properties, LLC | | | 3226059026 | Opt-in |
| DeBlois Properties, LLC | | | 0926059062 | Opt-in |
| Deloof f/k/a Susan Lindstrom | Susan | | 3342103695 | Opt-in |
| DeRoulet | Jeffrey | | 0926059153 | Opt-in |
| Design Market Propeties, LLC | | | 2825059019 | Opt-in |
| Dich | Lynn T. | | 8899600070 | Opt-in |
| Dicken, Individually, and on behalf of Eastside Chrysler Jeep | D.A. | | 3325059190 | Opt-in |
| Dickenson | Ollie Maxine | | 2911700030 | Opt-in |
| Dickerson | Curtis L. | Julie G. | 4134300045 | Engaged |
| Diversity Assets, LLC | | | 3343302875 | Opt-in |
| DMB-1, LLC | | | 0225059194 | Opt-in |
| Dursch | Harry | Kirsten Lemke | 6828700025 | Engaged |
| Dye, by and through his power of attorney, Robert Dye | Patrick | | 3343302780 | Opt-in |
| East Bell LLC | | | 8046100041 | Opt-in |
| Eastman, a/k/a William Eastman III | Bill | | 1235100018 | Opt-in |
| Egly | Paul C. | | 9808590540 | Opt-in |
| Elsje Hoek Credit Trust UW, by and through Timothy Woosley | | | 3326059085 | Opt-in |
| Ely | Sherman S. | | 7555210190 | Opt-in |
| EQR-Redmond Way, LLC | | | 1125059040<br>7792400065 | Opt-in |
| Erikson | Bruce E. | Mary R. | 3342700126 | Opt-in |
| Essex Emerald Ridge, LP | | | 2331500000 | Opt-in |
| Estate of Arthur A. Jacobovitz, through its Executor, Herbert Pruzan | | | 2726059034 | Opt-in |
| Estate of K.W. Gores, by and through Personal Representative Thomas Gores (Moss Bay Commerce Center) and Wilcox Properties, LLC | | | 825059234 | Opt-in |
| Estate of Marie A. Beck by and through her personal representative, Russell J. Beck | | | 2826059180<br>2826059137 | Opt-in |
| Evans | Star | | 4134300095 | Opt-in |
| Fairway Property Management, LLC | | | 1225059082 | Opt-in |
| Farinas | Vicente | Jennifer | 3343302370 | Engaged |
| Farmer Bros. Co. | | | 0225059171 | Opt-in |
| Farquhar | Kenneth A. | | 3938900005 | Opt-in |
| Fedigan, as Trustee of that certain Trust created by Declaration of Trust dated September 27, 2002 | Martin | | 6828700005 | Engaged |
| Fergen | Paul A. | Christine | 6828700010 | Engaged |
| Ferrera | Ric F. | | 1247100021 | Opt-in |
| Fife | Brian | | 3342700300 | Engaged |
| Finkbeiner | Holly | | 2540500202<br>2540500203 | Opt-in |
| Fisher | Helen R. | | 2649500263 | Opt-in |

| | | | | |
|---|---|---|---|---|
| Fisk | James G. | | 0825059182 | Engaged |
| Fix | M. Monica | | 3342103930 | Opt-in |
| Flynn | Matthew | | 3343302795 | Opt-in |
| G.C.W. Company, Inc. | | | 7269100094 | Opt-in |
| Galster, f/k/a Peggi DuBois | Peggi | | 3342103985 | Opt-in |
| Garlow | David E. | C.A. Wen | 2726059082 | Opt-in |
| GE Commercial Finance Business Property Corporation | | | 6979500020 | Opt-in |
| Geiger | Sarah | | 3342100010 | Opt-in |
| Gerken | William E. | | 7555200200 | Opt-in |
| Gerken | Patricia | Richard Shepard, Jr. | 6065300170 | Opt-in |
| Gery | Ron O. | | 4101010260 | Opt-in |
| Ghoddoussi | Faramarz | | 9518100100 9518100125 | Opt-in |
| Gibbons | Tracy | | 2024059074 | Opt-in |
| Goetz | Robert L. | | 3342103810 | Opt-in |
| Golding | Benjamin | | 1624059121 | Opt-in |
| Goodwin | Joyce Kendrick | | 3342700211 | Opt-in |
