## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/24/10_

Signature: _Larry P. Elfer_

Name (print or type): _1994 Richard H Elfers B Trust/1994 Priscilla P Elfers B Trust_

Street Address of Property that is
Next to the Railroad Line: _6823 Ripley Ln N_

Current Mailing Address: _6823 Ripley Ln N_

**Other contact information (optional):**

HOME TELEPHONE: _(425) 226-0466_
WORK TELEPHONE: _(206) 662-6177_
CELL PHONE: _(425) 306-7019_
E-MAIL ADDRESS: _elfmon17@comcast.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**



EXHIBIT

D-1

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _June 30, 2010_

Signature: _Roger M. Kemis ON BEHALF OF THE 1998 KEMIS FAMILY LIMITED PARTNERSHIP._

Name (print or type): _ROGER M. KEMIS_

Street Address of Property that is
Next to the Railroad Line: _15935 Woodinville Redmond Rd._
_Woodinville, WA_

Current Mailing Address: _Box 387 Woodinville, WN. 98072_

**Other contact information (optional):**

HOME TELEPHONE: _(425) 820-1057_
WORK TELEPHONE:
CELL PHONE: _(206)795-4616_
E-MAIL ADDRESS: _Kemis @ comcast.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 231-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _June 2, 2010_

Signature: _John Am Phil_

Name (print or type): _Jordan Rosenfeld (for 355 Wilburton Office Condominium)_

Street Address of Property that is
Next to the Railroad Line: _355 118th Ave SE, Bellevue, WA 98005_

Current Mailing Address: _355 118th Ave SE, #200, Bellevue WA 98005_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425-990-1608_
CELL PHONE: _____
E-MAIL ADDRESS: _jordan @ suforgroup.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6/15/10_

Signature: _Jay Fish_ / _457-120ᵗ Avenue NE LLC_

Name (print or type): _Jay Fisher_
_457 120ᵗᴴ Avenue NE LLC_

Street Address of Property that is
Next to the Railroad Line: _457 120ᵗᴴ Street, Bellevue, WA 98004_

Current Mailing Address: _801 Grand Ave, Des Moines, IA 50392-0137_

**Other contact information (optional):**

HOME TELEPHONE: _NA_
WORK TELEPHONE: _515-248-3076_
CELL PHONE: _515-988-5098_
E-MAIL ADDRESS: _fisher.jay@principal.com_

PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _May 13, 2010_

Signature: _[signature]_

Name (print or type): _Adam J. Rosen for ADM II LLC_

OTHER OWNERS:
DAVID I. ROSEN
MATTHEW K. ROSEN

Street Address of Property that is
Next to the Railroad Line: _13500 NE 124th ST, Kirkland, WA 98034_

Current Mailing Address: _4140 Boulevard Place, Mercer Island, WA 98040_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _206-423-3474_____
E-MAIL ADDRESS: _adamjrosen@msn.com_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____ 6/17/10 _____

Signature: _Robert O. Sailer, REGIS. AGENT FOR LLC PARTY_

Name (print or type): _AIDLLB, L.L.C. —_

Street Address of Property that is _MANAGER - PAUL BARRY_
Next to the Railroad Line: _10801 120th AVE NE, KIRKLAND, WA 98033_

Current Mailing Address: _2095 ROSE POINT LANE, KIRKLAND, WA 98033_

**Other contact information (optional):**

HOME TELEPHONE: _425-867-0512_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _PAULBARRY1@GMAIL.COM_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

_parcel: 3326059243 (aidlib)_

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6/17/10_

Signature: _____

Name (print or type): _Michael W. Chan D.C (partner of ACY Chan, formerly Chan and Chan, LP)_

Street Address of Property that is
Next to the Railroad Line: _5455 Pleasure Pt. Ln SE; Bellevue WA 98006_

Current Mailing Address: _5455 Pleasure Pt. Ln SE; Bellevue WA 98006_

Other contact information (optional):

HOME TELEPHONE: _425-653-7410_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _in8power@hotmail.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/12/10_

Signature: _____

Name (print or type): _Ken Akimoto_

Street Address of Property that is
Next to the Railroad Line: _11109 NE 91st ln  Kirkland, WA 98033_

Current Mailing Address: _SAME_

**Other contact information (optional):**

HOME TELEPHONE: _425  822  9815_
WORK TELEPHONE: _____
CELL PHONE: _206  919  8421_
E-MAIL ADDRESS: _Ken @ belleweperio.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _AUGUST 6, 2010_

Signature: _____  _Trustee_

Name (print or type): Gary Volchok, Trustee; Albert B. Lebenzon IRA
Account # 20236-330

Street Address of Property that is
Next to the Railroad Line:  11120 NE 33rd PL, Bellevue, WA 98004

Current Mailing Address: _115 W Prospect St. Seattle, WA 98119_

**Other contact information (optional):**

HOME TELEPHONE: _(206) 282-8024_
WORK TELEPHONE: _(206) 442-2720_
CELL PHONE: _(206) 947-1600_
E-MAIL ADDRESS: _Gary.Volchok@cbre.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _April 6, 2010_

Signature: _Richard Altig_

Name (print or type): _RICHARD W. ALTIG_

Street Address of Property that is
Next to the Railroad Line: _10025 111th Ave NE, KIRKLAND 98033_

Current Mailing Address: _"Same"_

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _janet+thompson@altig.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _05/01/2010_

Signature: _Joseph Anderson_

Name (print or type): _Joseph C. Anderson_

Street Address of Property that is
Next to the Railroad Line: _Site address not avail. King County Parcel# 3342103720_    _# 3342103730_

Current Mailing Address: _543 S. Trenton St. Seattle, WA 98108_

Other contact information (optional):

HOME TELEPHONE: _(206) 713-9609_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _H 04 2010_____

Signature: _RcLArce_____

Name (print or type): _ROBERT ARCESE_____

Street Address of Property that is
Next to the Railroad Line: _6500 103RD AVE NE  KIRKLAND WA_

Current Mailing Address: _PO BOX 2278  KIRKLAND WA  98083_

**Other contact information (optional):**

HOME TELEPHONE: _425 8278922_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _BOBARCESE @ PCACCOUNTANT.COM_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/30/2010_

