## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____3 - 25 - 2010_____

Signature: _____Nick Uren      Katherine Uren_____

Name (print or type): _____Nick Uren      Katherine Uren_____

Street Address of Property that is
Next to the Railroad Line: _____14508 Woodinville - Duvall Rd_____ SR 202 plus 2 adjacent lots going ~~South~~ NORTH

Current Mailing Address: _____P.O. Box 38_____

Other contact information (optional):

HOME TELEPHONE: _____425 - 488 - 5819_____
WORK TELEPHONE: _____425 - 498 - 0630_____
CELL PHONE: _____N/A_____
E-MAIL ADDRESS: _____N/A_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**



EXHIBIT

B–5

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, and sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/5/2010_

Signature: _Stewart Konzen for Valley-Hi LLC_

Name (print or type): _Stewart Konzen for Valley-Hi LLC_

Street Address of Property that is
Next to the Railroad Line: _12017 Willows Road, Redmond WA 98052 (140th Ave)_

Current Mailing Address: _11403 154th Place NE, Redmond WA 98052_

**Other contact information (optional):**

HOME TELEPHONE: _206 227-7609_
WORK TELEPHONE: _"_
CELL PHONE: _"_
E-MAIL ADDRESS: _STEWKA @ COMCAST.NET_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6/7/10_

Signature: _Stuart A. Vander Hoek_, President    Vander Hoek Corporation

Name (print or type): _Stuart A. Vander Hoek_

Street Address of Property that is    _10915 – 120th Ave NE_    _Kirkland_
Next to the Railroad Line: _11011 – 120th Ave NE_
                          _11155 – 120th Ave NE_

Current Mailing Address: _#9 – 103rd Ave NE Bellevue, WA. 98004_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425 – 453 – 1655_
CELL PHONE: _____
E-MAIL ADDRESS: _stu@vanderhoek.us_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

ALLIED VENTURE # 1

Date: _6/9/10_

Signature: _James G Vaux_

Name (print or type): _JAMES G. VAUX    GEN. MGR_

Street Address of Property that is
Next to the Railroad Line: _11425  120th AVE  NE   KIRKLAND, WA 98033_

Current Mailing Address: _4724 - 108th AVE  NE   KIRKLAND, WA 98033_

**Other contact information (optional):**

HOME TELEPHONE: _425-822-2075_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _JVAUX @ VERIZON. NET_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____

Signature: _Jungwook Rim_____

Name (print or type): _Jungwook Rim   Vertex international NV. LLC_

Street Address of Property that is
Next to the Railroad Line: _11715 SE 5th St  Bellevue WA 98006_

Current Mailing Address: _8311 143rd CT SE  Newcastle WA 98059_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _(206) 276 - 9142_
E-MAIL ADDRESS: _Rimjason@naver.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _May 5, 2010_

Signature: _Gayle L Nelson, on behalf of Village Park_

Name (print or type): _Gayle L. Nelson, President Condo Assn._

Street Address of Property that is
Next to the Railroad Line: _3901 to 3945 108th Ave N.E._

Current Mailing Address: _3945 108th Ave N.E. A105, Bellevue, WA 98004_

**Other contact information (optional):**

HOME TELEPHONE: _(425) 827-0599 President_
~~WORK~~ TELEPHONE: _(425) 822-2267 Treasurer_
CELL PHONE: _____
E-MAIL ADDRESS: _gayle_nelson@live.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

MAY-06-2010 08:02 From:BILL OBRIEN STATE FA 7078391785        To:14252748559        Page:7/7

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____5/17/10_____

Signature: _____

Name (print or type): _____James M. Clark_____
Authorized Agent

Street Address of Property that is
Next to the Railroad Line: _____16110-16140 Wood-Red Rd_____
_____Woodinville WA_____

Current Mailing Address: _____WESTERN AMERICA_____ as authorized agent of the
90 NW Dogwood Street, Ste 102    parties listed on Exh A
Issaquah, WA 98027

**Other contact information (optional):**

WESTERN AMERICA
90 NW Dogwood Street, Ste 102
Issaquah, WA 98027

HOME TELEPHONE: _____
WORK TELEPHONE: _____425 274 8558_____
CELL PHONE: _____
E-MAIL ADDRESS: _____jim @ westernamerica . com_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

