## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | )<br>)<br>)<br>)  No. 09-103 L |
| Plaintiffs, | )  Judge Charles F. Lettow |
| vs. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## **NOTICE OF ASSOCIATION**

Attorney Gordon Woodley hereby notifies the Court and counsel that he will be acting as co-counsel (with class counsel Steven M. Wald and the law firm of Baker Sterchi Cowden & Rice, L.L.C.) on behalf of the Plaintiffs listed below to the extent their claims derive from being property owners whose interests and takings claims are affected by the June 24, 1903 railroad Right of Way Deed from Mary C. and George B. Kittinger *et al.* to Northern Pacific Railway Company, King County deed recording number 269500.  Mr. Woodley's role will not be as class counsel, but rather as personal counsel for this limited group of Plaintiffs, and shall in no way affect the status of current class counsel in this case.  The specific Plaintiffs for whom Mr. Woodley will act as personal counsel are as follows:

1. AIY Chan, formerly Chan & Chan, LP
2. Kirt & Lynn Barrett
3. LeMoin, C. Beckman
4. Barbara Bergstrom
5. Charles W. Billow
6. Christopher W. & Mary C. Black
7. Anthony P. Boydston
8. Steven Brace
9. Bruce K. & Patricia A. Brown

10. Mary L. Brunt
11. Virginia Elizabeth Chambers, Individually, and as Personal Representative of the Estate of Guy Roger Chambers
12. France Cokan
13. Dennis J. Crispin, as Trustee of that certain Declaration of Trust dated September 17, 1980
14. William Curley
15. Curtis L. & Julie G. Dickerson
16. Harry Dursch & Kristen Lemke
17. Star Evans
18. Martin Fedigan, as Trustee of that certain Trust created by Declaration of Trust dated September 27, 2002
19. Paul & Christine Fergen
20. Teresa Gallo
21. Tracy Gibbons
22. Donna A. Hardwick
23. Sylvia Denise Harris
24. John Edward Howell & Molly Jane Howell
25. Pamela J. Hunt
26. Michael B. Jacobsen
27. Dean W. Johnson
28. Edmund J. Jones
29. Julin Family Limited Partnership
30. Kim J. Kaiser
31. Scott & Kathryn Kaseburg
32. Marc S. Kaye & Susan Wayman
33. Kimsey Living Trust, through Trustees Timothy Kimsey and Glenda Kimsey
34. Gregory J. Lasek
35. Frances Jane Lee
36. Suk Bong Lee & Mija Lee
37. Loren R. Lofgren
38. Susan B. Long
39. Clark R. & Susan L. Lyons
40. Jessie B. Macy
41. Claudia Mansfield, Individually, and as Power of Attorney for C.A. Mansfield
42. Fredrick & Susan Miller
43. Jerrold H. & Leslie Milstein
44. Scott D. Oki
45. Joseph L. & Kirstin Peterson
46. Russell Roland & Galina Smolniakova
47. Michael G. Russell
48. James M. & Kelly J. Sather
49. Stuart & Dana Simpson
50. Stephen B. & Sherri A. Smolinske
51. James E. Strang
52. Charland & Gerard Torrence

53. Jerry Warfield
54. Alison L. Webb
55. John R. and Marilyn Wilkins
56. Denise & Gordon Woodley
57. D. Michael Young

By  /s/ Gordon Woodley
Brent W. Baldwin
Steven M. Wald
J. Robert Sears
Laura J. Bettenhausen
1010 Market Street, Suite 950
St. Louis, MO 63102-1708
(314) 231-2925
(314) 231-4857 (facsimile)
baldwin@bscr-law.com
wald@bscr-law.com
sears@bscr-law.com
bettenhausen@bscr-law.com

-and-

Thomas S. Stewart
Elizabeth G. McCulley
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 (facsimile)
stewart@bscr-law.com
mcculley@bscr-law.com
**CLASS COUNSEL FOR ALL PLAINTIFFS**
-and-

Gordon Woodley
Woodley Law
14929 SE Allen Road
Bellevue, WA 98006
425-453-2000 (phone)
425-747-3073
woodley@gmail.com
**PERSONAL COUNSEL FOR 57 PLAINTIFFS LISTED ABOVE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 24th day of September 2010, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 24th day of September, 2010, to:

Bruce K. Trauben
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
(202) 305-0238
(202) 305-0506 (facsimile)

ATTORNEY FOR DEFENDANT

       /s/ Gordon Woodley
**PERSONAL COUNSEL FOR 57 PLAINTIFFS LISTED ABOVE**