**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)   No. 09-103 L<br>)<br>)   Judge Charles F. Lettow<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

On September 21, 2010, the Court held a status conference and ordered the Parties to submit a Joint Status Report by November 19, 2010, in advance of a telephone status conference to be held on November 22, 2010 (Dkt. No. 47). The parties' joint status report follows.

1. On September 21, 2010, Plaintiffs submitted to Defendant a spreadsheet categorizing the deeds that conveyed to the original, predecessor railroads the rights-of-way at issue (the "source deeds").

2. The United States responded to Plaintiffs' categorization of the deeds on November 19, 2010.

3. The parties agree that certain deeds conveyed an easement to the original, predecessor railroad, and that other deeds conveyed a fee interest. The parties, however, have not reached an agreement as to all of the deeds at issue, and are continuing to attempt to resolve their differences of opinion to avoid motions practice, if possible. The parties suggest that they have at least another month, before motions practice, to try to resolve their differences of opinion as to the interest conveyed to the acquiring railroad.

1

4.	On November 3, 2010, the parties received a bid from a consulting firm that is capable of assisting them in mapping the rights-of-way at issue to graphically depict the location of the claimants' and railroads' parcels at issue.  The parties intend to initiate the government contracting process to retain that firm through Defendant.

Respectfully submitted,

| BAKER STERCHI COWDEN & RICE, L.L.C. | IGNACIA S. MORENO<br>Assistant Attorney General |
|---|---|
| By /s/ Steven Wald (by BKT w/permission)<br>　Brent W. Baldwin<br>　Steven M. Wald<br>　J. Robert Sears<br>　1010 Market Street, Suite 950<br>　St. Louis, MO 63102-1708<br>　(314) 231-2925<br>　(314) 231-4857 (facsimile)<br>　baldwin@bscr-law.com<br>　wald@bscr-law.com<br>　sears@bscr-law.com<br><br>　-and-<br><br>　Thomas S. Stewart<br>　Elizabeth G. McCulley<br>　2400 Pershing Road, Suite 500<br>　Kansas City, MO 64108<br>　(816) 471-2121<br>　(816) 472-0288 (facsimile)<br>　stewart@bscr-law.com<br>　mcculley@bscr-law.com<br><br>　ATTORNEYS FOR PLAINTIFFS | By  /s/ Bruce K. Trauben<br>　Bruce K. Trauben<br>　U.S. Department of Justice<br>　Environment & Natural Resources Division<br>　Natural Resources Section<br>　P.O. Box 663<br>　Washington, D.C. 20044<br>　(202) 305-0238<br>　(202) 305-0506 (facsimile)<br>　bruce.trauben@usdoj.gov<br><br>　ATTORNEYS FOR DEFENDANT |

Dated:  November 19, 2010