**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) ) ) No.  09-103 L |
| Plaintiffs, | ) ) Judge Charles F. Lettow |
| vs. | ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

On November 22, 2010, the Court held a status conference and ordered the Parties to submit a Joint Status Report by February 24, 2011, in advance of a telephone status conference to be held on February 28, 2011 (Dkt. No. 52).  The parties' joint status report follows.

1. As reported in their November 19, 2010, Joint Status Report, the parties have agree that certain deeds conveyed an easement to the original, predecessor railroad, and that other deeds conveyed a fee interest.  The parties, however, have not reached an agreement as to all of the deeds at issue, and are continuing to attempt to resolve their differences of opinion to avoid motions practice, if possible.

2. After receiving a bid from a consulting firm, Axxion Administration LLC ("Axxion"), on November 3, 2010, the United States retained Axxion on December 8, 2010, to assist with mapping the right-of-way and properties at issue.  Although retained by the United States, the parties consider Axxion to be working for both sides, jointly, and neither side has unilateral access to Axxion.  To date, Axxion has prepared a draft map of the location of those segments of the rights-of-way at issue that were originally acquired as an easement.  Axxion is in the process of mapping those segments of the

1

rights-of-way that the parties agree were acquired by the railroad in fee, as well as those segments where the parties have not yet reached an agreement as to the interest acquired by the railroad.  Axxion anticipates completing the mapping near the end of the March, 2011.

3. The United States served written discovery on Plaintiffs on December 9, 2010.  Plaintiffs objected to Defendant's discovery on January 10, 2011.  Counsel for the parties are attempting to, and believe they can, resolve their discovery disputes amicably, without the need for court intervention, as they have done in another rails-to-trails case.

4. During December, 2010, and January, 2011, the United States subpoenaed documents from: (1) BNSF Railway Company; (2) the State of Washington; (3) King County, Washington; (4) the City of Redmond, Washington; (5) the City of Bellevue, Washington; (6) the City of Woodinville, Washington; (7) the City of Renton, Washington; and (8) the City of Kirkland, Washington.  During January and February, 2011, each entity responded to the Defendant's subpoena, however King County has indicated that it is continuing to search for responsive documents, and the City of Bellevue has identified a confidential document to be produced upon entry of a protective order (see Motion for Entry of a Protective Order, filed Feb. 23, 2011 (Dkt. No. 53)). The United States is in the process of scanning or uploading the documents produced into a Bates-numbered document database, which it will produce to Plaintiffs as soon as it is completed.

5. The parties propose that they submit their next joint status report by Tuesday, May 24, 2011.

Respectfully submitted,

| BAKER STERCHI COWDEN & RICE, L.L.C. | IGNACIA S. MORENO<br>Assistant Attorney General |
|---|---|
| By /s/ Steven Wald (by BKT w/permission)<br>   Brent W. Baldwin<br>   Steven M. Wald<br>   J. Robert Sears<br>   1010 Market Street, Suite 950<br>   St. Louis, MO 63102-1708<br>   (314) 231-2925<br>   (314) 231-4857 (facsimile)<br>   baldwin@bscr-law.com<br>   wald@bscr-law.com<br>   sears@bscr-law.com<br><br>   -and-<br><br>   Thomas S. Stewart<br>   Elizabeth G. McCulley<br>   2400 Pershing Road, Suite 500<br>   Kansas City, MO 64108<br>   (816) 471-2121<br>   (816) 472-0288 (facsimile)<br>   stewart@bscr-law.com<br>   mcculley@bscr-law.com<br><br>   ATTORNEYS FOR PLAINTIFFS | By /s/ Bruce K. Trauben<br>   Bruce K. Trauben<br>   U.S. Department of Justice<br>   Environment & Natural Resources Division<br>   Natural Resources Section<br>   P.O. Box 663<br>   Washington, D.C. 20044<br>   (202) 305-0238<br>   (202) 305-0506 (facsimile)<br>   bruce.trauben@usdoj.gov<br><br>   ATTORNEYS FOR DEFENDANT |

Dated:  February 24, 2011