IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 09-103 L<br><br>Judge Charles F. Lettow |

## JOINT STATUS REPORT

In compliance with the Court's February 28, 2011 Order, the parties submit the following Joint Status Report:

1.　As reported in their November 19, 2010, Joint Status Report, the parties have agreed that certain deeds conveyed an easement to the original, predecessor railroad, and that other deeds conveyed a fee interest. The parties, however, have not reached an agreement as to all of the deeds and other conveyances at issue, and are continuing to attempt to resolve their differences of opinion. Within the next 60 days, the parties hope to reach a final resolution with respect to what stipulations they will be able to reach regarding which source conveyances to the acquiring railroad were fee, which were easement, and which are disputed and need Court resolution.

2.　As reported in the parties' February 24, 2011 Joint Status Report, after receiving a bid from a consulting firm, Axxion Administration LLC ("Axxion"), on November 3, 2010, the United States retained Axxion on December 8, 2010, to assist with mapping the right-of-way and properties at issue. Although retained by the United States, the parties consider Axxion to be working for both sides, jointly, and neither side has unilateral access to Axxion.

3. On April 18, 2011, Axxion provided to the parties its completed draft map showing the boundaries of the source deeds to the railroad and the parcels of the claimants in relation to the source deeds. Since that date, the parties have been diligently working through the maps (which is a significant undertaking given the number of source deeds and claimants) and communicating with each other in an attempt to resolve any differences that exist relating to such mapping. The parties' goal is to be able to stipulate to a map that will allow the parties and the Court to conclude which parcels are in fee areas, which are in easement areas, and which are in disputed areas; this should significantly assist in allowing this matter to be litigated and resolved as efficiently as possible. Based on the parties' communications thus far regarding the Axxion mapping, the parties are cautiously optimistic that they will be able to reach a stipulation regarding the mapping within the next 60 days.

4. Thus, the parties request that the Court issue an Order allowing the parties to submit a Joint Status Report on July 22, 2011.

BAKER STERCHI COWDEN & RICE, L.L.C.

By /s/ Steven Wald
   Brent W. Baldwin
   Steven M. Wald
   J. Robert Sears
   1010 Market Street, Suite 950
   St. Louis, MO 63102-1708
   (314) 231-2925
   (314) 231-4857 (facsimile)
   baldwin@bscr-law.com
   wald@bscr-law.com
   sears@bscr-law.com

-and-

Thomas S. Stewart
Elizabeth G. McCulley
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 (facsimile)
stewart@bscr-law.com
mcculley@bscr-law.com

ATTORNEYS FOR PLAINTIFFS

IGNACIA S. MORENO
Assistant Attorney General

By /s/ Bruce K. Trauben (by SMW, with permission)
   Bruce K. Trauben
   U.S. Department of Justice
   Environmental and Natural Resources Division
   Natural Resources Section
   P.O. Box 663
   Washington, D.C. 20044
   (202) 305-0238
   (202) 305-0506 (facsimile)
   bruce.trauben@usdoj.gov

ATTORNEYS FOR DEFENDANT

SL279735v.1