### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)　No.  09-103 L<br>)<br>)　Judge Charles F. Lettow<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **JOINT STATUS REPORT**

On May 27, 2011, the Court ordered the parties to file a joint status report on or before July 22, 2011.  *See* Order, filed May 27, 2011 (Doc. No. 60).  Pursuant to that Order, the parties hereby submit their joint status report follows.

　　　　1.　　　As previously reported, the parties have agreed that certain deeds conveyed an easement to the original, predecessor railroad, and that other deeds conveyed a fee interest.  Since their last report on May 24, 2011, the parties have continued their discussions on the property interest acquired by the predecessor railroad through condemnation, adverse use, and deeds.  To date, however, the parties have not reached an agreement as to all of the railroad's property interests in the right-of-way and are continuing to attempt to resolve their differences, but motions practice appears imminent as discussed below in paragraph 3.

　　　　2.　　　Axxion Administration, LLC ("Axxion"), the firm retained by the United States on behalf of all parties to map the railroad corridor, is nearing completion of its mapping project.  The parties have reviewed and commented on several drafts of the 56 maps of the corridor prepared by Axxion, and that process is nearing completion.  The parties anticipate reaching an agreement on the mapping by the end of July, subject to

revision as additional information may come to light.  Accordingly, Plaintiffs anticipate filing a motion to dismiss those claimants who own property adjacent to segments of the right-of-way held in fee by the railroad, as depicted in Axxion's maps.

     3.     As mentioned in paragraph 1, while the parties are working toward resolving issues relating to the property interest in the right-of-way held by the original railroad, it is becoming apparent that they will not be able to resolve all issues. Additionally, where the predecessor railroad held an easement in the right-of-way, the parties do not anticipate agreeing on the scope of the easements held.  The parties also do not agree on whether the railroad abandoned its easements in the right-of-way at any time, or to the relevancy of the abandonment issue.  Consequently, the parties anticipate submitting these issues to the Court for resolution.  Currently, Plaintiffs anticipate filing a dispositive motion on issues relating to the railroad's property interest in the right-of-way, and the scope of the easements, by the end of August.  Defendant shall then respond to the issues raised by Plaintiffs, and may raise additional issues such as abandonment in a cross-motion for summary judgment, within 60 days from the date on which Plaintiffs file their motion (to accommodate defense counsel's pre-existing trial schedule, the parties agree to allow 60 days for the government's response/cross motion).  Subsequent briefing would follow the applicable Rules of the United States Court of Federal Claims.

     4.     The parties presently are deferring issues relating to the individual Plaintiff's title or property interest in the right-of-way, which will need to be addressed to the extent that any plaintiffs prevail in the anticipated motions practice.  Subsequently, any compensation due will need to be resolved, most likely through the use of expert appraisers.

5. The parties propose that any further status reports be deferred until after the Court rules on the anticipated motions.

Respectfully submitted,

| | |
|---|---|
| BAKER STERCHI COWDEN & RICE, L.L.C. | IGNACIA S. MORENO<br>Assistant Attorney General |
| By /s/ Steven Wald (by BKT w/permission)<br>　Brent W. Baldwin<br>　Steven M. Wald<br>　J. Robert Sears<br>　1010 Market Street, Suite 950<br>　St. Louis, MO 63102-1708<br>　(314) 231-2925<br>　(314) 231-4857 (facsimile)<br>　baldwin@bscr-law.com<br>　wald@bscr-law.com<br>　sears@bscr-law.com<br><br>　-and-<br><br>　Thomas S. Stewart<br>　Elizabeth G. McCulley<br>　2400 Pershing Road, Suite 500<br>　Kansas City, MO 64108<br>　(816) 471-2121<br>　(816) 472-0288 (facsimile)<br>　stewart@bscr-law.com<br>　mcculley@bscr-law.com<br><br>　ATTORNEYS FOR PLAINTIFFS | By  /s/ Bruce K. Trauben<br>　Bruce K. Trauben<br>　U.S. Department of Justice<br>　Environment & Natural Resources Division<br>　Natural Resources Section<br>　P.O. Box 663<br>　Washington, D.C. 20044<br>　(202) 305-0238<br>　(202) 305-0506 (facsimile)<br>　bruce.trauben@usdoj.gov<br><br>　ATTORNEYS FOR DEFENDANT |

Dated: July 22, 2011