## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>  Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>  Defendant. | )<br>)<br>)   No. 09-103 L<br>)<br>)   Judge Charles F. Lettow<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

In their July 22, 2011 Joint Status Report (DKT # 64), the parties informed the Court, *inter alia*, that Plaintiffs anticipated filing a dispositive motion on issues relating to the railroad's property interest in the right-of-way, and the scope of the easements, by the end of August. However, the parties now wish to inform the Court that they have continued to jointly explore the possibility of stipulations that could reduce the contested issues before the Court in this complex case, and that the parties believe progress has recently been made in that regard. Thus, with the Court's approval, Plaintiffs intend to file a dispositive motion, if necessary (and if not necessary, the parties will so inform the Court) by September 23, 2011.

Respectfully submitted,

| | |
|---|---|
| BAKER STERCHI COWDEN & RICE, L.L.C. | IGNACIA S. MORENO<br>Assistant Attorney General |
| By /s/ Steven Wald<br>　Brent W. Baldwin<br>　Steven M. Wald<br>　J. Robert Sears<br>　1010 Market Street, Suite 950<br>　St. Louis, MO 63102-1708<br>　(314) 231-2925<br>　(314) 231-4857 (facsimile)<br>　baldwin@bscr-law.com<br>　wald@bscr-law.com<br>　sears@bscr-law.com | By　/s/ Bruce K. Trauben (by SMW, with permission)<br>　Bruce K. Trauben<br>　U.S. Department of Justice<br>　Environment & Natural Resources Division<br>　Natural Resources Section<br>　P.O. Box 663<br>　Washington, D.C. 20044<br>　(202) 305-0238<br>　(202) 305-0506 (facsimile)<br>　bruce.trauben@usdoj.gov |
| 　-and- | ATTORNEYS FOR DEFENDANT |
| Thomas S. Stewart<br>Elizabeth G. McCulley<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>(816) 471-2121<br>(816) 472-0288 (facsimile)<br>stewart@bscr-law.com<br>mcculley@bscr-law.com | |
| ATTORNEYS FOR PLAINTIFFS | |

Dated: September 1, 2011