## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

No.  09-103 L

Judge Charles F. Lettow

*Electronically filed September 23, 2011*

### JOINT STATUS REPORT

Pursuant to the Court's September 2, 2011 Order (Doc. No. 66), the parties submit the following Joint Status Report:

1.      As reported in their September 1, 2011, Joint Status Report, the parties have agreed that certain condemnations conveyed an easement to the original, predecessor railroad, that certain deeds conveyed an easement to the original, predecessor railroad, and the original, predecessor railroad obtained an easement by prescription over certain Claimant's land.   The parties further agree that other deeds conveyed a fee interest to the original, predecessor railroad. The parties stipulate as follows:

A.   The parties agree that the following condemnations conveyed an easement to the railroad:

| Condemnations | |
|---|---|
| Recording No. | Grantor/Condemnee |
| SC 9841 (recorded as No. 92446) | Hawley (as administrator of the Estate of Fetzlaff) |
| SC 40536 | State of Washington |
| Report No. 650 ½ | Delfel |

1

B.   The parties agree that the following source conveyances conveyed an easement by deed to the railroad:

| Easements by Deed | |
|---|---|
| Recording No. | Grantor |
| 68284 | Dunn |
| 68619 | Fagerberg |
| 68980 | Fransen |
| 68981 | Russell |
| 69124 | Zwiefelhofer |
| 70170 | Freed |
| 70171 | Montague |
| 79807 | Blackwell |
| 102518 | Lake Washington Belt Line Co. |
| 426848 | Battle |
| 80946 | Medico |

C.   The parties agree that where the railroad acquired the right-of-way by prescription (adverse possession), it acquired an easement interest in the right-of-way.

D.   The parties agree that the following source conveyances conveyed fee by deed to the railroad:

| Category III- Fee | |
|---|---|
| Recording No. | Grantor |
| 77991 | Charles |
| 77992 | Milner |
| 193346 | State of Washington |
| 259321 | Nelson |
| 262461 | Dunn |
| 266225 | King |
| 266616 | Cochrane |
| 267075 | Kirkland Land & Improve Co. |
| 268921 | State of Washington |
| 270028 | Havercamp |
| 276076 | Dalpay |
| 278140 | Loomis |
| 287093 | Lake Wash. Land Co. |
| 326104 | Dodge |
| 339709 | Wilbur Logging Co. |

| 359961 | Seattle and Shang. Invest. Co. |
|---|---|
| 402655 | Allen |
| 523905 | Wright |
| 633566 | Merchant |
| 804189 | Burke & Farrar |
| 957472 | Bothwell |
| 984116 | Darrie |
| 4306623 | Robinson |
| 4800173 | Safeway Stores |
| 6278130 | Fowler -relevant portions are fee |
| 292817 | Lake Washington Land Co.<br><br>(Note: This deed originally conveyed a temporary easement, and the railroad subsequently held the land in fee–thus, the landowners at the time of the NITU do not have a claim to the right-of-way at issue in this conveyance. For this stipulation, therefore, Plaintiffs have added this deed to the "fee" category.) |

2.     Further, the parties continue to explore additional stipulations on the remaining deeds, and if no stipulations are reached, Plaintiffs will file a motion for partial summary judgment regarding the nature and scope of the interest acquired by the railroad for the remaining deeds.  Plaintiffs will file their motion for partial summary judgment no sooner than October 24, 2011.

3.     As reported in the parties' February 24, 2011 Joint Status Report, after receiving a bid from a consulting firm, Axxion Administration LLC ("Axxion"), on November 3, 2010, the United States retained Axxion on December 8, 2010, to assist with mapping the right-of-way and properties at issue. Although retained by the United States, the parties consider Axxion to be working for both sides, jointly, and neither side has unilateral access to Axxion. Axxion has completed mapping of the right-of-way, and provided to the parties its maps showing the boundaries of the source deeds to the railroad and the parcels of the claimants in relation to the

source deeds.   Based upon information currently available, the parties agree that Axxion's mapping of the right-of-way and the properties at issue is accurate and complete.   The parties, however, reserve the right to request that Axxion amend or revise its maps should it become evident at any time in the future that an error in the mapping has occurred.

4.      The parties also wish to inform the Court that GNP Rly., Inc.'s ("GNP") petition to the Surface Transportation Board to vacate the October 27, 2008, NITU regarding the Redmond Spur (from milepost 0.0 at Woodinville, Washington to approximately milepost 7.3 at Redmond), and part of the November 28, 2008, NITU regarding the northern, or Woodinville, segment of the right-of-way (from milepost 23.8 to milepost 22.0 near Woodinville) was denied by the STB effective July 15, 2011, because GNP is insolvent.

5.      The parties also wish to inform the Court that the parties are in the process of exploring further stipulations in order to limit the issues needing Court resolution and the parties are exploring potential settlement possibilities.

Thus, the parties request that the Court issue an Order allowing the parties to submit a Joint Status Report concerning further stipulations, if any, by October 24, 2011 and that Plaintiffs may file a motion for partial summary judgment no sooner than October 24, 2011.

BAKER STERCHI COWDEN & RICE, L.L.C.

IGNACIA S. MORENO
Assistant Attorney General

By _/s/ *Elizabeth McCulley*_____

   Brent W. Baldwin
   Steven M. Wald
   J. Robert Sears
   1010 Market Street, Suite 950
   St. Louis, MO 63102-1708
   (314) 231-2925
   (314) 231-4857 (facsimile)
   baldwin@bscr-law.com
   wald@bscr-law.com
   sears@bscr-law.com

   -and-

   Thomas S. Stewart
   Elizabeth G. McCulley
   2400 Pershing Road, Suite 500
   Kansas City, MO 64108
   (816) 471-2121
   (816) 472-0288 (facsimile)
   stewart@bscr-law.com
   mcculley@bscr-law.com

   ATTORNEYS FOR PLAINTIFFS

By__/s/ *Bruce K. Trauben*_____

   Bruce K. Trauben
   U.S. Department of Justice
   Environmental and Natural Resources Division
   Natural Resources Section
   P.O. Box 663
   Washington, D.C. 20044
   (202) 305-0238
   (202) 305-0506 (facsimile)
   bruce.trauben@usdoj.gov

   ATTORNEYS FOR DEFENDANT