## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) ) ) No. 09-103 L ) |
| Plaintiffs, | ) Judge Charles F. Lettow ) |
| vs. | ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

### **JOINT STATUS REPORT & JOINT MOTION TO AMEND SCHEDULE**

1.   As reported in their October 24, 2011, Joint Status Report (Doc. No. 70), the parties identified proposed sub-classes and anticipated filing a join motion by November 18, 2011, "proposing which class members should be divided into the agreed-upon sub-classes, and further detailing the parties' proposed plan of litigating/resolving the claims within the respective proposed sub-classes."  Oct. 24, 2011, Joint Status Rep., ¶¶ 3-4.  On October 26, 2011, the Court issued an order acknowledging the parties' October 24, 2011, Joint Status Report, and requesting that the parties file a joint motion on or before November 18, 2011, regarding subclasses. See Oct. 26, 2011, Order (Doc. No. 71).

2.   Since filing their October 24, 2011, Joint Status Report, the parties have been working diligently toward identifying proposed sub-classes and segregating the claims into those sub-classes.  Toward that goal, the parties have reviewed several hundred plaintiffs' deeds, and have also reviewed in detail the mapping of the location of such plaintiffs' properties vis-à-vis the location of the boundaries of the railroad's interest obtained through dozens of original railroad conveyances, in order to attempt to segregate Plaintiffs, their parcels, and corresponding deeds into categories that

hopefully will result in agreed upon sub-class groupings. A draft chart with such segregation of categories has been prepared and exchanged, but is not yet complete and agreed upon. However, the parties believe that further time to complete this task is useful and reasonably likely to result in an agreed upon plan.

3. Accordingly, the parties jointly move to amend the schedule so that they file the anticipated joint motion regarding sub-classes on or before December 9, 2011, and further detailing the parties' proposed plan of litigating/resolving the claims within the respective proposed sub-classes.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

SL293882v.1

Respectfully submitted,

| | |
|---|---|
| BAKER STERCHI COWDEN & RICE, L.L.C. | IGNACIA S. MORENO<br>Assistant Attorney General |
| By  /s/ Steven Wald (by BKT w/permission)<br>   Brent W. Baldwin<br>   Steven M. Wald<br>   J. Robert Sears<br>   1010 Market Street, Suite 950<br>   St. Louis, MO 63102-1708<br>   (314) 231-2925<br>   (314) 231-4857 (facsimile)<br>   baldwin@bscr-law.com<br>   wald@bscr-law.com<br>   sears@bscr-law.com<br><br>   -and-<br><br>   Thomas S. Stewart<br>   Elizabeth G. McCulley<br>   2400 Pershing Road, Suite 500<br>   Kansas City, MO 64108<br>   (816) 471-2121<br>   (816) 472-0288 (facsimile)<br>   stewart@bscr-law.com<br>   mcculley@bscr-law.com<br><br>   ATTORNEYS FOR PLAINTIFFS | By  /s/ Bruce K. Trauben<br>   Bruce K. Trauben<br>   U.S. Department of Justice<br>   Environment & Natural Resources Division<br>   Natural Resources Section<br>   P.O. Box 663<br>   Washington, D.C. 20044<br>   (202) 305-0238<br>   (202) 305-0506 (facsimile)<br>   bruce.trauben@usdoj.gov<br><br>   ATTORNEYS FOR DEFENDANT |

Dated:  November 18, 2011

SL293882v.1