## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | )<br>)<br>)　No. 09-103 L<br>)<br>)　Judge Charles F. Lettow<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION TO ESTABLISH SUBCLASSES

Pursuant to the Court's Order filed November 21, 2011, the Parties hereby jointly move to establish subclasses as set out below, to assist the Court in resolving this action.

　　1.　　The Parties, with the assistance of an expert mapping service, have divided the railroad's interest in the rights-of-way at issue into three main categories: (1) where the railroad held the right-of-way as an easement; (2) where the parties dispute the railroad's deeded property interest in the right-of-way; and (3) where the railroad held the right-of-way in fee. The mapping service located each Plaintiff's property along the rights-of-way so, for the majority of the parcels at issue, it is possible to identify at a glance in which of these three categories each parcel falls. There are thus three (3) main categories or classes: (1) easement; (2) disputed easement/fee; and (3) fee.

　　2.　　The Parties propose that the Court divide the Plaintiffs into the following five (5) classes, which the Parties believe sufficiently separates the Plaintiffs into categories that will allow briefing on separate issues for resolution pertaining to each group, such as the extent of the Plaintiffs' property interest, if any, in the railroad right-of-way that the Parties dispute:

1

| CLASS No. | Railroad's Interest | Plaintiffs' Deed Description |
|---|---|---|
| 1 | Easement | Metes & bounds expressly stated in deed, itself, that references RR ROW or street |
| 2 | Easement | Metes & bounds not expressly stated in the deed, itself, that references RR ROW or street, but Defendant contends, in some cases, such metes & bounds are incorporated by reference to another document or are in the chain of title |
| 3 | Disputed Easement/Fee | Metes & bounds expressly stated in deed, itself, that references RR ROW or street |
| 4 | Disputed Easement/Fee | Metes & bounds not expressly stated in the deed, itself, that references RR ROW or street, but Defendant contends, in some cases, such metes & bounds are incorporated by reference to another document or are in the chain of title |
| 5 | Fee | N/A |

3. The Parties still need to identify which Plaintiffs belong in the particular sub-classes. The Parties have been diligently working through that process, but have not yet reached the end of such process. The Parties request that they be permitted, by January 13, 2012, to supplement this motion to provide the Court the identities of the Plaintiffs that belong in each sub-class.

4. The Court also ordered the Parties to submit a plan for resolving this action efficiently. Plaintiffs intend to file a dispositive motion regarding both the

Plaintiffs' property interest in the right-of-way for proposed sub-class 2, and the scope of the easements in that sub-class. Defendant believes that the first step in a takings case is to determine whether the plaintiffs have a compensable property interest, and proposes that the Court should first resolve the railroad's interest in the right-of-way where disputed, and then resolve the Plaintiffs' interest, deferring resolution of the scope of the easements. In Defendant's view, if the railroad held the disputed right-of-way segments in fee, then the Parties need not conduct discovery or further search for documents relating to the property lying along those segments, significantly conserving limited resources.

      5.      The Parties request a status conference with the Court before filing any dispositive motions.

//

//

//

//

//

//

//

//

//

//

//

//

//

Respectfully submitted,

| | |
|---|---|
| BAKER STERCHI COWDEN & RICE, L.L.C. | IGNACIA S. MORENO<br>Assistant Attorney General |
| By /s/ Steven Wald (by BKT w/permission)<br>  Brent W. Baldwin<br>  Steven M. Wald<br>  J. Robert Sears<br>  1010 Market Street, Suite 950<br>  St. Louis, MO 63102-1708<br>  (314) 231-2925<br>  (314) 231-4857 (facsimile)<br>  baldwin@bscr-law.com<br>  wald@bscr-law.com<br>  sears@bscr-law.com | By /s/ Bruce K. Trauben<br>  Bruce K. Trauben<br>  U.S. Department of Justice<br>  Environment & Natural Resources Division<br>  Natural Resources Section<br>  P.O. Box 663<br>  Washington, D.C. 20044<br>  (202) 305-0238<br>  (202) 305-0506 (facsimile)<br>  bruce.trauben@usdoj.gov<br><br>ATTORNEYS FOR DEFENDANT |
|   -and-<br><br>  Thomas S. Stewart<br>  Elizabeth G. McCulley<br>  2400 Pershing Road, Suite 500<br>  Kansas City, MO 64108<br>  (816) 471-2121<br>  (816) 472-0288 (facsimile)<br>  stewart@bscr-law.com<br>  mcculley@bscr-law.com<br><br>ATTORNEYS FOR PLAINTIFFS | |

Dated: December 9, 2011