IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: January 27, 2012)

| | |
|---|---|
| DANIEL AND KATHY HAGGART for themselves and as representatives of a class of similarly situated individuals,<br><br>               Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

      The court acknowledges both parties' joint motion to establish subclasses, filed December 9, 2011, and the supplement to that motion filed January 13, 2012.  In the supplement, the parties advise that there are 522 plaintiffs, that approximately 90 percent of those plaintiffs have been sorted into one of five proposed subclasses, and that the parties expect to be in a position to allocate the remaining ten percent within 30 days.  The parties impliedly suggest that they are preparing to address the general question of employing subclasses contemporaneously with completing the sorting process of the numerous plaintiffs.

      In this case, because of the large number of plaintiffs, the class presumptively would be unmanageable absent the formation of subclasses.  Accordingly, the court requests that the parties provide an explanation of the basis on which the particular subclasses were chosen and specifically how the choice of the particular subclasses will advance the resolution of this action.  The court requests that this explanation and any associated briefing be provided on or before February 27, 2012, along with completion of the delineation of plaintiffs into subclasses.

      It is so ORDERED.

                                                 s/ Charles F. Lettow
                                                 Charles F. Lettow
                                                 Judge