## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 09-103 L<br><br>Judge Charles F. Lettow |

### PLAINTIFFS' NOTICE IN COMPLIANCE WITH COURT ORDER, REGARDING SUBCLASS REPRESENTATIVE AND SUBCLASS COUNSEL DESIGNATIONS

Pursuant to this Court's April 26, 2012 Order (D.E. 81), Plaintiffs provide the following subclass representatives and subclass counsel designations:

1. Plaintiffs propose that the following Plaintiffs be designated Subclass 1 representatives: Anthony P. Boydston; Gerald Brennan; and Icom America, Inc.

2. Plaintiffs propose that the following Plaintiffs be designated Subclass 2 representatives: Daniel and Kathy Haggart; Interpoint Corporation; and PACCAR, Inc.

3. Plaintiffs propose that the following Plaintiffs be designated Subclass 3 representatives: Asko, RIB, Oki, Miller.

4. Plaintiffs propose that the following Plaintiffs be designated Subclass 4 representatives: Bean, St. Michelle, Lion Es Hotel, Kerfield Ent., Tewari, Smolinske.

5. Plaintiffs propose that the following Plaintiff be designated Subclass 5 representative: Ken M. Akimoto.

6. Plaintiffs propose that the following Plaintiffs be designated Subclass 6 representatives: Leland F. and Betty J. Dellinger Living Trust, through Trustees Leland and Betty Dellinger, Susan Deloof, Robert C. and Marie Maddox.

7. Plaintiffs request that Thomas S. Stewart be named Subclass counsel for Subclasses 1-6.

                            BAKER STERCHI COWDEN & RICE, L.L.C.

Date: May 10, 2012

                       By   /s/ Steven M. Wald
                          Steven M. Wald
                          J. Robert Sears
                          1010 Market Street, Suite 950
                          St. Louis, MO 63102-1708
                          (314) 231-2925
                          (314) 231-4857 (facsimile)
                          wald@bscr-law.com
                          sears@bscr-law.com

                          -and-

                          Thomas S. Stewart
                          Elizabeth G. McCulley
                          2400 Pershing Road, Suite 500
                          Kansas City, MO 64108
                          (816) 471-2121
                          (816) 472-0288 (facsimile)
                          stewart@bscr-law.com
                          mcculley@bscr-law.com

                          ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 10th day of May, 2012, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 10th day of May, 2012, to:

Bruce K. Trauben
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
(202) 305-0238
(202) 305-0506 (facsimile)

ATTORNEY FOR DEFENDANT

                                          /s/ Steven M. Wald
                                          ATTORNEY FOR PLAINTIFFS