## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)   No. 09-103 L<br>)<br>)   Judge Charles F. Lettow<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' NOTICE IN COMPLIANCE WITH COURT ORDER, REGARDING SUBCLASS REPRESENTATIVE AND SUBCLASS COUNSEL DESIGNATIONS

Pursuant to this Court's April 26, 2012 Order (D.E. 81), Plaintiffs provide the following subclass representatives and subclass counsel designations:

1. Plaintiffs propose that the following Plaintiffs be designated Subclass 1 representatives: Anthony P. Boydston; Gerald Brennan; and Icom America, Inc.

2. Plaintiffs propose that the following Plaintiffs be designated Subclass 2 representatives: Daniel and Kathy Haggart; Interpoint Corporation; and PACCAR, Inc.

3. Plaintiffs propose that the following Plaintiffs be designated Subclass 3 representatives: Asko Processing, Inc.; RIB Investments; Scott D. Oki; and Frederick and Susan Miller.

4. Plaintiffs propose that the following Plaintiffs be designated Subclass 4 representatives: Marc L. Bean; Ste. Michelle Wine Estates, Ltd.; Lion Es Hotel Holdings LP; Kerfield Enterprises; Ritwik Tewari; and Stephen B. and Sherri A. Smolinske.

5. Plaintiffs propose that the following Plaintiff be designated Subclass 5 representative: Ken M. Akimoto.

6. Plaintiffs propose that the following Plaintiffs be designated Subclass 6 representatives: Leland F. and Betty J. Dellinger Living Trust; Susan Deloof; and Robert C. Maddox.

7. Plaintiffs request that Thomas S. Stewart be named Subclass counsel for Subclasses 1-6.

          BAKER STERCHI COWDEN & RICE, L.L.C.

Date: May 10, 2012

By  /s/ Steven M. Wald
   Steven M. Wald
   J. Robert Sears
   1010 Market Street, Suite 950
   St. Louis, MO 63102-1708
   (314) 231-2925
   (314) 231-4857 (facsimile)
   wald@bscr-law.com
   sears@bscr-law.com

   -and-

   Thomas S. Stewart
   Elizabeth G. McCulley
   2400 Pershing Road, Suite 500
   Kansas City, MO 64108
   (816) 471-2121
   (816) 472-0288 (facsimile)
   stewart@bscr-law.com
   mcculley@bscr-law.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 10th day of May, 2012, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 10th day of May, 2012, to:

Bruce K. Trauben
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
(202) 305-0238
(202) 305-0506 (facsimile)

ATTORNEY FOR DEFENDANT

    /s/ Steven M. Wald
    ATTORNEY FOR PLAINTIFFS