IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: May 11, 2012)

|  |  |
|---|---|
| DANIEL AND KATHY HAGGART for themselves and as representatives of a class of similarly situated individuals, | ) ) ) ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

ORDER

Pending before the court is plaintiffs' Motion to Strike Plaintiffs' Notice in Compliance with Court Order, filed May 10, 2012. As requested by the court's opinion and order of April 26, 2012, plaintiffs filed a Notice Regarding Subclass Representative and Subclass Counsel Designations on May 10, 2012, at 6:35 p.m. At 8:11 p.m. of the same day, plaintiffs filed a corrected version of the same document. Plaintiffs state in their pending motion that the first Notice was a draft and should not have been submitted. They request that the court strike the original Notice and replace it with the corrected Notice.

Plaintiffs' motion is DENIED. The Rules of the Court of Federal Claims ("RCFC") permit the striking only of pleadings and unsigned filings. *See* RCFC 11(a), 12(e)-(f), 26(g)(2). However, the corrected Notice will be construed as superseding the original Notice, and the corrected Notice is approved by the court as establishing subclass representatives and counsel.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge