UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL AND KATHY HAGGART, *et al*, | ) | |
| For Themselves and As Representatives of a | ) | |
| Class of Similarly Situated Persons, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 09-103 L |
| | ) | |
| vs. | ) | Judge Charles F. Lettow |
| | ) | *Electronically filed on June 18, 2012* |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**SUBCLASS TWO PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS
IN PAPER FORM ONLY**

The Subclass Two Plaintiffs hereby move this Court for leave to file exhibits to its Motion For Partial Summary Judgment On Liability And On The Proper Methodology To Determine The Amount of Just Compensation and Plaintiffs' Proposed Findings Of Uncontroverted Facts In Support of Plaintiffs' Motion For Partial Summary Judgment on SubClass II Claimants in paper format only.  In support of this motion, Subclass Two Plaintiffs state as follows:

- Plaintiffs' exhibits to its Motion for Summary Judgment consist of color copies of parcel maps and would exceed the court's maximum size limit for electronic filing.

- Plaintiffs' exhibits to its Findings of Fact also contain color copies and would exceed the court's maximum size limit for electronic filing.

If this Court were to require Plaintiffs to file the color parcel maps, each exhibit would have to be broken down into partial exhibits.  Additionally, the filings of the Findings of Fact exhibits would exceed the 5 MB size limit required the Court for electronic filing.  Thus,

Subclass Two plaintiffs in lieu of filing electronic copies request this Court's leave to file paper copies with court records, as well as deliver paper copies to court chambers and counsel for the Defendant.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.

Date:  June 18, 2012

By    /s/ Thomas S. Stewart
    Thomas S. Stewart
    Elizabeth G. McCulley
    2400 Pershing Road, Suite 500
    Kansas City, MO 64108
    (816) 471-2121
    (816) 472-0288 (facsimile)
    stewart@bscr-law.com
    mcculley@bscr-law.com

    -and-

    Steven M. Wald
    J. Robert Sears
    1010 Market Street, Suite 950
    St. Louis, MO 63102-1708
    (314) 231-2925
    (314) 231-4857 (facsimile)
    wald@bscr-law.com
    sears@bscr-law.com

    ATTORNEYS FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 18th day of June, 2012, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this same day, to:

BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0238
Facsimile: (202) 305-0506
E-mail: bruce.trauben@usdoj.gov
**ATTORNEY FOR DEFENDANT**

*/s/ Thomas S. Stewart*
ATTORNEY FOR PLAINTIFFS