Haggart v. U.S.
1:09-cv-00103 CFL
Subclass II- Claimants

| Original Claim Number (Alpha Order) | Last name or entity | First name | Co-owner name | Parcel number | Axxion Map No. | Property Address | Property City | Legal Description | Sect/TWN/Range | Recording No. | RR Conveyance Deed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1994 Richard H. Elfers Trust B and 1994 Priscilla P. Elfers Trust B | | | 3343302570 | 52 | 6823 Ripley Ln. | Renton | Lots 8, 9, 10, part of 11, Block C, C.D. Hillman's Lake Washington, Garden of Eden Plat No. 3 | NW & NE 29-24-5 | 20021204000399 | 102518- Lake Washington Belt Line |
| 6 | AIDLIB, LLC | | | 3326059243 | 26 | 10801 120th Avenue NE | Kirkland | Parcel A, LLA #LL-96-125, Rec. No. 9704221153 | SW/NW 33-26-5 | 20060222002093 | Adverse Possession |
| 22 | Barber | Gerald | Susan Barber, f/k/a Susan Lang | 3343302750 | 52 | 7023 Ripley Lane | Renton | Lot 27 and South 17 5 feet of Lot 26, Block C, C D Hillman's Lake Washington Garden of Eden Addition, Vol. 11 of Plats, Page 81 | NW & NE 29-24-5 | 2001123100573 | 102518- Lake Washington Belt Line |
| 24 (24.A) | Barrier Properties , LLC | | | 2825059070 | 39 | None | Bellevue | Portion of Lots: 1-2- 3-4-5-14-15-16-17 & 18 & OF Vacated 118TH AVE NE (Formerly Griffin Ave) & OF Vacated NE 16th St. | NW 28-25-5 | 20011228001797 | 69124- Zwiefelhofer |
| 24 (24.B) | Barrier Properties , LLC | | | 1099100002 | 39/40 | 1601 120th Avenue NE | Bellevue | Tract A, Parcel 2 and a portion of Parcel 3, Short Plat No. SP 80-16, Rec. No. 8101239001 | W/SW 28-25-6 | 20011228001797 | 69124- Zwiefelhofer |
| 35 | Benson | Margaret, a/k/a Meg Benson | | 3343302360 | 52 | 6607 Ripley Lane N | Renton | Lot 22, Blk "B", C.D. Hillman's Lake Washington Garden of Eden,, Div. 3, Vol 11, Page 81 | NW & NE 29-24-5 | 20071128000784 | 102518- Lake Washington Belt Line |
| 46 | Block | Kari P. | | 3343301980 | 51 | 6207 Hazelwood Lane | Bellevue | Portion of Lots 14 through 15, Block A, Volume 11 of Plats, Page 81 | SE 20-24-5 | 20030602001001 | SC 40536- State of Washington |
| 49 (49.A) | Bowden | Kim D. | Lori Larson | 3342104050 | 56 | 2727 Mountain View Avenue N | Renton | Lot 88 and the SE 1/2 of Lot 87, Block A, CD Hillman's Lake Wash, Div. 1, as per plat rec in Vol. 11, pg. 63 | SE 31-24-5 | 20050615001915 | SC 40536- State of Washington |
| 49 (49.B) | Bowden | Kim D. | Lori Larson | 3342103705 | 56 | None | Renton | C.D. Hillman's Lake Washington Garden of Eden No. 1 & 2ND CL SH LDS ADJ | SE 31-24-5 | 20041013000801 | SC 40536- State of Washington |
| 50 (50.A) | Boydston | Anthony P. | | 3342700240 | 55 | 3713 Lake Washington Blvd N | Renton | Lot 1, City of Renton Lot Line Adjustment No 003-88, Rec. No. 8806219003 | NE 31-24-5 | 20070314002165 | 102518- Lake Washington Belt Line |
| 50 (50.B) | Boydston | Anthony P. | | 3342700070 | 55 | 3901 Lake Washington Blvd N | Renton | Lot 1, City of Renton Lot Line Adjustment No 003-88, Rec. No. 8806219003 | NE 31-24-5 | 20030307001999 | 102518- Lake Washington Belt Line |
| 50 (50.C) | Boydston | Anthony P. | | 6828100020 | | 5851 Pleasure Point Park | | Lot 1, City of Renton, Lot Line Adj. No. 003-88, Rec. No. 8806219003 | | 20091013001878 | SC 40536- State of Washington |
| 53 | Breard | Rhonda Lee | | 3343302440 | 52 | 6625 Ripley Lane SE | Renton | Hillmans LK WN Garden of Eden #3 & SH LDS ADJ | NW & NE 29-24-5 | 2006113003092 | 102518- Lake Washington Belt Line |
| 60 | Brown | John Michael | | 3342700270 | 55 | 3703 Lake Washington Blvd N | Renton | HILLMANS LK WN GARDEN OF EDEN #2 53-54 SH LDS ADJ & WLY 15 FT OF FORMER NP R/W ADJ | NE 31-24-5 | 20020722001752 | 102518- Lake Washington Belt Line |


