# Exhibit B
## and
# Exhibit C

are being filed via paper copy only and copies will be served upon all counsel of record with a courtesy copy to Chambers.