### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) ) ) |
| | ) |
| Plaintiffs, | )   Case No.  09-103 L |
| | ) |
| vs. | )   Judge Charles F. Lettow |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | )   Filed June 18, 2012 |
| Defendant. | ) |

### SUBCLASS TWO PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY AND THE PROPER METHODOLOGY TO DETERMINE THE AMOUNT OF JUST COMPENSATION

Pursuant to RCFC 56(C)(2), Plaintiffs submit their Proposed Findings of Uncontroverted Facts in Support of their Motion for Partial Summary Judgment on Liability on Subclass Two, for their cause of action against the U.S. Government for taking the Plaintiffs' property without just compensation by operation of the Trails Act (16 U.S.C. § 1241), in violation of the Fifth Amendment to the United States Constitution. For their Proposed Findings of Uncontroverted Facts, Plaintiffs state as follows:

1.      Plaintiffs subject to this Motion for Summary Judgment are 112 individuals who owned 134 parcels of land on the date of the STB's issuance of the NITUs on October 27, 2008 and November 28, 2008 adjacent to the Railroad Line.  The supporting documentation for each claimant is sequentially attached hereto by claimant number for each landowner as Exhibits 1 through 520.

2.      **Claimant No. 1**- Plaintiff 1994 Richard H. Elfers Trust & 1994 Priscilla P. Elfers Trust Company acquired the property on November 29, 2002, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20021204000399.  Plaintiff's property abuts

and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302570, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 1.

3.      **Claimant No. 6**- Plaintiff AIDLIB, LLC acquired the property on February 21, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060222002093. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 3326059243, on the NITU date. The applicable conveyance deed for this parcel is Adverse Possession. A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 6.

4.      **Claimant No. 22**- Plaintiffs Gerald and Susan Barber (f/k/a Susan Lang) acquired the property on November 12, 2001, by those deeds recorded in the King County Recorder of Deeds at Recording No.  2001123100573. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302750, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 22.

5.      **Claimant No. 24.A**- Plaintiff Barrier Properties, LLC acquired the property on December 28, 2001, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20011228001797.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2825059070, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 69124, Zwiefelhofer.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 24.A.

6.      **Claimant No. 24.B**- Plaintiff Barrier Properties, LLC acquired the property on, December 28, 2001 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20011228001797.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 1099100002, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 69124, Zwiefelhofer.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 24.B.

7.      **Claimant No. 35**- Plaintiff Margaret Benson acquired the property on November 19, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20071128000784.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302360, on the NITU date.  The applicable conveyance deed for

this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 35.

8.      **Claimant No. 46**- Plaintiff Kari Block acquired the property on May 29, 2003, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20030602001001. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343301980, on the NITU date.  The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 46.

9.      **Claimant No. 49.A**- Plaintiffs Kim D. Bowden and Lori Anderson acquired the property on June 25, 2005, by those deeds recorded in the King County Recorder of Deeds at Recording No.  20050615001915.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342104050, on the NITU date.  The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 49.A.

10.     **Claimant No. 49.B**- Plaintiffs Kim D. Bowden and Lori Anderson acquired the property on September 20, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20041013000801.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an

interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342103705, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 49.B.

11.    **Claimant No. 50.A**- Plaintiff Anthony P. Boydston acquired the property on February 13, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070314002165.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700240, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 50.A.

12.    **Claimant No. 50.B**- Plaintiff Anthony P. Boydston acquired the property on February 28, 2003, by those deeds recorded in the King County Recorder of Deeds at Recording No.  20030307001999.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700070, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 50.B.

13.     **Claimant No. 50.C**- Plaintiff Anthony P. Boydston acquired the property on December 12, 1998, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9812202081.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 6828100020, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 50.C.

14.     **Claimant No. 53**- Plaintiff Rhonda Lee Breard acquired the property on November 29, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 2006113003092.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302440, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 53.

15.     **Claimant No. 60**- Plaintiff John Michael Brown acquired the property on July 19, 2002, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20020722001752.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700270, on the NITU date.   The applicable conveyance deed for

this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 60.

16.     **Claimant No. 62**- Plaintiff Harold A. Bruce acquired the property on July 31, 1969, by those deeds recorded in the King County Recorder of Deeds at Recording No. 654757**.** Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302475, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 62.

