## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL HAGGART AND KATHY HAGGART, et )
al., For Themselves and As Representatives of a Class)
of Similarly Situated Persons,                    )    Case No.  09-103 L
                                                  )
               Plaintiffs,                        )    Judge Charles F. Lettow
                                                  )
       vs.                                        )
                                                  )
THE UNITED STATES OF AMERICA,                     )    Filed July 13, 2012
                                                  )
               Defendant.                         )


### SUBCLASS FOUR PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

Pursuant to RCFC 56(C)(2), Plaintiffs submit their Proposed Findings of Uncontroverted Facts in Support of their Motion for Partial Summary Judgment on Liability on Subclass Four, for their cause of action against the U.S. Government for taking the Plaintiffs' property without just compensation by operation of the Trails Act (16 U.S.C. § 1241), in violation of the Fifth Amendment to the United States Constitution. For their Proposed Findings of Uncontroverted Facts, Plaintiffs state as follows:

1.      Plaintiffs subject to this Motion for Summary Judgment are  159 individuals who owned  214 parcels of land on the date of the STB's issuance of the NITUs on October 27, 2008 and November 28, 2008 adjacent to the Railroad Line.  The supporting documentation for each claimant is sequentially attached hereto by claimant number for each landowner as Exhibits 2 through 519.

2.      **Claimant No. 2** - Plaintiff 1998 Kemis Family Limited Partnership acquired the property on September 8, 1998, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9809140282.  Plaintiff's property abuts and adjoins the abandoned right-of-

way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 5711600010, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 271054, North American Trust.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 2.

3.      **Claimant No. 3** - Plaintiff 355 Wilburton Office Condominium Assoc. acquired the property on February 8, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20080215001009.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 8636800000, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 271780, Kellogg.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 3.

4.      **Claimant No. 5** - Plaintiff ADM II, LLC acquired the property on May 30, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070531001300.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2726059092, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266617, Gorse.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 5.

5.     **Claimant No. 7** - Plaintiff Aiy Chan (f/k/a Chan & Chan LP acquired the property on March 16, 2004 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040319001276.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 6828700035, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 7.

6.     **Claimant No. 15.A** - Plaintiffs Derek and Susan Arndt acquired the property on September 30, 1976 by those deeds recorded in the King County Recorder of Deeds at Recording No. 7610110080 and March 14, 1981 by Recording No. 8104080265.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3982701155, on the NITU date.  The applicable conveyance deeds for this parcel are Recording No. 266866, Clark and Recording No. 266865, Royle.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 15.A.

7.     **Claimant No. 15.B** - Plaintiffs Derek and Susan Arndt acquired the property on September 30, 1976 by those deeds recorded in the King County Recorder of Deeds at Recording No. 7610110080 and March 14, 1981 by Recording No. 8104080265.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No.

3

3982700915, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266866, Clark.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 15.B.

8.      **Claimant No. 15.C** - Plaintiffs Derek and Susan Arndt acquired the property on September 30, 1976 by those deeds recorded in the King County Recorder of Deeds at Recording No. 7610110080 and March 14, 1981 by Recording No. 8104080265.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3982701130, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266866, Clark.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 15.C.

9.      **Claimant No. 17** - Plaintiff B.D. Real Estate, LLC acquired the property on April 24, 2001 by those deeds recorded in the King County Recorder of Deeds at Recording No. 2000425000838.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059075, on the NITU date.  The applicable conveyance deeds for this parcel are Recording No. 13448, Anderson, Recording No. 13564, Jacobsen, and Recording No. 271054, North American Trust.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 17.

10.     **Claimant No. 23** - Plaintiffs Kirt and Lynn Barrett acquired the property on August 21, 2000 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20000823001368.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is

now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2588500020, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 23.

11. **Claimant No. 24.B** - Plaintiff Barrier Properties, LLC acquired the property on December 24, 2001 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20011228001797.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 1099100002, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 267077, Sturtevant.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 24.B.

12. **Claimant No. 24.C** - Plaintiff Barrier Properties, LLC acquired the property on December 24, 2001 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20011228001797.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 1099100011, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 267077, Sturtevant.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 24.C.

13.     **Claimant No. 26.A** - Plaintiffs William F. and Linda O. Baxter acquired the property on February 15, 1989 by those deeds recorded in the King County Recorder of Deeds at Recording No.8902160214.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 9518100045, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13403 and 13895, Jaderholm.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 26.A.

14.     **Claimant No. 26.B** - Plaintiffs William F. and Linda O. Baxter acquired the property on December 20, 1985 by those deeds recorded in the King County Recorder of Deeds at Recording No. 198512201273.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 9518100035, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13403 and 13895, Jaderholm.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 26.B.

15.     **Claimant No. 27** - Plaintiff Baxter Air, Inc. acquired the property on July 17, 1990 by those deeds recorded in the King County Recorder of Deeds at Recording No. 907201519.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 9518100050, on the NITU date.  The applicable conveyance deeds for

this parcel are Recording Nos. 1340, and 13895, Jaderholm.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 27.

16.    **Claimant No. 29** - Plaintiff Marc Bean acquired the property on June 1, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050607001258. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 9808610400, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 263562 and 3623, Fagerberg.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 29.

17.    **Claimant No. 30** - Plaintiff Lemoin C. Beckman acquired the property on April 8, 1988 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8804081309.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 4134300250, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 30.

18.    **Claimant No. 31** - Plaintiffs Jeffery and Lisa K. Behrman acquired the property on July 17, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9807301019.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 1725059302, on the NITU date.  The applicable conveyance deed for

this parcel is Recording No. 263563, Curtis.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 31.

19.   **Claimant No. 34** - Plaintiff Bel-Red Center, LLC acquired the property on May 3, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050504000710.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2825059212, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 267077, Sturtevant.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 34.

20.   **Claimant No. 36.A.** - Plaintiff Lonnie J. Benson acquired the property on February 1, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060208001784.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 1725059289, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 263883, Ware.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 36.A.

21.   **Claimant No. 36.B.** - Plaintiff Lonnie J. Benson acquired the property on February 1, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060208001784.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1725059307, on the NITU date.   The applicable

conveyance deed for this parcel is Recording No. 263883, Ware.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 36.B.

22.     **Claimant No. 37** - Plaintiff Barbara Bergstrom acquired the property on May 11, 1966 by those deeds recorded in the King County Recorder of Deeds at Recording No. 7608050102.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 6828700090, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 37.

23.     **Claimant No. 41** - Plaintiffs Charles W. Billow and Courtini M. Billow acquired the property on September 29, 1999 by those deeds recorded in the King County Recorder of Deeds at Recording No. 991005001699.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 6828700095, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 41.

24.     **Claimant No. 44** - Plaintiffs Christopher W. and Mary C. Black acquired the property on July 17, 1997 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9707181230.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this

property, identified as Parcel Identification No. 6828700065, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 44.

25.   **Claimant No. 45** - Plaintiff Barry Bloch acquired the property on September 13, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050916001202.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1246200093, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 270113, French.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 45.

26.   **Claimant No. 47** - Plaintiffs Robert and Jeanne Bolton and Robert and Susan Swanson acquired the property on November 14, 1984 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8411300396.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 7198900061, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 47.

