IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: July 27, 2012)

| | |
|---|---|
| Daniel and Kathy HAGGART for themselves and as representatives of a class of similarly situated individuals,<br><br>            Plaintiffs,<br><br>   v.<br><br>UNITED STATES,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

   Pending before the court is defendant's Motion for an Extension of Time and to Establish a Consolidated Briefing Schedule, filed July 13, 2012.  The court will hold a telephonic hearing and oral argument regarding this motion on Monday, July 30, 2012, at 10:30 a.m. EDT.  The court will initiate the call.

   It is so ORDERED.

                                                  s/ Charles F. Lettow
                                                  Charles F. Lettow
                                                  Judge