IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: July 30, 2012)

|  |  |
|---|---|
| Daniel and Kathy HAGGART, for themselves and as representatives of a class of similarly situated individuals,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## SCHEDULING ORDER

   Pending before the court is defendant's Motion for an Extension of Time and to Establish a Consolidated Briefing Schedule, filed July 13, 2012.  Currently underway in this case are summary judgment briefing and preparation for trial of Subclasses Two and Four.  Defendant's motion requests that the court consolidate and extend the time for the summary judgment briefing of the two subclasses.  At the hearing held today, July 30, 2012, the court rejected the request to consolidate and proposed a briefing schedule which the parties accepted. Accordingly, defendant's motion is DENIED, and the court adopts the following schedule:

| Action | Deadline |
|---|---|
| Defendant's response to plaintiffs' <u>Subclass Two</u> motion for partial summary judgment, and cross-motion for summary judgment | August 21, 2012 |
| Defendant's response to plaintiffs' <u>Subclass Four</u> motion for partial summary judgment, and cross-motion for summary judgment | August 31, 2012 |
| Plaintiffs' response to defendant's <u>Subclass Two</u> cross-motion, and reply in support of plaintiffs' <u>Subclass Two</u> motion | September 5, 2012 |
| Defendant's reply in support of its <u>Subclass Two</u> cross-motion | September 19, 2012 |

| | |
|---|---|
| Plaintiffs' response to defendant's <u>Subclass Four</u> cross-motion, and reply in support of plaintiffs' <u>Subclass Four</u> motion | September 19, 2012 |
| Defendant's reply in support of its <u>Subclass Four</u> cross-motion | October 3, 2012 |
| Hearing on all motions | October 10, 2012 at 10:00 a.m. (National Courts Building, Washington, D.C.) |

It is so ORDERED.

                                                                                            s/ Charles F. Lettow
                                                                                            Charles F. Lettow
                                                                                            Judge