IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL and KATHY HAGGART, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 09-103L |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | Judge Charles F. Lettow |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO STRIKE**
**UNSIGNED BRIEF PURSUANT TO RULE 11(a)**

Pursuant to rule 11(a) of the Rules of the United States Court of Federal Claims ("RCFC"), the United States hereby moves to strike the brief filed on behalf of a purported Subclass Four B, entitled, "Subclass Four B Plaintiffs' Historical Context Response to United States' Cross-Motion for Summary Judgment and Reply to United States' Response in Further Support of the Subclass Four B Plaintiffs' Motion of Partial Summary Judgment," filed September 19, 2012 (ECF No. 121), because it was not signed by counsel of record. Rather, that brief was filed by Mr. Gordon Woodley who claims to be "of counsel" to Subclass Four B. *See* ECF No. 121 at 42. Mr. Woodley filed his combined response/reply brief approximately seven (7) minutes before Plaintiffs' counsel of record filed a brief entitled, "Subclass Four Plaintiffs' Response to United States' Cross-Motion for Summary Judgment and Reply to United States' Response in Further Support of the Subclass Four Plaintiffs' Motion for Partial Summary Judgment," filed September 19, 2012 (ECF No. 122). Consequently, on September 19, 2012, two combined response/reply briefs were filed on behalf of Subclass Four Plaintiffs.

Counsel of record for all Plaintiffs is Mr. Thomas S. Stewart, of Baker Sterchi Cowden & Rice, L.L.C. *See* ECF No. 84, filed May 11, 2012 (identifying Mr. Stewart as counsel of

record). Mr. Stewart did not sign the brief filed by Mr. Gordon Woodley, and it was not signed for him. Under Rule 11(a), "Every pleading, written motion, and other papers must be signed by or for the attorney of record in the attorney's name . . . ." RCFC 11(a). Accordingly, the brief filed by Mr. Woodley does not comply with Rule 11(a), because it was not signed by or for Mr. Stewart.

"The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." RCFC 11(a). Counsel for Defendant brought this omission to the attention of counsel of record for the Plaintiffs, and to the attention of Mr. Woodley. Plaintiffs' counsel indicated that Plaintiffs do not intend to correct this omission, and that Plaintiffs do not oppose this motion to strike (Mr. Woodley has not responded).

For the reasons stated above, the brief filed by Mr. Woodley on behalf of a purported Subclass Four B (ECF No. 121) must be stricken pursuant to RCFC 11(a). Defendant respectfully requests that the Court grant such further relief that the Court may deem appropriate and just.

          Respectfully submitted,

          IGNACIA S. MORENO
          Assistant Attorney General
          Environment & Natural Resources Division

Dated: September 20, 2012      By: *s/ Bruce K. Trauben*
          BRUCE K. TRAUBEN
          United States Department of Justice
          Environment & Natural Resources Division
          Natural Resources Section
          Post Office Box 663
          Washington, DC 20044
          Tel. (202) 305-0238/ Fax (202) 305-0506
          bruce.trauben@usdoj.gov
          *Attorneys for the United States*