IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: September 24, 2012)

| | |
|---|---|
| DANIEL AND KATHY HAGGART for themselves and as representatives of a class of similarly situated individuals,<br><br>              Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>              Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

      Pending before the court is defendant's Unopposed Motion to Strike Unsigned Brief Pursuant to Rule 11(a). Defendant moves to strike a brief entitled "Subclass Four B Plaintiffs' Historical Context Response to United States' Cross-Motion for Summary Judgment and Reply to United States' Response in Further Support of the Subclass Four B Plaintiffs' Motion for Partial Summary Judgment" (ECF No. 121), filed September 19, 2012, because it was not signed by counsel of record.

      The Rules of the Court of Federal Claims ("RCFC") require the court to strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention. RCFC 11(a). According to defendant, plaintiffs were made aware of the omission and indicated that they do not intend to correct the omission and do not oppose the motion to strike.

      For good cause shown, defendant's motion is GRANTED. Plaintiffs' response and reply brief (ECF No. 121) shall be stricken from the record.

      It is so ORDERED.

                                              s/ Charles F. Lettow
                                              Charles F. Lettow
                                              Judge