UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL AND KATHY HAGGART, *et al*, <br> For Themselves and As Representatives of a <br> Class of Similarly Situated Persons, <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 09-103 L <br> ) <br> ) Judge Charles F. Lettow <br> ) *Electronically filed on January 4, 2013* <br> ) <br> ) <br> ) |

## **PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE**

Plaintiffs request a status conference with the Court to discuss potential trial dates for Subclasses One, Three and Six. Plaintiffs believe that the Court's opinion on Subclasses Two and Four resolved all legal issues pertaining to Subclasses One, Three and Six, such that only factual issues remain. Plaintiffs believe a trial should be scheduled for Subclasses One, Three and Six in a three to five month period following the June, 2013 trial setting for Subclasses Two and Four.

Plaintiffs contacted Defendant's counsel on January 4, 2013 and suggested a joint submission to the Court requesting a trial setting in September, October or November, 2013. Defendant responded that we have a trial in mid-October in a different Rails to Trails case and did not believe that a trial in September, October or November was appropriate.

Thus, pursuant to Rule 40, Plaintiffs request a trial setting for Subclasses One, Three and Six.

Respectfully submitted,

Date:  January 4, 2013                BAKER STERCHI COWDEN & RICE, L.L.C.

By  */s/ Thomas S. Stewart*
    Thomas S. Stewart
    Elizabeth G. McCulley
    2400 Pershing Road, Suite 500
    Kansas City, MO 64108
    (816) 471-2121
    (816) 472-0288 (facsimile)
    stewart@bscr-law.com
    mcculley@bscr-law.com

-and-

Steven M. Wald
J. Robert Sears
1010 Market Street, Suite 950
St. Louis, MO 63102-1708
(314) 231-2925
(314) 231-4857 (facsimile)
wald@bscr-law.com
sears@bscr-law.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 4th day of January, 2013, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this same day, to:

BRUCE K. TRAUBEN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
E-mail: bruce.trauben@usdoj.gov
**ATTORNEY FOR DEFENDANT**

    */s/ Thomas S. Stewart*
    ATTORNEY FOR PLAINTIFFS