IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: January 8, 2013)

| | |
|---|---|
| Daniel and Kathy HAGGART for themselves and as representatives of a class of similarly situated individuals,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER

　　Pending before the court is plaintiffs' Request for a Status Conference, filed January 4, 2013. Plaintiffs request a status conference to discuss scheduling a trial for Subclasses One, Three, and Six.

　　The plaintiffs' motion is GRANTED. The court will hold a telephonic status conference with the parties on January 25, 2013 at 10:30 a.m. EST. The court will initiate the call.

　　It is so ORDERED.

　　　　　　　　　　　　　　　　　　　s/ Charles F. Lettow
　　　　　　　　　　　　　　　　　　　Charles F. Lettow
　　　　　　　　　　　　　　　　　　　Judge