## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) ) ) ) | No.  09-103 L |
| Plaintiffs, | ) ) | Judge Charles F. Lettow |
| vs. | ) ) | *Electronically filed January 23, 2013* |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Prior to the parties' upcoming status conference with the Court on January 25, 2013, the parties wish to inform the Court that the parties are engaged in settlement negotiations on all Subclasses for a global resolution of this case.  The parties wish to inform the Court concerning the agreed upon process and timetable for the proposed settlement, as follows:

1. The parties wish to request a continuance of the June trial setting for Subclasses Two and Four and Plaintiffs request a November trial setting for Subclasses One, Two, Three, Four and Six consistent with the settlement schedule proposed herein;

2. If the parties are not able to reach a final settlement by July 31, 2013 subject to the approval of the STB and the appropriate representative of the Attorney General's Office, the parties will proceed to trial in November, the Court's calendar permitting, as stated above;

3. Plaintiffs hired David Matthews as their appraiser for this case.  Mr. Matthews has served as a "joint appraiser" in several prior Rails-to-Trails cases;

4. Mr. Matthews initiated the review process of all parcels in July of 2012 and actually started conducting site visits of all of the properties in September of 2012.  Mr. Matthews categorized the parcels of land into various residential, commercial, industrial, agricultural and unique categories and then grouped them according to location and other similarities.  This process of appraising representative parcels and extrapolating land values on a per square foot basis has been applied in other cases in which Mr. Matthews was retained as the joint appraiser;

5. Plaintiffs' counsel also hired Robert W. Thorpe & Associates as an additional expert witness to assist Mr. Matthews during the appraisal process. The parties previously stipulated to the mapping of this rail line according to the maps generated by Axxion. Mr. Thorpe's group used the stipulated Axxion maps and measured the former railroad right-of-way frontage for each parcel of land. Mr. Thorpe's group also measured the former railroad right-of-way easements and did not include railroad fee deeds in the easement calculations. Finally, Mr. Thorpe's group measured the larger parcels and remainder parcels and generated a map and fact sheet for each parcel of land;

6. Mr. Matthews chose one or two parcels of land from each group and utilized the fact sheets and appraised those representative parcel(s) in order to come up with a per square foot value for each group of parcels. Mr. Matthews will estimate just compensation for each parcel in the group based upon the specific dimensions of each parcel of land multiplied by the per square foot value of the representative parcel;

7. Plaintiffs will provide the United States with a list of representative parcels on or before February 1, 2013;

8. The United States will review, or have reviewed by a qualified expert, Mr. Matthews' appraisals, which will provide the starting point for their negotiations on compensation;

9. Plaintiffs will provide to the United States the appraisals on residential parcels by February 15, 2013, and all other appraisals by March 15, 2013;

10. For settlement purposes, the parties agree to move the following parcels to Subclasses One or Three based on an ownership deed referencing a plat map that contains a metes and bounds description clearly referencing the railroad right-of-way as a boundary: 457, 192, 295, 193.A, 341, 397, and 401;

11. For settlement purposes, the parties agree to move the following parcels to Subclasses One or Three based on those parcels where the United States lodged an objection based on an ownership deed containing a metes and bounds description clearly referencing the railroad right-of-way as a boundary: 50.B, 50.C, and 481;

12. Plaintiffs will provide to the United States a draft compensation spreadsheet for all representative parcels that have been appraised in each category, and the extrapolated values for all other parcels by April 15, 2013;

13. The Plaintiffs will provide to the United States the proposed interest rates and bill for statutory attorneys' fees on or before May 31, 2013;

14. The parties will agree on just compensation values for all representative and non-representative parcels no later than July 31, 2013 or the parties will proceed to trial in November;

15. The parties intend to agree on the  interest rates and amount of statutory attorneys' fees no later than July 31, 2013, or the parties will proceed to trial in November;

16. If a final settlement is not agreed upon by the parties, including just compensation for land values, interest rates for delay damages and statutory attorneys' fees, subject to approval by the STB and the designated representative of the Attorney General's Office on or before July 31, 2013, the parties ask the Court to proceed to trial in November as stated above.

Thus, the parties request that the Court vacate the June trial setting on Subclasses Two and Four pending settlement negotiations, and Plaintiffs request that the Court set Subclasses One, Two, Three, Four, and Six for trial in November, 2013, and require the parties to submit a Joint Status Report every 60 days concerning the status of settlement negotiations. These representations are for settlement purposes only, and the parties reserve and expressly do not waive any claim, defense or objection they may assert against the other in motions practice or at trial.

<table>
<tr><td>BAKER STERCHI COWDEN & RICE, L.L.C.</td><td>IGNACIA S. MORENO<br>Assistant Attorney General</td></tr>
<tr><td>By _/s/ Elizabeth McCulley_____<br>   Thomas S. Stewart<br>   Elizabeth McCulley<br>   2400 Pershing Road, Suite 500<br>   Kansas City, MO 64108<br>   (816) 471-2121<br>   (816) 472-0288 (facsimile)<br>   stewart@bscr-law.com<br>   mcculley@bscr-law.com<br><br>   and<br><br>   Steven M. Wald<br>   J. Robert Sears<br>   1010 Market Street, Suite 950</td><td>By _/s/ Bruce K. Trauben_____<br>   Bruce K. Trauben<br>   U.S. Department of Justice<br>   Environmental and Natural Resources Division<br>   Natural Resources Section<br>   P.O. Box 663<br>   Washington, D.C. 20044<br>   (202) 305-0238<br>   (202) 305-0506 (facsimile)<br>   bruce.trauben@usdoj.gov<br><br>   ATTORNEYS FOR DEFENDANT</td></tr>
</table>

St. Louis, MO 63102-1708
(314) 231-2925
(314) 231-4857 (facsimile)
baldwin@bscr-law.com
wald@bscr-law.com
sears@bscr-law.com

ATTORNEYS FOR PLAINTIFFS