IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: January 25, 2013)

|  |  |
|---|---|
| Daniel and Kathy HAGGART for themselves and as representatives of a class of similarly situated individuals,<br><br>                Plaintiffs,<br><br>       v.<br><br>UNITED STATES,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REVISED SCHEDULING ORDER

As discussed at a telephonic status conference held today, January 25, 2013, the parties are engaged in settlement negotiations pertaining to all subclasses in this case and therefore request a continuance of the trial, currently scheduled for June 10-21, 2013.  The parties request that a trial be scheduled for November 2013.

In the circumstances, and for good cause shown, the court continues the trial to November 2013 and adopts the following schedule:

| Action | Date |
|---|---|
| Joint Status Report | July 31, 2013 |
| Telephonic Status Conference | August 6, 2013, 10:30 a.m. EDT |
| Pre-Trial Conference | November 4, 2013, 10 a.m. EST (Washington, D.C.) |
| Trial | November 12-22, 2013 |

If settlement is not achieved in whole, the scope of any trial to be held in November should be addressed in the joint status report due on July 31, 2013 and at the status conference scheduled for August 6, 2013.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge