IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) ) ) ) | No. 09-103 L |
| Plaintiffs, | ) ) | Judge Charles F. Lettow |
| vs. | ) ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## JOINT MOTION TO PURSUE ADR

Pursuant to Appendix H, paragraph 3, of the Rules of the United States Court of Federal Claims, the parties hereby move to pursue alternative dispute resolution with a settlement judge. The parties believe that a settlement judge may facilitate a final resolution of this action without further litigation. Accordingly, if the Court is in agreement, the parties respectfully request that the Court forward this request to the Clerk of the Court for assignment to a settlement judge.

Pursuant to the Court's Order filed January 25, 2013 (Doc. No. 137), the parties have been pursuing settlement. To date, Plaintiffs have retained an appraiser who appraised 23 properties at issue that Plaintiffs believe are representative of other parcels at issue. Plaintiffs' appraiser also prepared a summary spreadsheet wherein he estimates the value of parcels allegedly taken that were not appraised. The United States also has retained an appraiser who is in the process of analyzing the appraisal reports prepared by Plaintiffs' appraiser, including the spreadsheet assigning values to parcels that were not appraised.

As a result of this process, the Parties anticipate a need to reconcile differences in property values reached by each side's appraiser. The Parties believe that this reconciliation process may be facilitated through the use of ADR with a settlement judge. The Parties would like to try to resolve any differences in valuation by the end of May, 2013, and consequently

request that the Court ask the Clerk of the Court to assign a settlement judge as soon as possible. The parties have coordinated their schedules, their expert schedules and would like to mediate this case on May 29th and 30th, 2013, at the Court of Federal Claims in Washington, D.C.

This ADR request does not affect any of the due dates set by the Court in its January 25, 2013, Order.

Respectfully submitted this 24th day of April, 2013.

| BAKER STERCHI COWDEN & RICE, L.L.C. | IGNACIA S. MORENO<br>Assistant Attorney General |
|---|---|
| By _/s/ Elizabeth McCulley_____<br>Thomas S. Stewart<br>Elizabeth McCulley<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>(816) 471-2121<br>(816) 472-0288 (facsimile)<br>stewart@bscr-law.com<br>mcculley@bscr-law.com<br><br>and<br><br>Steven M. Wald<br>J. Robert Sears<br>1010 Market Street, Suite 950<br>St. Louis, MO 63102-1708<br>(314) 231-2925<br>(314) 231-4857 (facsimile)<br>wald@bscr-law.com<br>sears@bscr-law.com<br><br>ATTORNEYS FOR PLAINTIFFS | By _/s/ Bruce K. Trauben_____<br>Bruce K. Trauben<br>U.S. Department of Justice<br>Environmental and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, D.C. 20044<br>(202) 305-0238<br>(202) 305-0506 (facsimile)<br>bruce.trauben@usdoj.gov<br><br>ATTORNEYS FOR DEFENDANT |