IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, </br></br>    Plaintiffs, </br></br>vs. </br></br>THE UNITED STATES OF AMERICA, </br></br>    Defendant. | No. 09-103 L </br></br>Judge Charles F. Lettow </br></br>*Electronically filed June 24, 2013* |

## JOINT STATUS REPORT

On May 29 and 30, 2013, Plaintiffs and the Defendant, the United States ("the Parties"), participated in Alternative Dispute Resolution ("ADR") with Judge John P. Wiese. *See* Order Scheduling ADR Hearing, filed May 24, 2013 (ECF No. 140). At the conclusion of the ADR proceeding, the Parties reached an agreement in principal. At the conclusion of the ADR proceedings, Judge Wiese directed the Parties to "file a joint status report advising the [Court] of their expected settlement schedule." Order Concluding ADR Proceedings, filed May 30, 2013 (ECF No. 141).

The Parties report the following:

1) The Parties have reached an agreement in principal on compensation, which is subject to approval by the Surface Transportation Board and the appropriate representatives of the Department of Justice;

2) Plaintiffs have submitted to the United States, a chart of their calculated land values and interest for each claimant who is to receive compensation, which is under review by the United States;

3) Plaintiffs have also submitted their claim for statutory attorneys' fees and costs, which is under review by the United States;

4) The Parties propose that they file a proposed JSR on or before August 1, 2013 concerning the status of the approval process, and every 60 days thereafter;

5) The Parties further propose that the telephonic status conference scheduled for August 6, all pretrial filing deadlines, and the trial setting on November 12 be removed from the Court's docket.

The Parties anticipate fully resolving this case no later than May of 2014. The Parties will file a motion to provide notice to the class and to hold a fairness hearing upon obtaining the necessary approvals from the Surface Transportation Board and the Department of Justice.

Respectfully submitted,

| | |
|---|---|
| BAKER STERCHI COWDEN & RICE, L.L.C. | ROBERT G. DREHER<br>Acting Assistant Attorney General |
| By /s/ *Thomas S. Stewart*<br>  Thomas S. Stewart<br>  Elizabeth McCulley<br>  2400 Pershing Road, Suite 500<br>  Kansas City, MO 64108<br>  (816) 471-2121<br>  (816) 472-0288 (facsimile)<br>  stewart@bscr-law.com<br>  mcculley@bscr-law.com<br><br>  and<br><br>  Steven M. Wald<br>  J. Robert Sears<br>  1010 Market Street, Suite 950<br>  St. Louis, MO 63102-1708<br>  (314) 231-2925<br>  (314) 231-4857 (facsimile)<br>  wald@bscr-law.com<br>  sears@bscr-law.com<br><br>ATTORNEYS FOR PLAINTIFFS | By  /s/ *Ayako Sato for Bruce K. Trauben*<br>  Bruce K. Trauben<br>  Ayako Sato<br>  U.S. Department of Justice<br>  Environmental and Natural Resources Division<br>  Natural Resources Section<br>  P.O. Box 7611<br>  Washington, D.C. 20044<br>  (202) 305-0238 (Trauben)<br>  (202) 305-0239 (Sato)<br>  (202) 305-0506 (facsimile)<br>  bruce.trauben@usdoj.gov<br>  Ayako.sato@usdoj.gov<br><br>ATTORNEYS FOR DEFENDANT |