IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: June 24, 2013)

| | |
|---|---|
| Daniel and Kathy HAGGART for themselves and as representatives of a class of similarly situated individuals,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

　　Earlier today, June 24, 2013, the parties filed a status report identifying the steps they are taking to implement the settlement reached in principle in this rails-to-trials case.  As requested by the parties, the court RESCINDS the joint status report due July 31, 2013, the status conference scheduled for August 6, 2013, all pretrial filing deadlines, including the pretrial conference set for November 4, 2013, and the trial scheduled to be held in Seattle from November 12 through 22, 2013.

　　The court requests that the parties submit a joint status report on or before August 1, 2013, and every 60 days thereafter until this litigation is resolved.

　　It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　s/ Charles F. Lettow
　　　　　　　　　　　　　　　　　　　　　Charles F. Lettow
　　　　　　　　　　　　　　　　　　　　　Judge