## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 09-103 L<br><br>Judge Charles F. Lettow<br><br>*Electronically filed August 1, 2013* |

### JOINT STATUS REPORT

Pursuant to the Court's Order of June 24, 2013 (ECF 143), the parties file this Joint Status Report concerning the status of their settlement efforts.

1. As previously reported in their June 24, 2013, Joint Status Report (ECF 142), the Parties have reached a tentative agreement on compensation, including interest. The Parties also reported that Plaintiffs submitted their chart of calculated land values and interest for each claimant, which is under review by the United States. Additionally, the Parties reported that the Plaintiffs submitted their claim for statutory attorneys' fees and costs, which the United States also is reviewing.

2. Plaintiffs had expected the United States to complete its review of Plaintiffs' submission relating to fees and costs by July 31, 2013, and had hoped to inform the Court today that an agreement on fees and costs had been reached. The United States, however, has requested additional information relating to Plaintiffs' costs, which Plaintiffs agreed to provide to the United States by Monday, August 5, 2013. Also, the United States agreed to respond to Plaintiffs' request for statutory attorneys' fees by Monday, August 5, 2013.

3. By August 12, 2013, the Parties hope to reach an agreement on both attorneys' fees and costs, subject to approval by the Surface Transportation Board and the U.S. Attorney General or his authorized designee.

4. The Parties therefore propose that they submit a JSR by August 12, 2013, to inform the Court of their progress toward resolving fees and costs. If an agreement, subject to STB and DOJ approval, is not reached by that date, Plaintiffs may thereafter file a motion for fees and costs pursuant to Rule 54(d), to which the United States would respond pursuant to Rule 54(d).

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.

By /s/ *Thomas S. Stewart (by BKT w/perm.)*
   Thomas S. Stewart
   Elizabeth McCulley
   2400 Pershing Road, Suite 500
   Kansas City, MO 64108
   (816) 471-2121
   (816) 472-0288 (facsimile)
   stewart@bscr-law.com
   mcculley@bscr-law.com

and

Steven M. Wald
J. Robert Sears
1010 Market Street, Suite 950
St. Louis, MO 63102-1708
(314) 231-2925
(314) 231-4857 (facsimile)
wald@bscr-law.com
sears@bscr-law.com

ATTORNEYS FOR PLAINTIFFS

ROBERT G. DREHER
Acting Assistant Attorney General

By  /s/ *Bruce K. Trauben*
   Bruce K. Trauben
   Ayako Sato
   U.S. Department of Justice
   Environmental and Natural Resources Division
   Natural Resources Section
   P.O. Box 7611
   Washington, D.C. 20044
   (202) 305-0238 (Trauben)
   (202) 305-0239 (Sato)
   (202) 305-0506 (facsimile)
   bruce.trauben@usdoj.gov
   Ayako.sato@usdoj.gov

ATTORNEYS FOR DEFENDANT