IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: August 28, 2013)

| | |
|---|---|
| Daniel and Kathy HAGGART for themselves and as representatives of a class of similarly situated individuals,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER

  Pending before the court is plaintiffs' Motion for a Status Conference to Set Trial Date, filed August 26, 2013.

  The court will hold a telephonic status conference on September 3, 2013 at 2:30 p.m. EDT. The court will initiate the call.

  It is so ORDERED.

                s/ Charles F. Lettow
                Charles F. Lettow
                Judge