IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: August 29, 2013)

|  |  |
|---|---|
| DANIEL AND KATHY HAGGART for themselves and as representatives of a class of similarly situated individuals, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

SCHEDULING ORDER

By agreement of the parties, the status conference scheduled to be held on September 3, 2013 is postponed and, instead, a status conference will be held telephonically on September 17, 2013, commencing at 2:30 p.m.  The court will initiate the call.

In addition, briefing of the pending motions is suspended pending the result of further settlement discussions.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge