IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: September 17, 2013)

|  |  |
|---|---|
| Daniel and Kathy HAGGART for themselves and as representatives of a class of similarly situated individuals, | ) ) ) ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

SCHEDULING ORDER

At a telephonic status conference held September 17, 2013, the parties addressed the next steps in pursuing a settlement that has tentatively been reached.  The parties will report on their progress in a joint status report due on October 25, 2013.  Thereafter, a joint status report will be due every thirty days until resolution of the case.

A telephonic status conference will be held on November 7, 2013 at 2:30 p.m.  The court will initiate the call.  Thereafter, the court will schedule a monthly status conference until resolution of the case.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge