## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) ) ) ) |
| Plaintiffs, | ) No. 09-103 L ) Judge Charles F. Lettow ) |
| v. | ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order dated September 17, 2013 (ECF No. 153), the Parties hereby submit this Joint Status Report, and state as follows:

1. Previously, on September 17, 2013, the parties reported during a status conference that they had reached an agreement on all issues, subject to the approval of both the Surface Transportation Board and the Attorney General of the United States, or his designee. See Sept. 17, 2013, Scheduling Order.

2. Since September 17, 2013, counsel for the United States has sought and, on October 18, 2013, obtained approval of the settlement from the Surface Transportation Board.

3. Counsel for the United States also has submitted a draft memorandum recommending approval of the settlement for internal review within the Department of Justice. That memorandum is now under review.

Pursuant to the Court's September 17, 2013, Scheduling Order, the parties will file their next Joint Status Report on Monday, November 25, 2013.

Respectfully submitted this 24th day of October, 2013,

| BAKER STERCHI COWDEN & RICE, L.L.C. | ROBERT G. DREHER |
|---|---|
| | Acting Assistant Attorney General |

By /s/ *Elizabeth G. McCulley (by BKT w/perm.)*   By  /s/ *Bruce K. Trauben*_____

| Thomas S. Stewart | Bruce K. Trauben |
| Elizabeth G. McCulley | Ayako Sato |
| 2400 Pershing Road, Suite 500 | U.S. Department of Justice |
| Kansas City, MO 64108 | Environmental and Natural Resources Division |
| (816) 471-2121 | Natural Resources Section |
| (816) 472-0288 (facsimile) | P.O. Box 7611 |
| stewart@bscr-law.com | Washington, D.C. 20044 |
| mcculley@bscr-law.com | (202) 305-0238 (Trauben) |
| | (202) 305-0239 (Sato) |
| and | (202) 305-0506 (facsimile) |
| | bruce.trauben@usdoj.gov |
| Steven M. Wald | Ayako.sato@usdoj.gov |
| J. Robert Sears | |
| 1010 Market Street, Suite 950 | ATTORNEYS FOR DEFENDANT |
| St. Louis, MO 63102-1708 | |
| (314) 231-2925 | |
| (314) 231-4857 (facsimile) | |
| wald@bscr-law.com | |
| sears@bscr-law.com | |

ATTORNEYS FOR PLAINTIFFS