## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | )<br>)<br>)<br>) No. 09-103 L |
| Plaintiffs, | ) Judge Charles F. Lettow |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order dated September 17, 2013 (ECF No. 153), the Parties hereby submit this Joint Status Report, and state as follows:

1. Previously, the parties reported that they had reached an agreement resolving all issues, subject to the approval of the Surface Transportation Board and the Attorney General of the United States, or his designee. The United States also reported previously that the recommended settlement has been approved by the Surface Transportation Board, but was under review at the Department of Justice. See Joint Status Report, filed October 25, 2013 (ECF No. 154).

2. Counsel for the United States also reported during a status conference held on November 7, 2013, that the recommended settlement has been approved at lower levels of the review process, but it remains subject to the approval the Attorney General, or his designee. The settlement remains under review within the Department of Justice.

3. In the meantime, counsel for the United States prepared a draft settlement agreement, which plaintiffs' counsel have reviewed and preliminarily approved.

Pursuant to the Court's September 17, 2013, Scheduling Order, the parties propose submitting their next joint status report on or before, Friday, December 20, 2013, in light of the Christmas holiday on December 25, 2013.

Respectfully submitted this 25th day of November, 2013,

| | |
|---|---|
| BAKER STERCHI COWDEN & RICE, L.L.C. | ROBERT G. DREHER<br>Acting Assistant Attorney General |
| By  /s/ *Elizabeth G. McCulley (by BKT w/perm.)*<br>  Thomas S. Stewart<br>  Elizabeth G. McCulley<br>  2400 Pershing Road, Suite 500<br>  Kansas City, MO 64108<br>  (816) 471-2121<br>  (816) 472-0288 (facsimile)<br>  stewart@bscr-law.com<br>  mcculley@bscr-law.com<br><br>  and<br><br>  Steven M. Wald<br>  J. Robert Sears<br>  1010 Market Street, Suite 950<br>  St. Louis, MO 63102-1708<br>  (314) 231-2925<br>  (314) 231-4857 (facsimile)<br>  wald@bscr-law.com<br>  sears@bscr-law.com<br><br>ATTORNEYS FOR PLAINTIFFS | By  /s/ *Bruce K. Trauben*<br>  Bruce K. Trauben<br>  Ayako Sato<br>  U.S. Department of Justice<br>  Environmental and Natural Resources Division<br>  Natural Resources Section<br>  P.O. Box 7611<br>  Washington, D.C. 20044<br>  (202) 305-0238 (Trauben)<br>  (202) 305-0239 (Sato)<br>  (202) 305-0506 (facsimile)<br>  bruce.trauben@usdoj.gov<br>  Ayako.sato@usdoj.gov<br><br>ATTORNEYS FOR DEFENDANT |