IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: December 6, 2013)

| | |
|---|---|
| Daniel and Kathy HAGGART for themselves and as representatives of a class of similarly situated individuals, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## SCHEDULING ORDER

    A telephonic status conference will be held on December 16, 2013 at 2:30 p.m. EST. The court will initiate the call.

    It is so ORDERED.

                                            s/ Charles F. Lettow
                                            Charles F. Lettow
                                            Judge