## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | )<br>)<br>)   No. 09-103 L<br>) |
| Plaintiffs, | )   Judge Charles F. Lettow<br>) |
| v. | )<br>) |
| THE UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | ) |

### JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order dated September 17, 2013 (ECF No. 153) and the Court's telephonic status conference held on December 16, 2013, the Parties hereby submit the Joint Status Report, and state as follows:

1. Previously, the parties reported that they had reached an agreement resolving all issues, subject to the approval of the Surface Transportation Board and the Attorney General of the United States, or his designee. The United States also reported previously that the recommended settlement has been approved by the Surface Transportation Board, but was under review at the Department of Justice. See Joint Status Report, filed October 25, 2013 (ECF No. 154).

2. During a status conference held on December 16, 2013, Counsel for the United States reported that the settlement was under review by the Acting Assistant Attorney General.

3. Since the December 16, 2013, status conference, the Acting Assistant Attorney General completed his review, and the settlement has been transmitted to the office of the Associate Attorney General for final approval within the Department of Justice.

4. Previously, the parties exchanged and agreed upon the text of a draft settlement agreement, which is to be executed if or when the Court approves the settlement pursuant to RCFC 23;

5. Consistent with the requirements of RCFC 23(e), the parties will prepare a Joint Motion for Approval of the Settlement and Notice, as well as a draft Notice of Settlement and Consent Form, to be filed with this Court upon approval of the settlement by the authorized designee of the Attorney General.

Pursuant to the Court's September 17, 2013, Scheduling Order, the parties propose submitting their next joint status report on or before, Friday, January 17, 2014.

Respectfully submitted this 20th day of December, 2013,

| BAKER STERCHI COWDEN & RICE, L.L.C. | ROBERT G. DREHER<br>Acting Assistant Attorney General |
|---|---|
| By  /s/ *Elizabeth G. McCulley*<br>  Thomas S. Stewart<br>  Elizabeth G. McCulley<br>  2400 Pershing Road, Suite 500<br>  Kansas City, MO 64108<br>  (816) 471-2121<br>  (816) 472-0288 (facsimile)<br>  stewart@bscr-law.com<br>  mcculley@bscr-law.com<br><br>  and<br><br>  Steven M. Wald<br>  J. Robert Sears<br>  1010 Market Street, Suite 950<br>  St. Louis, MO 63102-1708<br>  (314) 231-2925<br>  (314) 231-4857 (facsimile)<br>  wald@bscr-law.com<br>  sears@bscr-law.com<br><br>  ATTORNEYS FOR PLAINTIFFS | By  */s/ Bruce K. Trauben*<br>  Bruce K. Trauben<br>  Ayako Sato<br>  U.S. Department of Justice<br>  Environmental and Natural Resources Division<br>  Natural Resources Section<br>  P.O. Box 7611<br>  Washington, D.C. 20044<br>  (202) 305-0238 (Trauben)<br>  (202) 305-0239 (Sato)<br>  (202) 305-0506 (facsimile)<br>  bruce.trauben@usdoj.gov<br>  Ayako.sato@usdoj.gov<br><br>ATTORNEYS FOR DEFENDANT |