## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) ) ) ) |
| Plaintiffs, | ) No. 09-103 L ) ) Judge Charles F. Lettow ) |
| v. | ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

### JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order dated September 17, 2013 (ECF No. 153) and the Court's telephonic status conference held on December 16, 2013, the Parties hereby submit the Joint Status Report, and state as follows:

1. Previously, the parties reported that they had reached an agreement resolving all issues, subject to the approval of the Surface Transportation Board and the Attorney General of the United States, or his designee. The United States also reported previously that the recommended settlement has been approved by the Surface Transportation Board, but was under review at the Department of Justice. See Joint Status Report, filed October 25, 2013 (ECF No. 154).

2. On December 20, 2013, counsel for the United States reported in a Joint Status Report that the settlement had been transmitted to the office of the Associate Attorney General for final approval within the Department of Justice. See Joint Status Report, filed Dec. 20, 2013 (ECF No. 157). At this time, the settlement remains under review within the office of the Associate Attorney General.

3. Consistent with the requirements of RCFC 23(e), the parties will prepare a Joint Motion for Approval of the Settlement and Notice, as well as a draft Notice of Settlement and Consent Form, to be filed with this Court upon approval of the settlement by the authorized designee of the Attorney General.

Plaintiffs are frustrated in the delay and counsel is receiving calls on a daily basis from Plaintiffs. Plaintiffs request that JSRs be submitted on a weekly basis, with the next JSR due on January 24, 2014.

Defendant believes that weekly status reports are unnecessary, overly-burdensome on the parties and on the Court, and are not possible. Counsel for the United States will be out of the country from January 30, 2014 through February 8, 2014, and will not be able to review or file any joint status reports during that time. Defendant proposes that the parties continue to adhere to the monthly status report schedule set by the Court in its September 17, 2013, Scheduling Order, so that the next report would be due on or before, Tuesday, February 18, 2014. The United States will not hesitate to report to Plaintiffs and to the Court on any progress made before that date.

Respectfully submitted this 17th day of January, 2014,

| BAKER STERCHI COWDEN & RICE, L.L.C. | ROBERT G. DREHER<br>Acting Assistant Attorney General |
|---|---|
| By  /s/ *Elizabeth G. McCulley*<br>   Thomas S. Stewart<br>   Elizabeth G. McCulley<br>   2400 Pershing Road, Suite 500<br>   Kansas City, MO 64108<br>   (816) 471-2121<br>   (816) 472-0288 (facsimile)<br>   stewart@bscr-law.com<br>   mcculley@bscr-law.com<br><br>   and<br><br>   Steven M. Wald | By   /s/ *Bruce K. Trauben*<br>   Bruce K. Trauben<br>   Ayako Sato<br>   U.S. Department of Justice<br>   Environmental and Natural Resources Division<br>   Natural Resources Section<br>   P.O. Box 7611<br>   Washington, D.C. 20044<br>   (202) 305-0238 (Trauben)<br>   (202) 305-0239 (Sato)<br>   (202) 305-0506 (facsimile)<br>   bruce.trauben@usdoj.gov<br>   Ayako.sato@usdoj.gov |

J. Robert Sears  
1010 Market Street, Suite 950         ATTORNEYS FOR DEFENDANT
St. Louis, MO 63102-1708  
(314) 231-2925  
(314) 231-4857 (facsimile)  
wald@bscr-law.com  
sears@bscr-law.com  

ATTORNEYS FOR PLAINTIFFS