IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: January 23, 2014)

| | |
|---|---|
| Daniel and Kathy HAGGART for themselves and as representatives of a class of similarly situated individuals, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

The court acknowledges the joint status report submitted by the parties on January 17, 2014. Noting the divergent posture of the parties regarding the need for more frequent status reports in the future, the court requests that the parties adhere to the previously established schedule for submitting such reports, *i.e.*, every 30 days until settlement has been completed or is no longer viable.

The court will contact the parties in mid-February 2014 to schedule a status conference to be held during the latter half of February.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge