## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL HAGGART AND KATHY HAGGART, et al., For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) ) ) No. 09-103 L ) |
| Plaintiffs, | ) Judge Charles F. Lettow ) |
| v. | ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

### JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order dated September 17, 2013 (ECF No. 153), the Court's telephonic status conference held on December 16, 2013, and the Parties' Joint Status Report filed January 17, 2014 (ECF No. 158), the Parties hereby submit the Joint Status Report, and state as follows:

1. Previously, the Parties reported that they had reached an agreement resolving all issues, subject to the approval of the Surface Transportation Board and the Attorney General of the United States, or his designee. The United States also reported previously that the recommended settlement has been approved by the Surface Transportation Board, but was under review at the Department of Justice. See Joint Status Report, filed October 25, 2013 (ECF No. 154).

2. The United States is pleased to report that the settlement has been approved by the authorized representative of the United States Attorney General within the Department of Justice.

3. Consistent with the requirements of RCFC 23(e), the Parties will prepare a Joint Motion for Approval of the Settlement and Notice, as well as a draft Notice of Settlement and Consent Form.

4. Plaintiffs' counsel intend to soon file a motion requesting approval of their contingency fee as a component of the settlement, which is to be deducted from the award to the individual plaintiffs, apart from the statutory fees negotiated with the United States pursuant to the Uniform Relocation and Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c).

5. Also, Plaintiffs' counsel have begun to compile tax identification numbers for submission by counsel for the United States to the Department of the Treasury, pursuant to the Debt Collection Improvement Act of 1996, codified at 31 U.S.C. § 3325(d) ("DCIA").

Respectfully submitted this 11th day of February, 2014,

| BAKER STERCHI COWDEN & RICE, L.L.C. | ROBERT G. DREHER<br>Acting Assistant Attorney General |
|---|---|
| By /s/ *Elizabeth G. McCulley*<br>Thomas S. Stewart<br>Elizabeth G. McCulley<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>(816) 471-2121<br>(816) 472-0288 (facsimile)<br>stewart@bscr-law.com<br>mcculley@bscr-law.com<br><br>and<br><br>Steven M. Wald<br>J. Robert Sears<br>1010 Market Street, Suite 950<br>St. Louis, MO 63102-1708<br>(314) 231-2925<br>(314) 231-4857 (facsimile)<br>wald@bscr-law.com<br>sears@bscr-law.com<br><br>ATTORNEYS FOR PLAINTIFFS | By  /s/ *Bruce K. Trauben*<br>Bruce K. Trauben<br>Ayako Sato<br>U.S. Department of Justice<br>Environmental and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 305-0238 (Trauben)<br>(202) 305-0239 (Sato)<br>(202) 305-0506 (facsimile)<br>bruce.trauben@usdoj.gov<br>Ayako.sato@usdoj.gov<br><br>ATTORNEYS FOR DEFENDANT |