IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: February 27, 2014)

| | |
|---|---|
| Daniel and Kathy HAGGART for themselves and as representatives of a class of similarly situated individuals,<br><br>              Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>              Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

ORDER

Pending before the court is the parties' Joint Motion for Miscellaneous Relief, filed February 26, 2014. The parties request that the court approve a revision to the previously approved Notice of Settlement to permit plaintiffs to remove Exhibits A and B from the Notice of Settlement.

For good cause shown, the parties' motion is GRANTED in substantial part. A revised, approved Notice of Settlement is attached. The court has made minor revisions to reflect the removal of Exhibits A and B from the Notice of Settlement.

It is so ORDERED.

                                              s/ Charles F. Lettow
                                              Charles F. Lettow
                                              Judge

UNITED STATES COURT OF FEDERAL CLAIMS

# Notice of Proposed Final Settlement of Class Action Against the United States

*A Court authorized this notice. This is not a solicitation from a lawyer.*

I.     **INTRODUCTION.**

You are receiving this Notice because our official records show that in 2010 you joined a class action lawsuit entitled *Haggart v. United States*, No. 09-103 L (Fed. Cl.). The purpose of this Notice is to inform you of a proposed settlement of this class action and of your legal rights with respect to the settlement.

**Your legal rights are affected whether you act or don't act.  Read this Notice carefully.**

The case of *Haggart v. United States* was filed by a group of Plaintiffs in 2009 (the "Class Representatives"). These Plaintiffs sought just compensation from the United States based on allegations that the federal Surface Transportation Board's issuance of a Notice of Interim Trail Use on a railroad corridor between milepost 11.25 near Wilburton to milepost 23.80 in Woodinville, and between milepost 0.0 near Woodinville to milepost 7.3 near Redmond, and between milepost 5.0 near Kennydale to milepost 10.60 at Wilburton, all in King County, Washington, has interfered with property interests recognized under Washington state law. The Plaintiffs allege that this interference constitutes a taking of private property for public use, requiring compensation in accordance with the Fifth Amendment to the United States Constitution. The Defendant in this action, the United States of America, denies that Plaintiffs are entitled to compensation for a Fifth Amendment taking.

At this time, the Plaintiff Class Representatives and the United States propose settling this matter. Under the terms of the settlement, the United States will make a cash payment in an amount not to exceed $140,541,218.69 (if paid by May 31, 2014) by way of compromise and settlement to resolve all Plaintiffs' claims. This total amount of up to $140,541,218.69 consists of $110,000,000.00 in principal for the value of the land taken, up to $27,961,218.69 in interest for delay damages (if paid by May 31, 2014), and $2,580,000.00 for reimbursement of attorneys' fees and costs pursuant to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c). The $2,580,000.00 for statutory attorneys' fees and costs has been allocated between attorneys' fees of $1,920,000.00 and costs and expenses of $660,000.00. In exchange for the payment to be made by the United States as specified herein, Plaintiffs agree that this settlement constitutes the full, complete, and final resolution of any and all of Plaintiffs' claims against the United States, legal or equitable, that they brought or could have brought, and stipulate to a voluntary dismissal of this action with prejudice, so that once dismissed the claims cannot be re-filed.

An individual disclosure accompanying this Notice identifies the settlement amount for your individual claim, if any. Class Counsel has proposed that the Court approve an award of attorneys' fees in the amount of 30% of the settlement sum of $139,881,218.69, which includes principal, interest, and the statutory attorneys' fees, but excludes the $660,000.00 that the United States agreed to pay to reimburse Plaintiffs for the costs and expenses incurred on their behalf by Class Counsel. The attorneys' fee award requested by Class Counsel amounts to $41,964,365.61. This amount, if and as approved, will be deducted from the per claim awards on a pro rata basis. **Your individual settlement award and allocated share of the requested attorneys' fees are identified on the individual disclosure statement attached to this Notice.**

The dollar amounts described herein were reached through a dispute resolution process in which the Class Representatives and the United States retained independent expert appraisers who appraised the value of the property interests alleged taken as of October 27, 2008 and November 28, 2008. The agreement was negotiated with the assistance of a specially assigned senior judge of the United States Court of Federal Claims. Accordingly, even if the case were to proceed to litigation and the United States were to be found liable for a taking, it is unlikely that Plaintiffs would be able to establish entitlement to just compensation in an amount greater than provided for in this settlement. To eliminate the time, costs, and risks associated with additional litigation, counsel for the parties negotiated this settlement, which substitutes the certainty of an immediate cash payment to the Plaintiffs for the uncertainties additional litigation poses. The Class Representatives and their attorneys believe that the proposed settlement is fair, reasonable, and the best result for all Class members.

If the proposed settlement is approved by the Court following the fairness hearing, the United States will submit the settlement to the United States Department of the Treasury for payment from the Judgment Fund. The Department of the Treasury requires each Class member receiving a portion of the total settlement to provide their Social Security Number or Federal Tax Identification Number prior to processing payment, so that the Department of the Treasury may fulfill its statutory obligations under the Debt Collection Improvement Act of 1996 (31 U.S.C. § 3325(d)). If you have questions regarding this requirement, visit http://fms.treas.gov/judgefund/questions.html (last updated Feb. 10, 2014). This information is required on the form that is attached to this Notice.

