## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,  )
For Themselves and As Representatives of a Class  )
of Similarly Situated Persons,  )
　)
Plaintiffs,  )
　)　　No. 1:09-cv-00103-CFL
v.  )
　)　　Judge Charles F. Lettow
UNITED STATES OF AMERICA,  )
　)
Defendant.  )
　)

### INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: *Chan + Chan Limited Partnership*

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

*5455 Pleasure Pt. Lnr SE; Bellevue, WA 98006*

Mailing Address(es): *5455 Pleasure Pt. Ln SE; Bellevue WA 98006*

Phone Number(s) (optional): *206-650-7410, 206-227-6667*

Email (optional): *drmike@chanchanclinics.com*

- 1 -


EXHIBIT
A

**SSN (For Individual Property Owners or TIN (For Business Owners) (MANDATORY):**

**Owner:**___

**Co-Owner** _____

 X  Future communications to me are sufficient if emailed to the address set forth above

_____ Future communications to me are *not* sufficient if emailed only


**A.      COMMENTS ON THE PROPOSED SETTLEMENT.**

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

 X     I approve of the proposed settlement.

_____ I object to the proposed settlement.


Comments:
_____
_____
_____
_____
_____
_____


**B.      REQUEST TO SPEAK AT PUBLIC HEARING.**

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____ I wish to appear at the fairness hearing at TBD.

(Signature) _____   (Date) 12/3/13 _____

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,                )
For Themselves and As Representatives of a Class )
of Similarly Situated Persons,                )
                                              )
                    Plaintiffs,               )
                                              )         No. 1:09-cv-00103-CFL
           v.                                 )
                                              )         Judge Charles F. Lettow
UNITED STATES OF AMERICA,                     )
                                              )
                    Defendant.                )
_____ )

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: ___KIRT & LYNN BARRETT___

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

___4736 LAKEHURST LANE S.E. BELLEVUE, WA 98006___

Mailing Address(es): ___SAME AS ABOVE___

Phone Number(s) (*optional*): ___425-999-9282 (KIRT) 206-406-8401 (LYNN)___

Email (*optional*): ___baseballchemistry@gmail.com___

-1-

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:** _____

**Co-Owner:** _____

_✓___ Future communications to me are sufficient if emailed to the address set forth above

_✓___ Future communications to me are *not* sufficient if emailed only

## A.   COMMENTS ON THE PROPOSED SETTLEMENT.

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

_✓___   I approve of the proposed settlement.

_____   I object to the proposed settlement.

Comments:

_____
_____
_____
_____
_____
_____

## B.   REQUEST TO SPEAK AT PUBLIC HEARING.

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____   I wish to appear at the fairness hearing at TBD.

- 2 -

(Signature) _____   (Date) _10·12·2013_

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

- 3 -

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,                    )
For Themselves and As Representatives of a Class   )
of Similarly Situated Persons,                     )
                                                   )
                    Plaintiffs,                    )
                                                   )      No. 1:09-cv-00103-CFL
            v.                                     )
                                                   )      Judge Charles F. Lettow
UNITED STATES OF AMERICA,                          )
                                                   )
                    Defendant.                     )
                                                   )

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: _Linda    Beckman_
_LeMoin C. Beckman_

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

_King County, WA    Parcel ID # 4134300250_

Mailing Address(es): _5209  Lakehurst Lane_

Phone Number(s) (*optional*): _(425) 747-9026_

Email (*optional*): _SKipB1126 @ gmail.com_

- 1 -

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:**_____

**Co-Owner:**_____

_____ Future communications to me are sufficient if emailed to the address set forth above

__X__ Future communications to me are *not* sufficient if emailed only


## A.    COMMENTS ON THE PROPOSED SETTLEMENT.

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

__X__    I approve of the proposed settlement.

_____    I object to the proposed settlement.


Comments: _____
_____
_____
_____
_____
_____


## B.    REQUEST TO SPEAK AT PUBLIC HEARING.

. [If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____    I wish to appear at the fairness hearing at TBD.

