# WOODLEY LAW

February 24, 2014

Re: Proposed Settlement, Distribution, & Payment of
Your Claim in *Haggart v. U.S.*, No.1:09-cv-103L
United States Court of Federal Claims

Dear *[handwritten signatures]*

After almost five years, I am pleased to report that the United States has accepted the terms of the negotiated settlement. Part of my job as your personal counsel is to make sure that you have the information you need to give informed consent:

1) to approve the overall $140 million settlement,

2) to review the underlying appraisal and calculations used to arrive at your share of the gross settlement, and

3) to approve the proposed 30% deduction for attorney fees which are to be equally shared by your personal counsel and class counsel.

So, please circle the following responses which reflect your choices:

1. I *would like/would not like* to see the underlying appraisal and calculations used to determine the amount of my claim.

EXHIBIT B

2. I *want you/ do not want you* to review those numbers to insure accurate calculation of my gross settlement amount.

3. I *approve of/do not approve of* the proposed thirty percent deduction for attorney fees.

4. I *approve of/ do not approve of* counsels' agreement to share attorney fees.

5. I *authorize you/ do not authorize you* to discuss my responses with the Court and counsel in this case.

6. I *want you/do not want you* to speak for me at the upcoming fairness hearing which the Court will schedule.

7. I *want you/do not want you* to follow up with me as to the outcome of the fairness hearing.

Responded to by: _____

Thank you for your responses. Please call me on my cell phone [425-802-1400] if you have any questions.

Kind regards,

Gordon Woodley
Personal Counsel