# Elizabeth G. McCulley

| | |
|---|---|
| **From:** | .net> |
| **Sent:** | Monday, March 03, 2014 2:37 PM |
| **To:** | Elizabeth G. McCulley |
| **Subject:** | RE: Haggart - Settlement Status and Gordon Woodley Letter - Please Read This Email Promptly |

Thank you, Elizabeth. I have never heard from Gordon Woodley. Is he one of the property owners? Best :

---

**From:** Elizabeth G. McCulley [mailto:mcculley@bscr-law.com]
**Sent:** Monday, March 03, 2014 12:31 PM
**To:** 'drmike@chanclinics.com'; 'baseballchemistry@gmail.com'; 'skipB1126@gmail.com'; 'steve@trueretirement.com'; 'solarcentril@comcast.net'; 'jbruntseattle@gmail.com'; 'gretchbill@msn.com'; 'djcrispin@comcast.net'; 'airjunky@comcast.net'; 'curleymon@comcast.net'; 'curtdickerson@comcast.net'; 'harrydursch@msn.com'; 'starevans@msn.com'; 'mfedigan@sprynet.com'; 'pfergen@comcast.net'; 'teresa.gallow@mswired.com'; 'atopgibbons@msn.com'; 'denise.harris@comcast.net'; 'jhowell54@comcast.net'; 'pschafter@starbucks.com'; 'pjschafer3@hotmail.com'; 'jakeent@aol.com'; 'dean.johnson3@comcast.net'; 'ej_jones@hotmail.com'; 'dean.johnson3@comcast.net'; 'kkaiser-sea@gmail.com'; 'kaseburg@comcast.net'; 't.kimsey@comcast.net'; 'paragrego@aol.com'; 'frances.lee@comcast.net'; 'nacseung@gmail.com'; 'bud@budlofgren.com'; 'suelong@syr.edu'; 'crlyons@hotmail.com'; 'rjmacywe2@comcast.net'; 'CCCM@comcast.net'; 'fmiller09@comcast.net'; 'markc@okigroup.com'; 'kirstin@metropolitancontracting.com'; 'tonroly@gmail.com'; 'galina.sweetie@gmail.com'; 'jimsa@msn.com'; 'stu.simpson@comcast.net'; 'ssmolinske@rainerrubber.com'; 'jimstrang@msn.com'; 'charland.l@hotmail.com'; 'webbyalison@aol.com'; 'lucarellip@comcast.net'; 'juliamike@comcast.net'
**Cc:** Thomas S. Stewart
**Subject:** Haggart - Settlement Status and Gordon Woodley Letter - Please Read This Email Promptly
**Importance:** High

Hi everyone,

I have some good news and some bad news. The good news is that all of you have consented to the settlement and the settlement has government approval and preliminary Court approval. In fact, almost every single landowner has signed their consent. We only have about half a dozen left to obtain out of hundreds and only one of them is in your group (Gordon Woodley). We started the payment process with the Treasury early (providing all SSN/TINs to speed up the process) The fairness hearing has been set for March 28 and you will receive formal notice which is being sent out today. With good luck, you will be paid by early summer and hopefully by the end of May.

Thus far, we have not received even one objection. We do not want any glitches at the fairness hearing, which brings me to Gordon Woodley. Gordon Woodley has yet to consent to the settlement. It has come to our attention that Gordon Woodley has provided at least one landowner a letter misrepresenting that he is your personal counsel and requesting you consent to a certain fee split with our firm. It is our strong recommendation that you **DO NOT SIGN anything for Gordon Woodley and do not respond to his questions in any manner**. He is apparently attempting to gain your settlement information through this means. He has never been your personal counsel and none of you engaged him as your counsel in this Class Action, you engaged my firm as your counsel. If you have any questions, please give me or Tom Stewart a call. Liz direct = 816-448-9394, cell = 816-585-7076; Tom direct = 816-448-9368, cell = 816-674-4158.

Thanks so much and as always, it is our pleasure to represent you.



