# Elizabeth G. McCulley

| | |
|---|---|
| **From:** | Gordon Woodley <woodley@gmail.com> |
| **Sent:** | Monday, March 03, 2014 3:58 PM |
| **To:** | drmike@chanclinics.com; baseballchemistry@gmail.com; skipB1126@gmail.com; steve@trueretirement.com; solarcentril@comcast.net; jbruntseattle@gmail.com; gretchbill@msn.com; D J Crispin; airjunky@comcast.net; Bill Curley; curtdickerson@comcast.net; harrydursch@msn.com; Star Evans; mfedigan@sprynet.com; pfergen@comcast.net; teresa.gallow@mswired.com; atopgibbons@msn.com; denise.harris@comcast.net; jhowell54@comcast.net; pschafter@starbucks.com; pjschafer3@hotmail.com; jakeent@aol.com; dean.johnson3@comcast.net; ej_jones@hotmail.com; kkaiser-sea@gmail.com; Scott & Kathy Kaseburg; t.kimsey@comcast.net; paragrego@aol.com; Frances Lee; nacseung@gmail.com; bud@budlofgren.com; suelong@syr.edu; crlyons@hotmail.com; rjmacywe2@comcast.net; CCC Mansfield; fmiller09@comcast.net; markc@okigroup.com; kirstin@metropolitancontracting.com; tonroly@gmail.com; galina.sweetie@gmail.com; jimsa@msn.com; stu.simpson@comcast.net; ssmolinske@rainerrubber.com; jimstrang@msn.com; charland.l@hotmail.com; Allison Webb; lucarellip@comcast.net; juliamike@comcast.net |
| **Cc:** | Elizabeth G. McCulley |
| **Subject:** | Ms. McCulley's False & Misleading Email re. Gordon Woodley as Personal Counsel |

Friends, Neighbors, and Kittinger Deed Claimants--

I have earned a good reputation as an attorney with integrity. But today, my good name is being besmirched by Ms. McCulley's false and misleading email which she sent to you (but did not have the courtesy or professionalism to send it to me or my wife).

Ms. McCulley's email falsely claims that I have "never been your personal counsel". She knows better that.

I will send you her law firm's association and fee agreement which was accepted by me in 2009 under which certain attorney fees would be shared equally.

I will also send you the Notice of Association representing you in the capacity as "Personal Counsel" which was presented to and accepted by the Court in this case.

I have been working on your behalf in this case since 2009. That's the truth.

It appears that Ms. McCulley is attempting to undermine me and my work on your behalf, by outright lying to you. It is up to each of us to stand up and speak the truth.

None of this is going to delay payment of your compensations claims. It may delay payment of attorney fees, but this lawyer dust-up will not delay payment to you. I will be asking the Court to make sure that your claims are paid quickly and directly from the United States Treasury.

Thank you for allowing me to speak the truth. Please feel free to call me with any questions or comments. 425-453-2000 or 425-802-14000.

Gordon Woodley
Personal Counsel



EXHIBIT
D

Copy to Liz McCulley

--

Gordon Woodley

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---