| Granger | Cary | Olympia | 1247100007 | Opt-in |
| Gregov | John | | 6065300110 | Opt-in |
| Grundhaus, Individually, and as Trustee of the William E. Grundhaus GST Exempt Credit Shelter Trust | Marjorie | | 3343302690 3343302700 | Engaged |
| GTS Drywall Supply Company | | | 3893100920 | Opt-in |
| Haack | Paul | | 1724059039 | Opt-in |
| Hagar | Richard | Victoria A. | 3343301860 | Engaged |
| Hal I LLC | | | 3886903401 | Opt-in |
| Halvorson | Elling B. | | 2726059104 | Opt-in |
| Hansen | Richard E. | | 6065300180 | Opt-in |
| Harbers | William S. | | 4100500070 | Opt-in |
| Hardwick | Donna A. | | 6828100065 | Opt-in |
| Harris | Sylvia Denise | | 6828100070 | Opt-in |
| Hauff | Dan B. | | 1725059136 | Engaged |
| Hawthorne Condominiums Homeowners Association | | | 3175100000 | Opt-in |
| Hewitt | Christopher | Lisbeth Hewitt, f/k/a Lisbeth Salsburg | 4151800560 | Opt-in |
| Highland Creek Townhomes Homeowners Association | | | 3295650000 | Opt-in |
| Hillside 116, LLC | | | 2825059103 2825059290 | Opt-in |
| Hilton | Jeffery C. | Ling | 3343302871 | Engaged |
| Hofilena | Ronald | | 6065300120 | Opt-in |
| Houtz | John H. | | 3343302510 | Opt-in |
| Houvener | Paul R. | | 5448300140 | Opt-in |
| Howell | John Edward | Molly Jane | 6828100060 | Opt-in |
| Hudson | William F. | Susan | 3342103743 | Engaged |
| Hudson Willows Properties, LLC and Jaki Willows Properties, LLC | | | 6979500040 | Opt-in |
| Hunt | Thomas R. | Caryl J. | 3342700425 | Engaged |
| Hunt | Pamela J. | | 6828100005 | Opt-in |
| Hurst, Individually, and as Trustee for The D.V. Hurst Trust | D.V. | | 7555200180 | Opt-in |

| | | | | |
|---|---|---|---|---|
| Huse | James D. | Cynthia A. | 3343302800 | Opt-in |
| Icom America, Inc. | | | 2825059141<br>2825059101 | Opt-in |
| Infinity 7 LLC | c/o Jeffrey Hamilton | | 2540500204<br>2540500205 | Opt-in |
| Interpoint Corporation | | | 3426059094<br>3426059037 | Opt-in |
| Ioppolo | Joseph A. | | 3343302850 | Engaged |
| Ireson-Doolittle-Egerdahl Inter Vivos Revocable Trust, through Trustee Tom Doolittle | | | 0424059027 | Opt-in |
| J & B Werner, LLC f/k/a Village Commons Partners | | | 3886901295 | Opt-in |
| J.G. Redmond II, LLC | | | 1225059201 | Opt-in |
| J.G. Redmond, LLC | | | 1225059094 | Opt-in |
| Jacobsen | Michael B. | | 4134300070 | Opt-in |
| Jacques | James H. | | 3343302650 | Opt-in |
| Jaffe | Stanley | | 7269100080 | Engaged |
| James R. Fawcett Trust, through Trustee Janet Miles | | | 3342100034<br>3342100036 | Engaged |
| Jawaher, Inc. | | | 9414000070 | Opt-in |
| Jewell, a/k/a Marie Laing Jewell | Maria Laing | | 2911700065 | Opt-in |
| JJMC Management LLC | | | 0325059194 | Opt-in |
| Johal | Karnail | Nilakumari | 1238900231 | Opt-in |
| John and Kyle Salsburg Living Trust, through Trustees John Salsburg and Kyle Salsburg | | | 4151800565 | Opt-in |
| Johnson | William C. | | 7732000045 | Opt-in |
| Johnson | Stuart D. and Patricia R. | Joyce Johnson, Individually, and as Trustee for the G. Rodney Johnson and Joyce B. Johnson Family Revocable Living Trust, through Trustee Joyce Johnson | 9399700380<br>9399700370 | Opt-in |
| Johnson | Dean W. | | 6828100044 | Opt-in |