Signature: _Derek Arndt_

Name (print or type): _DEREK ARNDT_

Street Address of Property that is
Next to the Railroad Line: _632-14th Pl Kirkland WA 98035_

Current Mailing Address: _Same — ~500' adjoins trail_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _206-953-2364_
E-MAIL ADDRESS: _derekarndt@earthlink.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

# ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _9 June 10_

Signature: _David G Kelly "pres" for Aako Processing Inc_

Name (print or type): _DAVID G KELLY_

Street Address of Property that is
Next to the Railroad Line: _15701 + 15801 WOODINVILLE-REDMOND RD._

Current Mailing Address: _434 N 35th St. Seattle, Wash 98103_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _206 634.2080_
CELL PHONE: _206 947.2080_
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-2

Post-It® Fax Note
To _____
Co./Dept. _____
Phone # _____
Fax # _314-231-4857_

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____ *March 22, 2010* _____

Signature: _____ *Charles F. Bach* _____

Name (print or type): _____ *CHARLES F. BACH* _____

Street Address of Property that is
Next to the Railroad Line: _____ *6718 104th AVE NE, KIRKLAND, WA* _____

Current Mailing Address: _____ *12641 NE 6th ST* _____
*BELLEVUE, WA 98005*

**Other contact information (optional):**

HOME TELEPHONE: _____ *425-454-2224* _____
WORK TELEPHONE: _____ *SAME ↑* _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _May 5 - 2010_

Signature: _Robert H Bachellerie_

Name (print or type): _ROBERT H BACHELLERIE_

Street Address of Property that is
Next to the Railroad Line: _6417 Ripley Ln N_

Current Mailing Address: _Renton WA 98056_

Other contact information (optional):
HOME TELEPHONE: _425 228 6238_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6/7/10_

Signature: _Jane Andrew Baerny_

Name (print or type): _Jane Andrew Baerny_

Street Address of Property that is
Next to the Railroad Line: _6700 104th Ave NE Kirkland WA 98033_

Current Mailing Address: _6700 104th Ave NE Kirkland WA 98033_

**Other contact Information (optional):**

HOME TELEPHONE: _206.271.2085_
WORK TELEPHONE: _846.918.9946_
CELL PHONE: _206.271.2085_
E-MAIL ADDRESS: _jmbaerny@comcast.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _7/25/2010_

Signature: _____

Name (print or type): Shaun K. Tucker, Co-Trustee of the Barbee Tucker-Pigott Irrevocable Trust

Street Address of Property that is
Next to the Railroad Line: 4525 105th Avenue NE, Kirkland, WA 98033

Current Mailing Address: _4110 Calle Isabella, San Clemente, CA 92672_

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _949-254-1577_
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**
Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

*If you have any questions, please call Class Counsel at (888) 235-6193.*

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6/15/10_

Signature: _Gerald R Barber_

Name (print or type): _GERALD R BARBER_

Street Address of Property that is
Next to the Railroad Line: _7023 RIPLEY LN N, RENTON_

Current Mailing Address: _Same_

Other contact information (optional):

HOME TELEPHONE: _425-687-6750_
WORK TELEPHONE: _206-972-6369_
CELL PHONE: _206-972-6364_
E-MAIL ADDRESS: _TERRYBARBER@MAC.COM_

PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: 15 June 2010

Signature: Susan Barber formerly Susan Lang

Name (print or type): Susan E Barber formerly Susan E Lang

Street Address of Property that is
Next to the Railroad Line: 7023 Ripley Ln N, Renton, WA 98056

Current Mailing Address: SAME

Other contact information (optional):

HOME TELEPHONE: 425-687-6450
WORK TELEPHONE: 206-484-7387
CELL PHONE: 206-484-7387
E-MAIL ADDRESS: SUSAN.BARBER@WE.COM

PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3·23·2010_

Signature: _Kirt Se____     _____Lynn Barrett___

Name (print or type): _KIRT KELBY BARRETT_     _Lynn Clements Barrett_

Street Address of Property that is
Next to the Railroad Line: _4736 LAKEHURST LANE S.E._

Current Mailing Address: _BELLEVUE, WA 98006_

**Other contact information (optional):**

HOME TELEPHONE: _425- 643- 8204_
WORK TELEPHONE: _425- 999- 9282_
CELL PHONE: _SAME AS ABOVE_
E-MAIL ADDRESS: _mhcaraccidents @ gmail.com_
_aqualogged@msn.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _MARCH 30, 2010_

Signature: _[signature]_
_ON BEHALF OF BARJIR PROPERTIES, LLC._

Name (print or type): _JORGE GONZALEZ_
_ON BEHALF OF BARRIR PROPERTIES, LLC._

Street Address of Property that is
Next to the Railroad Line: _1533 120TH AVE NE BELLEVUE, WA 98005_

Current Mailing Address: _SAME_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425-455-8535_
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5-10-10_

Signature: _____

Name (print or type): _GEORGE BARTEL_

Street Address of Property that is
Next to the Railroad Line: _10 CASCADE KEY, BELLEVUE 98006_

Current Mailing Address: _Same_

Other contact information (optional):

HOME TELEPHONE: _425 957 4474_
WORK TELEPHONE: _206 767 1355_
CELL PHONE: _____
E-MAIL ADDRESS: _JUNEBOB @ COMCAST. NET_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5-6-2010_

Signature: _William F Baxter_

Name (print or type): _William F. Baxter_

Street Address of Property that is
Next to the Railroad Line: _9518 10-0050-03 LOT 10, BLOCK 1, Code 2505 Town of Woodinville_

Current Mailing Address: _12625 NE Woodinville Dr._

Other contact information (optional):

HOME TELEPHONE: _425-486-4320_
WORK TELEPHONE: _425-486-6666_
CELL PHONE: _206-488-1628_
E-MAIL ADDRESS: _lindanbill2000@hotmail.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6-9-10_

Signature: _Linda Baxter_ _CO-owner_

Name (print or type): _LINDA O BAXTER_

Street Address of Property that is
Next to the Railroad Line: _LOT9, Block 1 AND LOT 7-8, Block 1_