**EXHIBIT A**
**Landlord Parties**

The following entities comprise the "Landlord" as tenants in common:

WA Riverfront 2, LLC
WA Riverfront 3, LLC
WA Riverfront 4, LLC
WA Riverfront 5, LLC
WA Riverfront 6, LLC
WA Riverfront 7, LLC
WA Riverfront 8, LLC
WA Riverfront 9, LLC
WA Riverfront 10, LLC
WA Riverfront 11, LLC
WA Riverfront 12, LLC
WA Riverfront 13, LLC
WA Riverfront 14, LLC
WA Riverfront 15, LLC
WA Riverfront 16, LLC
WA Riverfront 17, LLC
WA Riverfront 18, LLC
WA Riverfront 19, LLC
WA Riverfront 20, LLC
WA Riverfront 22, LLC

52122\01013\00466785.DOC.VI BLB

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/25/10_

Signature: _Robert H Walden_

Name (print or type): _Robert H. Walden_

Street Address of Property that is
Next to the Railroad Line: _BNSF Right of way conversion to public use_

Current Mailing Address: _6425 105th Ave NE, Kirkland WA. 98033_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _206-766-3650_
CELL PHONE: _____
E-MAIL ADDRESS: _rcrwal @ Comcast.Net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _May 3, 2010_

Signature: _____

Name (print or type): _Robert C. Wallace, Managing Member, Wallace/Knutsen LLC_

Street Address of Property that is
Next to the Railroad Line: _14980 NE 90th St, Redmond, WA 98052_

Current Mailing Address: _c/o Wallace Properties, Inc., PO Box 4184, Bellevue,_
_98009_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425-455 9976_
CELL PHONE: _____
E-MAIL ADDRESS: _rwallace@wallaceproperties.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6.15.10_

Signature: _Kim Ward_

Name (print or type): _KIM WARD_

Street Address of Property that is
Next to the Railroad Line: _935 Kirkland Avenue, Kirkland, WA._

Current Mailing Address: _12607-238th St. SE, Snohomish, WA. 98296_

**Other contact information (optional):**

HOME TELEPHONE: _425-487-0815_
WORK TELEPHONE: _425-823-0444_
CELL PHONE: _425-206-300-7654_ —Do not publish #.
E-MAIL ADDRESS: _DRWKRW@yahoo.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____3/22/10_____

Signature: _____Kip Ware_____

Name (print or type): _____Kip Ware_____

Street Address of Property that is
Next to the Railroad Line: _____6627 Ripley ln W_____

Current Mailing Address: _____6627 Ripley ln W_____

**Other contact information (optional):**

HOME TELEPHONE: _____425 445 1642_____
WORK TELEPHONE: _____253-650 4470_____
CELL PHONE: _____425 445 1682_____
E-MAIL ADDRESS: _____Kip Ware @ Gmail. Com_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _June 2, 2010_

Signature: _Terry E Warfield_

Name (print or type): _Terry E. WARFIELD_

Street Address of Property that is
Next to the Railroad Line: _5845 Pleasure Point Lane S.E. Bellvue WA 98006_

Current Mailing Address: _P.O. Box 2744 Renton WA 98056_

Other contact information (optional):

HOME TELEPHONE: _(425) 643-8060_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _N/A_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____3/23/10_____

Signature: _____

Name (print or type): ___Alison Webb___

Street Address of Property that is
Next to the Railroad Line: ___5021 Lakehurst Ln SE Bellevue 98006___

Current Mailing Address: ___Same___

Other contact information (optional):

HOME TELEPHONE: ___425 641 5121___
WORK TELEPHONE: ___425 656 2496___
CELL PHONE: ___425 681 8022___
E-MAIL ADDRESS: ___webbyalison@aol.com___

PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _APRIL 1, 2010_

Signature: _Darrell Wells_

Name (print or type): _Darrell L. Wells_

Street Address of Property that is
Next to the Railroad Line: _4533 - 105th Ave N.E, Kirkland, WA 98033_

Current Mailing Address: _4533 - 105th Ave NE Kirkland, WA 98033_

**Other contact information (optional):**

HOME TELEPHONE: _425 -827- 5104_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _darrellWells @ Comcast.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/5/10_