EXHIBIT A

Subclass II- Claimants

| Original Claim Number (Alpha Order) | Last name or entity | First name | Co-owner name | Parcel number | Axxion Map No. | Property Address | Property City | Legal Description | Sect/TWN/Range | Recording No. | RR Conveyance Deed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | Bruce | Harold A. | | 3343302475 | 52 | 6631 Ripley Lane SE | Renton | Lot 34, Block B, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, page 81 | NW & NE 29-24-5 | 654757 | 102518- Lake Washington Belt Line |
| 84 (84.A) | Conner Homes at Barbee Mill, LLC | | | 0518501030 | 55 | 4053 Wells Avenue N | Bellevue | Lots 99 thru 102 & 104, 105 & 106 | NW 32-24-5 | 20110329001228 | SC 40536- State of Washington |
| 84 (84.B) | Conner Homes at Barbee Mill, LLC | | | 0518500990 | 55 | 4015 Wells Avenue N | Bellevue | Lots 99 thru 102 & 104, 105 & 106 | NW 32-24-5 | 20120501001502 | SC 40536- State of Washington |
| 84 (84.C) | Conner Homes at Barbee Mill, LLC | | | 0518501000 | 55 | 4021 Wells Avenue N | Bellevue | Lots 99 thru 102 & 104, 105 & 106 | NW 32-24-5 | 20101022000285 | SC 40536- State of Washington |
| 84 (84.D) | Conner Homes at Barbee Mill, LLC | | | 0518501020 | 55 | 4033 Wells Avenue N | Bellevue | Lots 99 thru 102 & 104, 105 & 106 | NW 32-24-5 | 20101022000285 | SC 40536- State of Washington |
| 84 (84.E) | Conner Homes at Barbee Mill, LLC | | | 0518501100 | 55 | 4103 Wells Avenue N | Bellevue | Lots 99 thru 102 & 104, 105 & 106 | NW 32-24-5 | 2010203001034 | SC 40536- State of Washington |
| 84 (84.F) | Conner Homes at Barbee Mill, LLC | | | 0518501110 | 55 | 4109 Wells Avenue N | Bellevue | Lots 99 thru 102 & 104, 105 & 106 | NW 32-24-5 | 20101022001397 | SC 40536- State of Washington |
| 84 (84.G) | Conner Homes at Barbee Mill, LLC | | | 0518501120 | 55 | 4155 Wells Avenue N | Bellevue | Lots 99 thru 102 & 104, 105 & 106 | NW 32-24-5 | 20101117000413 | SC 40536- State of Washington |
| 84 (84.H) | Conner Homes at Barbee Mill, LLC | | | 0518501130 | 55 | 4121 Wells Avenue N | Bellevue | Lots 99 thru 102 & 104, 105 & 106 | NW 32-24-5 | 20101029002497 | SC 40536- State of Washington |
| 84 (84.I) | Conner Homes at Barbee Mill, LLC | | | 0518501010 | 55 | 4027 Wells Avenue N | Bellevue | Lots 99 thru 102 & 104, 105 & 106 | NW 32-24-5 | | SC 40536- State of Washington |
| 84 (84.J) | Conner Homes at Barbee Mill, LLC | | | 0518501140 | 55 | 4059 Wells Avenue N | Bellevue | Lot 4, Short Plat No. 78-08, rec. under Rec. No. 7802230769 | NW 32-24-5 | 20101104001992 | SC 40536- State of Washington |
| 85 | Construction Industry Training Counsel | | | 2825059276 | 39 | 1930 116th Avenue NE | Bellevue | Lot 4 SP 7802230769 | NW 28-25-5 | 20080107000666 | 69124- Zwiefelhofer |
| 86 (86.A) | Conversano | Guy A. | Rebecca A. | 3343302385 | 52 | 1305 N 36th Street | Renton | Lot 26, Blk B, CD Hillman's Lk Wash Garden of Eden, Vol 11, pg. 81 | NW & NE 29-24-5 | 20061102001978 | 102518- Lake Washington Belt Line |
| 86 (86.B) | Conversano | Guy A. | Rebecca A. | 3343302390 | 52 | 6615 Ripley Lane N | Renton | Lots 27 and 28, Block "B" CD Hillman's Lake Wash Garden of Eden, Div. 3 | NW & NE 29-24-5 | 20061102001976 | 102518- Lake Washington Belt Line |
| 88 | Craig | Ken C. | | 4101010270 | 32 | 6215 104th Avenue NE | Kirkland | Lot 27, Div. 2, as per plat rec. in Vol. 101, pg. 12 | SE/SW 8-25-5 | 20040823002319 | Adverse Possession |
| 94 | Cypress Point Building LLC | | | 2825059277 | 39 | 1950 116th Avenue NE | Bellevue | Lot 3, City of Bellevue Short Plat No. 78-08 recorded under King County Rec. No. 780223769 | NW 28-25-5 | 20041102001975 | 69124- Zwiefelhofer |
| 95 | D & P Lockner I LLC | | | 3343301870 | 51 | 6003 Hazelwood Lane | Bellevue | South 28 feet of Lot 2 and the North 14 feet of Lot 3, Block A, CD Hillman's Lake Wash Garden of Eden | SE 20-24-5 | 20070710000939 | SC 40536- State of Washington |
| 96 (96.A) | Dahlby | Thomas R. | Kathleen I. | 3342103795 | 56 | 3213 Mountain View Avenue N | Renton | Lots 40 and 41, Block A, CD Hillman's Lake Wash Garden of Eden No. 1, Vol. 11 of Plats, pg. 63 | SE 31-24-5 | 7203230337 | 102518- Lake Washington Belt Line |