17.     **Claimant No. 84.A**- Plaintiff Conner Homes at Barbee Mill, LLC acquired the property on September 29, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.   Conner Homes at Barbee Mill subsequently sold the property to Lisa Reshuar, the current owner on March 24, 2011.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501030, on the NITU date.  The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 84.A.

18.     **Claimant No. 84.B**- Plaintiff Conner Homes at Barbee Mill, LLC acquired the property on September 29, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.   Conner Homes at Barbee Mill subsequently sold the

property to Barbee Mill Community Association on October 21, 2010.  Barbee Mill Community Association sold to Marvin Mitchell, the current owner, on April 26, 2012. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518500990, on the NITU date.  The applicable conveyance condemnation for this parcel is Recording 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 84.B.

19.    **Claimant No. 84.C**- Plaintiff Conner Homes at Barbee Mill, LLC acquired the property on September 29, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Conner Homes at Barbee Mill subsequently sold the property to Barbee Mill Community Association on October 21, 2010.  Barbee Mill Community Association sold to Ronald and Henrietta Over, the current owners, on May 2, 2012.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501000, on the NITU date.  The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 84.C.

20.    **Claimant No. 84.D**- Plaintiff Conner Homes at Barbee Mill, LLC acquired the property on September 29, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Conner Homes at Barbee Mill subsequently sold the

property to Barbee Mill Community Association on October 21, 2010.  Barbee Mill Community Association sold to Kindra Belbir, the current owner, on May 2, 2012.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501020, on the NITU date.  The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 84.D.

21.    **Claimant No. 84.E**- Plaintiff Conner Homes at Barbee Mill, LLC acquired the property on September 29, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Conner Homes at Barbee Mill subsequently sold the property to Donald and Suzanne Orehek, the current owners, on December 2, 2010.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501100, on the NITU date.  The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 84.E.

22.    **Claimant No. 84.F**- Plaintiff Conner Homes at Barbee Mill, LLC acquired the property on September 29, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Conner Homes at Barbee Mill subsequently sold the property to Michael D. McCaughey, the current owner, on October 21, 2010.  Plaintiff's property

abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501110, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 84.F.

23.      **Claimant No. 84.G**- Plaintiff Conner Homes at Barbee Mill, LLC acquired the property on September 29, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.   Conner Homes at Barbee Mill subsequently sold the property to Bulat Shelepov and Anastassia Kalinichenko, the current owners, on November 2, 2010.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501120, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 84.G.

24.      **Claimant No. 84.H**- Plaintiff Conner Homes at Barbee Mill, LLC acquired the property on September 29, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.   Conner Homes at Barbee Mill subsequently sold the property to Boyd and Susan Stockdale, the current owners, on October 28, 2010.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future

railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501130, on the NITU date.  The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 84.H.

25.     **Claimant No. 84.I**- Plaintiff Conner Homes at Barbee Mill, LLC acquired the property on September 29, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.   Conner Homes at Barbee Mill subsequently sold the property to Barbee Mill Community Association on October 21, 2010.  Barbee Mill Community Association sold to Dellanie Fragnoli, the current owner, on May 2, 2012.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501010 on the NITU date.  The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 84.I.

26.     **Claimant No. 84.J**- Plaintiff Conner Homes at Barbee Mill, LLC acquired the property on September 29, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.   Conner Homes at Barbee Mill subsequently sold the property to Patricia J. Bussard and Rhonda J. Juliano, the current owners, on November 3, 2010.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel

Identification No. 0518501140, on the NITU date.  The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 84.J.

27.    **Claimant No. 85**- Plaintiff Construction Industry Training Counsel acquired the property on December 31, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20080107000666.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2825059276, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 69124, Zwiefelhofer.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 85.

28.    **Claimant No. 86.A**- Plaintiffs Guy A. & Rebecca A. Conversano acquired the property on October 31, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20061102001978.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302385, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 86.A.

29.    **Claimant No. 86.B**- Plaintiffs Guy A. & Rebecca A. Conversano acquired the property on October 31, 2006, by those deeds recorded in the King County Recorder of Deeds at

Recording No. 20061102001976.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302390, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 86.B.