27.   **Claimant No. 48** - Plaintiffs Dale J. and Diana M. Bowar acquired the property on March 19, 2004 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040402001116.  Plaintiffs subsequently sold the property to Vitaly B. Subbotian, the

current owner, on February 8, 2010.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 1724059024, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 270751, Meeker.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 48.

28.    **Claimant No. 50.C** - Plaintiff Anthony P. Boydston acquired the property on December 12, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9812202081.  Plaintiff subsequently sold the property to Michael K. and Jan A. Jewell, the current owners on October 6, 2009 at Recording No. 20091013001878.    Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 6828100020, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 50.C.

29.    **Claimant No. 51** - Plaintiff Steven Brace acquired the property on August 30, 2004 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040903002138.    Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 6828100085, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed,

assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 51.

30.     **Claimant No. 52** - Plaintiff Kazuyo Branjord acquired the property on July 22, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9807310616.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 9808590520, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 263562 and 3623, Fagerberg.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 52.

31.     **Claimant No. 56** - Plaintiff Broadus Family II, LLC acquired the property on November 2, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20051208001846.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 8046100044, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 271780, Kellogg.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 56.

32.     **Claimant No. 59** - Plaintiffs Bruce K. and Patricia A. Brown acquired the property on August 28, 1968 by those deeds recorded in the King County Recorder of Deeds at Recording No. 7904270609.   Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiffs were fee owners of this

property, identified as Parcel Identification No. 2588500050, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 270751, Meeker. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 59.

33.     **Claimant No. 63** - Plaintiff Mary L. Brunt acquired the property on August 11, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 3142, Page 427 and Letters Testamentary No. 06-4-00325-3, In the Matter of the Estate of John L. Burnt. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 4134300040, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 63.

34.     **Claimant No. 67** - Plaintiff Car Lott, LLC acquired the property on March 13, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20080324001841. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 9270700035, on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 67.

35.     **Claimant No. 70.A** - Plaintiff CGSNW-Willows, LLC acquired the property on December 5, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20051202000388. Plaintiff's property abuts and adjoins the abandoned right-of-way that is

now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 325059258, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 13856, Hartman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 70.A.

36. **Claimant No. 70.B** - Plaintiff CGSNW-Willows, LLC acquired the property on December 5, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20051202000388. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 325059259, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 13856, Hartman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 70.B.

37. **Claimant No. 71** - Plaintiff Chaipatanapong Limited Partnership acquired the property on November 13, 1995 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9511200542. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059026, on the NITU date. The applicable conveyance deeds for this parcel are Recording No. 13448, Anderson; Recording No. 13564, Jacobsen; Recording No. 304987, Jacobsen and Recording Nos. 266026 and 268291, State of Washington. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 71.

38.     **Claimant No. 73** - Plaintiffs Virendra K. and Roshila Chaudhary acquired the property on September 4, 1986 by those deeds recorded in the King County Recorder of Deeds at Recording No.8609151087.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 9808590530, on the NITU date.   The applicable conveyance deeds for this parcel are Recording Nos. 263562 and 3623, Fagerberg.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 73.

39.     **Claimant No. 75** - Plaintiff Diane Clark acquired the property on August 8, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050829001561.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 2826059071, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 26707, Chase. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 75.

40.     **Claimant No. 79** - Plaintiff Cleveland Square LLC acquired the property on February 16, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060216000842.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 1624000000, on the NITU date.   The applicable conveyance deeds for this parcel are Recording No. 13991 and 14132, McRedmond. A copy of

15

the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 79.

41.    **Claimant No. 84.K** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518500640, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.K.

42.    **Claimant No. 84.L** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Plaintiff subsequently sold the property to Charles E. and Rebecca A. Taylor, the current owners on April 2, 2010 at Recording No. 20100405001787. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518500010, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.L.

43.    **Claimant No. 84.M** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Plaintiff subsequently sold the property to Rhonda L.

Brown, the current owner on March 1, 2012 at Recording No. 20120306000790. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518500650, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.M.

44.     **Claimant No. 84.N** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Plaintiff subsequently sold the property to J. Kevin and Annette M. Artani, the current owners on February 2, 2012 at Recording No. 20120209001347. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518500660, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.N.

45.     **Claimant No. 84.O** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Plaintiff subsequently sold the property to Gary L. and Kathleen M. Moss, the current owners on September 16, 2011 at Recording No. 20110919001645.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as

17

Parcel Identification No. 0518500670, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.O.

46.    **Claimant No. 84.P** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Plaintiff subsequently sold the property to Karen S. and Villamore Bolibol, the current owners on June 1, 2011 at Recording No. 20110603000324. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518500700, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.P.

47.    **Claimant No. 84.Q** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Plaintiff subsequently sold the property to Michael E. and Carolyn N. O'Connell, the current owners on September 21, 2009 at Recording No. 20090924000632.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518500710, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.Q.

18

48.     **Claimant No. 84.R** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Plaintiff subsequently sold the property to  Carla J. Barrans-Stenhouse, the current owner on  April 5, 2011 at Recording No. 20110408000194. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501060, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.R.

49.     **Claimant No. 84.S** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Plaintiff subsequently sold the property to Suellyn N. Olson, the current owner on December 14, 2010 at Recording No. 20101215001224.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501070, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.S.

50.     **Claimant No. 84.T** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Plaintiff subsequently sold the property to Faye Brodeckel, the current owner  on December 6, 2010 at Recording No.20101207002025. Plaintiff's property

abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501090, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.T.

51. **Claimant No. 84.U** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428. Plaintiff subsequently sold the property to Thomas J. and Nancy S. Thramer on August 16, 2011 at Recording No. 20110825001250. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501040, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.U.

52. **Claimant No. 84.V** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428. Plaintiff subsequently sold the property to Karin M. Anderson, the current owner on December 17, 2010 at Recording No. 20101220001628. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501080, on the NITU date. The applicable conveyance deed for this

parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.V.

53.    **Claimant No. 84.W** - Plaintiff Conner Homes at Barbee Mill acquired the property on September 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060929003428.  Plaintiff subsequently sold the property to Fred and Patricia Smith, the current owners on May 17, 2011 at Recording No. 20110527001536. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0518501050, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266025, Colman. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 84.W.

54.    **Claimant No. 89** - Plaintiff Creekside Park Owner's Assoc. acquired the property on August 13, 1984 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8408150735. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1822400000, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13894, Woodin. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 89.

55.    **Claimant No. 93** - Plaintiff William Curley acquired the property on January 21, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050128000941. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access

trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2588500030, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 93.

56.   **Claimant No. 103** - Plaintiff Jeffrey Deroulet acquired the property on December 23, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20051228001782. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0926059153, on the NITU date.   The applicable conveyance deeds for this parcel are Recording Nos. 13403 and 13895, Jaderholm. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 103.

57.   **Claimant No. 107** - Plaintiff Ollie Mae Dickinson acquired the property on September 13, 1976 by those deeds recorded in the King County Recorder of Deeds at Recording No. 7609150175. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2911700030, on the NITU date.   The applicable conveyance deeds for this parcel are Recording No. 272311, Doran. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 107.

58.   **Claimant No. 108** - Plaintiffs Curtis L. and Julie G. Dickerson acquired the property on July 26, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070730001941. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an

interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 4134300045, on the NITU date.   The applicable conveyance deed for this parcel is Recording No 269500, Kittinger. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 108.