## II.   CLASS MEMBERSHIP.

During 2009 and 2010, eligible persons were given notice of the certified class action and were offered the opportunity to opt-in to the Class. All of those who opted-in were certified as members of the Plaintiff Class, meaning that they were bound to the terms of any judgment or any settlement the Court may approve. There are 253 persons or entities who own land adjacent to the former right-of-way who opted-in to this case and who will receive compensation pursuant to this settlement. The claims of the Plaintiffs who are not to receive compensation will be dismissed because they do not meet all of the criteria for membership in the Class. All claimants who are not to be compensated have previously been notified of that circumstance. If the Court approves the settlement described herein, the terms of the settlement will bind all Class members, as well as those whose claims are to be dismissed without compensation.

### III. HEARING AND COMMENTS.

Members of the Class, as well as members of the public, are invited to attend and participate in a public hearing on March 28, 2014 at 2:30 p.m. EDT before the Honorable Charles F. Lettow, United States Court of Federal Claims Judge, at the National Courts Building, Washington, D.C. Any Member of the Class may also participate in this hearing telephonically. At this hearing, the parties will request that the Court approve the proposed settlement. Any Class member who wishes to have an opportunity to comment on the proposed settlement must advise the Court in writing at the address listed below by March 18, 2014. Only those Class members who have provided timely written notice of their intention to address the Court will be permitted to participate in the hearing. Written notice stating your intent to object to, approve of, or otherwise comment on the proposed settlement should be sent to **Haggart Hearing Notice, c/o Elizabeth G. McCulley, Baker Sterchi Cowden & Rice, L.L.C., 2400 Pershing Road, Suite 500, Kansas City, Missouri 64108-2533, or by facsimile to (816) 472-0288**.

**Forms must be postmarked or faxed by March 18, 2014**.

**Your legal rights and options are summarized in the table below. Please note that your legal rights are affected whether you act or don't act. Read this Notice carefully.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS CLASS ACTION | |
|---|---|
| **DO NOTHING** | You are currently a member of the Class that was certified in this case. As a member of the Class, you may approve of, object to, or comment on the proposed settlement. If the Court approves the settlement, the settlement's terms will bind you. You are not required, however, to take any additional action to participate as a class member at this time. |
| **OBJECT TO, APPROVE OF, OR COMMENT** | As a member of the Class, you may (but are not required to) object to, approve of, or otherwise comment to the Court about whether it should approve the proposed settlement. Section "A" of the attached form allows you to provide commentary. All forms must be sent to c/o Elizabeth G. McCulley, Baker Sterchi Cowden & Rice, L.L.C., 2400 Pershing Road, Suite 500, Kansas City, Missouri 64108 and be postmarked or faxed to (816) 472-0288 by **March 18, 2014**. You can give reasons why you think the Court should or should not approve the proposed settlement. The Court will consider your views. |
| **GO TO A HEARING** | As a member of the class, if you choose to provide written comments, you may (but are not required to) ask to speak in Court about the fairness of the proposed Settlement. The space to request such permission is included in section "B" of the attached form. All forms must be sent to the address listed above and postmarked or faxed to the fax number listed above by **March 18, 2014.** |
| **CONTACT US** | If you have questions, you may contact Class counsel at **1-816-471-2121**. Court-approved Class counsel are Thomas S. Stewart and Elizabeth G. McCulley of the law firm Baker Sterchi Cowden & Rice, L.L.C. |

4

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL HAGGART AND KATHY HAGGART, et )
al., For Themselves and As Representatives of a Class )
of Similarly Situated Persons,                                  )          No. 09-103 L
                                                                                )
        Plaintiffs,                                                  )          Judge Charles F. Lettow
   vs.                                                                        )
                                                                                )
THE UNITED STATES OF AMERICA,              )
        Defendant.                                             )

### INDIVIDUAL CLASS MEMBER'S
### COMMENTS ON PROPOSED SETTLEMENT AND/OR
### REQUEST TO ADDRESS THE COURT AT MARCH 28, 2014 PUBLIC HEARING

Class Member Name: _____

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

**Mailing Address(es):** _____

                          _____

Phone Number(s):   _____

Email (*optional*): _____

**Social Security No. or Federal Tax Identification No. (SSN/TIN)**

Class Member SSN/TIN (named above):_____

Co-Owner (print name & SSN/TIN): _____

\_\_\_\_   Future communications to me are sufficient if emailed to the address set forth above

\_\_\_\_   Future communications to me are *not* sufficient if emailed only

**A. COMMENTS ON THE PROPOSED SETTLEMENT.**

*[As a member of the Class, you may approve of, object to, or comment on the proposed Settlement. You are not required, however, to take any additional action to participate as a class member at this time.]*

\_\_\_\_ I approve of the proposed settlement.

\_\_\_\_ I object to the proposed settlement.

Comments:
_____
_____
_____


**B. REQUEST TO SPEAK AT PUBLIC HEARING.**

[If you are a member of the Class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement. You do not need to speak at the hearing to remain in the Class or to have the Court consider your written commentary.]

\_\_\_\_ I wish to appear in person at the hearing at the National Courts Building, Washington, D.C., on March 28, 2014 at 2:30 p.m. EDT.

\_\_\_\_ I wish to participate telephonically in the hearing on March 28, 2014 at 2:30 p.m. EDT.

(Signature) _____ (Date) _____

**Please fax or mail this form (faxed or postmarked no later than March 18, 2014) to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288