(Signature) _____   (Date) _9-30-2013_

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,                )
For Themselves and As Representatives of a Class   )
of Similarly Situated Persons,                )
                                              )
                    Plaintiffs,               )
                                              )        No. 1:09-cv-00103-CFL
            v.                                )
                                              )        Judge Charles F. Lettow
UNITED STATES OF AMERICA,                     )
                                              )
                    Defendant.                )
_____         )

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: _*BARBARA J. BERGSTROM*_

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

_____

Mailing Address(es): _*5243 PLEASURE POINT LANE BELLEVUE, WA. 98006-*_

Phone Number(s) (*optional*): _*(425) 746-6366*_

Email (*optional*): _____

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:**_____

**Co-Owner:**_____

_____ Future communications to me are sufficient if emailed to the address set forth above

_____ Future communications to me are *not* sufficient if emailed only

### A.   COMMENTS ON THE PROPOSED SETTLEMENT.

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

_____ I approve of the proposed settlement.

_____ I object to the proposed settlement.

Comments:
_____
_____
_____
_____
_____
_____
_____

### B.   REQUEST TO SPEAK AT PUBLIC HEARING.

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____ I wish to appear at the fairness hearing at TBD.

(Signature) _Barbara Brighton_   (Date) _9-29-13_

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL & KATHY HAGGART et al.,<br>For Themselves and As Representatives of a Class<br>of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 1:09-cv-00103-CFL<br>)<br>) Judge Charles F. Lettow<br>)<br>)<br>)<br>)<br>) |

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: _Charles W. Billings_

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

_5233 Pleasure Pt Ln   Bellevue Wash. 98006_

Mailing Address(es): _Same as above_

Phone Number(s) (*optional*): _206-625-1412_

Email (*optional*): _____

-1-

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:** _____

**Co-Owner:** _____

_____ Future communications to me are sufficient if emailed to the address set forth above

_____ Future communications to me are *not* sufficient if emailed only

**A.   COMMENTS ON THE PROPOSED SETTLEMENT.**

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

__✓__   I approve of the proposed settlement.

_____   I object to the proposed settlement.

Comments:

_____

_____

_____

_____

_____

_____

**B.   REQUEST TO SPEAK AT PUBLIC HEARING.**

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees. You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____   I wish to appear at the fairness hearing at TBD.

(Signature) _Charles W. Brown_     (Date) _10-02-2013_

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,                    )
For Themselves and As Representatives of a Class  )
of Similarly Situated Persons,                    )
                                                  )
                        Plaintiffs,               )
                                                  )        No. 1:09-cv-00103-CFL
        v.                                        )
                                                  )        Judge Charles F. Lettow
UNITED STATES OF AMERICA,                         )
                                                  )
                        Defendant.                )
_____ )

**INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON
PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE
[TBD] PUBLIC HEARING**

Class Member Name: _Christopher W. Black  and  Mary C. Black_

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

_5415 Pleasure Point Ln. SE   Bellevue, WA 98006_

Mailing Address(es): _5415 Pleasure Pt. Ln. SE   Bellevue, WA 98006_

Phone Number(s) (*optional*): _425-301-2095_

Email (*optional*): _____

- 1 -

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:**_

**Co-Owner:**_

_____ Future communications to me are sufficient if emailed to the address set forth above

_____ Future communications to me are *not* sufficient if emailed only

**A.     COMMENTS ON THE PROPOSED SETTLEMENT.**

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

_X__     I approve of the proposed settlement.

_____     I object to the proposed settlement.

Comments:

_____
_____
_____
_____
_____

**B.     REQUEST TO SPEAK AT PUBLIC HEARING.**

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____     I wish to appear at the fairness hearing at TBD.

(Signature) _X Mary C. Beele_   (Date) _10/10/13_

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,                )
For Themselves and As Representatives of a Class )
of Similarly Situated Persons,                )
                                              )
                    Plaintiffs,               )
                                              )        No. 1:09-cv-00103-CFL
          v.                                  )
                                              )        Judge Charles F. Lettow
UNITED STATES OF AMERICA,                     )
                                              )
                    Defendant.                )
                                              )

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: _TONY BOYDSTON_____

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

3713 LAKE WASHINGTON BLVD N RENTON WA 98056
3901 LAKE WASHINGTON BLVD N RENTON WA 98056
5851 PLEASURE POINT LN SE Bellevue WA 98006

Mailing Address(es): ANTHONY P BOYDSTON
3920 NE 11th Pl
RENTON, WA 98056

Anthony P. Boydston,
3920 NE 11th Pl.
Renton, WA 98056-3537

Phone Number(s) (optional): 206-999-9763 / 208 835 5761

Email (optional): _____

- 1 -

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:**

**Co-Owner:**

\_\_\_\_\_ Future communications to me are sufficient if emailed to the address set forth above

\_\_\_\_\_ Future communications to me are *not* sufficient if emailed only

## A.    COMMENTS ON THE PROPOSED SETTLEMENT.

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

X̲    I approve of the proposed settlement.