1

Liz

**Elizabeth G. McCulley**
Baker Sterchi Cowden & Rice LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
direct 816.448.9395 | main 816.471.2121
fax 816.472.0288  | Profile



This e-mail and any attached file(s) are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, forwarding or copying of the contents of this e-mail, the information herein or hereto attached is prohibited, except by the intended recipient, an employee or agent responsible for delivering the message to the intended recipient. If you have received this e-mail in error, please notify the sender via e-mail or at the phone number provided in the signature block to this message. Thank you.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

# Elizabeth G. McCulley

| | |
|---|---|
| From: | ....... .......... ..j......@msn.com> |
| Sent: | Monday, March 03, 2014 10:33 AM |
| To: | Elizabeth G. McCulley |
| Subject: | [URGENT] Haggart v. US - Sather Consent |

Elizabeth,

We received a letter from Gordon Woodley on Gordon Woodley Law letterhead Saturday 3/2 regarding the Haggart Claim. All previous official written communications in this case have come from Baker Sterchi Cowden & Rice L.LC. In the Letter from Gordon Woodley Law, in addition to asking for transparency in review and approval of the 30% attorneys fees (something I thought we already agreed to), the letter asks homeowners to approve of an equal spilt of the 30% attorney fees between personal counsel and general counsel. We have two concerns about this:

1.) We have no recollection or documentation that we are aware of where we agreed to have Gordon Woodley Law represent us as personal counsel. We do recall paperwork from Baker Sterchi Cowden & Rice L.L.C. (BSCR) that indicated that BSCR was working with Mr. Woodley locally. Perhaps that indicated that he would be local representative, but we don't recall agreeing that he was our personal counsel. If you have an agreement that indicates otherwise, please let us know.

2.) While we would like full transparency on how the appraisal calculations and settlement numbers were derived, as homeowners we really have no interest in how the attorneys fees are split between personal and general counsel. That would be an agreement that is reached between personal and general counsel, and should not involve the homeowners. Again, as I said, I don't believe we ever entered into any agreement with Gordon Woodley Law recognizing him as personal counsel.

Something about this seems askew and we are becoming concerned that what we are really observing is some sort of dispute between BSCR L.LC. and Gordon Woodley Law on how the 30% attorneys fees are disbursed. Can you please comment on this? Is there a disagreement between BSCR and Gordon Woodley Law? We are puzzled as to why we would be asked to approve attorney fees sharing between private and general counsel.

Also, please let us know if in the paperwork we signed with BSCR L.L.C. , if we also agreed to have Mr. Gordon Woodley represent us as personal counsel. We have no recollection of that.

Thank you,

**From:**
**Sent:** Sunday, October 6, 2013 3:49 PM
**To:** mcculley@bscr-law.com
**Subject:** Haggart v. US - Sather Consent

Hi Elizabeth,

1

Here is our consent document, scanned to PDF. Please confirm receipt.

Thanks!

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

# Elizabeth G. McCulley

| | |
|---|---|
| **From:** | Elizabeth G. McCulley |
| **Sent:** | Monday, March 03, 2014 2:31 PM |
| **To:** | 'drmike@chanclinics.com'; 'baseballchemistry@gmail.com'; 'skipB1126@gmail.com'; 'steve@trueretirement.com'; 'solarcentril@comcast.net'; 'jbruntseattle@gmail.com'; 'gretchbill@msn.com'; 'djcrispin@comcast.net'; 'airjunky@comcast.net'; 'curleymon@comcast.net'; 'curtdickerson@comcast.net'; 'harrydursch@msn.com'; 'starevans@msn.com'; 'mfedigan@sprynet.com'; 'pfergen@comcast.net'; 'teresa.gallow@mswired.com'; 'atopgibbons@msn.com'; 'denise.harris@comcast.net'; 'jhowell54@comcast.net'; 'pschafter@starbucks.com'; 'pjschafer3@hotmail.com'; 'jakeent@aol.com'; 'dean.johnson3@comcast.net'; 'ej_jones@hotmail.com'; 'dean.johnson3@comcast.net'; 'kkaiser-sea@gmail.com'; 'kaseburg@comcast.net'; 't.kimsey@comcast.net'; 'paragrego@aol.com'; 'frances.lee@comcast.net'; 'nacseung@gmail.com'; 'bud@budlofgren.com'; 'suelong@syr.edu'; 'crlyons@hotmail.com'; 'rjmacywe2@comcast.net'; 'CCCM@comcast.net'; 'fmiller09@comcast.net'; 'markc@okigroup.com'; 'kirstin@metropolitancontracting.com'; 'tonroly@gmail.com'; 'galina.sweetie@gmail.com'; 'jimsa@msn.com'; 'stu.simpson@comcast.net'; 'ssmolinske@rainerrubber.com'; 'jimstrang@msn.com'; 'charland.l@hotmail.com'; 'webbyalison@aol.com'; 'lucarellip@comcast.net'; 'juliamike@comcast.net' |
| **Cc:** | Thomas S. Stewart |
| **Subject:** | Haggart - Settlement Status and Gordon Woodley Letter - Please Read This Email Promptly |
| **Importance:** | High |