| Johnson | Patricia E. | | 3343302660 | Opt-in |
| Johnson | Susan E. | | 3342100565<br>3342100569 | Opt-in |
| Johnson, III | Daniel H. | | 3342103775 | Opt-in |
| Johnston | George | Nancy | 3343302630 | Opt-in |
| Jones | Edmund J. | | 2024059046 | Opt-in |
| Jones | Tommy A. | | 3343302340 | Opt-in |
| Jones | Brett A | | 1238900250 | Opt-in |
| Jorgensen | Robert Eric | Rosemary Russo | 3343301970 | Opt-in |
| Joseph M. and Carol L. Collier Revocable Living Trust, through Trustee Joseph M. Collier | | | 9399700900 | Opt-in |
| Julin Family Limited Partnership | | | 6828100045 | Opt-in |
| Kaiser | Kim J. | | 6828700105 | Opt-in |

| | | | | |
|---|---|---|---|---|
| Karim | Bashir | | 8946400050 | Opt-in |
| Kaseburg | Scott L. | Kathryn | 6828700045 | Engaged |
| Kaye | Marc S. | Susan Wayman | 4134300275 | Opt-in |
| Kelly | Patrick J.J. | | 9430500021 | Opt-in |
| Kent Holding, LLC | | | 1225059231 | Opt-in |
| Keppler | William F. | Debra | 3342104045 | Opt-in |
| Kerfield Enterprises | | | 0926059136 0926059184 | Engaged |
| KG Investment Properties III, LLC | | | 3325059042 3325059041 3325059151 3325059012 | Opt-in |
| Killion | Bill E. | | 3342103760 | Opt-in |
| Kimsey Living Trust, through Trustees Timothy Kimsey and Glenda Kimsey | | | 4134300277 | Opt-in |
| Kirkland Central Park Condominiums Homeowners Association | | | 3900250000 | Opt-in |
| Kirkland Commerce Center Associates, LLC | | | 7882600220 | Opt-in |
| Kirkland Totem Lake I, LLC, Kirkland Totem Lake II, LLC, Kirkland Totem Lake, III, Kirkland Totem Lake, IV, LLC, Kirkland Totem Lake, V, LLC, and Kirkland Totem Lake, VI, LLC | | | 2826059138 | Opt-in |
| Kirkland Totem Lake, LLC | | | 2826059068 | Opt-in |
| Kirkland Way Investment Associates | | | 1235100025 525059072 | Opt-in |
| Kolesar | Larry | | 3629160010 | Opt-in |
| Kozai | Arthur T. | Lori Y. | 3343301940 | Opt-in |
| Krishnamurthy | Mani | | 3343301930 | Engaged |
| Kuhlman Marital Trust, through Trustee Henry Kuhlman | Anna | | 7882600622 | Opt-in |
| Kuhlman Residuary Trust, through Trustee Henry Kuhlman | Anna | | 7882600605 | Opt-in |
| L & R Investments, LLC | | | 9430500031 9430500032 | Opt-in |
| Ladley | Russell C. | | 1235100015 | Opt-in |
| Lai | Dershaiun | | 3326059164 | Opt-in |
| Lake Bellevue Village Homeowners Association | | | 3986900000 | Opt-in |
| Lake View Place Condominiums | | | 4099300000 | Opt-in |
| Lake Washington Youth Soccer Association | | | 2726059127 2726059014 | Opt-in |
| Lakevue Condominiums Homeowners Association | | | 4152300000 | Opt-in |
| Lanterman Associates | | | 8663350130 | Opt-in |
| Laris | Robert | | 3343302480 | Opt-in |
| Lasek | Gregory J. | | 6828700060 | Engaged |
| Lashley | Keith A. | | 3982700226 3982700229 | Opt-in |
| Law | Denis W. | | 3342700280 | Opt-in |
| Lawson | Missy | William Watson | 4151800580 | Opt-in |
| Lebenzon | Albert B. | | 2025059102 | Opt-in |
| Lee | Frances Jane | | 2588500010 | Opt-in |
| Leen | Lola L. | | 2825059207 | Opt-in |

| | | | | |
|---|---|---|---|---|
| Legacy Kelsey Creek, LLC | | | 2825059213 | Opt-in |