Current Mailing Address: _14341 157 Ave NE, Woodinville WA 98072_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _206 930 7911_
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6-9-10_

Signature: _Linda Baxter, President_

Name (print or type): _BAXTER AIR, LINDA BAXTER, President_

Street Address of Property that is
Next to the Railroad Line: _12625 NE Woodinville Rd; LOT 10; Block 1_

Current Mailing Address: _12625 NE Woodinville Dr, Woodinville 98072_

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _425 486 6666_
CELL PHONE: _206 930 7911_
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/31/10_

Signature: _Terry Caffey_

Name (print or type): _Terry Caffey, General Manager BCS Plaza LLC_

Street Address of Property that is
Next to the Railroad Line: _7950 Willows Rd NE, Redmond WA 98052_

Current Mailing Address: _Same as above_

### Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _425 885 4187_
CELL PHONE: _____
E-MAIL ADDRESS: _terry.caffey@cascadevista.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/31/2010_

Signature: _____

Name (print or type): _BD REAL ESTATE, LLC_

Street Address of Property that is
Next to the Railroad Line: _15511 : 15525 Woodinville-Redmond Rd. NE, Woodinville, WA_
_c/o Morris Piha Real Estate Services, Inc., agent_
Current Mailing Address: _14100 SE 36th St. #200, Bellevue, WA 98006   AND_
_BD Real Estate, LLC, 15525 Woodinville-Redmond Rd. NE, Woodinville, WA 98072_
**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425·643·8400   AND   425·492·~~6504~~ 6111_
CELL PHONE: _425·974·4207_
E-MAIL ADDRESS: _cbogar@mpiha.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: ___6/7/2010___

Signature: ___Lemoin C. Beckman___

Name (print or type): ___LeMoin G. Beckman___

Street Address of Property that is
Next to the Railroad Line: ___5209 Lakehurst Lane    Bellevue WA 98006___

Current Mailing Address: ___Same___

**Other contact information (optional):**

HOME TELEPHONE: ___425-747-9026___
WORK TELEPHONE: ___—___
CELL PHONE: ___—___
E-MAIL ADDRESS: ___SkipBeck @ earthlink.net___

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _MAy____2010_____

Signature: _____   _Colleen M Bell___

Name (print or type): _Jeffry Allen Bell__  Colleen M Bell_

Street Address of Property that is
Next to the Railroad Line: _10420 NE 47th Place_

Current Mailing Address: _Kirkland WA 98033_

**Other contact information (optional):**

HOME TELEPHONE: _425 241 4227_
WORK TELEPHONE: _425 577 8673_
CELL PHONE: _N/A_
E-MAIL ADDRESS: _Bell8010@yahoo.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____6/7/2010_____

Signature: _____Michael T Craig_____

Name (print or type): ___Michael T. Craig  Pres. Bellevue Door Midwork___

Street Address of Property that is
Next to the Railroad Line: _____12805  141st Ave NE_____

Current Mailing Address: __(Same) Kirkland, Wash  98034__

**Other contact information (optional):**

HOME TELEPHONE: ___425 -822-0832___
WORK TELEPHONE: ___425 - 885 - 3009___
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/13/10_

Signature: _____ MD, owner BEL-Red Center LLC

Name (print or type): _Jan Zemplenyi_

Street Address of Property that is
Next to the Railroad Line: _1260   116th Ave NE   #110  Bellevue, WA 98004_

Current Mailing Address: _same as above_

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _425 - 455 - 7225_
CELL PHONE: _206 - 355 - 2853_
E-MAIL ADDRESS: _ej zemp @ aol.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/31/10_

Signature: _Meg Benson_

Name (print or type): _Meg Benson_

Street Address of Property that is
Next to the Railroad Line: _6607 Ripley Ln. N. Newcastle Wa 98056_

Current Mailing Address: _6607 Ripley Ln. N. Newcastle, WA 98056_

Other contact information (optional):

HOME TELEPHONE: _425-988-3224_
WORK TELEPHONE: _425-455-8030_
CELL PHONE: _____
E-MAIL ADDRESS: _russmegbenson@msn.com_

PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/24/10_

Signature: _____

Name (print or type): _Lonnie   J.   Benson_

Street Address of Property that is
Next to the Railroad Line: _10233 IVE 59th ST, Kirkland WA 98033_

Current Mailing Address: _Same_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _206-819-4480_
E-MAIL ADDRESS: _Lonnie Benson950@Hotmail.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, and sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____ June 17, 10 _____

Signature: _____ Barbara J Bergstrom _____

Name (print or type): _BARBARA   J.   BERGSTROM_

Street Address of Property that is
Next to the Railroad Line: _5243 Pleasure Pt. Lane S.E._

Current Mailing Address: _same as above_

**Other contact information (optional):**

HOME TELEPHONE: _(425) 746-6366_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: 6 MAY 2010

Signature: _Lewis Brunhaver_

Name (print or type): _BETA - BELLEVUE LLC   LEWIS BRUNHAVER or RICH BRUNHAVER_

Street Address of Property that is
Next to the Railroad Line: _614- 638  116th Avenue, Bellevue, WA 98004_

Current Mailing Address: _18827 BOTHELL WY NE   Suite 110 Bothell, Wash 98011_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _(425) 482 6626_
CELL PHONE: _(206) 949 9637_
E-MAIL ADDRESS: _Rich @ BETA Commercial. Com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3-30-2010_

Signature: _Rbeuslinch_

Name (print or type): _RONALD BEUSLINCH_

Street Address of Property that is
Next to the Railroad Line: _13018 NE 175th St Woodinville, WA 98072_

Current Mailing Address: _14037 158th Pl NE Woodinville, WA 98072_

**Other contact information (optional):**

HOME TELEPHONE: _425 485 3903_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _rbeuslinch @ verizon.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: ___3/23/10_____

Signature: ___Charles W. Bull_____

Name (print or type): ___Charles J. Bull_____

Street Address of Property that is
Next to the Railroad Line: ___5233 Pleasure Pt Ln_____

Current Mailing Address: ___Same as above_____

Other contact information (optional):