Signature: _____

Name (print or type): _Troy D. Gessel_  on behalf of Westgate Buildi LLC

Street Address of Property that is Next to the Railroad Line: _Redmond Way_

Current Mailing Address: _1412 112th Ave NE  #200_
_Bellevue WA 98004_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425-576-8700_
CELL PHONE: _425-301-4472_
E-MAIL ADDRESS: _troy@aggmanagement.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3 / 24 / 10_

Signature: _[signature]_    Faramarz Ghoddou
                            member

Name (print or type): _Westpoint Properties LLC_

Street Address of Property that is
Next to the Railroad Line: _12461 NG Woodinville Drive_
_Woodinville Wa_

Current Mailing Address: _4519 168th Ave SE_
_Issaquah, Wa 98027_

**Other contact information (optional):**

HOME TELEPHONE: _206-331-2732_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _farnw @ comcast.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _May 6, 2010_

Signature: _Tonette Whitney_

Name (print or type): _Tonette Whitney_

Street Address of Property that is
Next to the Railroad Line: _10257 N.E. 62nd St. - Kirkland, WA._

Current Mailing Address: _P.O. Box 2011 - Kirkland, WA. 98083-_ _9803_

**Other contact information (optional):**

HOME TELEPHONE: _(425) 828-6436_
WORK TELEPHONE: _____
CELL PHONE: _(425) 241-7894_
E-MAIL ADDRESS: _twhitney212@comcast.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: 5-25-2010

Signature: *Michael Hruska*

Name (print or type): MICHAEL HRUSKA  **WHOLE FOODS MARKET**

Street Address of Property that is
Next to the Railroad Line: 888 116TH AVE. NE  BELLEVUE WA 98005

Current Mailing Address: #15 LAKE BELLEVUE DR  BELLEVUE WA 98005

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: 425 957 6732
CELL PHONE: 425 299 8450
E-MAIL ADDRESS: michael.hruska @whole foods.com

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/3/10_

Signature: _William Buchan_

Name (print or type): _William E. Buchan - MANAGER, WILLIAM AND KAREN BUCHAN FAMILY LLC / PARTNER, BUCHAN BROS. INVESTMENT PROPERTIES_

Street Address of Property that is _PARTNER, BUCHAN BROTHERS CONSTRUCTION COMPANY **_
Next to the Railroad Line: _13621 & 13625   NE 126 PL._

Current Mailing Address: _2630   116th AVE NE   SUITE 100_
_BELLEVUE, WA. 98004_
**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425 - 828 - 6424_
CELL PHONE: _425 - 681 - 0105_
E-MAIL ADDRESS: _GREGN @ BUCHANHOMES.COM_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

** _BUCHAN BROTHERS CONSTRUCTION COMPANY IS NOW KNOWN AS BUCHAN BROS. INVESTMENT PROPERTIES_  _WB_

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____6/14/10_____

Signature: _____William A. Sherman_____

Name (print or type): _____William A. Sherman_____

Street Address of Property that is _____Willows 90 LLC_____
Next to the Railroad Line: _____8410 Willows Road, Redmond, WA 98052_____

Current Mailing Address: _____2110 – 124th Ave NE Suite 100_____
_____Bellevue, WA 98005_____
Other contact Information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _____425 885-4939_____
CELL PHONE: _____
E-MAIL ADDRESS: _____bsherman@shermanhomes.com_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _June 17, 2010_

Signature: _D Frederic Proctor / as manager of Willows NW 1, LLC_

Name (print or type): _D. FREDERIC PROCTOR_

Street Address of Property that is
Next to the Railroad Line: _Willows & NE 124 / South West corner_

Current Mailing Address: _15305 NE 95th St, Redmond, WA 98052_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _425 881 7000   Ext 6400_
CELL PHONE: _425 830 6006_
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6-18-2010_

Signature: _____

Name (print or type): _Jon Tran  Managing Member  Willows Run Investments LLC_

Street Address of Property that is
Next to the Railroad Line: _12421 Willows Road NE, Kirkland, WA_

Current Mailing Address: _1618 S Lane St Suite 203- Seattle WA 98144_

**Other contact information (optional):**

HOME TELEPHONE: _206-726-1144_
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _25 May 2010_

Signature: _John C Wendell   Ellen M Wendell_

Name (print or type): _John C. Wendell   Ellen M. Wendell_

Street Address of Property that is
Next to the Railroad Line: _9605 Lake Wash. Blvd. S.E. Bellevue 98004_