| Original Claim Number (Alpha Order) | Last name or entity | First name | Co-owner name | Parcel number | Axxion Map No. | Property Address | Property City | Legal Description | Sect/TWN/Range | Recording No. | RR Conveyance Deed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 (96.B) | Dahlby | Thomas R. | Kathleen I. | 3342103805 | 56 | 3217 Mountain View Avenue N | Renton | All in Block "A" Hillman's LK WASH Garden of Eden Addition to Seattle, No. 2, as per plat recorded in Vol. 11 of plats, pg. 64 | SE 31-24-5 | 20040901000801 | 102518- Lake Washington Belt Line |
| 97 (97.A) | Dana | Donald C. | | 3343302830 | 52 | 5221 Ripley Lane N | Renton | All of Lot 32, portion of Lot 33, Block C, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | NW & NE 29-24-5 | 20001222001593 | 102518- Lake Washington Belt Line |
| 97 (97.B) | Dana | Donald C. | | 3343302831 | 52 | 5219 Ripley Lane N | Renton | Lot 34, Block C, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | NW & NE 29-24-5 | 20040528001173 | SC 40536- State of Washington |
| 98 | Darrow | Floyd C. | Sandra M. | 3343302130 | 51 | None | Bellevue | 2ND CL SH LDS WITHIN 33-34 AS PLTD & THOSE ADJ THERETO AS PER ST LAND | SE 20-24-5 | 20031031002872 | SC 40536- State of Washington |
| 102 | Dennison | Dayton P. | | 3342700200 | 55 | 3717 Lake Washington Blvd N | Renton | Wash Garden of Eden, Div. 3, as per plat rec. in Vol. 11, pg. 64 | NE 31-24-5 | 199708271254 | 102518- Lake Washington Belt Line |
| 105 | Dich | Lynn T. | | 8899600070 | 55 | None | Renton | Lot 7 of Victoria Pointe, as per plat rec. in Vol. 240, pgs. 24 & 25 | NE 31-24-5 | 20080512001827 | Adverse Possession |
| 109 | Diversity Assets, LLC | | | 3343302875 | 53 | 5031 Ripley Lane N | Renton | Lot 2, City of Renton, Lot Line Adj No. 8409179004 | SE 29-24-5 | 20071026001157 | SC 40536- State of Washington |
| 113 | Dye, by and through his power of attorney, Robert Dye | Patrick | | 3343302780 | 52 | 7029 Ripley Lane SE | Renton | Lot 28 and a portion of Lot 29, Block "C", CD Hillman LK Wash Garden of Eden Add. To Seattle, Div. No. 3 | NW & NE 29-24-5 | 20030908001802 | 102518- Lake Washington Belt Line |
| 120 | Erikson | Bruce E. | Mary R. | 3342700126 | 55 | 3815 Lake Washington Blvd N | Renton | CD Hillman's Lake Wash Garden of Eden, Div. #2 LOT 1 ,RENTON LLA #LUA-97-160-LLA REC 971259027 SD LLA BEING LOTS 24 THRU 32 SD BLK A | NE 31-24-5 | 199811122165 | 102518- Lake Washington Belt Line |
| 127 | Farinas | Vicente | Jennifer | 3343302370 | 52 | 6611 Ripley Lane N | Renton | Lots 23, 24 and 25, Block B, CD Hillman LK WASH Garden of Eden Add. To Seattle, Div. No. 3, rec. in Vol. 11 of plats, page 81 | NW & NE 29-24-5 | 20050615001530 | 102518- Lake Washington Belt Line |
| 133 | Fife | Brian | | 3342700300 | 55 | 3613 Lake Washington Blvd N | Renton | That portion of Lots 59 and 60, blk A, Hillman's Lake Wash Garden of Eden, Div. #2 | NE 31-24-5 | 20051222001795 | 102518- Lake Washington Belt Line |
| 139 | Flynn | Matthew | | 3343302795 | 52 | 5301 Ripley Lane N | Renton | Portion of Lots 29 and 30, Blk C, Hillman's Lake Wash Garden of Eden, #3 | NW & NE 29-24-5 | 20040726001603 | 102518- Lake Washington Belt Line |
| 150 | Gery | Ron O. | | 4101010260 | 32 | 6219 104th Avenue NE | Kirkland | Lot 26, Lake Vista Terr., Div. 3, as per plat rec. in Vol. 98, pgs 59 & 60 and correction of said plat rec. in Vol. 101, pg. 12 | SE/SW 8-25-5 | 199205011610 | Adverse Possession |