30.     **Claimant No. 88**- Plaintiff Ken C. Craig acquired the property on August 9, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040823002319.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 4101010270, on the NITU date.  The applicable conveyance deed for this parcel is Adverse Possession.  A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 88.

31.     **Claimant No. 94**- Plaintiff Cypress Point Building LLC acquired the property on October 28, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20041102001975.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2825059277, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 69124, Zwiefelhofer.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 94.

32.    **Claimant No. 95**- Plaintiff D & P Lockner I LLC acquired the property on June 14, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070710000939.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343301870 on the NITU date.    The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 95.

33.    **Claimant No. 96.A**- Plaintiffs Thomas R. and Kathleen I. Dahlby acquired the property on June 3, 1991, by those deeds recorded in the King County Recorder of Deeds at Recording No. 7203230337.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342103795 on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 96.A.

34.    **Claimant No. 96.B**- Plaintiffs Thomas R. and Kathleen I. Dahlby acquired the property on August 24, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040901000801.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342103805, on the NITU date.  The

14

applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 96.B.

35.     **Claimant No. 97.A**- Plaintiffs Donald C. and Patricia A. Dana acquired the property on December 21, 2001, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20001222001593.   Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302830, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 97.A.

36.     **Claimant No. 97.B**- Plaintiffs Donald C. and Patricia A. Dana acquired the property on May 24, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040528001173.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302831, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 97.B.

37.     **Claimant No. 98**- Plaintiffs Floyd C. and Sandra M. Darrow acquired the property on October 31, 2003, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20031031002872.  Plaintiffs' property abuts and adjoins the abandoned right-of-

way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302130, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 98.

38.     **Claimant No. 102**- Plaintiff Dayton P. Dennison acquired the property on August 27, 1982, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199708271254.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700200, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 102.

39.     **Claimant No. 105**- Plaintiff Lynn T. Dich acquired the property on May 9, 2008, by those deeds recorded in the King County Recorder of Deeds at Recording No 20080512001827.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 8899600070, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 105.

40.     **Claimant No. 109**- Plaintiff Diversity Assets, LLC acquired the property on October 25, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording

16

No. 20071026001157.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302875, on the NITU date.   The applicable conveyance condemnation for this parcel is 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 109.

41.    **Claimant No. 113**- Plaintiff Patrick Dye, c/o POA- Robert Dye acquired the property on June 8, 2005, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20030908001802.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302780, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 113.

42.    **Claimant No. 120**- Plaintiffs Bruce E. and Mary R. Erikson acquired the property on November 5, 1998, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199811122165.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342700126, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt

Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 120.

43. **Claimant No. 127**- Plaintiffs Vincent and Jennifer Farinas acquired the property on June 13, 2005, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050615001530. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302370, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 127.

44. **Claimant No. 133**- Plaintiff Brian Fife acquired the property on December 16, 2005, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20051222001795. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700300, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 133.

45. **Claimant No. 139**- Plaintiff Mathew Flynn acquired the property on  July 20, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040726001603. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as

18

Parcel Identification No. 3343302795, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 139.

46.     **Claimant No. 150**- Plaintiff Ron O. Gery acquired the property on April 28 1992, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199205011610. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302795, on the NITU date.   The applicable conveyance deed for this parcel Adverse Possession.   A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 150.

47.     **Claimant No. 153**- Plaintiff Robert L. Goertz acquired the property on November 27, 1989, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199001240643.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342103810, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 153.

48.     **Claimant No. 155**- Plaintiff Joyce Kendrick Goodwin acquired the property on June 14, 1978, by those deeds recorded in the King County Recorder of Deeds at Recording No. 7806231041.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as

19

Parcel Identification No. 3342700211, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 155.

49.    **Claimant No. 158.A**- Plaintiffs Marjorie Grundhus and William E. Grundhus Trust acquired the property on December 21, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No.20061003000793.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302690, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 158.A.

50.    **Claimant No. 158.B**- Plaintiffs Marjorie Grundhus and William E. Grundhus Trust acquired the property on November 9, 1991, by those deeds recorded in the King County Recorder of Deeds at Recording No.9210220538.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302700, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 158.B.