59.     **Claimant No. 110** - Plaintiff DMB-1, LLC acquired the property on July 12, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070712001011. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 225059194, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 14169, George. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 110.

60.     **Claimant No. 111** - Plaintiffs Jeffrey B. and Anika Dubois acquired the property on June 30, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No.20060630004346. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2911700040, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 272311, Doran. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 111.

61.     **Claimant No. 116** - Plaintiff Paul C. Egly acquired the property on April 7,1988 by those deeds recorded in the King County Recorder of Deeds at Recording No.8804130037. On October 28, 2008, as personal representative of the Estate of Kathryn Egly, quit claimed to

Paul Egly, Recording No. 20081029001329.  Plaintiff subsequently sold the property to Roy and Lisa Musil, the current owners, on June 3, 20011.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 9808590540, on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 263562 and 3623, Fagerberg.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 116.

62.   **Claimant No. 119.A** - Plaintiff EQR-Redmond Way, LLC acquired the property on June 27, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070627001298.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 1125059040, on the NITU date.   The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 119.A.

63.   **Claimant No. 119.B** - Plaintiff EQR-Redmond Way, LLC acquired the property on June 27, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070627001298.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 7792400065, on the NITU date.   The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of

the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 119.B.

64.     **Claimant No. 125** - Plaintiff Starr L. Evans acquired the property on March 6, 2002 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20020308002622. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 4134300095, on the NITU date. The applicable conveyance deeds for this parcel are Recording No. 269500, Kittinger. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 125.

65.     **Claimant No. 134.A** - Plaintiff Holly Finkbeiner acquired the property on March 20, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060324001110. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 2540500202, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 263883, Ware. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 134.A.

66.     **Claimant No. 134.B** - Plaintiff Holly Finkbeiner acquired the property on December 22, 1999 by those deeds recorded in the King County Recorder of Deeds at Recording No. 991229001558. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 2540500203, on the NITU date. The applicable

conveyance deed for this parcel is Recording No. 270752, Craig.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 134.B.

67.   **Claimant No. 136** - Plaintiff James G. Fisk acquired the property on February 17, 1972 by those deeds recorded in the King County Recorder of Deeds at Recording No. 7202230188. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0825059182, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 266864, Alexander.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 136.

68.   **Claimant No. 138** - Plaintiff Floor Craft Building, LLC acquired the property on March 13, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20080324001814. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 9270700020, on the NITU date.   The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 138.

69.   **Claimant No. 141** - Plaintiff Frey Reed Building, LLC acquired the property on March 13, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20080324001834. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property,

identified as Parcel Identification No. 9270700025, on the NITU date.   The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 141.

70.    **Claimant No. 142** - Plaintiff G.C.W. Company, Inc. acquired the property on February 24, 1993 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9302262616. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 7269100094, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 13894, Woodin.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 142.

71.    **Claimant No. 143** - Plaintiff Teresa Gallo acquired the property on December 18, 1987 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8712230724. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2588500040, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 143.

72.    **Claimant No. 146** - Plaintiff GE Commercial Finance Business Property Corporation acquired the property on March 27, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 2008040200162. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the

operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 6979500020, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13709, Steeves.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 146.

73.  **Claimant No. 151.A** - Plaintiff Faramarz Ghoddoussi acquired the property on December 17, 2002 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20021220002580. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 9518100100, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13403 and 13895, Jaderholm.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 151.

74.  **Claimant No. 154** - Plaintiff Benjamin Golding acquired the property on August 9, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070809001848. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1624059121, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 272311, Doran.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 154.

75.  **Claimant No. 156** - Plaintiffs Cary and Olympia Granger acquired the property on December 9, 2002 by those deeds recorded in the King County Recorder of Deeds at

Recording No. 2002121211001831. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 1247100007, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 268210, Fraunfelter.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 156.

76.   **Claimant No. 163** - Plaintiff Hal 1, LLC acquired the property on January 16, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9801160808. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3886903401, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 268210, Fraunfelter.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 163.

77.   **Claimant No. 164** - Plaintiff Christopher M. Hall acquired the property on May 22, 1996 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9605221106. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3982703185, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 268210, Fraunfelter.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 164.

78.    **Claimant No. 173** - Plaintiff Hawthrorne Condominiums Homeowners Association acquired the property on September 29, 1997 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9709290653. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3175100000, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 271054, North American Trust and Recording No. 263565, Carlberg.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 173.

79.    **Claimant No. 184** - Plaintiff Hudson Willows Properties, LLC and Jaki Willows Properties, LLC acquired the property on December 5, 2001 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20011205002011. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 6979500040, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13709, Steeves.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 184.

80.    **Claimant No. 192.A** - Plaintiff Infinity 7 LLC acquired the property on August 9, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060810002512.  Plaintiff subsequently sold the property to Barbara J. Dolsen, the current owner on February 15, 2012 at Recording No. 20120224000547.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad

activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2540500204, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 270752, Craig.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 192.A.

81.    **Claimant No. 192.B** - Plaintiff Infinity 7 LLC acquired the property on August 9, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060810002512.  Plaintiff subsequently sold the property to J. Scott and Melissa Codespoti, the current owners on March 27, 2011 at Recording No. 20110331001276.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2540500205, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 270752, Craig.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 192.B.

82.    **Claimant No. 197** - Plaintiff J.G. Redmond II, LLC acquired the property on August 17, 2004 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040818003647. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1225059201, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 13708, Perrigo.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 197.

83.    **Claimant No. 198** - Plaintiff J.G. Redmond, LLC acquired the property on January 1, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording

No. 9806220394. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1225059094, on the NITU date.  The applicable conveyance deeds for this parcel are Recording No. 13708, Perrigo and Recording Nos. 13991, 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 198.

84.     **Claimant No. 199** - Plaintiff Michael B. Jacobsen acquired the property on May 17, 1988 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8806070189. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 4134300070, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 199.

85.     **Claimant No. 201** - Plaintiff Stanley Jaffe acquired the property on September 18, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9809301947. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 7269100080, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13894, Woodin.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 201.

86.     **Claimant No. 204** - Plaintiff Maria Laing Jewell acquired the property on November 20, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20071203001733. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2911700065, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 272311, Doran.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 204.

87.     **Claimant No. 205** - Plaintiff JJMC Management, LLC acquired the property on September 7, 1999 by those deeds recorded in the King County Recorder of Deeds at Recording No. 990909000116. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0325059194, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 13856, Hartman.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 205.

88.     **Claimant No. 209.A** - Plaintiffs Stuart D. and Patricia R. Johnson, and Joyce Johnson, Individually, and as Trustee for the G. Rodney Johnson and Joyce B. Johnson Family Revocable Living Trust acquired the property on February 4, 1997 by those deeds recorded in the King County Recorder of Deeds at Recording No. 97021490384. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No.

33

9399700380, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266226, Kellogg.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 209.A.

89.    **Claimant No. 209.B** - Plaintiffs Stuart D. and Patricia R. Johnson, and Joyce Johnson, Individually, and as Trustee for the G. Rodney Johnson and Joyce B. Johnson Family Revocable Living Trust acquired the property on February 4, 1997 by those deeds recorded in the King County Recorder of Deeds at Recording No. 97021490384. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 9399700370, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266226, Kellogg.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 209.B.