\_\_\_\_\_    I object to the proposed settlement.

Comments:

_____
_____
_____
_____
_____
_____

## B.    REQUEST TO SPEAK AT PUBLIC HEARING.

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____    I wish to appear at the fairness hearing at TBD.

- 2 -

(Signature) _____     (Date) _Oct. 1, 2013_

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,                    )
For Themselves and As Representatives of a Class  )
of Similarly Situated Persons,                    )
                                                  )
                    Plaintiffs,                   )
                                                  )        No. 1:09-cv-00103-CFL
           v.                                     )
                                                  )        Judge Charles F. Lettow
UNITED STATES OF AMERICA,                         )
                                                  )
                    Defendant.                    )
                                                  )

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name:  _Steven  W.  Brace_

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

_5659 Pleasure Point Lane Bellevue, Wa. 98006_

Mailing Address(es): _5659 Pleasure Point Lane Bellevue, Wa 98006_

Phone Number(s) (*optional*): _(425) 562-4207_

Email (*optional*): _Steve@traeretirement.com_

-1-

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:**

**Co-Owne**

_____ Future communications to me are sufficient if emailed to the address set forth above

✗ Future communications to me are *not* sufficient if emailed only

## A.   COMMENTS ON THE PROPOSED SETTLEMENT.

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

✓ I approve of the proposed settlement.

_____ I object to the proposed settlement.

Comments:

_____

_____

_____

_____

_____

_____

## B.   REQUEST TO SPEAK AT PUBLIC HEARING.

. [If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____ I wish to appear at the fairness hearing at TBD.

(Signature) _____          (Date) _10/1/13_____

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL & KATHY HAGGART et al.,<br>For Themselves and As Representatives of a Class<br>of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 1:09-cv-00103-CFL

Judge Charles F. Lettow

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: _Mary L. Brunt_

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

_4861 Lakehurst Lane Bellevue Wn. 98006_

Mailing Address(es): _6323 — 6th ave NE Seattle WN 98115_

Phone Number(s) (*optional*): _206 — 522 — 4834_

Email (*optional*): MARTIN BRUNT _Solarcentril@comcast.net_
_JBRUNT Seattle @ Gmail.com_

-1-

*M. BRUNT*

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:**_____

**Co-Owner:**_____

_____ Future communications to me are sufficient if emailed to the address set forth above

_____ Future communications to me are *not* sufficient if emailed only

## A.   COMMENTS ON THE PROPOSED SETTLEMENT.

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

X      I approve of the proposed settlement.

_____   I object to the proposed settlement.

Comments:

_____

_____

_____

_____

_____

_____

## B.   REQUEST TO SPEAK AT PUBLIC HEARING.

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____   I wish to appear at the fairness hearing at TBD.

(Signature) _Mary L Breent_   (Date) _Oct 1 – 2013_

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,                    )
For Themselves and As Representatives of a Class   )
of Similarly Situated Persons,                     )
                                                   )
                  Plaintiffs,                      )
                                                   )     No. 1:09-cv-00103-CFL
          v.                                       )
                                                   )     Judge Charles F. Lettow
UNITED STATES OF AMERICA,                          )
                                                   )
                  Defendant.                       )
_____  )

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: *Formerly: Estate of Guy Roger Chambers* *Now:* Gretchen Elizabeth Chambers Ames

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest): *(Legal description attached below)*

5065 Lakehurst Ln SE, Bellevue, WA 98006

Mailing Address(es): 5018 Latona Ave NE, Seattle, WA 98105

Parcel ID #: 4134300175

Phone Number(s) (*optional*): (206) 632-0651; (206) 930-7788

Email (*optional*): gretchbill@msn.com

- 1 -

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:**_____

**Co-Owner:**_____

_GEC_ Future communications to me are sufficient if emailed to the address set forth above

_____ Future communications to me are *not* sufficient if emailed only

## A.    COMMENTS ON THE PROPOSED SETTLEMENT.

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

X _GEC_ I approve of the proposed settlement.