Hi everyone,

I have some good news and some bad news. The good news is that all of you have consented to the settlement and the settlement has government approval and preliminary Court approval. In fact, almost every single landowner has signed their consent. We only have about half a dozen left to obtain out of hundreds and only one of them is in your group (Gordon Woodley). We started the payment process with the Treasury early (providing all SSN/TINs to speed up the process) The fairness hearing has been set for March 28 and you will receive formal notice which is being sent out today. With good luck, you will be paid by early summer and hopefully by the end of May.

Thus far, we have not received even one objection. We do not want any glitches at the fairness hearing, which brings me to Gordon Woodley. Gordon Woodley has yet to consent to the settlement. It has come to our attention that Gordon Woodley has provided at least one landowner a letter misrepresenting that he is your personal counsel and requesting you consent to a certain fee split with our firm. It is our strong recommendation that you **DO NOT SIGN anything for Gordon Woodley and do not respond to his questions in any manner**. He is apparently attempting to gain your settlement information through this means. He has never been your personal counsel and none of you engaged him as your counsel in this Class Action, you engaged my firm as your counsel. If you have any questions, please give me or Tom Stewart a call. Liz direct = 816-448-9394, cell = 816-585-7076; Tom direct = 816-448-9368, cell = 816-674-4158.

Thanks so much and as always, it is our pleasure to represent you.

Liz

# Elizabeth G. McCulley

| | |
|---|---|
| **From:** | @gmail.com |
| **Sent:** | Monday, March 03, 2014 3:18 PM |
| **To:** | Elizabeth G. McCulley |
| **Subject:** | Re: Haggart - Settlement Status and Gordon Woodley Letter - Please Read This Email Promptly |

Liz,
Thanks for the update! We are aware of the snake in the grass. Thanks anyway.

We have sold our home.
Email contact remains the same:


New mailing address:




On Mar 3, 2014, at 12:31 PM, "Elizabeth G. McCulley" <mcculley@bscr-law.com> wrote:

> Hi everyone,
>
> I have some good news and some bad news. The good news is that all of you have consented to the settlement and the settlement has government approval and preliminary Court approval. In fact, almost every single landowner has signed their consent. We only have about half a dozen left to obtain out of hundreds and only one of them is in your group (Gordon Woodley). We started the payment process with the Treasury early (providing all SSN/TINs to speed up the process) The fairness hearing has been set for March 28 and you will receive formal notice which is being sent out today. With good luck, you will be paid by early summer and hopefully by the end of May.
>
> Thus far, we have not received even one objection. We do not want any glitches at the fairness hearing, which brings me to Gordon Woodley. Gordon Woodley has yet to consent to the settlement. It has come to our attention that Gordon Woodley has provided at least one landowner a letter misrepresenting that he is your personal counsel and requesting you consent to a certain fee split with our firm. It is our strong recommendation that you **DO NOT SIGN anything for Gordon Woodley and do not respond to his questions in any manner**. He is apparently attempting to gain your settlement information through this means. He has never been your personal counsel and none of you engaged him as your counsel in this Class Action, you engaged my firm as your counsel. If you have any questions, please give me or Tom Stewart a

1

call.  Liz direct = 816-448-9394, cell = 816-585-7076; Tom direct = 816-448-9368, cell = 816-674-4158.

Thanks so much and as always, it is our pleasure to represent you.

Liz

**Elizabeth G. McCulley**
Baker Sterchi Cowden & Rice LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
direct 816.448.9395 | main 816.471.2121
fax 816.472.0288  | Profile

<bscr_logo thick.jpg>
<linkedin.jpg> <twitter.jpg> <google.jpg> <facebook.jpg>

This e-mail and any attached file(s) are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, forwarding or copying of the contents of this e-mail, the information herein or hereto attached is prohibited, except by the intended recipient, an employee or agent responsible for delivering the message to the intended recipient. If you have received this e-mail in error, please notify the sender via e-mail or at the phone number provided in the signature block to this message. Thank you.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

# Elizabeth G. McCulley

| | |
|---|---|
| **From:** | Jerrold Milstein <jerrymilstein@gmail.com> |
| **Sent:** | Tuesday, March 04, 2014 11:30 AM |
| **To:** | gordon woodley |
| **Subject:** | Document |

Gordon,

There appears to be a conflict between McCulley and you regarding representation in our claim. When you and Leslie and I spoke Sunday you did not express any information regarding this issue and until this is resolved I respectfully request the return of the original signed document.