| Legacy Partners II Kirkland Crown Pointe, LLC | | | 1725059044<br>1725059303 | Opt-in |
| Legacy Partners II Redmond Quadrant E, LLC | | | 6979500050 | Opt-in |
| Leiba | Paul M. | Elizabeth L. | 3764500070 | Opt-in |
| Leland F. and Betty J. Dellinger Living Trust, through Trustees Leland and Betty Dellinger | | | 3343302270 | Opt-in |
| Leuca | Ileana A. | Ioan | 9808590570 | Engaged |
| Ley | Theodore | | 9542000130 | Opt-in |
| Lindahl | Kevin L. | Rebecca A. Byus | 3342700190 | Engaged |
| Linder Family LLC, by Robert Linder | | | 7198800016 | Opt-in |
| Lindsey Properties, LLC | | | 3325059014 | Opt-in |
| Lindstrom | Carl D. | Richard David Ulvin | 3982700385 | Opt-in |
| Lion Es Hotel Holdings LP | | | 7202410060 | Opt-in |
| Littleman | Viktoria | | 3342700176 | Opt-in |
| Lockner | Donald J. | Patricia | 3343301880 | Engaged |
| Lofgren | Loren R. | | 6828700046 | Opt-in |
| Long | Susan B. | (Phillip is deceased) | 4134300050 | Opt-in |
| Lord | Mark | Lisa Lavalley-Lord | 3124059077<br>3342103715 | Engaged |
| Lorenz | Kimberly | | 5448300060 | Opt-in |
| Lorge, III | John Peter | Nancy | 3343302320 | Opt-in |
| Lynch | Ronald H. | Oralia G. | 3343302120 | Opt-in |
| Lyons | Clark R. | Susan L. | 6828700026 | Engaged |
| Macbride Family, LLC | | | 2726059001<br>2226059006<br>2226059108 | Opt-in |
| Macy | Jessie B. | | 2024059049 | Opt-in |
| Madden | Donna | (Dale is deceased) | 424059018 | Opt-in |
| Maddox | Robert C. | | 4101010310 | Opt-in |
| Magnusson | Craig D. | | 3343302300 | Engaged |
| Magoon Enterprises LLC | | | 2726059039 | Opt-in |
| Mansfield, Individually, and as Power of Attorney for C.A. Mansfield | Claudia | | 6828100035 | Opt-in |
| Manz | Nancy | | 3343302720 | Engaged |
| Marvin | Thomas | Kimberly | 3938900035 | Opt-in |
| Mastro, Individually, and through Bankruptcy Trustee James Rigby | Michael R. | | 2726059110<br>2726059002<br>2226059027<br>2226059042<br>2226059053<br>2226059080 | Opt-in |
| Mathew | Ashvin | | 3764500080 | Opt-in |
| Mathewson, Individually, and on behalf of Midlakes, LLC | R. Kirk | | 3325059010<br>3325059210 | Opt-in |
| Matson, d/b/a Hollywood Hill Animal Hospital | Allen D. | | 0926059033<br>0926059183 | Opt-in |
| Mayfield | Michael P. | | 7923250070 | Engaged |
| McCabe | Kenneth C. | | 9414100040 | Opt-in |

| | | | | |
|---|---|---|---|---|
| McCray, by and through his power of attorney, Sally McCray | David M. | Sally McCray | 3343302540 | Engaged |
| McEwan | Kirk A. | | 2911700025 | Opt-in |
| McKee | David | Shelley | 7555200160 | Opt-in |
| Mears | Peter L. | | 2911700050 | Opt-in |
| Mercer Park Condouminiums | | | 5452290000 | Opt-in |
| Merrell | Jack D. | | 3342100390 | Opt-in |
| Milestone Property Investors, LLC f/k/a B & B Property Investors, LLC | | | 1526059019 | Opt-in |
| Miller | Fredrick | Susan | 6828100030 | Opt-in |
| Miller | Shaun M. | Kristine J. | 4101010330 | Opt-in |
| Milstein | Jerrold H. | Leslie | 4134300053 | Engaged |
| Misty Cove Condominiums Owners Association | | | 5561550000 | Opt-in |
| Monaco-Parker f/k/a Amanda Martinez | Amanda | | 1247100010 | Opt-in |
| Moore | Walter C. | | 3343302874 3343302876 | Opt-in |