HOME TELEPHONE: ___435 373 9403___
WORK TELEPHONE: ___706 636 14___ 12
CELL PHONE: _____
E-MAIL ADDRESS: _____

PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _March 24th 2010_

Signature: _Simion Bitti_

Name (print or type): _Simion Bitti_

Street Address of Property that is
Next to the Railroad Line: _3008 Lake Washington Blvd N_
_Renton, WA. 98056_

Current Mailing Address: _Same_

## Other contact information (optional):

HOME TELEPHONE: _253 850 2463_
WORK TELEPHONE: _206 718 1564_
CELL PHONE: _____
E-MAIL ADDRESS: _simionbitti@aol.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6. 09. 10_

Signature: _____

Name (print or type): _Scott F. Bingham_

Street Address of Property that is
Next to the Railroad Line: _none yet  ie: Lot 1 of City of Kirkland Short Plat # SS-03-12_
_Prop. Tax Parcel # 172 505 9261_

Current Mailing Address: _P.O. Box 486 - Bellevue WA 98009_

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _(425) 941 - 1289_
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _June 15th / 2010_

Signature: ___Christ. Bl___ / _Mary C Black_

Name (print or type): _Christopher W. Black / Mary C. Black_

Street Address of Property that is
Next to the Railroad Line: _5415 Pleasure Pt. Ln. SE_

Current Mailing Address: _SAME_

**Other contact information (optional):**

HOME TELEPHONE: _425 - 641-8200_
WORK TELEPHONE: _206 - 622-4451_
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _MARCH 23, 2010_

Signature: _By Bloch_

Name (print or type): _BARRY BLOCH_

Street Address of Property that is
Next to the Railroad Line: _10259 NE 62ND STREET_
_KIRKLAND, WA 98033_

Current Mailing Address: _SAME_

**Other contact information (optional):**

HOME TELEPHONE: _425-889.8398_
WORK TELEPHONE:
CELL PHONE: _425.753.1135_
E-MAIL ADDRESS: _blochbarry@yahoo.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _4-20-10_

Signature: _Kari P. Block_

Name (print or type): _KARI P. BLOCK + Terence A. BLOCK_

Street Address of Property that is
Next to the Railroad Line: _16027 Hazelwood Lane SE_

Current Mailing Address: _16027 Hazelwood Lane SE_
_Bellevue, WA 98006_
**Other contact information (optional):**

HOME TELEPHONE: _425-643-8029_
WORK TELEPHONE: _____
CELL PHONE: _206-300-6690_
E-MAIL ADDRESS: _KPBLOCK @ comcast.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _March 25, 2010_

Signature: _Jeanne Bolton   Robert M Bolton_
_Susan Swanson   Robert Swan_

Name (print or type): _Robert & Jeanne Bolton     Susan Swanson_

Street Address of Property that is
Next to the Railroad Line: _15742 Redmond Way    Redmond, WA 98052_

Current Mailing Address: _same_

Other contact information (optional):

HOME TELEPHONE: _425-885-6922_     _or 425-883-1426_
WORK TELEPHONE: _425-885-1145_
CELL PHONE: _425-753-5604_
E-MAIL ADDRESS: _Sueswans1@aol.com_

PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____4/12/2010_____

Signature: _____

Name (print or type): _____DALE J. BOWAR_____

Street Address of Property that is
Next to the Railroad Line: _4425 Lake Washington Blvd SE Bellevue WA. 98006_

Current Mailing Address: _____

### Other contact information (optional):

HOME TELEPHONE: _425-644-2644_
WORK TELEPHONE: _425-270-5659_
CELL PHONE: _425-351-5151_
E-MAIL ADDRESS: _dalebowar@comcast.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: <u>314-231-4857</u>

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/23/10_

Signature: _Lori A Larson      Kim D. B_____

Name (print or type): _Lori A Larson      Kim D. Bowser_

Street Address of Property that is
Next to the Railroad Line: _2727 Mountain View Ave N Renton WA 98056_

Current Mailing Address: _2727 Mountain View Ave N Renton, WA 98056_

**Other contact information (optional):**

HOME TELEPHONE: _425 254 3739_
WORK TELEPHONE: _425 643 5500 ext 243_
CELL PHONE: _206 619 8227_
E-MAIL ADDRESS: _lori.larson@msn.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/10/10_

Signature: _____

Name (print or type): _Steven W. Brace_

Street Address of Property that is
Next to the Railroad Line: _Pleasure Point Lane_

Current Mailing Address: _5659 Pleasure Point Ln, Bellevue, WA 98006_

### Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _425  454 - 4015_
CELL PHONE: _____
E-MAIL ADDRESS: _Steve @ QPS 401K. Com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _MARCH 26TH, 2010_

Signature: _Kazuyo Brandjord_

Name (print or type): _KAZUYO BRANDJORD_

Street Address of Property that is
Next to the Railroad Line: _11023 NE 37TH CT BELLEVUE WA 98004_

Current Mailing Address: _SAME_

Other contact information (optional):

HOME TELEPHONE: _425-889-4438_
WORK TELEPHONE: _NONE_
CELL PHONE: _425-698-0312_
E-MAIL ADDRESS: _KWBRANDJORD@COMCAST.NET_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____3-24-10_____

Signature: _____

Name (print or type): ___Gerald F (Jerry) Brennan___

Street Address of Property that is                                    + South of 3401
Next to the Railroad Line: ___3401 - Managing Partner - 3405 owner - 3411 Owner___

Current Mailing Address: ___3405 - Lake Washington Bd N Renton___
                                                                                              98056

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: ___jerry-brennan@yahoo.com___

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _MAY 31, 2010_

Signature: _Randall Broad    Jennifer Mount_

Name (print or type): _Randall R Broad  Jennifer Mount_

Street Address of Property that is
Next to the Railroad Line: _104XX NE 53RD ST, KIRKLAND, WA 98033_

Current Mailing Address: _220 1ST ST #303, KIRKLAND, WA 98033_

**Other contact information (optional):**

HOME TELEPHONE: _425 896 8169_
WORK TELEPHONE: _425 894 1883_
CELL PHONE:
E-MAIL ADDRESS: _RANDY.BROAD@GMAIL.COM_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____May_____, 2010