Current Mailing Address: _Same_

**Other contact information (optional):**

HOME TELEPHONE: _(425) 746-1715_
WORK TELEPHONE: _N/A_
CELL PHONE: _(425) 503-2416_
E-MAIL ADDRESS: _ej wendell @ comcast.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____4. 30. 2010_____

Signature: _____Jeffery K Wirth , Mary B. Wirth_____

Name (print or type): _Jeffery K Wirth and Mary B. Wirth_

Street Address of Property that is
Next to the Railroad Line: _4607 105th Ave. NE Kirkland, Wa._

Current Mailing Address: _22606 NE 142nd Place, Woodinville, Wa. 98077_

**Other contact information (optional):**

HOME TELEPHONE: _425. 949-7453_
WORK TELEPHONE: _—_
CELL PHONE: _425.941. 8571_
E-MAIL ADDRESS: _Mary Wirth @ comcast.net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____5/26/2010_____

Signature: _____

Name (print or type): _____Robert C. Wolford_____

Street Address of Property that is
Next to the Railroad Line: _____22014 West Bostian Rd_____

Current Mailing Address: _____Woodinville WA 98072_____
_____Same as above_____

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _____206-715-6020_____
E-MAIL ADDRESS: _____nelle @ wolford-trucking.com_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _12 MAY 2010_

Signature: _____

Name (print or type): _LARRY A. NELSEN SOLE MEMBER + MGR_
_WOODINVILLE II LLC_

Street Address of Property that is
Next to the Railroad Line: _16224 - WOODINVILLE - REDMOND ROAD_

Current Mailing Address: _10750 - AURORA AVE No - SEATTLE WA 98133_

**Other contact information (optional):**

HOME TELEPHONE: _206 - 361 - 9355_
WORK TELEPHONE: _206 - 365 - 8183_
CELL PHONE: _____
E-MAIL ADDRESS: _LNELSEN @ HANSENBROS. COM_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5/27/10_____

Signature: _G.C. Culpepper_____

Name (print or type): _GARY Culpepper on behalf of WOODINVille LANDING LLC_

Street Address of Property that is
Next to the Railroad Line: _BLDG A = 17270 Wood. Red Rd NE_
_BLDG B = 17200 Wood Red Rd NE_
_WOODINVille, WA 98072_

Current Mailing Address: _____
→ PO Box 1650
**Other contact information (optional):** _WOODINVille, WA 98072_

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _(206) 949-8080_____
E-MAIL ADDRESS: _dawggc@msn.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date:   April 8, 2010

Signature:   Woodinville Lumber, Inc.   by:  _[signature]_                    , Senior Vice President

Name (print or type):   John D. Gilpin

Street Address of Property that is
Next to the Railroad Line:   15900 Woodinville-Redmond Road, N.E.; Woodinville, WA  98072

Current Mailing Address:   Woodinville Lumber, Inc., Attn: John Gilpin, 300 Morse Ave, Excelsior, MN  55331

Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE:   952-470-3600
CELL PHONE: _____
E-MAIL ADDRESS:   john_gilpin@lymanlumber.com

PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/23/10_

Signature: _Denise Woodley   Gordon_

Name (print or type): _Denise + Gordon Woodley_

Street Address of Property that is
Next to the Railroad Line: _5049 Lakehurst Lane_

Current Mailing Address: _"          "          "  Bellevue, WA 98006_

**Other contact information (optional):**

HOME TELEPHONE: _425 742-1000_
WORK TELEPHONE: _425 453-2000_
CELL PHONE: _425 802-1400_
E-MAIL ADDRESS: _woodley@gmail.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _5 - 25 - 10_

Signature: _James E Work_

Name (print or type): _JAMES E WORK_

Street Address of Property that is
Next to the Railroad Line: _____

Current Mailing Address: _24707 NE 26ᵗʰ ST Redmond 98074_

**Other contact information (optional):**

HOME TELEPHONE: _425-868 3165_
WORK TELEPHONE: _425 885 - 0300_
CELL PHONE: _425-444 -0466_
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3-26-10_

Signature: _Robert R Wright_

Name (print or type): _Robert Wright_

Street Address of Property that is
Next to the Railroad Line: _10304 NE 62 St., Kirkland, WA_