Haggart v. U.S.
1:09-cv-00103 CFL

Subclass II- Claimants

| Original Claim Number (Alpha Order) | Last name or entity | First name | Co-owner name | Parcel number | Axxion Map No. | Property Address | Property City | Legal Description | Sect/TWN/Range | Recording No. | RR Conveyance Deed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 153 | Goetz | Robert L. |  | 3342103810 | 56 | 3209 Mountain View Avenue N | Renton | Lot 43, except the North 10 ft, all of Lot 44, all in blk A, Hillman's Lake Wash Garden of Eden, Div. 1, rec. in Vol. 11, page 63 | SE 31-24-5 | 199001240643 | 102518- Lake Washington Belt Line |
| 155 | Goodwin | Joyce Kendrick |  | 3342700211 | 55 | 3715 Lake Washington Blvd N | Renton | S 12.5 ft of Lot 42, all of Lot 43 and the N 10 ft of Lot 44 in Block A of Hillman's Lake Wash Garden of Eden, Add. To Seattle, No. 2 as per plat rec. in Vol. 11, pg. 64 | NE 31-24-5 |  | 102518- Lake Washington Belt Line |
| 158 (158.A) | Grundhaus, Individually, and as Trustee of the William E. Grundhaus GST Exempt Credit Shelter | Marjorie |  | 3343302690 | 52 | 7001 Ripley Lane SE | Renton | 19-20-21 C Hillman's Lake Wash Garden of Eden #3 S 8.2 Ft of Lot 19, all of Lot 20 and N 16.8 ft of Lot 21 & SH LDS ADJ LESS NP R/W | NW & NE 29-24-5 | 20070208000872 | 102518- Lake Washington Belt Line |
| 158 (158.B) | Grundhaus, Individually, and as Trustee of the William E. Grundhaus GST Exempt Credit Shelter | Marjorie |  | 3343302700 | 52 | 7005 Ripley Lane SE | Renton | 21-22 C Hillman's Lake Wash Garden of Eden #3, 21 less NLY 16.8 ft and 22 less S 0.7 ft & SH LDS ADJ | NW & NE 29-24-5 | 20061003000793 | 102518- Lake Washington Belt Line |
| 161 | Hagar | Richard | Victoria A. | 3343301860 | 51 | 6001 Hazelwood Lane | Bellevue | Lot 1 and the N 7 ft of Lot 2, Block A, CD Hillman Lake Wash Garden of Eden, Add. To Seattle, Div. 3, rec. in Vol. 11, page 81 | SE 20-24-5 | 1994103116908 | SC 40536- State of Washington |
| 162 | Haggart | Daniel | Kathy | 3343302550 | 52 | 6819 Ripley Lane | Renton | Lot 7, Block C, CD Hillman Lake Wash Garden of Eden, Div. No. 1, rec. in Vol. 11, page 81 | NW & NE 29-24-5 | 20120319000480 | 102518- Lake Washington Belt Line |
| 176 (176.A) | Hillside 116, LLC |  |  | 2825059103 | 39 | 1602 116th Avenue NE | Bellevue | Lot 2, City of Bellevue, short plat AFN 8306079001 | NW 28-25-5 | 20040211001761 | 69124- Zwiefelhofer |
| 176 (176.B) | Hillside 116, LLC |  |  | 2825059290 | 39 | 1634 116th Avenue NE | Bellevue | Lot 2 of Short Plat No. 78-42, rec. No. 7807030722 | NW 28-25-5 | 20061227002082 | 69124- Zwiefelhofer |
| 177 | Hilton | Jeffery C. | Ling | 3343302871 | 53 | 5117 Ripley Lane N | Renton | Block D, CD Hillman's Lake Wash Garden of Eden, Add. To Seattle, Div. 3, as per plat rec. Vol. 11, pg 81 | SE 29-24-5 | 20030827003328 | SC 40536- State of Washington |
| 180 | Houtz | John H. |  | 3343302510 | 52 | 6809 Ripley Lane SE | Renton | Lot 2, Block C, CD Hillman's Lake Wash Garden of Eden, Div. No. 3, as per plat rec. in Vol. 11, pg. 81 | NW & NE 29-24-5 | 198911130468 | 102518- Lake Washington Belt Line |
| 186 | Hunt | Thomas R. | Caryl J | 3342700425 | 55 | 1125 N 40th Street | Renton | West 1/2 of Tract 88, CD Hillman's Lake Wash Garden of Eden, Div. 2, as per plat rec. in Vol. 11, pg. 64 | NE 31-24-5 | 199412021194 | Adverse Possession |
| 189 | Huse | James D. | Cynthia A. | 3343302800 | 52 | 5227 Ripley Lane N | Renton | Lots 30 and 31, Block "C", Hillman's Garden of Eden, Div. 3, Vol. 11, pg. 81 | NW & NE 29-24-5 | 199811022130 | 102518- Lake Washington Belt Line |

*Haggart v. U.S.*
*1:09-cv-00103 CFL*

Subclass II- Claimants

| Original Claim Number (Alpha Order) | Last name or entity | First name | Co-owner name | Parcel number | Axxion Map No. | Property Address | Property City | Legal Description | Sect/TWN/Range | Recording No. | RR Conveyance Deed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 191 | Iden | Kevin | | 3343302870 | 53 | 5121 Ripley Lane N | Renton | Portion of Lots 5 and 6, CD Hillman's Lake Wash Garden of Eden, Vol. 11, pg. 81 | SE 29-24-5 | 20040107001036 | SC 40536- State of Washington |
| 192 | Infinity 7 LLC | | | 2540500205 | 33 | None | Kirkland | Finkbeiner Addition to Kirkland Lot | NW 17-25-5 | 20060810002512 | Adverse Possession |
| 193 (193.A) | Interpoint Corporation | | | 3426059094 | 17 | 10201 Willows Road NE | Redmond | Lot 1, City of Redmond Short Plat No. SS-87-08, recorded undr Rec. No. 8711130661 | SW Q of SE Q; 34-26-5 | 199807150864 | Report No. 650- Delfel |
| 193 (193.B) | Interpoint Corporation | | | 3426059037 | 17 | 10301 Willows Road NE | Redmond | | SW Q of SE Q; 34-26-5 | 198308040000 | Report No. 650- Delfel |
| 194 | Ioppolo | Joseph A. | | 3343302850 | 52 | 5201 Ripley Lane N | Renton | All of Lot 35, and that portion of Lot 35, Block C, CD Hillman's Lake Wash Garden of Eden, Div. No.3, as per plat rec. in Vol. 11, pg 81 | NW & NE 29-24-5 | 199601090731 | SC 40536- State of Washington |
| 200 | Jacques | James H. | | 3343302650 | 52 | 6833 Ripley Lane SE | Renton | Portion of Lot 15, all of Lot 16, Block "C", CD Hillman's Lake Wash Garden of Eden, Div. 1 | NW & NE 29-24-5 | 20060706000843 | 102518- Lake Washington Belt Line |
| 211 | Johnson | Patricia E. | | 3343302660 | 52 | 6837 Ripley Lane SE | Renton | Lot 17 and portion of Lot 18 and 2nd class shorelands adjoining said lots, Block C, CD Hillman's Lake Wash Garden of Eden, Div. No. 3, as per plat rec. in Vol. 11, pg 81 | NW & NE 29-24-5 | 20041115000479 | 102518- Lake Washington Belt Line |
| 212 (212.A) | Johnson | Susan E. | | 3342100565 | 56 | 2820 Lake Washington Blvd N | Renton | Portion of Lots 8, 9 & 11 and Lot 10, Block 9, CD Hillman's Lake Wash Garden of Eden, Div. 1, as per plat rec. in Vol. 11, pg. 63 | SE 31-24-5 | 20070202002063 | Adverse Possession |
| 212 (212.B) | Johnson | Susan E. | | 3342100569 | 56 | None | Renton | | SE 31-24-5 | | Adverse Possession |
| 214 | Johnston | George | Nancy | 3343302630 | 52 | 6831 Ripley Lane N | Renton | Lots 12 thru 14, portions of Lots 11 & 15, Block C, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | NW & NE 29-24-5 | 20040109001553 | 102518- Lake Washington Belt Line |
| 217 | Jones | Tommy A. | | 3343302340 | 52 | 6603 Ripley Lane N | Renton | Lots 20 & 21, Block 3, CD Hillman's Lake Wash Garden of Eden, Div. 3 | NW & NE 29-24-5 | 20040213001376 | 102518- Lake Washington Belt Line |
| 219 | Jorgensen | Robert Eric | Rosemary Russo | 3343301970 | 51 | 6025 Hazelwood Lane | Bellevue | Lot 13 & portion of Lot 14, Block A, CD Hillman's Lake Wash Garden of Eden, per plat rec. in Vol. 11, pg. 81 | SE 20-24-5 | 20041203000298 | SC 40536- State of Washington |
| 220 | Joseph M. and Carol L. Collier Revocable Living Trust, through Trustee Joseph M. Collier | | | 9399700900 | 43 | 936 121st Avenue SE | Bellevue | That portion of Tracts 10, 11 & !2, Wilburton, as per plat rec. in Vol. 11, pg. 97 | NW 4-24-5 | 199612130061 | Adverse Possession- Depot Grounds |
| 229 | Keppler | William F. | Debra | 3342104045 | 56 | 2805 Mountain View Avenue N | Renton | Lots 83 & 84, CD Hillman's Lake Wash Garden of Eden, Div. 1, as per plat rec. in Vol. 11, pg. 63 | SE 31-24-5 | 19970180764 | 102518- Lake Washington Belt LIne |