51.    **Claimant No. 161**- Plaintiff Richard Hagar acquired the property on October 18, 1994, by those deeds recorded in the King County Recorder of Deeds at Recording No. 93410311908. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now

subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302700 on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 161.

52.     **Claimant No. 162**- Plaintiffs Daniel and Kathy Haggart acquired the property on May 15, 1997, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199705271699 Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302550, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 162.

53.     **Claimant No. 176.A**- Plaintiff Hillside 116, LLC acquired the property on December 22, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20061227002082.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2825059103, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 69124, Zwiefelhofer. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 176.A.

54.     **Claimant No. 176.B**- Plaintiff Hillside 116, LLC acquired the property on February 6, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 2004021100761.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2825059290, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 69124, Zwiefelhofer. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 176.B.

55.     **Claimant No. 177**- Plaintiffs Jeffery C. and Ling Hilton acquired the property on August 26, 2003, by those deeds recorded in the King County Recorder of Deeds at Recording No. 2003082703328.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302871, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 177.

56.     **Claimant No. 180**- Plaintiffs John H. Houtz acquired the property on November 13, 1989, by those deeds recorded in the King County Recorder of Deeds at Recording No. 891130488.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302510, on the NITU date.  The applicable conveyance deed for

this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 180.

57.     **Claimant No. 186**- Plaintiffs Thomas R. and Caryl J. Hunt acquired the property on November 28, 1994, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9412021194.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342700425 on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 186.

58.     **Claimant No. 189**- Plaintiffs James D. and Cynthia A. Huse and acquired the property on October 23, 1998, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9811022130.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302800, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 189.

59.     **Claimant No. 191**- Plaintiff Kevin Iden acquired the property on January 5, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040107001036.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access

23

trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302870on the NITU date. The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 191.

60. **Claimant No. 192-** Plaintiff Infinity 7, LLC acquired the property on August 9, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060810002512. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 2540500205, on the NITU date. The applicable conveyance deed for this parcel is Adverse Possession. A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 192.

61. **Claimant No. 193.A-** Plaintiff Interpoint Corporation acquired the property on July 15, 1998, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9807150864. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 3426059094, on the NITU date. The applicable conveyance condemnation for this parcel is Report No. 5413, the Delfel condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 193.A.

62. **Claimant No. 193.B-** Plaintiff Interpoint Corporation acquired the property on August 1, 1983, by those deeds recorded in the King County Recorder of Deeds at Recording

No. 198308040000.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3426059037, on the NITU date.  The applicable conveyance condemnation for this parcel is Report No. 5413, the Delfel condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 193.B.

63.    **Claimant No. 194**- Plaintiff Joseph A. Ioppolo acquired the property on December 1, 1995, by those deeds recorded in the King County Recorder of Deeds at Recording No.9601090731.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302850 on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 194.

64.    **Claimant No. 200**- Plaintiff James H. Jacques acquired the property on July 3, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 2006076000843.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302850, on the NITU date.  The applicable conveyance deed for this parcel is 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 200.

65.     **Claimant No. 211**- Plaintiff Patricia E. Johnson acquired the property on October 7, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20041115000479.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302660, on the NITU date.  The applicable conveyance deed for this parcel is 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 211.

66.     **Claimant No. 212.A**- Plaintiff Susan E. Johnson acquired the property on February 2, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070202002063. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342100565, on the NITU date.  The applicable conveyance deed for this parcel is 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 212.A.

67.     **Claimant No. 212.B**- Plaintiff Susan E. Johnson acquired the property on February 2, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070202002063.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342100569 on the NITU date.  The applicable conveyance deed for this parcel is 102518, Lake Washington Belt Line. A copy of the deed,

26

assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 212.B.

68.    **Claimant No. 214**- Plaintiffs George and Nancy Johnston acquired the property on January 9, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040109001553.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302630, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 214.

69.    **Claimant No. 217**- Plaintiff Tommy A. Jones acquired the property on February 9, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040213001378.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302340, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 217.

70.    **Claimant No. 219**- Plaintiffs Robert Eric Jorgensen and Rosemary Russo acquired the property on November 30, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20041203000298.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiffs

were fee owners of this property, identified as Parcel Identification No. 3343301970, on the NITU date. The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 219.