90.    **Claimant No. 222** - Plaintiff Kim J. Kaiser acquired the property on February 23, 1983 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8302250056. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 6828700105, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 222.

91.    **Claimant No. 223** - Plaintiff Bashir Karim acquired the property on November 8, 2002 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20021115003182. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now

subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 8946400050, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 264622, Hansen.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 223.

92. **Claimant No. 224** – Plaintiffs Scott and Kathryn Kaseburg acquired the property on August 17, 2000 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20000830000113. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 6828700045, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 224.

93. **Claimant No. 225** – Plaintiffs Marc S. Kayne and Susan J. Wayman acquired the property on June 14, 2001 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20010622000746.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 4134300275, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 225.

94.     **Claimant No. 226** – Plaintiff Patrick J.J. Kelly acquired the property on January 5, 1994 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9401073046.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 9430500021, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13856, Hartman.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 226.

95.     **Claimant No. 227** – Plaintiffs Bobby J. and Barbara S. Kelly acquired the property on August 1, 1991 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9108020845.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3982703235, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 268919, MacKinosh.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 227.

96.     **Claimant No. 230.A** – Plaintiff Kerfield Enterprises acquired the property on April 1, 1994 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9503130319.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 0926059184, on the NITU date.  The applicable conveyance deed for

this parcel is Recording No. 54874, Neilsen.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 230.A.

97.    **Claimant No. 230.B** – Plaintiff Kerfield Enterprises acquired the property on March 1, 1999 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9904261468.   Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiffs were fee owners of this property, identified as Parcel Identification No. 0926059136, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 279783, Neilsen.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 230.B.

98.    **Claimant No. 233** – Plaintiff Kimsey Living Trust, through Trustees Timothy Kimsey and Glenda Kimsey, acquired the property on June 29, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070713000091.   Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiffs were fee owners of this property, identified as Parcel Identification No. 4134300277, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 233.

99.    **Claimant No. 237** – Plaintiff Kirkland Totem Lake, LLC acquired the property on May 18, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070518001975.   Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiffs were fee owners of this property,

identified as Parcel Identification No. 2826059068, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 268920, Hurd.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 237.

100.   **Claimant No. 245.A** – Plaintiff L & R Investments, LLC acquired the property on October 1, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9810011970.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 9430500032, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13856, Hartman.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 245.A.

101.   **Claimant No. 245.B** – Plaintiff L & R Investments, LLC acquired the property on October 1, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9810011970.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 9430500031, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13856, Hartman.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 245.B.

102.   **Claimant No. 248** – Plaintiff Lake Bellevue Village Homeowners Association acquired the property on June 18, 1979 by those deeds recorded in the King County Recorder of Deeds at Recording No. 7906180641.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this

38

property, identified as Parcel Identification No. 3986900000, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 267077, Sturtevant.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 248.

103.    **Claimant No. 250.A** – Plaintiff Lake Washington Youth Soccer Association acquired the property on July 31, 2002 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20020808002502.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2726059127, on the NITU date.  The applicable conveyance deeds for this parcel are Recording No. 13677, Kelsey and Recording No. 13812, Langdon.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 250.A.

104.    **Claimant No. 250.B** – Plaintiff Lake Washington Youth Soccer Association acquired the property on July 31, 2002 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20020808002502.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2726059014, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13812, Langdon.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 250.B.

105.    **Claimant No. 254** – Plaintiff Gregory L. Lasek acquired the property on September 24, 1974 by those deeds recorded in the King County Recorder of Deeds at Recording

No. 7409270034.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 6828700060, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 254.

106.  **Claimant No. 255.B** – Plaintiff Keith A. Lashley acquired the property on October 18, 2002 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20021022001177.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3982700229, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 268919, MacKinosh.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 255.B.

107.  **Claimant No. 258** – Plaintiff Frances Jane Lee acquired the property on June 16, 1982 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8206170560.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2588500010, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 258.

108.   **Claimant No. 260** – Plaintiff Lola L. Leen acquired the property on October 15, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20071120001852.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2825059207, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 267077, Sturtevant.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 260.

109.   **Claimant No. 263** – Plaintiff Legacy Partners II Redmond Quadrant E, LLC acquired the property on June 20, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070620002243.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No 6979500050, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 13709, Steeves.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 263.

110.   **Claimant No. 266** –Plaintiffs Ileana & Ioan Leuca acquired the property on March 4, 1994 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9403041440.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 9808590570, on the NITU date.  The applicable conveyance deeds

for this parcel are Recording No. 263562 and 3623, Fagerberg. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 266.

111. **Claimant No. 269** – Plaintiff Linder Family LLC acquired the property on January 30, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9803090636. Plaintiff's' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 7198800016, on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 269.

112. **Claimant No. 271** – Plaintiffs Carl D. Lindstrom and Richard David Ulvin, acquired the property on April 30, 1985 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8505010476. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiffs were fee owners of this property, identified as Parcel Identification No. 3982700385, on the NITU date. The applicable conveyance deeds for this parcel are Recording 267076, Edwards. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 271.

113. **Claimant No. 272** - Plaintiff Lion Es Hotel Holdings LP acquired the property on June 1, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20070601001153. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as

Parcel Identification No. 7202410060, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 272.

114.    **Claimant No. 275** –Plaintiff Loren R. Lofgren acquired the property on July 25, 1986 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8607251170.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 6828700046, on the NITU date.  The applicable conveyance deeds for this parcel are Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 275.

115.    **Claimant No. 276** – Plaintiff Susan B. Long acquired the property on August 30, 1945 by those deeds recorded in the King County Recorder of Deeds at Recording No. 3497482.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 4134300050, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 276.

116.    **Claimant No. 282.A** – Plaintiff Macbride Family acquired the property on September 15, 2003 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20031119002579.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property,

identified as Parcel Identification No. 2726059006, on the NITU date.   The applicable conveyance deeds for this parcel are Recording No. 13677, Kelsey, Recording Nos. 63539 and 64801, Lunn, and Recording No. 55354, Sanders.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 282.A.

117.   **Claimant No. 282.B** – Plaintiff Macbride Family acquired the property on August 28, 2003 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20031119002579.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 2726059001, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 13677, Kelsey.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 282.B.

118.   **Claimant No. 287** – Plaintiff Magoon Enterprises acquired the property on December 24, 2004 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050218000092.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 276059039, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266617, Gorse.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 287.

119.   **Claimant No. 291.A** – Plaintiff Michael R. Mastro, individually, and through Bankruptcy Trustee James Rigby acquired the property on May 17, 2006, by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060517001858.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements

(created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2726059002, on the NITU date.   The applicable conveyance deeds for this parcel are Recording No. 13677, Kelsey and Recording No. 363170, Upper.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 291.A.

120.     **Claimant No. 291.B** – Plaintiff Michael R. Mastro, individually, and through Bankruptcy Trustee James Rigby acquired the property on May March 28, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20080328001585. Plaintiff subsequently sold the property on March 14, 2011 to Union Bank, which sold to Astronics Advanced Electronics Systems, Corp., the current owner, on May 11, 2011 at Recording No. 20110511000939.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2226059027, on the NITU date.   The applicable conveyance deeds for this parcel are Recording No. 13677, Kelsey and Recording No. 363170, Upper.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 291.B.