_____ I object to the proposed settlement.

Comments:

_____

_____

_____

_____

_____

_____

## B.    REQUEST TO SPEAK AT PUBLIC HEARING.

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____ I wish to appear at the fairness hearing at TBD.

- 2 -

(Signature) _Gretchen E. / Charles_          (Date) _10/4/2013_

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

- 3 -

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,          )
For Themselves and As Representatives of a Class   )
of Similarly Situated Persons,          )
                                        )
                    Plaintiffs,         )
                                        )          No. 1:09-cv-00103-CFL
            v.                          )
                                        )          Judge Charles F. Lettow
UNITED STATES OF AMERICA,               )
                                        )
                    Defendant.          )
_____ )

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: _France Z. Cokan_

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

_5815 Pleasure Point Lane_

Mailing Address(es): _Bellevue WA 98006_

Phone Number(s) (*optional*): _425 7473443_

Email (*optional*): _____

**SSN (For Individual Property Owners or TIN (For Business Owners) (MANDATORY):**

**Owner:** _____

**Co-Owner:** _____

_____ Future communications to me are sufficient if emailed to the address set forth above

_____ Future communications to me are *not* sufficient if emailed only

## A.   COMMENTS ON THE PROPOSED SETTLEMENT.

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

**X**    I approve of the proposed settlement.

_____    I object to the proposed settlement.

Comments: _____
_____
_____
_____
_____
_____
_____

## B.   REQUEST TO SPEAK AT PUBLIC HEARING.

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____    I wish to appear at the fairness hearing at TBD.

- 2 -

(Signature) _Franco Cokan_  (Date) 11-22-2013

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

4849-5021-8262, v. 1

- 3 -

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,                          )
For Themselves and As Representatives of a Class )
of Similarly Situated Persons,                          )
                                                        )
                   Plaintiffs,                          )
                                                        )       No. 1:09-cv-00103-CFL
          v.                                            )
                                                        )       Judge Charles F. Lettow
UNITED STATES OF AMERICA,                               )
                                                        )
                   Defendant.                           )
                                                        )

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: *Dennis   J. Crispin*

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

*5067 Lakehurst Ln SE  Bellevue, WA 98006  Parcel number 4134300190*

Mailing Address(es): *5067 Lakehurst Ln SE   Bellevue, WA 98006*

Phone Number(s) (*optional*): *( 206 ) 498 - 0612*

Email (*optional*): *djcrispin @ comcast.net*

-1-

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:**_____              _____

**Co-Owner:**_____

_✓_ Future communications to me are sufficient if emailed to the address set forth above

_✓_ Future communications to me are *not* sufficient if emailed only


**A.    COMMENTS ON THE PROPOSED SETTLEMENT.**

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

_✓_    I approve of the proposed settlement.

____    I object to the proposed settlement.


Comments: _____
_____
_____
_____
_____
_____


**B.    REQUEST TO SPEAK AT PUBLIC HEARING.**

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

____    I wish to appear at the fairness hearing at TBD.

- 2 -

(Signature) *Dennis J. Cooper*          (Date) *9/30/2013*

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

- 3 -

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,                    )
For Themselves and As Representatives of a Class  )
of Similarly Situated Persons,                    )
                                                  )
                    Plaintiffs,                   )
                                                  )        No. 1:09-cv-00103-CFL
        v.                                        )
                                                  )        Judge Charles F. Lettow
UNITED STATES OF AMERICA,                         )
                                                  )
                    Defendant.                    )

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON
## PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE
## [TBD] PUBLIC HEARING

Class Member Name:   William   Curley

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible,
the legal description of your property interest):

4730  Lakehurst  LN  SE  Bellevue  WA  98006

Mailing Address(es):   same  as  above

Phone Number(s) (optional):   206 - 715 - 4699

Email (optional):   airjunky @ comcast.net

- 1 -

**SSN (For Individual Property Owners or TIN (For Business Owners) (MANDATORY):**

**Owner:**_____                                        —

**Co-Owner:**_____                                    —

_X_ Future communications to me are sufficient if emailed to the address set forth above

_____ Future communications to me are *not* sufficient if emailed only

**A.    COMMENTS ON THE PROPOSED SETTLEMENT.**

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

_X_ I approve of the proposed settlement.