Thank you for your cooperation.

Jerry

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

# Elizabeth G. McCulley

**From:** )msn.com>
**Sent:** Tuesday, March 04, 2014 5:42 PM
**To:** Elizabeth G. McCulley
**Subject:** Fwd: Ms. McCulley's False & Misleading Email re. Gordon Woodley as Personal Counsel

Sent from my iPhone

Begin forwarded message:

> **From:** l_____sn.com>
> **Date:** March 4, 2014 at 9:16:32 PST
> **To:** Gordon Woodley <woodley@gmail.com>
> **Subject: Fwd: Ms. McCulley's False & Misleading Email re. Gordon Woodley as Personal Counsel**
>
> Greetings Mr Woodley, in further investigation I have realized the YOU ARE NOT my representative in my participation in a Class Action concerning my Property. At this time you have NO AUTHORIZATION to speak on my behalf. All correspondence should be forwarded to my Counsel at Baker Sterchi Cowden & Rice LLC.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** msn.com>
>> **Date:** March 4, 2014 at 9:02:07 PST
>> **To:** Gordon Woodley <woodley@gmail.com>
>> **Subject: Re: Ms. McCulley's False & Misleading Email re. Gordon Woodley as Personal Counsel**
>>
>> Greetings Mr. Woodley,
>> Both Tracy and I appreciate all the energies, strategies, and expense put forth into this acquisition of our Property without our consent by the Port of Seattle and King County. We do not have the time or resources to facilitate a conclusion in our favor against the never ending wasteful tax funded litigation machine that those entities have become. Thank you for all your hard work.
>> Paul D Gibbons
>> 5625 Pleasure Point Lane
>> Bellevue, WA. 98006
>> atopgibbons@msn.con
>> 206-910-9946

1

Sent from my iPhone

On Mar 3, 2014, at 13:58, Gordon Woodley <woodley@gmail.com> wrote:

> Friends, Neighbors, and Kittinger Deed Claimants--
>
> I have earned a good reputation as an attorney with integrity. But today, my good name is being besmirched by Ms. McCulley's false and misleading email which she sent to you (but did not have the courtesy or professionalism to send it to me or my wife).
>
> Ms. McCulley's email falsely claims that I have "never been your personal counsel". She knows better that.
>
> I will send you her law firm's association and fee agreement which was accepted by me in 2009 under which
> certain attorney fees would be shared equally.
>
> I will also send you the Notice of Association representing you in the capacity as "Personal Counsel" which was presented to and accepted by the Court in this case.
>
> I have been working on your behalf in this case since 2009. That's the truth.
>
> It appears that Ms. McCulley is attempting to undermine me and my work on your behalf, by outright lying to you. It is up to each of us to stand up and speak the truth.
>
> None of this is going to delay payment of your compensations claims. It may delay payment of attorney fees, but this lawyer dust-up will not delay payment to you. I will be asking the Court to make sure that your claims are paid quickly and directly from the United States Treasury.
>
> Thank you for allowing me to speak the truth. Please feel free to call me with any questions or comments.
> 425-453-2000 or 425-802-14000.
>
> Gordon Woodley
> Personal Counsel

2

Copy to Liz McCulley

--

Gordon Woodley

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

**Elizabeth G. McCulley**

| | |
|---|---|
| From: | ~~~~~~~~~~@msn.com> |
| Sent: | Tuesday, March 04, 2014 5:39 PM |
| To: | Elizabeth G. McCulley |
| Subject: | Thank You! |

Greetings!
I just wanted to drop a note regarding your work on the Class Action that you have pursued for us these past 5 (!) years. I did communicate with "Gordon" by MISTAKE thinking he was Tom. See two attached correspondence below that should explain clearly my mistake, and my rectification.
Thank you for all your work on this Class Action. And the note to " Gordon" is how I feel, and thus the KUDOS should be awarded to Tom.
Now, upon completion of the Surface Rights/Ownership Action, hopefully, your group would be interested in the next phase regarding the Overhead Rights traversing our Property. I have mentioned this to Tom at the time of delivery of our Class Agreement Statement.
Puget Sound Energy is attempting to upgrade the Electrical Grid with 230KV Transmission Lines along the old BNSF corridor and our Properties. This may have already been brought to your attention. Here is a note from a Neighbor with Links to the PSE website and background info about the construction that is to occur. If this is within the Firms umbrella of expertise, I would find it very accommodating to continue the next phase with your Firm.
Thank you again for your work on this RR Project.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