| Moore | Thomas E. | Darlene M. Stephenson | 8046100085 | Opt-in |
| Morgan | Laura S. | James C. | 3342103890 | Opt-in |
| Morino | Jeanette | | 3982701730 | Opt-in |
| Morrison | Mark W. | | 9542000115 | Opt-in |
| Mueller | Christie S. | | 3343302670 | Engaged |
| Munar Living Trust, through Trustee Ferdinand C. Munar | | | 3938900015 | Opt-in |
| Mutual Materials Co. | | | 3325059133 3325059134 | Opt-in |
| Nasarow | Andrea S. | | 3342103010 | Engaged |
| Nelgroup Properties LLC | | | 7198900070 | Opt-in |
| Nelson | Fritz W. | Angela F. | 3342700110 | Engaged |
| Newport Shores Business Center, L.L.C | | | 0924059065 | Opt-in |
| Newport Shores Vista LLC | | | 0924059149 0924059264 | Opt-in |
| Nick | Gregory J. | | 3343301920 | Opt-in |
| Novelty Hill Properties, LLC | | | 1526059038 1526059098 1526059097 1526059096 1526059117 | Opt-in |
| NWCV Associates, LLC | | | 1526059054 | Opt-in |
| OB Kirkland Properties, LLC | | | 2726059074 | Opt-in |
| Oki | Scott D. | | 6828700015 | Opt-in |
| Oldham | Michael | Gina | 3343302010 | Opt-in |
| Ollis | Jay E. | Ascension R. | 9542000095 | Engaged |
| Olson, Individually, and on behalf of REO Enterprises, LLC | Robert | | 2726059142 2726059143 | Opt-in |
| Oppfelt | Christopher | | 3342103845 | Opt-in |
| Otten | Sally | | 7555200190 | Opt-in |
| Overlake Christian Church | | | 8858900010 | Opt-in |
| Overlake Hospital Medical Center | | | 2825059251 | Opt-in |
| PACCAR, Inc. | | | 2025059074 | Opt-in |
| Pallis, Jr. | Nicholas | | 1842500100 | Opt-in |
| Pasquier | Karyn A. | | 3342700250 | Engaged |
| PBI Enterprises LLC | | | 2825059218 | Engaged |

| | | | | |
|---|---|---|---|---|
| Pedersen | Leif-Ivar | Jon Pedersen and Erik Pedersen | 1526059086 | Opt-in |
| Peha | Robert D. | | 3342700310 | Opt-in |
| Performance Properties of Washington, LLC | | | 1526059049 | Opt-in |
| Perrin | Roger W. | | 3886903400 | Opt-in |
| Peterson | Larry L. | | 3343302060 | Engaged |
| Peterson | J. George | | 3343301990 | Opt-in |
| Peterson | Joseph L. | Kirstin | 6828100010 | Opt-in |
| Petrich, Jr. | Alan | | 5448300150 | Opt-in |
| Physio-Control, Inc. | | | 9836300452 9836300450 2726059022 | Opt-in |
| Piantanida | Gregory Charles | | 3343302740 3343302460 | Opt-in |
| Pine Forest Properties, Inc., f/k/a Pine Forest Transitory Co. | | | 1099100001 1099100005 1099100025 | Opt-in |
| Pollard | Carl G. | Stephanie A. | 2025059275 | Engaged |
| Polson | R. Alex | Martha Hossman | 9270700005 | Opt-in |
| Pool | Matthew C. | | 3342700355 | Opt-in |
| Port Quendall Company, by General Counsel Lance Lopes | | | 2924059001 2924059002 2924059015 3224059049 | Opt-in |
| Porter | Stephen C. | | 3342103840 | Opt-in |
| Porter | Dixie L. | | 3899500320 | Opt-in |
| Pritchard | Marc | Kaaren | 3342104040 | Opt-in |
| Provost | Alan E. | Cynthia M. | 3342700260 (typo on deed, see legal description, this is actually deed for 260 not 250) | Engaged |
| Public Storage, successor in interest by operation of merger to Public Storage Properties XVI, Inc. | | | 2826059035 2826059016 | Opt-in |
| Quad-R | | | 424059104 | Opt-in |
| Quam | Dolores | | 3343301900 | Engaged |