Signature: _____Bruce Broadus_____

Name (print or type): _Bruce D. Broadus, Manager of Broadus Family II, LLC_

Street Address of Property that is
Next to the Railroad Line: _____306 SE 116th Avenue, Bellevue, WA  98004_____

Current Mailing Address: _____c/o Christopher P. Frost, 11120 NE 2nd St., Suite 220
                                Bellevue, WA  98004_

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _425-456-1830_____
CELL PHONE: _____
E-MAIL ADDRESS: _cpf7627@aol.com_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: MARCH 25, 2010

Signature: Barry W. Broman

Name (print or type): BARRY M. BROMAN

Street Address of Property that is
Next to the Railroad Line: 4325 105 AVE NE   KIRKLAND, WA 98033

Current Mailing Address: SAME AS ABOVE

**Other contact information (optional):**

HOME TELEPHONE: 425 889 2180
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: broman0302@comcast.net

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____ 16 June 2010 _____

Signature: _____ *Charles N. Brooks* _____

Name (print or type): _____ Charles N. Brooks _____

Street Address of Property that is
Next to the Railroad Line: _____ 18 Cascade Key  Bellevue, WA  98006-1002 _____

Current Mailing Address: _____ 18 Cascade Key  Bellevue, WA   98006-1002 _____

Other contact information (optional):

HOME TELEPHONE: _425-747-1111_____
WORK TELEPHONE: _425-747-1111_____
CELL PHONE: _____
E-MAIL ADDRESS: ____charleybrooks@comcast.net_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: 3-23-2010

Signature: *Patricia A. Brown*        *Bruce K Brown*

Name (print or type): *Patricia A. Brown*   *Bruce K Brown*

Street Address of Property that is
Next to the Railroad Line: 4700 Lakehurst Lane SE  Bellvue  WA 98006

Current Mailing Address: Same

**Other contact information (optional):**

HOME TELEPHONE: 425-747-6857
WORK TELEPHONE: N A
CELL PHONE:
E-MAIL ADDRESS: greger brown @ gmail.com

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _June 10, 2010_

Signature: _John Michael Brown_

Name (print or type): _John Michael BROWN_

Street Address of Property that is
Next to the Railroad Line: _3703 Lake Washington Blvd. North_

Current Mailing Address: _ABOVE_                         _Renton, WA._
                                                           _98056_

**Other contact information (optional):**

HOME TELEPHONE: _206-937-2143_
WORK TELEPHONE: _206-425-226-9849_
CELL PHONE: _206-240-0133_
E-MAIL ADDRESS: _ALK1BROWN @ AOL, COM_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5-12-10_

Signature: _Roger Burpee     for BRP Sparks Line_

Name (print or type): _ROGER BURPEE   for BRP SPARKS LM_

Street Address of Property that is
Next to the Railroad Line: _415-119TH Ave, S W, Bellevue, 98005_

Current Mailing Address: _P O Box 487, Lake Oswego, Or 97034_

**Other contact information (optional):**

HOME TELEPHONE: _503-6361780_
WORK TELEPHONE: _____
CELL PHONE: _503 4909558_
E-MAIL ADDRESS: _rogerpdt@sprintmail.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**


**Mary Brunt**
6323 6th Ave. NE
Seattle, WA 98115-6560

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _June 9 - 2010_

Signature: _Mary L Brunt_

Name (print or type): _MARY L. BRUNT (BRUNT)_

_Lot 8_    Street Address of Property that is
Next to the Railroad Line: _4861 Lakehurst Ln  Bellevue Wa 98006_

Current Mailing Address: _6323 - 6th NE Seattle WN. 98115_

**Other contact information (optional):**

HOME TELEPHONE: _206 - 522 - 4834_
WORK TELEPHONE: _- 0 -_
CELL PHONE: _360 - 870 - 0469_
E-MAIL ADDRESS: _- 0 -_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/3/10_

Signature: _William Buchan_

Name (print or type): _William E. Buchan - MANAGER, WILLIAM_
_AND KAREN BUCHAN FAMILY LLC / PARTNER, BUCHAN BROS. INVESTMENT PROPERTIES_
Street Address of Property that is _PARTNER, BUCHAN BROTHERS CONSTRUCTION COMPANY *_
Next to the Railroad Line: _13621 & 13625  NE 126 R._

Current Mailing Address: _2630 116TH AVE NE   SUITE 100_
_BELLEVUE, WA. 98004_
**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425 - 828 - 6424_
CELL PHONE: _425 - 681 - 0105_
E-MAIL ADDRESS: _GREGM @ BUCHANHOMES.COM_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

_* BUCHAN BROTHERS CONSTRUCTION COMPANY IS NOW KNOWN AS_
_BUCHAN BROS. INVESTMENT PROPERTIES  WB_

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5-27-2010_

Signature: _____

Name (print or type): _Shawn P. Burke_

Mr. Shawn P. Burke
11124 NE 106th Pl
Kirkland WA 98033-5084

Street Address of Property that is
Next to the Railroad Line: _11124 NE 106th PL, Kirkland 98033_

Current Mailing Address: _11124 NE 106th PL, Kirkland, WA 98033_

**Other contact information (optional):**

HOME TELEPHONE: _425-576-8256_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _SHAWD-4M@HOTMAIL.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _June 15, 2010_

Signature: _Mary A. Cabrian_     _Joe Tail_

Name (print or type): _MARY A. CABRIAN, Joe T. Collier_

Street Address of Property that is
Next to the Railroad Line: _4611 Lake Washington Blvd SE_

Current Mailing Address: _4611 Lake Washington Blvd, SE, Bellevue, WA 98006_

**Other contact information (optional):**

HOME TELEPHONE: _425 603-0930_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _Thomcoll @ aol.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: 3/28/2010

Signature: *Bradley T Carlson*

Name (print or type): BRADLEY T. CARLSON

Street Address of Property that is
Next to the Railroad Line: 3310 LAKE WASHINGTON BLVD N. RENTON WA 98056

Current Mailing Address: Same

**Other contact information (optional):**

HOME TELEPHONE: 425-687-0661
WORK TELEPHONE:
CELL PHONE: 206-353-5856
E-MAIL ADDRESS: BRAD_T_CARLSON @ Hotmail.com

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____4/30/10_____

Signature: _____

Name (print or type): _Christopher E. Tucker, Vice President and Real Estate Attorney, for_
_CCP SHURGARD VENTURE LLC, a Delaware limited liability company_