Current Mailing Address: _same_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____5/17/2010_____

Signature: _____Stanley W Wyse_____

Name (print or type): _____Stanley W Wyse_____

Street Address of Property that is
Next to the Railroad Line: _____5603 104th Ave NE   Kirkland WA   98033_____

Current Mailing Address: _____same_____

### Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _____425, 417, 9462_____
E-MAIL ADDRESS: _____wyse999@yahoo.com_____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _3/22/10_

Signature: _____

Name (print or type): _Jason Wilcox, Trustee of the Yamada + Wilcox Family Trust_

Street Address of Property that is
Next to the Railroad Line: _4305 105th Ave Ne Kirkland wa 98033_

Current Mailing Address: _Same_

**Other contact information (optional):**

HOME TELEPHONE: _425- 803  9534_
WORK TELEPHONE: _206 919-7643_
CELL PHONE: _____
E-MAIL ADDRESS: _JOW4305 @ Gmail.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _4/1/2010_

Signature: _Sharon L. Riddle_

Name (print or type): _SHARON L. RIDDLE, PRESIDENT, YARROW HILL HOA_

Street Address of Property that is
Next to the Railroad Line: _4916 102 Lane NE, KIRKLAND, WA_ *

Current Mailing Address: _4921 102 Lane NE, KIRKLAND, WA_

\* WE ARE A PUD COMMUNITY WITH OVER 25 UNITS ADJACENT
**Other contact information (optional):** TO THE RR LINE ALONG WITH
GREENBELT AREAS. THE HOA OWNS
HOME TELEPHONE: _425-822-3969_ THE PROPERTY. SEE ATTACHED.
WORK TELEPHONE: _____
CELL PHONE: _206-910-7121_
E-MAIL ADDRESS: _theriddles@schultzgroup.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____ 5/27/2010 _____

Signature: _Stanley Habib on behalf of all Yarrow Hill Villas_

Name (print or type): _Stanley Habib_  _Condominium owners via the Yarrow Hill Villas Homeowners Association_

Street Address of Property that is
Next to the Railroad Line: _10230 NE 52nd St. Kirkland Wa 98033_

Current Mailing Address: _10230 NE 52nd St. Kirkland Wa 98033_

**Other contact information (optional):**

HOME TELEPHONE: _425 889 2328_
WORK TELEPHONE: _____
CELL PHONE: _425 761 5808_
E-MAIL ADDRESS: _Stanley habib@ pacbell. net_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

_list of condo owners attached_

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6/29/10_

Signature: _Lisa Muth_

Name (print or type): _Lisa Muth, President Yarrowood Condominiums_

Street Address of Property that is
Next to the Railroad Line: _3573 109th pl NE #3 Bellevue Wa 98004_

Current Mailing Address: _Yarrowood Condominiums c/o Property Concepts_
_5622 California Ave SW_
Other contact information (optional): _Seattle, Wa 98136_

HOME TELEPHONE: _____
WORK TELEPHONE: _206-935-7951  Jack Taylor, Association Manager_
CELL PHONE: _425-466-5567_ _fax 206-935-7952_
E-MAIL ADDRESS: _propcncpts@aol.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _May 19, 2010_

Signature: _Shahn Yee_

Name (print or type): _SHAHN YEE_

Street Address of Property that is
Next to the Railroad Line: _10401 NE 52ND STREET, KIRKLAND, WA_

Current Mailing Address: _10401 NE 52ND STREET, KIRKLAND, WA 98033_

**Other contact information (optional):**

HOME TELEPHONE: _425-922-3913_
WORK TELEPHONE: _425-266-1339_
CELL PHONE: _(SAME AS HOME)_
E-MAIL ADDRESS: _shahnyee@hotmail.com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _11 JUNE 2010_

Signature: _Michael Young_

Name (print or type): _D. MICHAEL YOUNG_

Street Address of Property that is
Next to the Railroad Line: _15031 LAKEHURST LN SE_
_BELLEVUE WA. 98006_

Current Mailing Address: _SAME a_

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _206 - 359 - 6359_
CELL PHONE: _____
E-MAIL ADDRESS: _mikeyoung @ perkinscoie. com_