Subclass II- Claimants

| Original Claim Number (Alpha Order) | Last name or entity | First name | Co-owner name | Parcel number | Axxion Map No. | Property Address | Property City | Legal Description | Sect/TWN/Range | Recording No. | RR Conveyance Deed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 239 | Kolesar | Larry | | 3629160010 | 55 | 1030 N 38th Street | Renton | Lot 1, Div. 2, as per plat rec. in Vol. 100, pg. 66 | NE 31-24-5 | | Adverse Possession |
| 240 | Kozai | Arthur T. | Lori Y. | 3343301940 | 51 | 6019 Hazelwood Lane | Bellevue | North 28 ft of Lot 11, South 15 ft of Lot 10, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | SE 20-24-5 | 199507060668 | SC 40536- State of Washington |
| 241 | Kreick | Conrad R. | Joy A. | 3342700290 | 55 | 3619 Lake Washington Blvd N | Renton | Lots 57 & 58, CD Hillman's Lake Wash Garden of Eden, per plat rec. in Vol. 11, pg. | NE 31-24-5 | 2002071100308 | 102518- Lake Washington Belt Line |
| 242 | Krishnamurthy | Mani | | 3343301930 | 51 | 6017 Hazelwood Lane SE | Bellevue | South 21 ft of Lot 9, North 21 ft of Lot 10, Block A, CD Hillman's Lake Wash Garden of | SE 20-24-5 | 199601220618 | SC 40536- State of Washington |
| 253 | Laris | Robert | | 3343302480 | 52 | 6637 Ripley Lane | Renton | Lots 35 & 36, Block B, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | NW & NE 29-24-5 | 20060619001602 | 102518- Lake Washington Belt Line |
| 256 | Law | Denis W. | | 3342700280 | 55 | 3625 Lake Washington Blvd N | Renton | Lots 55 & 56, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 64 | NE 31-24-5 | 199312201924 | 102518- Lake Washington Belt Line |
| 261 | Legacy Kelsey Creek, LLC | | | 2825059213 | 39 | 2019 120th Avenue NE | Bellevue | Lot 4, City of Bellevue, Boundary Line Adj. 92-2626, recorded under Recording No. 9208209001 | NW 28-25-5 | 20070223002491 | 69124- Zwiefelhofer |
| 266 | Leuca | Ileana A. | Ioan | 9808590570 | 36 | 11123 NE 37th Court | Bellevue | Lot 57 of Yarrow Bay Village, Div. 2, per plat rec. in Vol. 116, pgs. 100 & 101 | W & SW/NE 20-25 | 199403041440 | 263562- Fagerberg 68619- Fagerberg |
| 268 | Lindahl | Kevin L. | Rebecca A. Byus | 3342700190 | 55 | 3719 Lake Washington Blvd N | Renton | Portion of Lots 36,37 & 38, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 2 | NE 31-24-5 | 199708292718 | 102518- Lake Washington Belt Line |
| 273 | Littleman | Viktoria | | 3342700176 | 55 | 3805 Lake Washington Blvd N | Renton | Portion of Block A, CD Hillman's Lake Wash Garden of Eden, per plat rec. in Vol. 11, page 64 | NE 31-24-5 | | 102518- Lake Washington Belt Line |
| 274 | Lockner | Donald J. | Patricia | 3343301880 | 51 | 6005 Hazelwood Lane | Bellevue | South 21 ft of Lot 3, North 21 ft of Lot 5, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 22, pge 81 | SE 20-24-5 | 199403280941 | SC 40536- State of Washington |
| 279 | Lorge, III | John Peter | Nancy | 3343302320 | 52 | 6437 Ripley Lane SE | Renton | Lots 18 & 19, Block B, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | NW & NE 29-24-5 | 198208270195 | 102518- Lake Washington Belt Line |
| 286 | Magnusson | Craig D. | | 3343302300 | 52 | 6433 Ripley Lane N | Renton | South 15 ft of Lot 16, all of Lot 17, Block B, CD Hillman's Lake Wash Garden of Eden, Div. 3, as per plat rec. in Vol. 11, pg. 81 | NW & NE 29-24-5 | 2011118000834 | 102518- Lake Washington Belt Line |
| 287 | Magoon Enterprises LLC | | | 2726059039 | 13 | 12341 134th Court NE | Redmond | Parcels 1 and 3 of Lot Line Adj. 8410250935 | SW/NW 27-26-5 | 20050218000092 | 102518- Lake Washington Belt Line |