71. **Claimant No. 220**- Plaintiff Joseph M. and Carol L. Collier Revocable Living Trust acquired the property on July 31, 1996, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9612130061. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiffs were fee owners of this property, identified as Parcel Identification No. 9399700900, on the NITU date. The applicable conveyance deed for this parcel is Adverse Possession. A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 220.

72. **Claimant No. 229**- Plaintiffs William F. and Debra Keppler acquired the property on, January 6, 1997 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9701080764. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342104045, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 229.

73. **Claimant No. 239**- Plaintiff Larry Kolesar acquired the property on September 30, 1988, by those deeds recorded in the King County Recorder of Deeds at Recording No. 8809302059. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access

trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3629160010, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 239.

74.     **Claimant No. 240**- Plaintiffs Arthur T. and Lori Y. Kozai acquired the property on July 10, 2002, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20020711000308.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343301940 on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 240.

75.     **Claimant No. 241**- Plaintiffs Conrad R. and Joy A. Kreick acquired the property on January 10, 1996, by those deeds recorded in the King County Recorder of Deeds at Recording No.9601220818.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342700290, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 241.

76.     **Claimant No. 242**- Plaintiff Mani Krishnamurthy acquired the property on June 19, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No.

20060619001602. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343301930, on the NITU date. The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 242.

77. **Claimant No. 253**- Plaintiff Robert Lais acquired the property on December 15, 1993, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9312201924. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302480, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 253.

78. **Claimant No. 256**- Plaintiff Denis W. Law acquired the property on April 27, 1999, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9904290480. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700280, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 256.

79.     **Claimant No. 261**- Plaintiff Legacy Kelsey Creek, LLC acquired the property on February 23, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording No. 2007022002491.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2825059213, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 69124, Zwiefelhofer.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 261.

80.     **Claimant No. 266**- Plaintiffs IIena A. and Ioan Leuca acquired the property on February 3, 1994, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9403041440.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 9808590570, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 68619, Fagerberg.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 266.

81.     **Claimant No. 268**- Plaintiffs Kevin L. Lindahl and Rebecca A. Byus acquired the property on August 27, 1997, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9708292718.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342700190, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy

of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 268.

82.   **Claimant No. 273**- Plaintiff Viktoria Littleman acquired the property on October 21, 1975, by those deeds recorded in the King County Recorder of Deeds at Recording No. 7427174.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700176, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 273.

83.   **Claimant No. 274**- Plaintiffs Donald P. and Patricia Lockner acquired the property on March 21, 1994, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9403280941.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343301880, on the NITU date.  The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 274.

84.   **Claimant No. 279**- Plaintiffs John Peter, III and Nancy Lorge acquired the property on August 27, 1982, by those deeds recorded in the King County Recorder of Deeds at Recording No. 82082710195.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiffs were fee owners of this

property, identified as Parcel Identification No. 3343302320, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 279.

85.    **Claimant No. 286-** Plaintiff Craig D. Magnusson acquired the property on August 15, 1991, by those deeds recorded in the King County Recorder of Deeds at Recording No. 910827064.  Plaintiff subsequently sold the property on November 10, 2011 at Recording No. 201111800834.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302300, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 286.

86.    **Claimant No. 287-** Plaintiff Magoon Enterprises LLC acquired the property on December 29, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 2005021800092.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2726059039, on the NITU date.  The applicable conveyance deed for this parcel is 70170, Freed.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 287.

87.    **Claimant No. 289-** Plaintiff Nancy Manz acquired the property on February 20, 1962, by those deeds recorded in the King County Recorder of Deeds at Recording No. 5898833.

Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302720, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 289.

88.     **Claimant No. 295**- Plaintiff Michael P. Mayfield acquired the property on May 10, 1990, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9005100991. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 7923250070, on the NITU date. The applicable conveyance deed for this parcel is Adverse Possession. A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 295.

89.     **Claimant No. 297**- Plaintiffs David and Sally McCray acquired the property on August 12, 1993, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199308202198. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302540, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 297.