121.     **Claimant No. 291.C** – Plaintiff Michael R. Mastro. individually, and through Bankruptcy Trustee James Rigby acquired the property on March 28, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20080328001585.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2226059042, on the NITU date.   The applicable conveyance deeds for this parcel are

Recording No. 13677, Kelsey and Recording No. 363170, Upper.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 291.D.

122.    **Claimant No. 291.D** – Plaintiff Michael R. Mastro, individually, and through Bankruptcy Trustee James Rigby acquired the property on March 28, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20080328001585.  Plaintiff subsequently sold the property on March 14, 2011 to Union Bank, which sold to Astronics Advanced Electronics Systems, Corp., the current owner, on May 11, 2011 at Recording No. 20110511000939. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2226059053, on the NITU date.  The applicable conveyance deeds for this parcel are Recording No. 13677, Kelsey and Recording No. 363170, Upper.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 291.D.

123.    **Claimant No. 291.E** – Plaintiff Michael R. Mastro, individually, and through Bankruptcy Trustee James Rigby acquired the property on March 28, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20080328001585. Plaintiff subsequently sold the property on March 14, 2011 to Union Bank, which sold to Astronics Advanced Electronics Systems, Corp., the current owner, on May 11, 2011 at Recording No. 20110511000939 Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2226059080, on the NITU date.  The applicable conveyance deeds for this parcel are Recording No. 13677, Kelsey and Recording No. 363170, Upper.  A copy of the

deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 291.E.

124.    **Claimant No. 294.A** – Plaintiff Allen D. Matson d/b/a Hollywood Hill Animal Hospital acquired the property on April 21, 1999 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9905060488.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0926059033, on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 13403 and 13895, Jaderholm; Recording No. 54874, Neilsen; and Recording No. 279783, Neilsen.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 294.A

125.    **Claimant No. 294.B** – Plaintiff Allen D. Matson d/b/a Hollywood Hill Animal Hospital acquired the property on April 21, 1999 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9905060488.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0926059183, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 279783, Neilsen.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 294.B.

126.    **Claimant No. 295** – Plaintiff Michael P. Mayfield acquired the property on May 10, 1990 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9005100991.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now

subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 7923250070, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 270113, French.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 295.

127.    **Claimant No. 298** – Plaintiff Kirk A. McEwan acquired the property on July 8, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050721002656.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2911700025, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 272311, Doran.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 298.

128.    **Claimant No. 300** – Plaintiff Peter L. Mears acquired the property on March 30, 1987 by those deeds recorded in the King County Recorder of Deeds at Recording No. 87040100708.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2911700050, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 272311, Doran.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 300.

129.    **Claimant No. 303** – Plaintiff Milstone Property Investors, LLC acquired the property on September 15, 1995 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9409160931.  Plaintiff's property abuts and adjoins the abandoned right-of-

way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059019, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13565, Peterson.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 303.

130.    **Claimant No. 305** – Plaintiffs Shaun M. and Kristine J. Miller acquired the property on June 25, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 200800702001229.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 4101010330, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 270113, French.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 305.

131.    **Claimant No. 306** – Plaintiffs Jerrold H. and Leslie Milstein acquired the property on April 14, 1999 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9904211867.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 4134300053, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 306.

132.    **Claimant No. 320** – Plaintiff Nelgroup Properties, LLC acquired the property on March 1, 2003 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20030303001357.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 7198900070, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 320.

133.    **Claimant No. 325.A** – Plaintiff Novelty Hill Properties, LLC acquired the property on September 7, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050909000399.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059038, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13565, Peterson  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 325.A.

134.    **Claimant No. 325.B** – Plaintiff Novelty Hill Properties, LLC acquired the property on September 7, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050909000399.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059098, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13565, Peterson  A copy of the deed,

assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 325.B.

135.    **Claimant No. 325.C** – Plaintiff Novelty Hill Properties, LLC acquired the property on September 7, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050909000399.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059097, on the NITU date.  The applicable conveyance deeds for this parcel are Recording No. 13565, Peterson and Recording No. 13641, Anderson.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 325.C.

136.    **Claimant No. 325.D** – Plaintiff Novelty Hill Properties, LLC acquired the property on September 7, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050909000399.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059117, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13641, Anderson.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 325.D.

137.    **Claimant No. 325.E** – Plaintiff Novelty Hill Properties, LLC acquired the property on September 7, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050909000399.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an

interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059096, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13641, Anderson.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 325.E.

138.    **Claimant No. 326** – Plaintiff NACV Associates, LLC acquired the property on December 30, 2002 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20021231000594.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059054, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 267078, Larson.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 326.

139.    **Claimant No. 327** – Plaintiff OB Kirkland Properties, LLC acquired the property on December 1, 2004 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20041201000530.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2726059074, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266617, Gorse.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 327.

140.    **Claimant No. 334** – Plaintiff Overlake Christian Church acquired the property on September 1, 1993 by those deeds recorded in the King County Recorder of Deeds at Recording

No. 9309030655.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 8858900010, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13856, Hartman.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 334.

141.  **Claimant No. 340** – Plaintiffs Leif-Ivar Pedersen, Jon Pedersen, and Erik Pedersen acquired the property on December 28, 1992 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9212300960.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 1526059086, on the NITU date.  The applicable conveyance deeds for this parcel are Recording No. 13448, Anderson; Recording No. 13564, Jacobsen; and Recording No. 271054, North American Trust.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 340.

142.  **Claimant No. 342** – Plaintiff Performance Properties of Washington, LLC acquired the property on April 2, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9804804022053.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059049, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 267078, Larson.  A copy of the

deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 342.

143.  **Claimant No. 350.A** – Plaintiff Pine Forest Properties, Inc. f/k/a Pine Forest Transitory Co. acquired the property on June 22, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060622001210.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1099100001, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 267077, Sturtevant.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 350.A.

144.  **Claimant No. 350.B** – Plaintiff Pine Forest Properties, Inc. f/k/a Pine Forest Transitory Co. acquired the property on June 22, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060622001210.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1099100005, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 267077, Sturtevant.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 350.B.

145.  **Claimant No. 350.C** – Plaintiff Pine Forest Properties, Inc. f/k/a Pine Forest Transitory Co. acquired the property on November 11, 1996 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9612171519.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the

Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1099100025, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 267077, Sturtevant.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 350.C.

146.    **Claimant No. 359.A** – Plaintiff Public Storage, successor in interest by operation of merger to Public Storage Properties XVI, Inc. acquired the property on August 22, 1991 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9111252402. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2826059035, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 267079, Chase.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 359.A.

147.    **Claimant No. 359.B** – Plaintiff Public Storage, successor in interest by operation of merger to Public Storage Properties XVI, Inc. acquired the property on August 22, 1991 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9111252402. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2826059016, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 268920, Hurd.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 359.B.

148.   **Claimant No. 362** – Plaintiff Quinton 83d Mall, LLC. acquired the property on October 15, 2002 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20030121000767.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 719890060, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 362.

149.   **Claimant No. 363.A** – Plaintiff R & T Barber Family, LP acquired the property on December 31, 1999 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20000614002160.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 7198800045, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 363.A.