_____ I object to the proposed settlement.

Comments: I was listened to in the meetings and all of my suggestions and recomendations, were considered and dispositioned.

**B.    REQUEST TO SPEAK AT PUBLIC HEARING.**

*[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees. You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]*

_____ I wish to appear at the fairness hearing at TBD.

-2-

DEC-09-2013 20:52 BSCR
12/14/2008 03:17 4256531330 BILL N CATHY CURLEY PAGE 03

(Signature) _____  (Date) 12/9/2013

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

4849-5021-8262, v. 1

-3-

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,　　　　　)
For Themselves and As Representatives of a Class　)
of Similarly Situated Persons,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　　　　)　　No. 1:09-cv-00103-CFL
　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　)　　Judge Charles F. Lettow
　　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　)
　　　　　　　　　　　　　　　　　　)

### INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name:  *CURTIS L. & JULIE G. DICKERSON*

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

*4865 LAKEHURST LANE SE, BELLEVUE, PARCEL # 4134300045*

Mailing Address(es):  *4865 LAKEHURST LANE SE, BELLEVUE WA 98006*

Phone Number(s) (*optional*):  *(206) 255-2688*

Email (*optional*):  *curtdickerson @ comcast.net*

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:**_____

**Co-Owner**

_____ Future communications to me are sufficient if emailed to the address set forth above

__X__ Future communications to me are *not* sufficient if emailed only

## A.    COMMENTS ON THE PROPOSED SETTLEMENT.

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

__X__    I approve of the proposed settlement.

_____    I object to the proposed settlement.

Comments: _____

_____

_____

_____

_____

_____

## B.    REQUEST TO SPEAK AT PUBLIC HEARING.

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____    I wish to appear at the fairness hearing at TBD.

- 2 -

(Signature) _____     (Date) __10/6/13__

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,                )
For Themselves and As Representatives of a Class )
of Similarly Situated Persons,                )
                                              )
                        Plaintiffs,           )
                                              )        No. 1:09-cv-00103-CFL
              v.                              )
                                              )        Judge Charles F. Lettow
UNITED STATES OF AMERICA,                     )
                                              )
                        Defendant.            )
                                              )

### INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: _HARRY DURSCH_

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

_5459 PLEASURE POINT LANE, BELLEVUE 98006_

Mailing Address(es): _5459 PLEASURE PT LN_

Phone Number(s) (*optional*): _425-463-8711 (cell)_

Email (*optional*): _HARRYDURSCH@MSN.COM_

-1-

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:** ___／___

**Co-Owner:** _____

_____ Future communications to me are sufficient if emailed to the address set forth above

☒ Future communications to me are *not* sufficient if emailed only

**A.    COMMENTS ON THE PROPOSED SETTLEMENT.**

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

☒    I approve of the proposed settlement.

_____    I object to the proposed settlement.

Comments:

_____
_____
_____
_____
_____
_____
_____

**B.    REQUEST TO SPEAK AT PUBLIC HEARING.**

. [If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____    I wish to appear at the fairness hearing at TBD.

- 2 -

(Signature) _____    (Date) _10/9/13_____

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

- 3 -

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,           )
For Themselves and As Representatives of a Class   )
of Similarly Situated Persons,           )
                                         )
                  Plaintiffs,            )
                                         )        No. 1:09-cv-00103-CFL
          v.                             )
                                         )        Judge Charles F. Lettow
UNITED STATES OF AMERICA,                )
                                         )
                  Defendant.             )

### INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: _____STAR EVANS_____

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

_____

_____

Mailing Address(es): ___5041 Lakehurst Ln SE___
___BELLEVUE, WA 98006___

Phone Number(s) (optional): ___206-999-1230___

Email (optional): ___starevans@msn.com___

-1-

SSN/TIN (For Business Owners) (MANDADOTRY):

Owner: _____

Co-Owner: _

_____ Future communications to me are sufficient if emailed to the address set forth above

☒ Future communications to me are *not* sufficient if emailed only

## A.     COMMENTS ON THE PROPOSED SETTLEMENT.

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

☒ I approve of the proposed settlement.