1

## Elizabeth G. McCulley

| | |
|---|---|
| **From:** | @msn.com> |
| **Sent:** | Monday, March 03, 2014 11:51 AM |
| **To:** | Elizabeth G. McCulley |
| **Subject:** | Re: [URGENT] Haggart v. US  - Sather Consent |

Do you have emails for all homeowners in the case? I can't find a previous lake lanes communication email that contains everyone's address. I'm willing to pose some questions in an open forum. Gordon's mail seemingly asks that we recognize him as our personal counsel, authorize him to act on our behalf, and approve BSCR L.L.C to split attorney fees with Gordon Woodley Law equally as private counsel. I'll try to scan/fax the current letter he is trying to get homeowners to sign/approve. Please send me your fax in case I have problems scanning to PDF.

-Jim


**From:** Elizabeth G. McCulley
**Sent:** Monday, March 3, 2014 8:54 AM
**To:** 'Jim Sather'
**Cc:** Thomas S. Stewart
**Subject:** RE: [URGENT] Haggart v. US - Sather Consent

Spread the word.  Do not give him any information or sign anything for Woodley, he has no right to ask landowners to do this.  We have an agreement with him that he breached in many ways and so he is trying another avenue.  Please scan in and email me the letter he sent. Call me.  816-448-9395 or 816-585-7076.
Thanks Jim!!
Liz



**Elizabeth G. McCulley**
Baker Sterchi Cowden & Rice LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
direct 816.448.9395 | main 816.471.2121
fax 816.472.0288 | Profile



**From:** Jim Sather [mailto:jimsa@msn.com]
**Sent:** Monday, March 03, 2014 10:33 AM
**To:** Elizabeth G. McCulley
**Subject:** [URGENT] Haggart v. US - Sather Consent

Elizabeth,

1

We received a letter from Gordon Woodley on Gordon Woodley Law letterhead Saturday 3/2 regarding the Haggart Claim. All previous official written communications in this case have come from Baker Sterchi Cowden & Rice L.LC. In the Letter from Gordon Woodley Law, in addition to asking for transparency in review and approval of the 30% attorneys fees (something I thought we already agreed to), the letter asks homeowners to approve of an equal spilt of the 30% attorney fees between personal counsel and general counsel. We have two concerns about this:

1.) We have no recollection or documentation that we are aware of where we agreed to have Gordon Woodley Law represent us as personal counsel. We do recall paperwork from Baker Sterchi Cowden & Rice L.L.C. (BSCR) that indicated that BSCR was working with Mr. Woodley locally. Perhaps that indicated that he would be local representative, but we don't recall agreeing that he was our personal counsel. If you have an agreement that indicates otherwise, please let us know.

2.) While we would like full transparency on how the appraisal calculations and settlement numbers were derived, as homeowners we really have no interest in how the attorneys fees are split between personal and general counsel. That would be an agreement that is reached between personal and general counsel, and should not involve the homeowners. Again, as I said, I don't believe we ever entered into any agreement with Gordon Woodley Law recognizing him as personal counsel.

Something about this seems askew and we are becoming concerned that what we are really observing is some sort of dispute between BSCR L.L.C. and Gordon Woodley Law on how the 30% attorneys fees are disbursed. Can you please comment on this? Is there a disagreement between BSCR and Gordon Woodley Law? We are puzzled as to why we would be asked to approve attorney fees sharing between private and general counsel.

Also, please let us know if in the paperwork we signed with BSCR L.L.C., if we also agreed to have Mr. Gordon Woodley represent us as personal counsel. We have no recollection of that.

Thank you,
Jim & Kelly Sather


**From:** Jim Sather
**Sent:** Sunday, October 6, 2013 3:49 PM
**To:** mcculley@bscr-law.com
**Subject:** Haggart v. US - Sather Consent

Hi Elizabeth,

Here is our consent document, scanned to PDF. Please confirm receipt.

Thanks!

Jim & Kelly Sather

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This e-mail and any attached file(s) are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, forwarding or copying of the contents of this e-mail, the information herein or hereto attached is prohibited, except by the intended recipient, an employee or agent responsible for delivering the message to the intended recipient. If you have received this e-mail in error, please notify the sender via e-mail or at the phone number provided in the signature block to this message. Thank you.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---