| Quinton 83d Mall LLC | | | 7198900060 | Opt-in |
| Radmer | M. Jean | (Kenneth is deceased) | 1624059302 | Opt-in |
| Rasmussen | Karen | | 1234000714 | Opt-in |
| RC 124th LLC | | | 2826059053 | Opt-in |
| Redhook Ale Brewery, Inc. | | | 1526059042 | Opt-in |
| Redlin | Randolph W. | | 1624059127 | Opt-in |
| Redmond Center Development, LLC | | | 1225059222 | Opt-in |
| Redmond Gateway LLC | | | 7198800005 1125059146 | Opt-in |
| Redmoor Corp. | | | 7198800026 | Opt-in |
| Reez Properties Inc. f/k/a Zetron Properties, Inc. | | | 6979500070 6979500060 | Opt-in |

| | | | | |
|---|---|---|---|---|
| Reid | Martha F. | | 3764500060 | Opt-in |
| Remington | Paul A. | | 3343302000 | Engaged |
| Renton | Grace | | 5448300135 | Opt-in |
| Repass, Individually and on behalf of Repass Office LLC | Frederick | Kathy | 0120000170 0120000180 0825059003 | Opt-in |
| RIB Investments | | | 2025059234 | Opt-in |
| Richards | Darius F. | Vicki | 3342700330 | Opt-in |
| Richert | Roger R. | | 5448300125 | Opt-in |
| Richter | Jeffrey M. | Kristin Trace | 1725059334 | Opt-in |
| Rivas | John M. | | 9542300110 | Opt-in |
| Rivendell Townhomes HOA | | | 7326850000 | Opt-in |
| Rob-Clarrisa Partnership | | | 3224059043 3224059081 | Opt-in |
| Roberts | Mark | | 1624059140 | Engaged |
| Roland | Russell | Galina Smolniakova | 6828700081 | Opt-in |
| Rongerude | John R. | Hong-Mai | 7882600552 7882600553 | Opt-in |
| Roth | Tali | | 3982701420 | Opt-in |
| Rumberger | Ellen | Joan Strange | 6065300100 | Opt-in |
| Russell | Michael G. | | 4134300230 | Opt-in |
| Russell | David | | 2432000160 | Engaged |
| Ryan | Darren J. | MaryBeth | 3343302220 | Engaged |
| Safeway, Inc. | | | 2825059302 | Opt-in |
| Salvo | Elizabeth | | 6065300130 | Opt-in |
| Sanchez | Alex | E. Melania Duarte-Sanchez | 3342100555 | Opt-in |
| Sandjay, LLC | | | 3342100015 | Opt-in |
| Sapirstein | Robert | | 1234000713 1234000710 | Opt-in |
| Sather | James M. | Kelly J. | 4134300220 | Opt-in |
| Savoy | Donald L. | | 3342103906 | Opt-in |
| Schaff | Craig A. | | 1624059300 | Opt-in |
| Scheiner | Edward A. | | 3342100050 | Opt-in |
| Schiessl Investments LP | | | 0926059034 | Opt-in |
| Schroeder | Michael | | 2911700020 | Opt-in |
| Scott | Sylvia | | 7555210130 | Opt-in |
| Seawend, Ltd. | | | 1125059106 | Opt-in |
| Shenoy | Ananth K. | Uma A. | 3343301890 | Engaged |
| Shirley | Jon A. | | 2825059278 | Opt-in |
| Shure, III | Charles | | 3342102759 | Opt-in |
| Silver Lake Land Group, LLC | | | 1526059046 | Opt-in |
| Simmons, through personal representative Jeff Simmons | Jean | | 5448300120 | Opt-in |
| Simpson | Suzi Kim | | 3982700875 | Opt-in |
| Simpson | Stuart | Dana | 4134300276 | Opt-in |
| Sisley | James | | 0120000200 0120000190 | Opt-in |
| Sivesind | Raymond Stanley | Jayne Riggs | 3342700125 | Opt-in |
| Smernis Living Trust, by and through Marianne Smernis | | | 1234000712 | Opt-in |

| | | | | |
|---|---|---|---|---|
| Smith | Gregg B. | Kelly Smith f/k/a Kelly Williams | 3343302030 3343302530 | Opt-in |
| Smith, f/k/a Francine Elcenko | Francine | | 3893100161 | Opt-in |
| Smolinske | Stephen B. | Sherri A. | 2024059045 | Engaged |