Street Address of Property that is
Next to the Railroad Line: _____11910 NE 116th Street, Kirkland, WA 98034-7106_____

Current Mailing Address: _____CCP Shurgard Venture LLC, Dept. PT-WA 08386_
_701 Western Avenue, Glendale, CA  91201-2349_
_attn: Carolynn Ruth_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _818.244.8080 x1410_
CELL PHONE: _____
E-MAIL ADDRESS: _cruth@publicstorage.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6/11/10_

Signature: _Kellanne Henry_

Name (print or type): _KELLANNE  HENRY  for C65NW- Willows, LLC_

Street Address of Property that is
Next to the Railroad Line: _9461 - 9523 Willows Rd NE, Redmond, WA_

Current Mailing Address: _818 Stewart St, #700 Seattle, WA 98101_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _206-626-3700_
CELL PHONE: _____
E-MAIL ADDRESS: _KHENRY @ SCHNITZERWEST.COM_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: March 22, 2010

Signature: _____

Name (print or type):  Chaipatanapong Limited Partnership ,  c/o Scott Chow

Street Address of Property that is
Next to the Railroad Line:  16111 Woodinville-Redmond Road NE, Woodinville, WA 98072

Current Mailing Address:  16111 Woodinville-Redmond Road NE, Woodinville, WA 98072

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: 425-483-8888 EXT 240
CELL PHONE: _____
E-MAIL ADDRESS:  scottc@winsomewood.com

PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/23/10_

Signature: _Virginia Elisabeth Chambers_

Name (print or type): _Individually and as personal representative of the estate of Guy Roger Chambers_

Street Address of Property that is
Next to the Railroad Line: _____

Current Mailing Address: _5665 Beckehurst Lane, Bellevue, WA 98062_

**Other contact information (optional):**

HOME TELEPHONE: _425-746-5726_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____ June 15, 2010 _____

Signature: _____ Jm chen _____

Name (print or type): _____ Jiu Chen _____

Street Address of Property that is
Next to the Railroad Line: _____ 4301   105TH   Ave   NE _____

Current Mailing Address: _____ Kirkland, WA   98033 _____

**Other contact information (optional):**

HOME TELEPHONE: _____ 425-255-1865 _____
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____ ac1239 @ wsu.com _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity and sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _June 10, 2010_

Signature: _Diane Clark_

Name (print or type): _Diane Clark_

Street Address of Property that is
Next to the Railroad Line: _11616 NE 120th Ave NE_

Current Mailing Address: _619 Kirkland Ave_

**Other contact information (optional):**

HOME TELEPHONE: _206-228-8159_
WORK TELEPHONE:
CELL PHONE: _206-228-8159_
E-MAIL ADDRESS: _diane.clarE13@yahoo.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____5/20/10_____

Signature: _____ Managing member of Cleveland Street LLC.

Name (print or type): L. Lars Knudsen

Street Address of Property that is
Next to the Railroad Line: 16725 Cleveland St. Redmond, WA 98052

Current Mailing Address: 777 108th Ave NE, #1800 bellevue WA 98009

**Other contact information (optional):**

HOME TELEPHONE: (425) 765-6228
WORK TELEPHONE: (425) 455-6623
CELL PHONE: _____
E-MAIL ADDRESS: lars@triadw.com

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _March 23, 2010_

Signature: _____

Name (print or type): _Rhoda L Altom, MANAGING MEMBER_
_CLEVELAND SQUARE LLC_

Street Address of Property that is
Next to the Railroad Line: _and on behalf of RC TC Meridian Ridge LLC;_
_Grand Property LLC; and TWOSONS LLC_

Current Mailing Address: _P.O. BOX 22926, SEATTLE WA 98122_

### Other contact information (optional):

HOME TELEPHONE: _206. 329. 9408_
WORK TELEPHONE: _206. 325. 1166_
CELL PHONE: _206. 679. 6719_
E-MAIL ADDRESS: _rhoda@milestoneproperties.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____6-18-10_____

Signature: _Robert O. Saiber, Board of Directors (member)_

Name (print or type): _Cleveland Street Condominium Association_
_on behalf of itself and its owners._

Street Address of Property that is
Next to the Railroad Line: _16141 Cleveland St., Redmond, WA_
_98052_

Current Mailing Address: _same_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425-867-0512_
CELL PHONE: _____
E-MAIL ADDRESS: _Bob @ PNWLG.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: 6 9 10

Signature: _____

Name (print or type): John C Cochenour

Street Address of Property that is
Next to the Railroad Line: 2700 Northup Way Bellevue

Current Mailing Address: 2700 Northup Way #400 Bellevue 98004

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: 425 822 3812
CELL PHONE: _____
E-MAIL ADDRESS: John@ lexington fine homes.com

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/20/2010_

Signature: _Carole Hashimoto_      Signing on behalf of Cogswell LP

Name (print or type): _CAROLE HASHIMOTO  (C.O.O.)_

Street Address of Property that is
Next to the Railroad Line: _____

Current Mailing Address: _3285 Hillcrest Rd Medford, OR 97504_

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _541 608 3898  x1_
CELL PHONE: _____
E-MAIL ADDRESS: _ashley@hillcrestorchard.com_

PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _May 25, 2010_

Signature: _France Dorkian_

Name (print or type): _FRANCE COKAN_

Street Address of Property that is
Next to the Railroad Line: _5815 PLEASURE POINT LAN_

Current Mailing Address: _SAME_     _BELLEVUE, WA_
                                          _98006_

**Other contact information (optional):**

HOME TELEPHONE: _425 7473443_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _FRANC france.cokan @msn.co._

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____ *6/1/10* _____

Signature: _____ *signature* _____

Name (print or type): __*Shiow - Rong Hwang , Treasurer*__
                       *Cosmos International Corp*
Street Address of Property that is
Next to the Railroad Line: __*11747 N.E. First Street, Suite 300, Bellevue, WA*__

Current Mailing Address: _____ *Same as above* _____  *98005*

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: __*( 425) 451 - 8188*_____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _March 24 2010_

Signature: _Kll._

Name (print or type): _Ben Craig_

Street Address of Property that is
Next to the Railroad Line: _6215 104th Avene_

Current Mailing Address: _6215 104th Avene Kirkland WA 98033_

**Other contact information (optional):**

HOME TELEPHONE: _425 822 3116_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _Kcraig_52@hotmail.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6-16 10_

Signature: _John Shanley_   President Creekside Park Owners Assn.