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____ *May 25, 2010* _____

Signature: _____ *Rosemary Zilmer* _____ *Mark E Zilmer* _____

Name (print or type): _____ *ROSEMARY ZILMER* _____ *MARK ZILMER* _____

Street Address of Property that is
Next to the Railroad Line: _____ *3837 Lake Washington Blvd* _____

Current Mailing Address: _____ *(Same)* _____

**Other contact information (optional):**

HOME TELEPHONE: _____ *425 - 226 - 9090* _____
WORK TELEPHONE: _____
CELL PHONE: _____ *206 799-0361* _____
E-MAIL ADDRESS: _____ *rosemaryz@ccsww.org* _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN <u>FRIDAY, JUNE 18, 2010</u> OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

JUN-28-2010  13:14        BAKER STERCHI COWDEN RICE        816 472 0288    P.002/004
06/28/2010  11:03    1        CUSTOM DECORATORS              PAGE  02

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation.  I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity.  If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _____6/24/10_____

Signature: _____Elizabeth Zimmer_____    _____Stephen Zimmer_____

Name (print or type): Elizabeth A. Zimmer

Street Address of Property that is
Next to the Railroad Line:  16715 Cleveland Street, Redmond, WA 98005

Current Mailing Address: _____

**Other contact information (optional):**

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

**If you have any questions, please call Class Counsel at (888) 235-6193.**

JUN-28-2010  13:14     BAKER STERCHI COWDEN RICE          816 472 0288        P.003/004
06/28/2010  11:03    1                CUSTOM DECORATORS                       PAGE   03

Jun 28 10 09:03a     Jon                           206-938-8300              p.2
06/24/2010  09:58   1              CUSTOM DECORATORS                       PAGE   03

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.80), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: _6/26/10_

Signature: _____

Name (print or type): Jon Ricker and Nancy Rinker

Street Address of Property that is
Next to the Railroad Line: _16715 Cleveland Street, Redmond, WA 98005_

Current Mailing Address: _____

### Other contact information (optional):

HOME TELEPHONE: _____
WORK TELEPHONE: _____
CELL PHONE: _____
E-MAIL ADDRESS: _____

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.

## ENTRY OF APPEARANCE

I wish to opt-in to the Class Action lawsuit against the United States to assert a claim for a taking of private property for public use without just compensation. I owned land on either October 27, 2008 or November 28, 2008, that was immediately adjacent to or traversed by the railroad corridor, or right-of-way, located approximately between Kennydale and Wilburton (between mileposts 5.00 and 10.60), from Wilburton to Woodinville (between mileposts 11.25 and 23.60), or from Woodinville to Redmond (between mileposts 0.0 and 7.30), on which a rail line was formerly operated by BNSF Railway Co. ("BNSF").

By signing this Entry of Appearance form, below, I certify that the information provided in this Entry of Appearance form is true and correct, based upon my personal knowledge.

Note: If you represent an entity making a claim, such as a corporation, partnership, or trust, please identify the name of that entity in this Entry of Appearance, but sign in your own name as a representative of that entity. If you owned the land with another person or entity, it is only necessary that one of the owners sign this form, but it is helpful if you identify all owners.

Date: 6-26-2010

Signature: _Thomas J. Braden_ / _Whitney Braden_

Name (print or type): Thomas J. Braden and Whitney Braden

Street Address of Property that is
Next to the Railroad Line: 16715 Cleveland Street, Redmond, WA 98005

Current Mailing Address: 1045 LAKESHORE ROAD LAKE OSWEGO OREGON 97034

**Other contact information (optional):**

HOME TELEPHONE: 503-636-9807
WORK TELEPHONE:
CELL PHONE: 503-201-0991
E-MAIL ADDRESS: TBRAD@AOL.COM

**PLEASE RETURN YOUR SIGNED ENTRY OF APPEARANCE POST-MARKED NO LATER THAN FRIDAY, JUNE 18, 2010 OR FAXED OR HAND-DELIVERED TO CLASS COUNSEL BY THAT DATE (a stamped, addressed envelope has been provided for your convenience):**

Haggart v. United States Class Action
c/o Steven Wald, Esq.
1010 Market Street, Suite 950
St. Louis, MO 63102
You can also fax your signed claim form to: 314-231-4857

If you have any questions, please call Class Counsel at (888) 235-6193.