Haggart v. U.S.
1:09-cv-00103 CFL
Subclass II- Claimants

| Original Claim Number (Alpha Order) | Last name or entity | First name | Co-owner name | Parcel number | Axxion Map No. | Property Address | Property City | Legal Description | Sect/TWN/Range | Recording No. | RR Conveyance Deed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 289 | Manz | Nancy | | 3343302720 | 52 | 7009 Ripley Lane SE | Renton | South 1/2 of Lot 22, all of Lot 23, CD Hillman's Lake Wash Garden of Eden, Div. 3 | NW & NE 29-24-5 | | 102518- Lake Washington Belt Line |
| 295 | Mayfield | Michael P. | | 7923250070 | 32 | 6222 102nd Place NE | Kirkland | Portion of the East 1/2 of the SE 1/2 of Section 9, Township 26 North, Range 5 | SE/SW 8-25-5 | 190005100991 | Adverse Possession |
| 297 | McCray, by and through his power of attorney, Sally McCray | David M. | Sally McCray | 3343302540 | 52 | 6815 Ripley Lane SE | Renton | Portion of Lot 5, Block C, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | NW & NE 29-24-5 | 199308202198 | 102518- Lake Washington Belt Line |
| 309 (309.A) | Moore | Walter C. | | 3343302876 | 53 | None | Renton | C.D. Hillman's Lake Washington Garden of Eden, No.3 | SE 29-24-5 | 19990802001552 | SC 40536- State of Washington |
| 309 (309.B) | Moore | Walter C. | | 3343302874 | 53 | 5115 Ripley Lane N | Renton | Lot 9, portions of Lots 10 & 11, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | SE 29-24-5 | 19991210001676 | SC 40536- State of Washington |
| 312 | Morino | Jeanette | | 3982701730 | 28 | None | Kirkland | Lake Addition to Kirkland | NE 5-25-5 | 20010503000809 | Adverse Possession |
| 314 | Mueller | Christie S. | | 3343302670 | 52 | 6841 Ripley Lane N | Renton | Lots 18 & 19, Block C, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | NW & NE 29-24-5 | 20090630001796 | 102518- Lake Washington Belt Line |
| 318 | Nasarow | Andrea S. | | 3342103010 | 56 | 3602 Lake Washington Blvd N | Renton | Lots 1 & 2, Block 21, CD Hillman's Lake Wash Garden of Eden, Div. 1, per plat rec. in Vol. 11, pg. 63 | SE 31-24-5 | 20000428001540 | Adverse Possession |
| 321 | Nelson | Fritz W. | Angela F. | 3342700110 | 55 | 3825 Lake Washington Blvd N | Renton | Portion of Lots 23-25, Block A, per plat rec. in Vol. 11, pg. 64 | NE 31-24-5 | 20031124001016 | 102518- Lake Washington Belt Line |
| 324 | Nick | Gregory J. | | 3343301920 | 51 | 6015 Hazelwood Lane | Bellevue | South 28 ft of Lot 8, North 14 ft of Lot 9, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 3 | SE 20-24-5 | 20060120000744 | SC 40536- State of Washington |
| 329 | Oldham | Michael | Gina | 3343302010 | 51 | 6039 Hazelwood Lane | Bellevue | Lot 18 and portion of Lots 17 & 19, Block A, per plat rec. in Vol. 11, pg. 81 | SE 20-24-5 | 20020403002970 | SC 40536- State of Washington |
| 336 | PACCAR, Inc. | | | 2025059074 | 35 | 10602 NE 38th Place | Kirkland | Lots A, B & C of Short plat 78-8-1, Rec. No. 7808281050 | NW 20-25-5 | 198311010622 | 79807-Blackwell |
| 338 | Pasquier | Karyn A. | | 3342700250 | 55 | 3709 Lake Washington Blvd N | Renton | Lots 49 & 50, Block A, CD Hillman's Lake Wash Garden of Eden, per plat rec. in Vol. 11, pg. 64 | NE 31-24-5 | 20070504001555 | 102518- Lake Washington Belt Line |
| 339 | PBI Enterprises LLC | | | 2825059218 | 39 | 2045 120th Avenue NE | Bellevue | Lot 1, City of Bellevue, Short Plat No. SP-84-42, recorded under Rec. No. 852011903 | NW 28-25-5 | 199812021609 | 69124- Zwiefelhofer |
| 341 | Peha | Robert D. | | 3342700310 | 55 | 3611 Lake Washington Blvd N | Renton | South 7 ft of Lot 60 and all of Lots 61 and 62, Block A, CD Hillman's Lake Wash Garden of Eden, per plat rec. in Vol. 11, pg. 64 | NE 31-24-5 | 20050118001921 | 102518- Lake Washington Belt Line |