90.     **Claimant No. 309.A**- Plaintiff Walter C. Moore acquired the property on November 1, 1999, by those deeds recorded in the King County Recorder of Deeds at Recording No. 19990827000799.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302876 on the NITU date.  The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 309.A.

91.     **Claimant No. 309.B**- Plaintiff Walter C. Moore acquired the property on July 29, 1999, by those deeds recorded in the King County Recorder of Deeds at Recording No. 19990802001552. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302874, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 309.B.

92.     **Claimant No. 312**- Plaintiff Jeanette Morino acquired the property on April 20, 2001, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20010503000809.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3982701730, on the NITU date.  The applicable conveyance deed for

this parcel is Adverse Possession.  A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 312.

93.    **Claimant No. 314**- Plaintiff Christine S. Mueller acquired the property on April 19, 1994, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9404211585.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302670, on the NITU date.  The applicable conveyance deed for this parcel is Recording 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 314.

94.    **Claimant No. 318-** Plaintiff Andrea S. Nasarow acquired the property on April 26, 2000, by those deeds recorded in the King County Recorder of Deeds at Recording No. 2000428001540.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342103010 on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 318.

95.    **Claimant No. 321-** Plaintiffs Fritz W. and Angela F. Nelson acquired the property on November 17, 2003, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20031124001016.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342700110, on the NITU date.  The

applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 321.

96.    **Claimant No. 324-** Plaintiff Gregory J. Nick acquired the property on January 18, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060120000744.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343301920, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 324.

97.    **Claimant No. 329-** Plaintiffs Michael and Gina Oldham acquired the property on March 25, 2002, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20020403002970.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302010, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 329.

98.    **Claimant No. 336-** Plaintiff PACCAR, Inc. acquired the property on November 1, 1983, by those deeds recorded in the King County Recorder of Deeds at Recording No. 198311010622.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now

subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2025059074, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 79807, Blackwell.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 336.

99.     **Claimant No. 338-** Plaintiff Karyn A. Pasquier acquired the property on April 25, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070504001555.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700250, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 338.

100.     **Claimant No. 339-** Plaintiff PBI Enterprises, Inc. acquired the property on December 2, 1998, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199812021609.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2825059218, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 69124, Zwiefelhofer. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 339.

101.     **Claimant No. 341-** Robert D. Peha acquired the property on January 13, 2005, by those deeds recorded in the King County Recorder of Deeds at Recording No.

20050118001921.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700310, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 341.

102.   **Claimant No. 344-** Plaintiff J. George Peterson acquired the property on June 21, 1991, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199106250966.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343301990, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 344.

103.   **Claimant No. 346-** Plaintiff Larry L. Peterson acquired the property on June 9, 1971, by those deeds recorded in the King County Recorder of Deeds at Recording No. 7106180186.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302060 on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 346.

104.    **Claimant No. 349-** Plaintiff George Charles Piantanida acquired the property on December 10 1999, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20000320001415.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302740, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 349.

105.    **Claimant No. 351-** Plaintiffs Carl G. and Stephanie A. Pollard acquired the property on September 12, 2003, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050208001670.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2025059275, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 68619, Fagerberg. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 351.

106.    **Claimant No. 353-** Plaintiff Matthew C. Pool acquired the property on August 3, 2005, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050901001766.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700355, on the NITU date.  The applicable conveyance deed for

this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 353.

107.    **Claimant No. 355-** Plaintiff Stephen C. Porter acquired the property on April 20, 1999, by those deeds recorded in the King County Recorder of Deeds at Recording No. 19990430225.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342103840, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 355.

108.    **Claimant No. 358-** Plaintiffs Alan E. and Cynthia M. Provost acquired the property on February 3, 2003, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20030227001391.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342700260, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 358.

109.    **Claimant No. 361-** Plaintiff Delores Quam acquired the property on March 21, 1991, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199103251314.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as

Parcel Identification No. 3343301900, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 361.

110.   **Claimant No. 375-** Plaintiff Paul A. Remington acquired the property on April 14, 1998, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199804271958.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302000 on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. SC 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 375.

111.   **Claimant No. 377.A-** Plaintiff Repass Office LLC acquired the property on August 22, 2008, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20080915000499.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 0120000180, on the NITU date.   The applicable conveyance deed for this parcel is Adverse Possession. A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 377.A.