150.   **Claimant No. 363.B** – Plaintiff R & T Barber Family, LP acquired the property on December 31, 1999 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20000614002160.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 7792200005, on the NITU date.  The applicable

conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 363.B.

151.    **Claimant No. 364** – Plaintiff M. Jean Radmer acquired the property on May 23, 1983 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8306030359.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1624059302, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 272311, Doran.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 364.

152.    **Claimant No. 369** – Plaintiff Randolph W. Redlin acquired the property on August 8, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 2008080812001634.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1624059127, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 272311, Doran.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 369.

153.    **Claimant No. 371.B** – Plaintiff Redmond Gateway, LLC acquired the property on December 8, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20061213001711.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this

property, identified as Parcel Identification No. 7198800005, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 371.B.

154.  **Claimant No. 372** – Plaintiff Redmoor Corporation acquired the property on July 27, 1972 by those deeds recorded in the King County Recorder of Deeds at Recording No. 7208043248.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 7198800026, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 372.

155.  **Claimant No. 373.A** – Plaintiff Reez Properties, Inc. f/k/a Zetron Properties, Inc. acquired the property on March 25, 1999 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9903241731.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 6979500070, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13677, Kelsey.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 373.A.

156.  **Claimant No. 373.B** – Plaintiff Reez Properties, Inc. f/k/a Zetron Properties, Inc. acquired the property on March 25, 1999 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9903241731.  Plaintiff's property abuts and adjoins the abandoned

right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 6979500060, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 13677, Kelsey. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 373.B.

157. **Claimant No. 377.A** – Plaintiff Fred and Kathy Repass, individually and on behalf of Repass Office, LLC acquired the property on October 18, 2004 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20041104000405. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 0825059003, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 266864, Alexander. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 377.A.

158. **Claimant No. 377.B** – Plaintiff Fred and Kathy Repass, individually and on behalf of Repass Office, LLC acquired the property on August 22, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20080915000499. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 0120000180, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 266864, Alexander. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 377.B.

159.    **Claimant No. 381** – Plaintiffs Jeffrey M. Richter and Kristin Trace acquired the property on March 15, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060324001108.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 1725059334, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 263883, Ware.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 381.

160.    **Claimant No. 383** – Plaintiff Jerry Rise acquired the property on August 22, 1995 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9508240501.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 825059336, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 263884, Robinson.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 383.

161.    **Claimant No. 388** – Plaintiffs Russell Roland and Galina Smolniakova acquired the property on June 26, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060626001230.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 6828700081, on the NITU date.   The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the

deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 388.

162.   **Claimant No. 391** – Plaintiff Tali Roth acquired the property on July 30, 2008 by those deeds recorded in the King County Recorder of Deeds at Recording No. 2008080731000647.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 3982701420, on the NITU date.  The applicable conveyance deeds for this parcel are Recording No. 266866, Clark and Recording No. 266865, Royle.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 391.

163.   **Claimant No. 406** – Plaintiff Schiessl Investments LP acquired the property on January 7, 1991 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9102010567.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0926059034, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13403 and 13895, Jaderholm.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 406.

164.   **Claimant No. 407** – Plaintiff Michael Schroeder acquired the property on November 13, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9911200750.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as

61

Parcel Identification No. 2911700020, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 272311, Doran.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 407.

165.    **Claimant No. 409** – Plaintiff Seawend, Ltd.  acquired the property on September 30, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9810021142.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1125059106, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 13991 and 14132, McRedmond.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 409.

166.    **Claimant No. 414** – Plaintiff Silver Lake Land Group, LLC acquired the property on June 13, 1997 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9706302493.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059046, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 263565, Carlberg.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 414.

167.    **Claimant No. 416** – Plaintiff Suzi Kim Simpson acquired the property on November 28, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20061130002154.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property,

identified as Parcel Identification No. 3982700875, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 266865, Royle. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 416.

168. **Claimant No. 417** – Plaintiffs Stuart and Dana Simpson acquired the property on December 29, 2004 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20041229002198. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiffs were fee owners of this property, identified as Parcel Identification No. 4134300276, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 417.

169. **Claimant No. 418.A** – Plaintiff James Sisley acquired the property on February 11, 1985 by those deeds recorded in the King County Recorder of Deeds at Recording No.. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 0120000200, on the NITU date. The applicable conveyance deed for this parcel is Recording No. 266864, Alexander. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 418.A.

170. **Claimant No. 418.B** – Plaintiff James Sisley acquired the property on February 11, 1985 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8502110500. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access

trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0120000190, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 266864, Alexander.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 418.B.

171.  **Claimant No. 424** – Plaintiffs Stephen B. and Sherri A. Smolinske acquired the property on May 24, 2001 by those deeds recorded in the King County Recorder of Deeds at Recording No.20010619000886.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2024059045, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 424.

172.  **Claimant No. 427.A** – Plaintiff South Cove Ventures, II  LLC acquired the property on June 23, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9806242279.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 325059004, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 13856, Hartman.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 427.A.

173.  **Claimant No. 427.B** – Plaintiff South Cove Ventures, II LLC acquired the property on June 23, 1998 by those deeds recorded in the King County Recorder of Deeds at

Recording No. 9806242279.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 225059112, on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 14169, George.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 427.B.

174.    **Claimant No. 431.A** – Plaintiff Ste. Michelle Wine Estates, Ltd., as successor to Lane Stimson Ltd., Stimson Lane Ltd., Stimson Lane Wine and Spirits, Chateau Ste. Michelle, and Ste. Michelle Vinters, Inc. acquired the property on May 6, 1983 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8305060554.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2226059092, on the NITU date.  The applicable conveyance deeds for this parcel are Recording Nos. 63539, Lunn and Recording No. 263882, Jacobsen.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 431.A.

175.    **Claimant No. 431.B** – Plaintiff Ste. Michelle Wine Estates, Ltd., as successor to Lane Stimson Ltd., Stimson Lane Ltd., Stimson Lane Wine and Spirits, Chateau Ste. Michelle, and Ste. Michelle Vinters, Inc. acquired the property on December 22, 1986 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8612260266.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2226059081, on the NITU date.  The applicable conveyance deeds for this parcel are

Recording No. 263882, Jacobsen. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deed are attached as Exhibit 431.B.

176.   **Claimant No. 431.C** – Plaintiff Ste. Michelle Wine Estates, Ltd., as successor to Lane Stimson Ltd., Stimson Lane Ltd., Stimson Lane Wine and Spirits, Chateau Ste. Michelle, and Ste. Michelle Vinters, Inc. acquired the property on December 22, 1986 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8612260266. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2226059032, on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 63539. Lunn and Recording No. 263882, Jacobsen. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 431.C.

177.   **Claimant No. 431.D** – Plaintiff Ste. Michelle Wine Estates, Ltd., as successor to Lane Stimson Ltd., Stimson Lane Ltd., Stimson Lane Wine and Spirits, Chateau Ste. Michelle, and Ste. Michelle Vinters, Inc. acquired the property on December 22, 1986 those deeds recorded in the King County Recorder of Deeds at Recording No. 8612260266. Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2226059076, on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 263882, Jacobsen and Recording No. 264119, Anderson. A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 431.D.