_____ I object to the proposed settlement.

Comments: _____

_____
_____
_____
_____
_____

## B.     REQUEST TO SPEAK AT PUBLIC HEARING.

*[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees. You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]*

_____ I wish to appear at the fairness hearing at TBD.

-2-

(Signature) _____          (Date) __1/22/14__

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

- 3 -

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL & KATHY HAGGART et al.,<br>For Themselves and As Representatives of a Class<br>of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 1:09-cv-00103-CFL<br>)<br>)   Judge Charles F. Lettow<br>)<br>)<br>)<br>) |

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: _MARTIN J. FEDIGAN_

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

_5479 PLEASURE POINT LANE SE BELLEVUE, WA 98006_

Mailing Address(es): _5479 PLEASURE POINT LANE SE BELLEVUE, WA 98006_

Phone Number(s) (*optional*): _425-503-8511_

Email (*optional*): _Mfedigan@sprynet.com_

-1-

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:**_____

**Co-Owner:**_____

_____ Future communications to me are sufficient if emailed to the address set forth above

✗ _____ Future communications to me are *not* sufficient if emailed only

**A.     COMMENTS ON THE PROPOSED SETTLEMENT.**

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

✗ _____ I approve of the proposed settlement.

_____ I object to the proposed settlement.

Comments:

_____
_____
_____
_____
_____
_____

**B.     REQUEST TO SPEAK AT PUBLIC HEARING.**

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____ I wish to appear at the fairness hearing at TBD.

(Signature) _Martin J. Sedye_____     (Date) _10/21/13_____

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288

- 3 -

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DANIEL & KATHY HAGGART et al.,                )
For Themselves and As Representatives of a Class )
of Similarly Situated Persons,                )
                                              )
                    Plaintiffs,               )
                                              )        No. 1:09-cv-00103-CFL
          v.                                  )
                                              )        Judge Charles F. Lettow
UNITED STATES OF AMERICA,                     )
                                              )
                    Defendant.                )
                                              )

## INDIVIDUAL CLASS MEMBER'S CONSENT AND COMMENTS ON PROPOSED SETTLEMENT AND/OR REQUEST TO ADDRESS THE COURT AT THE [TBD] PUBLIC HEARING

Class Member Name: _Paul A. & Christine Fergen_

Location(s) of property(ies) that is next to the railroad corridor (street address and, if possible, the legal description of your property interest):

_5483 Pleasure Point Lane SE, Bellevue, WA 98006_

Mailing Address(es): _Same_

Phone Number(s) (*optional*): _206. 963-2622_

Email (*optional*): _pfergen@comcast.net_

-1-

**SSN/TIN (For Business Owners) (MANDADOTRY):**

**Owner:**_____                                      _____

**Co-Owner**                                    _____

✓_____ Future communications to me are sufficient if emailed to the address set forth above

_____ Future communications to me are *not* sufficient if emailed only

## A.    COMMENTS ON THE PROPOSED SETTLEMENT.

*[As a member of the Class, you may approve of, object to, or comment on the proposed settlement and motion for attorneys' fees]. You are not required, however, to take any additional action to participate as a class member at this time.]*

✓_____ I approve of the proposed settlement.

_____ I object to the proposed settlement.

Comments:

_____
_____
_____
_____
_____
_____
_____

## B.    REQUEST TO SPEAK AT PUBLIC HEARING.

[If you are a member of the class, and only if you expressed your objection, approval, or other comments on the proposed settlement in Section A of this form, you may (but are not required to) request to speak at the public hearing at which the Court will consider whether to approve the settlement and motion for attorneys' fees.  You do not need to speak at the hearing to remain in the class or to have the Court consider your written commentary.]

_____ I wish to appear at the fairness hearing at TBD.

- 2 -

Christine G. Feogen

(Signature) _Paul A. Ferge_____   (Date) _9/29/2013_____

**Please mail, email or fax this form to:**

Haggart Hearing Notice
c/o Ms. Elizabeth G. McCulley
Baker Sterchi Cowden & Rice, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
Facsimile: (816) 472-0288