| Snow, Jr. | John | | 1526059025 | Opt-in |
| Sound Northwest Properties, LLC | | | 3898100465 | Opt-in |
| South Cove Ventures II, LLC | | | 0225059112 0325059004 | Opt-in |
| Spouse | Peter | | 3342103920 | Opt-in |
| SRMKJV, LLC | | | 7882600180 | Opt-in |
| Staples | Brian | Emily Brooks | 7555200150 | Opt-in |
| Ste. Michelle Wine Estates, Ltd., as successor to Lane Stimson Ltd., Stimson Lane Ltd., Stimson Lane Wine and Spirits, Chateau Ste. Michelle, and Ste. Michelle Vinters, Inc. | c/o Eric Lent, General Counsel | | 2226059081 2226059032 2226059086 2226059076 2226059096 2226059092 2226059046 | Opt-in |
| Stearns Property LLC | | | 1526059009 | Opt-in |
| Stevenson | James Geoffrey | | 1725059092 | Opt-in |
| Strahm | Frank A. | | 7882600115 | Opt-in |
| Strang | James E. | | 4134300055 | Opt-in |
| Strange | Maria | | 2911700045 | Opt-in |
| Sunridge Properties LLC | | | 0926059038 | Opt-in |
| Swanson | Robert | Diana | 9413900072 | Engaged |
| Switzer | Scott | | 1725059316 | Opt-in |
| Tasca | James G. | | 3342700100 | Opt-in |
| Taylor | Robert T. | | 9808610410 | Opt-in |
| Tedrow | Marjorie D. | | 9808590560 | Opt-in |
| Terhune | Katherine | | 7215900015 | Engaged |
| Terhune's Kennydale Beach Condominiums | | | 8581300000 | Opt-in |
| Terra Properties | | | 2726059008 | Opt-in |
| Tewari | Ritwik | | 8946400020 | Opt-in |
| The Bisiack Family Trust | | | 3342104046 | Opt-in |
| The David C. Miller Revocable Living Trust, through Trustee David C. Miller | | | 1895400040 | Opt-in |
| The HJPM Chen Family LLC | | | 2726059025 | Opt-in |
| The Momoda Family Trust, through Trustees Gerald Momoda and June Momoda | | | 5448300110 | Engaged |
| The Realty Associates Fund VIII | | | 3326059145 | Opt-in |
| The Scarborough Group, LLP | | | 0225059078 | Opt-in |
| The Shirley Hansen LLC | | | 3325059169 | Opt-in |
| The Tracy Family Trust, through Trustee Monika Tracy | | | 3886901710 | Opt-in |
| Thirty-Third Place Condominiums | | | 8603120000 | Opt-in |
| Thiry | Pierre P. | | 3343302420 | Engaged |
| Thomas | David L. | | 3343303000 | Opt-in |
| Thompson | Marleigh U. | | 351100050 | Opt-in |
| Thomson, Individually, and as Personal Representative of the Estate of Neil Thomson | Joy | | 3224059050 | Opt-in |

| | | | | |
|---|---|---|---|---|
| Tjossem & Bock LLC | | | 2726059101 | Opt-in |
| Tjossem Properties IV, LLC and Tjossem Properties V, LLC | | | 0926059069 | Opt-in |
| Torrence | Charland | Gerard | 4134300245 | Opt-in |
| Totem Agencies Assoc., by and through Russell Parthemer | | | 7882600623 | Opt-in |
| Totem Commercial Center LLC | | | 2826059059 | Opt-in |
| Totem Valley, LLC | | | 0348710000<br>8663350010<br>8663350020<br>8663350040<br>8663350080 | Opt-in |
| Trailwood LLC | | | 0225059015 | Opt-in |
| Tran | Kevin | | 3343301910 | Opt-in |
| TRF Capital LLC | | | 3325059209<br>3325059120 | Opt-in |
| Triple L Investment, LLC | | | 8046100082 | Opt-in |
| Tyler | Robert D. | | 2432000165 | Opt-in |
| Ulvila | John M. | | 7555200170 | Opt-in |
| Uren | Nick | Katherine | 1526059031<br>1526059016 | Opt-in |
| Valley-Hi LLC | | | 2726059011<br>2726059049 | Opt-in |