Name (print or type): _John Shanley_

Street Address of Property that is
Next to the Railroad Line: _17629 130th Ave. NE Woodinville WA 98072_

Current Mailing Address: _Same_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425-486-8484_
CELL PHONE: _____
E-MAIL ADDRESS: _johns@labelswest.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5-5-2010_

Signature: _Robert Ryder_

Name (print or type): _Robert D Cryder / Lisa Cryder_

Street Address of Property that is _12025 Willows Rd. Redmond WA 98052_
Next to the Railroad Line: _12195 Willows Rd Redmond WA 98052_

Current Mailing Address: _17411 NE 129th St. Redmond WA 98052_

**Other contact information (optional):**

HOME TELEPHONE: _425-883-0559_
WORK TELEPHONE: _____
CELL PHONE: _425-463-6540_
E-MAIL ADDRESS: _BALAA 7875 @ Comcast.NR+_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/27/2010_

Signature: _____

Name (print or type): _William Curley and Catherine Curley_

Street Address of Property that is
Next to the Railroad Line: _4730 Lakehurst LN SE_

Current Mailing Address: _Same as above_

**Other contact information (optional):**

HOME TELEPHONE: _425 653 1330_
WORK TELEPHONE: _206 579 4519_
CELL PHONE: _206 715 4699_
E-MAIL ADDRESS: _curleymon @ comcast.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _March 22 2010_

Signature: _D & P Lockner I, LLC   Donald J Lockner   Patricia A Lockner_
_member_

Name (print or type): _D & P Lockner I LLC_
_DONALD Lockner, member_
Street Address of Property that is _PATRICIA A. LOCKNER, Manager_
Next to the Railroad Line: _6003 HAZELWOOD LANE SE, Bellevue, WA 98006_

Current Mailing Address: _6005 HAZELWOOD LANE SE, Bellevue, WA 98006_

### Other contact information (optional):

HOME TELEPHONE: _425 746-9190_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _May 10, 2010_

Signature: _____ _Kathleen I. Dahlby_

Name (print or type): _Thomas R. Dahlby   Kathleen I. Dahlby_

Street Address of Property that is _3217 Mountain View Ave N, Renton, WA and_
Next to the Railroad Line: _3213 Mountain View Ave N, Renton, WA_

Current Mailing Address: _3213 Mountain View Ave N, Renton, WA 98056-2512_

**Other contact information (optional):**

HOME TELEPHONE: _425-226-6063_
WORK TELEPHONE: _425-271-5110_
CELL PHONE: _425-891-3775_
E-MAIL ADDRESS: _thomasdahlby@yahoo.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: ___March 23, 2010___

Signature: ___Donald C. Dana___

Name (print or type): ___Donald C. and Patricia A. Dana___

Street Address of Property that is
Next to the Railroad Line: ___5219Ripley Lane North___

Current Mailing Address: ___5219 Ripley Lane N., Renton, WA 98056___

Other contact information (optional):

HOME TELEPHONE: _425 226 8357_
WORK TELEPHONE: ___--___
CELL PHONE: ___425 457 6555___
E-MAIL ADDRESS: __patandbuzz@q.com__

PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _May 26, 2010_

Signature: _____, Manager

Name (print or type): _DCK Properties LLC by Kenneth H. Davidson, Manager_

Street Address of Property that is
Next to the Railroad Line: _10405 111th Ave N.E., Kirkland, Wa_

Current Mailing Address: _P.O. Box 817, Kirkland, Wa_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425-822-2228_
CELL PHONE: _____
E-MAIL ADDRESS: _Ken @ Kirklandlaw.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____4/8/10_____

Signature: _Debra DeBlois, on behalf of DeBlois Properties, LLC_

Name (print or type): _Debra DeBlois_

Street Address of Property that is
Next to the Railroad Line: _Eagles Ridge Apts._

Current Mailing Address: _15939 NW Tullamorrie Way_

**Other contact information (optional):** _Portland, Oregon 97229_

HOME TELEPHONE: _503 645-6232_
WORK TELEPHONE: _____
CELL PHONE: _Same_
E-MAIL ADDRESS: _deo deblois @ yahoo.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: 4/6/2010

Signature: Susan DeLoof

Name (print or type): Susan DeLoof

Street Address of Property that is
Next to the Railroad Line: Lot 21-22. Hillmans Lk WA Garden of Eden #1

Current Mailing Address: 469 Tacoma Ave NE Renton WA 98056

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: 425 698 5000
E-MAIL ADDRESS: Susandeloof@yahoo.com

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____4/1/10_____

Signature: _____

Name (print or type): _____JEFFREY P DEROULET_____

(VACANT LOT)

Street Address of Property that is
Next to the Railroad Line: _____72XX - 127th PL NE, WOODINVILLE WA 98072_____

Current Mailing Address: _____18715 - 142nd AVE NE/#100, WOODINVILLE WA 98072_____

**Other contact information (optional):**

HOME TELEPHONE: _____N/A_____
WORK TELEPHONE: _____425 285 4900_____
CELL PHONE: _____206 724 7100_____
E-MAIL ADDRESS: _____JEFFREY @ ARCHITECTSNW.COM_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____June 15, 2010_____

Signature: _____

Name (print or type): _Monica Aydelotte_
_as Property Manager for Design Market Properties, LLC_
Street Address of Property that is
Next to the Railroad Line: _1018-1048 116th Ave NE, Bellevue_

Current Mailing Address: _400-112th Ave NE #230 Bellevue 98004_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425-460-4374_
CELL PHONE: _425-531-2395_
E-MAIL ADDRESS: _maydelotte@legacy-commercial.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/5/2010_