*Haggart v. U.S.*
*1:09-cv-00103 CFL*
Subclass II- Claimants

| Original Claim Number (Alpha Order) | Last name or entity | First name | Co-owner name | Parcel number | Axxion Map No. | Property Address | Property City | Legal Description | Sect/TWN/Range | Recording No. | RR Conveyance Deed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 344 | Peterson | J. George | | 3343301990 | 51 | 6031 Hazelwood Lane | Bellevue | South 21 ft of Lot 15, North 21 feet of Lot 16, Block A, CD Hillman's Lake Wash Garden of Eden, per plat rec. in Vol. 11, pg. 81 | SE 20-24-5 | 199106250966 | SC 40536- State of Washington |
| 346 | Peterson | Larry L. | | 3343302060 | 51 | 6220 Hazelwood Lane | Bellevue | Lots 24, 25 and 26, Block "A, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | SE 20-24-5 | 7106180186 | SC 40536- State of Washington |
| 349 | Piantanida | Gregory Charles | | 3343302740 | 52 | 7011 Ripley Lane SE | Renton | Lot 24 less the North 16.8 ft thereof, all of Lot 25 and Lot 26 less the South 175 ft, Block C, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | NW & NE 29-24-5 | 20000320001415 | 102518- Lake Washington Belt Line |
| 351 | Pollard | Carl G. | Stephanie A. | 2025059275 | 36 | None | Bellevue | Lot 1- Bellevue Addition | W & SW/NE 20-25 | 20050208001670 | 68619- Fagerberg |
| 353 | Pool | Matthew C. | | 3342700355 | 35 | 3601 Lake Washington Blvd N | Renton | Lot 1, Block A, portions of Lots 66 and 67, CD Hillman's Lake Wash Garden of Eden, Div. 1 | NE 31-24-5 | 20050901001766 | 102518- Lake Washington Belt Line |
| 355 | Porter | Stephen C. | | 3342103840 | 56 | 3205 Mountain View Avenue N | Renton | Lots 45-48, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 1, per plat rec. in Vol. 11, pg. 63 | SE 31-24-5 | 19990430225 | 102518- Lake Washington Belt Co. |
| 358 | Provost | Alan E. | Cynthia M. | 3342700260 | 55 | 3707 Lake Washington Blvd N | Renton | Lots 51 and 52, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 2 | NE 31-24-5 | 20030227001391 | 102518- Lake Washington Belt Co. |
| 361 | Quam | Dolores | | 3343301900 | 51 | 6009 Hazelwood Lane | Bellevue | South 7 ft of Lot 5 and all of Lot 6, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | SE 20-24-5 | 199103251314 | SC 40536- State of Washington |
| 375 | Remington | Paul A. | | 3343302000 | 51 | 6033 Hazelwood Lane | Bellevue | South 14 ft of Lot 16, North 28 feet of Lot 17, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | SE 20-24-5 | 199804271958 | SC 40536- State of Washington |
| 377 (377.A) | Repass, Individually and on behalf of Repass Office LLC | | | 0120000180 | 30 | 402 6th Street S | Kirkland | Lots 43 & 44 of Alexander Acre Tracts, as per plat rec. in Vol. 12, pg. 59 | NW/NE 8-25-5 | 20080915000499 | Adverse Possession- Depot Grounds |
| 379 | Richards | Darius F. | Vicki | 3342700330 | 55 | 3605 Lake Washington Blvd N | Renton | Portion of Block A, CD Hillman's Lake Wash Garden of Eden, Div. 2, pr plat rec. in Vol. 11, pg. 64 | NE 31-24-5 | 9904091738 | 102518- Lake Washington Belt Co. |
| 382 | Riley | Timothy J. | Virginia L. | 3342700320 | 55 | 3607 Lake Washington Blvd N | Renton | Portion of Lots 62-64, Block A, CD Hillman's Lake Wash Garden of Eden, per plat rec. in Vols. 2 and 11, pg. 64 | NE 31-24-5 | 20030902002560 | 102518- Lake Washington Belt Co. |