112.   **Claimant No. 379-** Plaintiffs Darius F. and Vicki Richards acquired the property on June 20, 1974, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9904091738.   Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now

subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342700330 on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 379.

113.    **Claimant No. 382-** Plaintiffs Timothy J. and Virginia L. Riley acquired the property on August 27, 2003, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20030902002560.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 33427003200, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 382.

114.    **Claimant No. 390-** Plaintiff Roter Investments, LP. acquired the property on June 27, 1997, by those deeds recorded in the King County Recorder of Deeds at Recording No. 1997070711206.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3898100680, on the NITU date.  The applicable conveyance deeds for this parcel are Recording No. 70171, Montague and Recording No. 68980, Frasen. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 390.

115.    **Claimant No. 397-** Plaintiff Safeway, Inc. acquired the property on December 28, 1999, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20000103000959.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2825059302, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 69124, Zwiefelhofer. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 397.

116.    **Claimant No. 401-** Plaintiff Robert Sapirstein acquired the property on August 24, 2001, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20010907000711.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 123400071, on the NITU date.   The applicable conveyance deed for this parcel is Adverse Possession. A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 401.

117.    **Claimant No. 410-** Plaintiffs Ananth K. and Uma A. Shenoy acquired the property on August 17, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070828000585.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343301890, on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of

Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 410.

118. **Claimant No. 412-** Plaintiff Jon A. Shirley acquired the property on January 26, 1999, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199901271644. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 2825059278, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 69124, Zwiefelhofer. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 412.

119. **Claimant No. 418.B-** Plaintiff John Sisley acquired the property on February 11, 1985, by those deeds recorded in the King County Recorder of Deeds at Recording No 1985021105000. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 0120000190, on the NITU date. The applicable conveyance deed for this parcel is Adverse Possession. A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 418.B.

120. **Claimant No. 419-** Plaintiffs Raymond S. Sivesind and Jayne Riggs acquired the property on May 21, 1999, by those deeds recorded in the King County Recorder of Deeds at Recording No. 199905271320. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342700125, on the NITU date. The

45

applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 419.

121.    **Claimant No. 422.A-** Plaintiffs Gregg B. and Kelly Smith acquired the property on December 13, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20071214002010.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302030, on the NITU date.   The applicable conveyance condemnation for this parcel is Recoding No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 422.A.

122.    **Claimant No. 422.B-** Plaintiffs Gregg B. and Kelly Smith acquired the property on May 6, 2003, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20030512002402.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3343302530, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 422.B.

123.    **Claimant No. 440-** Plaintiff James G. Tasca acquired the property on September 2, 2003, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20031030001773.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now

subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700100, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 440.

124.    **Claimant No. 441-** Plaintiff Robert W. Taylor acquired the property on October 12, 2000, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20001019000707.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700149, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 441.

125.    **Claimant No. 448-** Plaintiff The Bisiack Family Trust acquired the property on September 24, 2008, by those deeds recorded in the King County Recorder of Deeds at Recording No 20081003001339.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342104046, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 448.

126.    **Claimant No. 450-** Plaintiff The HJPM Chen Family LLC acquired the property on July 29, 2005, by those deeds recorded in the King County Recorder of Deeds at Recording

No. 20050801002729.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2726059025, on the NITU date.  The applicable conveyance deed for this parcel is Adverse Possession. A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 450.

127.  **Claimant No. 457-** Plaintiff Thirty-Third Place Condominiums acquired the property on July 24, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060724000211.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2726059025, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 68619, Fagerberg. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 457.

128.  **Claimant No. 458-** Plaintiff Pierre P. Thiry acquired the property on October 9, 1980, by those deeds recorded in the King County Recorder of Deeds at Recording No. 8010100085.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302420, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Co. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 458.

129.    **Claimant No. 470-** Plaintiff Kevin Tran acquired the property on October 7, 2004, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20041007000855.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343301910, on the NITU date.    The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 470.

130.    **Claimant No. 485-** Plaintiff Kip Ware acquired the property on December 16, 1999, by those deeds recorded in the King County Recorder of Deeds at Recording No. 19991216001371.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3343302600, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 485.