178.    **Claimant No. 431.E** – Plaintiff Ste. Michelle Wine Estates, Ltd., as successor to Lane Stimson Ltd., Stimson Lane Ltd., Stimson Lane Wine and Spirits, Chateau Ste. Michelle, and Ste. Michelle Vinters, Inc. acquired the property on December 22, 1986 those deeds recorded in the King County Recorder of Deeds at Recording No. 8612260266.   Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2226059096 on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 63539, Lunn, Recording No. 263882, Jacobsen and Recording No. 264119, Anderson.   A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 431.E.

179.    **Claimant No. 431.F** – Plaintiff Ste. Michelle Wine Estates, Ltd., as successor to Lane Stimson Ltd., Stimson Lane Ltd., Stimson Lane Wine and Spirits, Chateau Ste. Michelle, and Ste. Michelle Vinters, Inc. acquired the property on August 14, 1987 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8708180511.   Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2226059046 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 263882, Jacobsen.  A copy of the deed, assessor's parcel report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 431.F.

180.    **Claimant No. 431.G** – Plaintiff Ste. Michelle Wine Estates, Ltd., as successor to Lane Stimson Ltd., Stimson Lane Ltd., Stimson Lane Wine and Spirits, Chateau Ste. Michelle, and Ste. Michelle Vinters, Inc. acquired the property on May 6, 1983 by those deeds recorded in

the King County Recorder of Deeds at Recording No. 8305060554.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2226059086 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 264119, Anderson.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 431.G.

181.    **Claimant No. 433** – Plaintiff James Geoffrey Stevenson acquired the property on May 27, 1988 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8805270288.  Plaintiff's' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1725059092 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 263563, Curtis.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deed are attached as Exhibit 433.

182.    **Claimant No. 433** – Plaintiff James E. Strang acquired the property on July 23, 1975 by those deeds recorded in the King County Recorder of Deeds at Recording No. 7702180286.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 4134300055 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 269500, Kittinger.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deed is attached as Exhibit 435.

183.    **Claimant No. 436** – Plaintiff Maria Strange acquired the property on September 21, 2004 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040921001252.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 2911700045 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 272311, Doran.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deed are attached as Exhibit 436.

184.    **Claimant No. 437** – Plaintiff Sunridge Properties LLC acquired the property on August 27, 1997 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9709020603.  Plaintiff's' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0926059038 on the NITU date. The applicable conveyance deed for this parcel is Recording Nos. 13403 and 13895, Jaderholm.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deed are attached as Exhibit 437.

185.    **Claimant No. 442** – Plaintiff Robert T. Taylor acquired the property on March 13, 1985 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8503290000.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 9808610410 on the NITU date. The applicable conveyance deed for this parcel is Recording Nos. 263562 and 3623, Fagerberg.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 442.

186.   **Claimant No. 443** – Plaintiff Marjorie D. Tedrow acquired the property on May 4, 1989 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9808590560.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 9808590560 on the NITU date. The applicable conveyance deed for this parcel is Recording Nos. 263562 and 3623, Fagerberg.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 443.

187.   **Claimant No. 447** – Plaintiff Ritwik Tewari acquired the property on August 15, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 8905120456.   Plaintiff's' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 8946400020 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 264622, Hansen.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deed are attached as Exhibit 447.

188.   **Claimant No. 449** – Plaintiff The David C. Miller Revocable Living Trust, through Trustee David C. Miller acquired the property on October 21, 2002 by those deeds recorded in the King County Recorder of Deeds at Recording No.20021021000172.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 1895400040 on the NITU date. The applicable conveyance deed for this parcel is Recording

No. 263883, Ware.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deed are attached as Exhibit 449.

189.   **Claimant No. 454** – Plaintiff The Scarborough Group, LLP acquired the property on October 14, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20051014000597.  Plaintiff's' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 225059078 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 14169, George.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deed are attached as Exhibit 454.

190.   **Claimant No. 457** – Plaintiff Thirty-Third Place Condominiums acquired the property on July 24, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060724000211.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 8603210000 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 263562 and 3623, Fagerberg.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 457.

191.   **Claimant No. 464** – Plaintiff Tjossem Properties IV, LLC and Tjossem Properties V, LLC acquired the property on December 18, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20071218001939.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad

activation.   Plaintiffs were fee owners of this property, identified as Parcel Identification No. 0926059069 on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 13403 and 13895, Jaderholm.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 464.

192.   **Claimant No. 464 -** Plaintiff Trailwood LLC acquired the property on December 29, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20051229002672.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 0225059015 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 14169, George.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 464.

193.   **Claimant No. 475.A -** Plaintiffs Nick and Katherine Uren acquired the property on September 23, 1994 by those deeds recorded in the King County Recorder of Deeds at Recording No. 199901150458.   Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiffs were fee owners of this property, identified as Parcel Identification No. 1526059031 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 264120, Carlson.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 475.A.

194.   **Claimant No. 475.B -** Plaintiffs Nick and Katherine Uren acquired the property on January 13, 1999, by those deeds recorded in the King County Recorder of Deeds at Recording No. 9409280935.   Plaintiffs' property abuts and adjoins the abandoned right-of-way

that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 1526059016 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 264120, Carlson.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 475.B.

195.    **Claimant No. 479 -** Plaintiff Vertex International NV, LLC acquired the property on July 2, 2007 by those deeds recorded in the King County Recorder of Deeds at Recording No. 200707020001971.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 9399700145 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 266226, Kellogg.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 479.

196.    **Claimant No. 481 -** Plaintiffs WA Riverfront 2, LLC, WA Riverfront 3, LLC, WA Riverfront 4, LLC, WA Riverfront 5, LLC,  WA Riverfront 6, LLC, WA Riverfront 7, LLC, WA Riverfront 8, LLC, WA Riverfront 9, LLC, WA Riverfront 10, LLC, WA Riverfront 11, LLC,   WA Riverfront 12, LLC, WA Riverfront 13, LLC, WA Riverfront 14, LLC, WA Riverfront 15, LLC, WA Riverfront 16, LLC, WA Riverfront 17, LLC, WA Riverfront 18, LLC, WA Riverfront 19, LLC, WA Riverfront 20, LLC, WA Riverfront 22, LLC acquired the property on January 26, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060126002294.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of

this property, identified as Parcel Identification No. 1526059005 on the NITU date. The applicable conveyance deeds for this parcel are Recording No. 13448, Anderson and Recording No. 13564, Jacobsen.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 481.

197.   **Claimant No. 483 -** Plaintiff Wallace/Knutsen L.L.C. acquired the property on December 18, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9812311616.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 7201700010 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 14169, George.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 483.

198.   **Claimant No. 484 -** Plaintiff Kim R. Ward acquired the property on November 8, 1991 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9111201427.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 120000361 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 266864, Alexander.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 484.

199.   **Claimant No. 491 -** Plaintiff Kim R. Ward acquired the property on May 28, 2004 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20040528002315.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access

trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 9518100070 on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 13403 and 13895, Jaderholm. A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 491.

200. **Claimant No. 492 -** Plaintiff Westpoint Properties acquired the property on May 27, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050527000883. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 1246200100 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 270113, French. A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 492.

201. **Claimant No. 496.A -** Plaintiff Willow 90, LLC f/k/a Willows Partners, LP acquired the property on July 1, 1997 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9709100466. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation. Plaintiff was fee owner of this property, identified as Parcel Identification No. 7201700095 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 14169, George. A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 496.A.