| Vander Hoek Corporation, by and through Stuart A. Vander Hoek | | | 3893100925<br>3893100930<br>3893100933 | Opt-in |
| Vaux, Individually, and on behalf of Allied Venture #1 | James | | 3326059122 | Opt-in |
| Vertex International NV, LLC | | | 9399700145 | Opt-in |
| Village Park Condominiums Homeowners Association | | | 8944800000 | Opt-in |
| WA Riverfront 2, LLC, WA Riverfront 3, LLC, WA Riverfront 4, LLC, WA Riverfront 5, LLC, WA Riverfront 6, LLC, WA Riverfront 7, LLC, WA Riverfront 8, LLC, WA Riverfront 9, LLC, WA Riverfront 10, LLC, WA Riverfront 11, LLC,  WA Riverfront 12, LLC, WA Riverfront 13, LLC, WA Riverfront 14, LLC, WA Riverfront 15, LLC, WA Riverfront 16, LLC, WA Riverfront 17, LLC, WA Riverfront 18, LLC, WA Riverfront 19, LLC, WA Riverfront 20, LLC, and WA Riverfront 22, LLC | | | 1526059005 | Opt-in |
| Walden | Robert H. | | 4100500060 | Opt-in |
| Wallace/Knutsen L.L.C | | | 7201700010 | Opt-in |
| Ward | Kim R. | | 0120000361 | Opt-in |
| Ware | Kip | | 3343302600 | Opt-in |
| Warfield | Jerry | | 6828100025 | Opt-in |
| Webb | Alison L. | | 4134300075 | Opt-in |
| Weil | Gary A. | | 3342700230 | Engaged |
| Wells | Darrell L. | | 2432000175 | Opt-in |
| Westgate Building LLC | | | 1125059054 | Opt-in |
| Westpoint Properties, LLC | | | 9518100070 | Opt-in |
| Whitney | Tonette | | 1246200100 | Opt-in |

| | | | | |
|---|---|---|---|---|
| Whole Foods Market | | | 2825059080<br>2825059083<br>2825059022 | Opt-in |
| Wilkins | John R. | Marilyn | 4134300235 | Engaged |
| William and Karen Buchan Family, LLC | | | 1242700012 | Opt-in |
| Willows 90, LLC f/k/a Willows Partners, L.P. | | | 0225059197<br>7201700095 | Opt-in |
| Willows Northwest I, LLC | | | 2726059026 | Opt-in |
| Willows Run Investments, LLC | | | 2726059106 | Opt-in |
| Windell | John C. | Ellen | 0351100030 | Opt-in |
| Wirth | Jeffrey K. | Mary B. | 9414100052 | Opt-in |
| Wolford | Robert C. | | 1235100071 | Opt-in |
| Woodinville II LLC, | | | 1526059006 | Opt-in |
| Woodinville Landing LLC | | | 0926059162<br>0926059193<br>0926059032 | Opt-in |
| Woodinville Lumber Inc. | | | 1526059053<br>1526059060 | Opt-in |
| Woodley | Denise | Gordon | 4134300100 | Opt-in |
| Work | James E. | | 0225059118<br>0225059229<br>0225059235 | Opt-in |
| Wright | Robert R. | | 7923250100 | Opt-in |
| Wyse | Stanley W. | | 7818800020 | Opt-in |
| Yamada and Wilcox Family Trust, by and through Jason Wilcox | | | 7555210160 | Opt-in |
| Yarrow Hill Homeowners Association | | | 980863TB00 | Opt-in |
| Yarrow Hill Villas Homeowners Association | | | 9808670000 | Opt-in |
| Yarrowood Condominiums | | | 9809500000 | Opt-in |
| Yee | Shahn | | 1725059300 | Opt-in |
| Young | Stephen | | 1725059301 | Engaged |
| Young | D. Michael | | 4134300080 | Opt-in |
| Young | Gary | Helen | 3342103855 | Engaged |
| Young Corporation | | | 1626059020<br>1626059044<br>1626059070 | Engaged |
| Zhong | Yang | Yuhong Huang | 2911700060 | Engaged |
| Zilmer | Mark | Rosemary | 3342700080 | Opt-in |
| Zimmer | Stephen | Elizabeth Zimmer, Jon and Nancy Rinker, and Thomas and Whitney Braden | 1225059179 | Opt-in |