Signature: _Lynn Dich_

Name (print or type): _LYNN DICH_

Street Address of Property that is
Next to the Railroad Line: _906 NORTH 37th STREET RENTON, WA 98056_

Current Mailing Address: _13996 N.E. 1st Pl. Bellevue, WA 98005_

**Other contact information (optional):**

HOME TELEPHONE: _425-246-9156_
WORK TELEPHONE: _____
CELL PHONE: _425-458-8678_
E-MAIL ADDRESS: _Fancynail522@yahoo.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____5/5/2010_____

Signature: _____

Name (print or type): _____LYNN DicH_____

Street Address of Property that is
Next to the Railroad Line: _____912 NoRTh 37th ST, RenTon, WA 9805__

Current Mailing Address: _____13996 NE 1st pL Bellevue WA 98005_____

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____FancynaiL522@yahoo.com_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/19/10_

Signature: _Douglas H. Dillon_

Name (print or type): _Douglas H. Dillon_

Street Address of Property that is
Next to the Railroad Line: _226 116th Pl. NE, Bellevue, WA_

Current Mailing Address: _Po Box 639, Ellensburg, Wa 98926_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _509 925 2091_
CELL PHONE: _509 859 - 2740_
E-MAIL ADDRESS: _ddouglas@elltel.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6/17/10_

Signature: _____ Rex Eastside Chrysler Jeep

Name (print or type): _DA Dicken + EASTSIDE CHRYSLER Jeep_

Street Address of Property that is
Next to the Railroad Line: _____

Current Mailing Address: _____

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _509-925-6985_
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _June 10 – 2010_

Signature: _Ollie Maxine Dickenson_

Name (print or type): _Ollie Maxine Dickenson_

Street Address of Property that is
Next to the Railroad Line: _4059 120th Ave SE Bellevue WA._

Current Mailing Address: _4059 120th Ave SE Bellevue WA 98006_

**Other contact information (optional):**

HOME TELEPHONE: _425 644 2524_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name, as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6 / MAR / 2010_

Signature: _____, MANAGER  DIVERSITY ASSETS LLC_

Name (print or type): _ALWIN C. GEISER, MANAGER  DIVERSITY ASSETS LLC_

Street Address of Property that is
Next to the Railroad Line: _503I RIPLEY LN  RENTON, WA  98055_

Current Mailing Address: _SAME_

**Other contact information (optional):**

HOME TELEPHONE: _480-964-6442_
WORK TELEPHONE: _____
CELL PHONE: _602-300-4517_
E-MAIL ADDRESS: _WTNGEISER@HOTMAIL.COM_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _JUNE 10, 2010_

Signature: _William Duff Brown    PRESIDENT_

Name (print or type): _DMB-1, LLC    WILLIAM DUFF BRAWN_

Street Address of Property that is
Next to the Railroad Line: _8901 - WILLOWS RD, REDMOND WA_

Current Mailing Address: _P.O. BOX 2649 - REDMOND, WA, 98073-2649_

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _425-885-9100_
CELL PHONE: _206-510-9898_
E-MAIL ADDRESS: _DUFF@UNIMEC.COM_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: 6-9-10

Signature: *Patrick L. Dye by Robert W. Dye POA*

Name (print or type): Patrick L. Dye by Robert W. Dye POA

Street Address of Property that is
Next to the Railroad Line:

Robert and Rita Dye
7029 Ripley Lane N
Renton, WA 98056

Current Mailing Address:

**Other contact information (optional):**

HOME TELEPHONE: 425-227-4747
WORK TELEPHONE:
CELL PHONE: 425-417-6845
E-MAIL ADDRESS: DyoRDye@comcast.Net

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____5/4/10_____

Signature: _____

Name (print or type): _Reg Willing on behalf of East Bell LLC_

Street Address of Property that is
Next to the Railroad Line: _325 118th AVE SE  Bellevue WA. 98005_
_31_

Current Mailing Address: _325 118th AVE SE  Ste 300 Bellevue WA. 98005_

**Other contact information (optional):**

HOME TELEPHONE: _425-646-6317_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _rcg@lylehomes.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/22/10_

Signature: _____

Name (print or type): _BILL EASTMAN_

Street Address of Property that is
Next to the Railroad Line: _312-10TH ST, KIRKLAND, WA_

Current Mailing Address: _PO BOX 282_

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____3/23/10_____

Signature: _____Paul Egly_____

Name (print or type): _____PAUL EGLY_____

Street Address of Property that is
Next to the Railroad Line: _____11027 NE 37th CT   Bellevue WA. 98004_____

Current Mailing Address: _____11027 NE 37th CT   Bellevue WA. 98004_____

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _____206-619-1124_____
E-MAIL ADDRESS: _____pcegly@yahoo.com_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____5/26/10_____

Signature: _T. Woosley   on behalf of Elsje Hoek Credit Trust U/W._

Name (print or type): _Timothy J. Woosley_

Street Address of Property that is
Next to the Railroad Line: _11447  120th Ave. NE, Kirkland, WA 98033_

Current Mailing Address: _P.O. Box 3325, Bellevue, WA 98009_

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _425-455-5730_
CELL PHONE: _____
E-MAIL ADDRESS: _Tj@woosleyproperties.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6 / 10 / 10_

Signature: _____

Name (print or type): _SHERMAN S. ELY PRS_

Street Address of Property that is
Next to the Railroad Line: _4227 108 TH AV. NE_

Current Mailing Address: _KIRKLAND, WA 98033_

**Other contact information (optional):**

HOME TELEPHONE: _425 822 7529_
WORK TELEPHONE: _425 454 3833_
CELL PHONE: _425 - 417 0549 (ANSWER EMERGENCY_
E-MAIL ADDRESS: _Sherman Elydds @ aol.com ONLY )_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _June 10, 2010_

Signature: _Buddie Zio_

Name (print or type): _E &R-Redmond Way, L.L.C._

Street Address of Property that is
Next to the Railroad Line: _15955 Redmond Way, Redmond Way, WA 60606_

Current Mailing Address: _Two North Riverside Plaza, Chgo. Il 60606_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _312-928-7472_
CELL PHONE: _____
E-MAIL ADDRESS: _bzivo Dearworld.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**