Haggart v. U.S.
1:09-cv-00103 CFL
Subclass II- Claimants

| Original Claim Number (Alpha Order) | Last name or entity | First name | Co-owner name | Parcel number | Axxion Map No. | Property Address | Property City | Legal Description | Sect/TWN/Range | Recording No. | RR Conveyance Deed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 390 | Roter Investments, LP | | | 3898100680 | 37 | 3000 Northup Way | Bellevue | Lots 1 through 6, Block 11 of Kirkland Syndicates First Addition, as per plat rec. in Vol. 7, pg. 23 | SE 20-25-5 | 1997070711206 | 68980- Frasen 70170- Montague |
| 397 | Safeway, Inc. | | | 2825059302 | 39 | 1821 120th Avenue NE | Bellevue | | NW 28-25-5 | 20000103000959 | 69124- Zwiefelhofer |
| 401 | Sapirstein | Robert | | 1234000710 | 33 | 10329 NE 55th Street | Kirkland | Lot 3, City of Kirkland, Short Plat No. SS-88-74, as recorded under Survey No. 8606149001 | NW 17-25-5 | 20010907000711 | Adverse Possession |
| 410 | Shenoy | Ananth K. | Uma A. | 3343301890 | 51 | 6007 Hazelwood Lane | Bellevue | Portion of Lots 4-5, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plat rec. in Vol. 11, pg. 81 | SE 20-24-5 | 20070828000585 | SC 40536- State of Washington |
| 412 | Shirley | Jon A. | | 2825059278 | 39 | 2050 116th Avenue NE | Bellevue | Lot 2, City of Bellevue, Short Plat No. 78-08 under Rec. No. 7802230769 | NW 28-25-5 | 199901271644 | 69124- Zwiefelhofer |
| 418 (418.B) | Sisley | John | | 0120000190 | 30 | None | Kirkland | Alexander Tract | NW/NE 8-25-5 | 1985021105000 | Adverse Possession- Depot Grounds |
| 419 | Sivesind | Raymond Stanley | Jayne Riggs | 3342700125 | 55 | 3821 Lake Washington Blvd N | Renton | Lot 2 of Renton Lot Line Adj. #LUA Rec. 97-160-LLA, being Lots 24 thru 32, Block A | NW/NE 8-25-5 | 199905271320 | 102518- Lake Washington Belt Co. |
| 422 (422.A) | Smith | Gregg B. | Kelly Smith f/k/a Kelly Williams | 3343302030 | 51 | 6208 Hazelwood Lane | Bellevue | Portion of Lot 21 and all of Lots 22 & 23, TGW ADJ shorelands, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 3 | SE 20-24-5 | 20071214002010 | SC 40536- State of Washington |
| 422 (422.B) | Smith | Gregg B. | Kelly Smith f/k/a Kelly Williams | 3343302530 | 52 | 6811 Ripley Lane N | Renton | Portion of Lots 4 & 5, Block C, CD Hillman's Lake Wash Garden of Eden, Div. 3 | NW & NE 29-24-5 | 20030512002402 | 102518- Lake Washington Belt Co. |
| 440 | Tasca | James G. | | 3342700100 | 55 | 3827 Lake Washington Blvd N | Renton | | NE 31-24-5 | 20031030001773 | 102518- Lake Washington Belt Co. |
| 441 | Taylor | Robert W. | | 3342700149 | 55 | 3811 Lake Washington Blvd N | Renton | Portion of Lots 31-34, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 2, per plat rec. in Vol. 11, pg. 64 | NE 31-24-5 | 20001019000707 | 102518- Lake Washington Belt Co. |
| 448 | The Bisiack Family Trust | | | 3342104046 | 56 | 2801 Mountain View Avenue N | Renton | Portion of Lot 84 and all of Lot 85, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 1, per plat rec. in Vol. 11, pg. 63 | SE 31-24-5 | 20081003001339 | 102518- Lake Washington Belt Co. |
| 450 | The HJPM Chen Family LLC | | | 2726059025 | 13 | 12413 Willows Road NE | Kirkland | Lot 2, King County Short Plat No. R278020, Recording No. 8902210369 | SE/NW 27-26-5 | 20050801002729 | Adverse Possession |
| 457 | Thirty-Third Place Condominiums | | | 8603120000 | 36 | 11058 NE 33rd Place | Bellevue | SW 1/4 of the NE 1/4 of Sec. 20, Township 24 North, Range 3 East | W & SW/NE 20-25 | 20060724000211 | 68619- Fagerberg |
| 458 | Thiry | Pierre P. | | 3343302420 | 52 | 6619 Ripley Lane SE | Renton | Lots 29 & 30, Block B, CD Hillman's Lake Wash Garden of Eden, Div. 3, per plate rec. in Vol. 11, pg. 81 | NW & NE 29-24-5 | 8010100085 | 102518- Lake Washington Belt Co. |

Haggart v. U.S.
1:09-cv-00103 CFL
Subclass II- Claimants

| Original Claim Number (Alpha Order) | Last name or entity | First name | Co-owner name | Parcel number | Axxion Map No. | Property Address | Property City | Legal Description | Sect/TWN/Range | Recording No. | RR Conveyance Deed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 470 | Tran | Kevin | | 3343301910 | 51 | 6011 Hazelwood Lane | Bellevue | Lot 7 and the North 7 ft of Lot 8, Block A, CD Hillman's Lake Wash Garden of Eden, per plat rec. in Vol. 11, pg. 81 | SE 20-24-5 | 20041007000855 | SC 40536- State of Washington |
| 485 | Ware | Kip | | 3343302600 | 52 | 6827 Ripley Lane N | Renton | Portion of Lots 11 thru 13, Block C, per plat rec. in Vol. 11, pgs 81 | NW & NE 29-24-5 | 19991216001371 | 102518- Lake Washington Belt Co. |
| 488 | Weil | Gary A. | | 3342700230 | 55 | 3711 Lake Washington Blvd N | Renton | Lot 2, City of Renton, Lot line Adj. No. 003-88 as recorded under Rec. No. 8806219003 | NE 31-24-5 | 20070206000185 | 102518- Lake Washington Belt Co. |
| 495 | William and Karen Buchan Family, LLC | | | 1242700012 | 38 | 2630 116th Avenue NE | Bellevue | Portion of Lots 1 & 2, Block 70, Burke Farrar's Addition, Div. 23, per plat rec. in Vol. 21, pg. 46 | SW 21-25-5 | 20031113000414 | 68284- Dunn |
| 500 | Winter | Marlene R. | | 3342104048 | 56 | 2731 Mountain View Avenue N | Renton | Lot 86 and northwesterly 1/2 of Lot 87, Block A, CD Hillman's Lake Wash Garden of Eden, Div. 1, per plat rec. in Vol. 11, pg. 63 | SE 31-24-5 | 8104140430 | SC 40536- State of Washington |
| 504 (504.A) | Woodinville Landing LLC | | | 0926059032 | 6 | 17280 Woodinville-Redmond Roa | Woodinville | Portions of Lots 1, 2 & 3, KCSP #879013, AF #8107230476, in NE 1/4 SE 1/4 Sec. 9, Twp. 26 N, R 6 E | NW/SE 9-26-5 | 199804031632 | Adverse Possession- Depot Grounds |
| 520 | Zilmer | Mark | Rosemary | 3342700080 | 55 | 3837 Lake Washington Blvd N | Renton | Lots 16, 17, 18 & 19 of Block A, CD Hillman's Lake Wash Garden of Eden, Div. 2, per plat rec. in Vol 11, pg. 64 | NE 31-24-5 | 198904140757 | 102518- Lake Washington Belt Co. |