131.    **Claimant No. 488-** Plaintiff Gary A. Weil acquired the property on February 7, 2007, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070206000185.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342700230, on the NITU date.   The applicable conveyance deed for

this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 488.

132.   **Claimant No. 495-** Plaintiff William and Karen Buchan Family, LLC acquired the property on November 13, 2003, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20031113000414.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1242700012, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 68284, Dunn. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 495.

133.   **Claimant No. 500-** Plaintiff Marlene Winter acquired the property on April 5, 1981, by those deeds recorded in the King County Recorder of Deeds at Recording No. 8104140430.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3342104048 on the NITU date.   The applicable conveyance condemnation for this parcel is Recording No. 40536, The State of Washington Condemnation. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance condemnation are attached as Exhibit 500.

134.   **Claimant No. 504.A-** Plaintiff Woodinville Landing LLC acquired the property on February 17, 1998, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9804031632.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim

public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0926059032, on the NITU date.  The applicable conveyance deed for this parcel is Adverse Possession. A copy of the deed, assessor's parcel report, and individual GIS parcel map are attached as Exhibit 504.A.

135.   **Claimant No. 520-** Plaintiffs Mark and Rosemary Zilmer acquired the property on April 10, 1989, by those deeds recorded in the King County Recorder of Deeds at Recording No. 198904140757.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3342700080, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 102518, Lake Washington Belt Line. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 520.

136.   On August 11, 2008, BNSF filed a petition for exemption to abandon the line between milepost 11.25, near Wilburton, to milepost 23.80 in Woodinville, in King County, Washington (the "North Railbanking Segment"), attached as Exhibit A.1.

137.   On September 8, 2008, BNSF filed a petition for exemption to abandon the line between milepost 0.0, near Woodinville to milepost 7.3, near Redmond, in King County, Washington (the "Redmond Spur"), attached as Exhibit A.2.

138.   On September 8, 2008, BNSF filed a petition for exemption to abandon the line between milepost 5.0, near Kennydale to milepost 10.6, at Wilburton, in King County, Washington, (the "South Railbanking Segment"), attached as Exhibit A.3.

139.   On October 27 and November 28, 2008, the STB issued three related Notices of Interim Trail Use ("NITU") pursuant to the National Trails System Act Amendments of 1983, 16

U.S.C. § 1247 ("Trails Act"). The NITU for the "North Railbanking Segment", milepost 11.25, near Wilburton, to milepost 23.80 in Woodinville, in King County is attached as Exhibit B.1. The NITU for the "Redmond Spur", milepost 0.0, near Woodinville to milepost 7.3, near Redmond, in King County is attached as Exhibit B.2. The NITU for the "South Railbanking Segment", milepost 5.0, near Kennydale to milepost 10.6, at Wilburton, in King County is attached as B.3.

140.    On February 5, 2010, pursuant to the NITU's, BNSF and King County, Washington entered into and executed a single Trail Use Agreement ("TUA"), and BNSF transferred its interest the right-of-way to King County, Washington.  The TUA is attached as exhibit C.

BAKER STERCHI COWDEN & RICE, L.L.C.

Date:  June 18, 2012              By   /s/ Thomas S. Stewart
                                     Thomas S. Stewart
                                     Elizabeth G. McCulley
                                     2400 Pershing Road, Suite 500
                                     Kansas City, MO 64108
                                     (816) 471-2121
                                     (816) 472-0288 (facsimile)
                                     stewart@bscr-law.com
                                     mcculley@bscr-law.com

                                     -and-

                                     Steven M. Wald
                                     J. Robert Sears
                                     1010 Market Street, Suite 950
                                     St. Louis, MO 63102-1708
                                     (314) 231-2925
                                     (314) 231-4857 (facsimile)
                                     wald@bscr-law.com
                                     sears@bscr-law.com


                                     ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 18th day of June, 2012, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 18th day of June, 2012, to:

Bruce K. Trauben
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
(202) 305-0238
(202) 305-0506 (facsimile)
**ATTORNEY FOR DEFENDANT**

  /s/ Thomas S. Stewart
ATTORNEY FOR PLAINTIFFS