202. **Claimant No. 496.B -** Plaintiff Willow 90, LLC f/k/a Willows Partners, LP acquired the property on October 29, 1997 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9711060374. Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for

an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 225059197 on the NITU date.  The applicable conveyance deed for this parcel is Recording No. 14169, George.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 496.B.

203.     **Claimant No. 499 -** Plaintiffs John & Ellen Windell acquired the property on December 30, 1965 by those deeds recorded in the King County Recorder of Deeds at Recording No 6418338.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee ownersof this property, identified as Parcel Identification No. 0351100030 on the NITU date. The applicable conveyance deed for this parcel is Recording No. 270751, Meeker.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 499.

204.     **Claimant No. 503 –** Plaintiff Woodinville II, LLC acquired the property on May 29, 2001 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20010529001687.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1526059006 on the NITU date. The applicable conveyance deeds for this parcel are Recording No. 13448, Anderson and Recording No. 13564, Jacobsen.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 503.

205.     **Claimant No. 504.A –** Plaintiff Woodinville Landing LLC acquired the property on February 17, 1998 by those deeds recorded in the King County Recorder of Deeds at

Recording No. 9804031632.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0926059162 on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 13403 and 13895, Jaderholm.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 504.A.

206.    **Claimant No. 504.C –** Plaintiff Woodinville Landing LLC acquired the property on  February 17, 1998 by those deeds recorded in the King County Recorder of Deeds at Recording No. 9804031632.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0926059032 on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 13403 and 13895, Jaderholm and Recording No. 264622, Hansen.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 504.C.

207.    **Claimant No. 507.A –** Plaintiff James E. Work acquired the property on April 30, 1984, by those deeds recorded in the King County Recorder of Deeds at Recording No. 8405080716.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 0225059118 on the NITU date. The applicable conveyance deeds for this parcel are Recording No. 14169, George.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 507.A.

208.   **Claimant No. 507.B –** Plaintiff James E. Work acquired the property on Apil 30, 1985 by those deeds recorded in the King County Recorder of Deeds at Recording No.-8405080716.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 0225059229 on the NITU date. The applicable conveyance deeds for this parcel are Recording No. 14169, George.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 507.B.

209.   **Claimant No. 507.C –** Plaintiff James E. Work acquired the property on April 30, 1984 by those deeds recorded in the King County Recorder of Deeds at Recording No.-8405080716.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 0225059235 on the NITU date. The applicable conveyance deeds for this parcel are Recording No. 14169, George.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 507.C.

210.   **Claimant No. 508 –** Plaintiff Robert Wright acquired the property on October 13, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20061013001935.   Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 7923250100 on the NITU date. The applicable conveyance deeds for this parcel are Recording No. 270113, French.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 508.

211.    **Claimant No. 513 –** Plaintiff Yarrowood Condominiums acquired the property on December 15, 1975 by those deeds recorded in the King County Recorder of Deeds at Recording No. 7512150771.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.   Plaintiff was fee owner of this property, identified as Parcel Identification No. 9809500000 on the NITU date. The applicable conveyance deeds for this parcel are Recording Nos. 263562 and 3623, Fagerberg.  A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 513.

212.    **Claimant No. 514–** Plaintiff Shan Yee acquired the property on August 29, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20060901001358.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1725059300 on the NITU date. The applicable conveyance deeds for this parcel are Recording No.  263563, Curtis.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 514.

213.    **Claimant No. 515–** Plaintiff D. Michael Young acquired the property on April 1, 2005 by those deeds recorded in the King County Recorder of Deeds at Recording No. 20050406001276.  Plaintiff's property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiff was fee owner of this property, identified as Parcel Identification No. 1725059301 on the NITU date. The applicable conveyance deeds for

this parcel are Recording No. 263563, Curtis.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 515.

214.   **Claimant No. 519**– Plaintiffs Yang Zhong and Yuhong Huang acquired the property on June 1, 2006 by those deeds recorded in the King County Recorder of Deeds at Recording No.20060605002397.  Plaintiffs' property abuts and adjoins the abandoned right-of-way that is now subject to the easements (created by the operation of the Trails Act) for an interim public access trail and possible future railroad activation.  Plaintiffs were fee owners of this property, identified as Parcel Identification No. 2911700060 on the NITU date. The applicable conveyance deeds for this parcel are Recording No. 272311, Doran.   A copy of the deed, assessor's report, individual GIS parcel map, and conveyance deeds are attached as Exhibit 519.

215.   On August 11, 2008, BNSF filed a petition for exemption to abandon the line between milepost 11.25, near Wilburton, to milepost 23.80 in Woodinville, in King County, Washington (the "North Railbanking Segment"), attached as Exhibit A.1.

216.   On September 8, 2008, BNSF filed a petition for exemption to abandon the line between milepost 0.0, near Woodinville to milepost 7.3, near Redmond, in King County, Washington (the "Redmond Spur"), attached as Exhibit A.2.

217.   On September 8, 2008, BNSF filed a petition for exemption to abandon the line between milepost 5.0, near Kennydale to milepost 10.6, at Wilburton, in King County, Washington, (the "South Railbanking Segment"), attached as Exhibit A.3.

218.   On October 27 and November 28, 2008, the STB issued three related Notices of Interim Trail Use ("NITU") pursuant to the National Trails System Act Amendments of 1983, 16 U.S.C. § 1247 ("Trails Act"). The NITU for the "North Railbanking Segment", milepost 11.25, near Wilburton, to milepost 23.80 in Woodinville, in King County is attached as Exhibit B.1.

The NITU for the "Redmond Spur", milepost 0.0, near Woodinville to milepost 7.3, near Redmond, in King County is attached as Exhibit B.2.  The NITU for the "South Railbanking Segment", milepost 5.0, near Kennydale to milepost 10.6, at Wilburton, in King County is attached as B.3.

219.   On February 5, 2010, pursuant to the NITU's, BNSF and King County, Washington entered into and executed a single Trail Use Agreement ("TUA"), and BNSF transferred its interest the right-of-way to King County, Washington.  The TUA is attached as exhibit C.


                                        BAKER STERCHI COWDEN & RICE, L.L.C.

Date:  July 13, 2012                    By    /s/ Thomas S. Stewart
                                            Thomas S. Stewart
                                            Elizabeth G. McCulley
                                            2400 Pershing Road, Suite 500
                                            Kansas City, MO 64108
                                            (816) 471-2121
                                            (816) 472-0288 (facsimile)
                                            stewart@bscr-law.com
                                            mcculley@bscr-law.com

                                            -and-

                                            Steven M. Wald
                                            J. Robert Sears
                                            1010 Market Street, Suite 950
                                            St. Louis, MO 63102-1708
                                            (314) 231-2925
                                            (314) 231-4857 (facsimile)
                                            wald@bscr-law.com
                                            sears@bscr-law.com


                                        ATTORNEYS FOR PLAINTIFFS

                                                81

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 13th day of July, 2012, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 13th day of July, 2012, to:

Bruce K. Trauben
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
(202) 305-0238
(202) 305-0506 (facsimile)
**ATTORNEY FOR DEFENDANT**


 /s/ Thomas S. Stewart
ATTORNEY FOR PLAINTIFFS


4825-2682-7536, v. 1