**Elizabeth G. McCulley**

| | |
|---|---|
| From: | Thomas S. Stewart |
| Sent: | Monday, March 03, 2014 5:04 PM |
| To: | Gordon Woodley (woodley@gmail.com) |
| Cc: | Elizabeth G. McCulley; 'drmike@chanclinics.com'; 'baseballchemistry@gmail.com'; 'skipB1126@gmail.com'; 'steve@trueretirement.com'; 'solarcentril@comcast.net'; 'jbruntseattle@gmail.com'; 'gretchbill@msn.com'; 'djcrispin@comcast.net'; 'airjunky@comcast.net'; 'curleymon@comcast.net'; 'curtdickerson@comcast.net'; 'harrydursch@msn.com'; 'starevans@msn.com'; 'mfedigan@sprynet.com'; 'pfergen@comcast.net'; 'teresa.gallow@mswired.com'; 'atopgibbons@msn.com'; 'denise.harris@comcast.net'; 'jhowell54@comcast.net'; 'pschafter@starbucks.com'; 'pjschafer3@hotmail.com'; 'jakeent@aol.com'; 'dean.johnson3@comcast.net'; 'ej_jones@hotmail.com'; 'dean.johnson3@comcast.net'; 'kkaiser-sea@gmail.com'; 'kaseburg@comcast.net'; 't.kimsey@comcast.net'; 'paragrego@aol.com'; 'frances.lee@comcast.net'; 'nacseung@gmail.com'; 'bud@budlofgren.com'; 'suelong@syr.edu'; 'crlyons@hotmail.com'; 'rjmacywe2@comcast.net'; 'CCCM@comcast.net'; 'fmiller09@comcast.net'; 'markc@okigroup.com'; 'kirstin@metropolitancontracting.com'; 'tonroly@gmail.com'; 'galina.sweetie@gmail.com'; 'jimsa@msn.com'; 'stu.simpson@comcast.net'; 'ssmolinske@rainerrubber.com'; 'jimstrang@msn.com'; 'charland.l@hotmail.com'; 'webbyalison@aol.com'; 'lucarellip@comcast.net'; 'juliamike@comcast.net' |
| Subject: | RE: Haggart - Settlement Status and Gordon Woodley Letter - Please Read This Email Promptly |

Gordon, you have apparently done it again, not once, but twice—you sent or delivered a totally inappropriate letter to at least some of the Kittinger claimants and then followed that up with a totally inappropriate and misleading e-mail to all of the Kittinger claimants in response to Liz's e-mail putting your original letter in proper context. Simply put, there is nothing false or misleading about Liz's e-mail in response to your original letter. In fact, the vast majority of all of the Kittinger claimants that we have talked with do not have any idea of who you are or any knowledge whatsoever of your purported involvement.

You are not "personal counsel" to any of the Kittinger claimants, except perhaps yourself, and you should know that by now. The Notice of Association you refer to was filed with the Court, but it hasn't been accepted by the Court or anyone. If you have any signed engagement letter with any Kittinger claimant, please produce it at once. If you don't, please stop interfering with these Class Members and please stop asking inappropriate, untimely, and misleading questions to them!! We have repeatedly told you and explained that EVERY Kittinger landowner, except you, has already consented to the proposed settlement and your statements and questions about their informed consent are totally inappropriate both legally and factually.

Any issue that you possibly have at this point is with BSCR and does not involve these Class Members in any way, shape or form. If you have any continuing doubt about your role in this litigation or the status of our purported fee-sharing agreement, I direct your attention to Eng v. Cummings, McClorey, Davis & Acho, 611 F.3d 428 (8th Cir. 2010), and all of the cases cited therein, which clearly and unequivocally states that the purported fee-sharing agreement to which you refer is totally unenforceable as a matter of law. You should know that as a lawyer, but even if you don't, your attempts to backdoor a client relationship at this point or to bootstrap an argument for quantum meruit based on the merits of your involvement are laughable.

I won't waste everybody's time going through the purported questions that you would like answered because each and every one of them is false and misleading at best. Suffice it to say that the formal Court-

EXHIBIT E

approved Notice is being mailed today, which is actually the third time at least that EVERY Class Member in this case has received information about their individual claims. The fact that EVERY Class Member has already consented, and all they have to do now is wait to get paid, demonstrates the lunacy of your new approach. I am happy to see in your e-mail that you will not attempt to delay payment to these folks or to anyone, but that is exactly the risk surrounding your inappropriate and misleading letter and message. You have the right to object and/or to talk at the fairness hearing, and we would frankly welcome that discussion in front of Judge Lettow, but you have no right to interfere with the Court's Notice or the approval process which is now nearing the end.

As I said, the final Notice, announcing the fairness hearing on March 28, is now in the mail. Please do not do anything further to interfere in any fashion with that process and please to not have any further discussions with any of these Class Members in any capacity. If you wish to discuss anything further with me, in either your capacity as a lawyer or as a Class member, as I have repeatedly offered, I am here and I am willing as Class Counsel.

**From:** Gordon Woodley [mailto:woodley@gmail.com]
**Sent:** Monday, March 03, 2014 3:58 PM
**To:** drmike@chanclinics.com; baseballchemistry@gmail.com; skipB1126@gmail.com; steve@trueretirement.com; solarcentril@comcast.net; jbruntseattle@gmail.com; gretchbill@msn.com; D J Crispin; airjunky@comcast.net; Bill Curley; curtdickerson@comcast.net; harrydursch@msn.com; Star Evans; mfedigan@sprynet.com; pfergen@comcast.net; teresa.gallow@mswired.com; atopgibbons@msn.com; denise.harris@comcast.net; jhowell54@comcast.net; pschafter@starbucks.com; pjschafer3@hotmail.com; jakeent@aol.com; dean.johnson3@comcast.net; ej_jones@hotmail.com; kkaiser-sea@gmail.com; Scott & Kathy Kaseburg; t.kimsey@comcast.net; paragrego@aol.com; Frances Lee; nacseung@gmail.com; bud@budlofgren.com; suelong@syr.edu; crlyons@hotmail.com; rjmacywe2@comcast.net; CCC Mansfield; fmiller09@comcast.net; markc@okigroup.com; kirstin@metropolitancontracting.com; tonroly@gmail.com; galina.sweetie@gmail.com; jimsa@msn.com; stu.simpson@comcast.net; ssmolinske@rainerrubber.com; jimstrang@msn.com; charland.l@hotmail.com; Allison Webb; lucarellip@comcast.net; juliamike@comcast.net
**Cc:** Elizabeth G. McCulley
**Subject:** Ms. McCulley's False & Misleading Email re. Gordon Woodley as Personal Counsel

Friends, Neighbors, and Kittinger Deed Claimants--

I have earned a good reputation as an attorney with integrity. But today, my good name is being besmirched by Ms. McCulley's false and misleading email which she sent to you (but did not have the courtesy or professionalism to send it to me or my wife).

Ms. McCulley's email falsely claims that I have "never been your personal counsel". She knows better that.

I will send you her law firm's association and fee agreement which was accepted by me in 2009 under which certain attorney fees would be shared equally.

I will also send you the Notice of Association representing you in the capacity as "Personal Counsel" which was presented to and accepted by the Court in this case.

I have been working on your behalf in this case since 2009. That's the truth.

It appears that Ms. McCulley is attempting to undermine me and my work on your behalf, by outright lying to you. It is up to each of us to stand up and speak the truth.

None of this is going to delay payment of your compensations claims. It may delay payment of attorney fees, but this lawyer dust-up will not delay payment to you. I will be asking the Court to make sure that your claims are paid quickly and directly from the United States Treasury.

Thank you for allowing me to speak the truth. Please feel free to call me with any questions or comments.
425-453-2000 or 425-802-14000.

Gordon Woodley
Personal Counsel

Copy to Liz McCulley

---

**From:** Elizabeth G. McCulley
**Sent:** Monday, March 03, 2014 2:31 PM
**To:** 'drmike@chanclinics.com'; 'baseballchemistry@gmail.com'; 'skipB1126@gmail.com'; 'steve@trueretirement.com'; 'solarcentril@comcast.net'; 'jbruntseattle@gmail.com'; 'gretchbill@msn.com'; 'djcrispin@comcast.net'; 'airjunky@comcast.net'; 'curleymon@comcast.net'; 'curtdickerson@comcast.net'; 'harrydursch@msn.com'; 'starevans@msn.com'; 'mfedigan@sprynet.com'; 'pfergen@comcast.net'; 'teresa.gallow@mswired.com'; 'atopgibbons@msn.com'; 'denise.harris@comcast.net'; 'jhowell54@comcast.net'; 'pschafter@starbucks.com'; 'pjschafer3@hotmail.com'; 'jakeent@aol.com'; 'dean.johnson3@comcast.net'; 'ej_jones@hotmail.com'; 'dean.johnson3@comcast.net'; 'kkaiser-sea@gmail.com'; 'kaseburg@comcast.net'; 't.kimsey@comcast.net'; 'paragrego@aol.com'; 'frances.lee@comcast.net'; 'nacseung@gmail.com'; 'bud@budlofgren.com'; 'suelong@syr.edu'; 'crlyons@hotmail.com'; 'rjmacywe2@comcast.net'; 'CCCM@comcast.net'; 'fmiller09@comcast.net'; 'markc@okigroup.com'; 'kirstin@metropolitancontracting.com'; 'tonroly@gmail.com'; 'galina.sweetie@gmail.com'; 'jimsa@msn.com'; 'stu.simpson@comcast.net'; 'ssmolinske@rainerrubber.com'; 'jimstrang@msn.com'; 'charland.l@hotmail.com'; 'webbyalison@aol.com'; 'lucarellip@comcast.net'; 'juliamike@comcast.net'
**Cc:** Thomas S. Stewart
**Subject:** Haggart - Settlement Status and Gordon Woodley Letter - Please Read This Email Promptly
**Importance:** High

Hi everyone,

I have some good news and some bad news. The good news is that all of you have consented to the settlement and the settlement has government approval and preliminary Court approval. In fact, almost every single landowner has signed their consent. We only have about half a dozen left to obtain out of hundreds and only one of them is in your group (Gordon Woodley). We started the payment process with the Treasury early (providing all SSN/TINs to speed up the process.) The fairness hearing has been set for March 28 and you will receive formal notice which is being sent out today. With good luck, you will be paid by early summer and hopefully by the end of May.

Thus far, we have not received even one objection. We do not want any glitches at the fairness hearing, which brings me to Gordon Woodley. Gordon Woodley has yet to consent to the settlement. It has come to our attention that Gordon Woodley has provided at least one landowner a letter misrepresenting that he is your personal counsel and requesting you consent to a certain fee split with our firm. It is our strong recommendation that you **DO NOT SIGN anything for Gordon Woodley and do not respond to his questions in any manner**. He is apparently attempting to gain your settlement information through this means. He has never been your personal counsel and none of you engaged him as your counsel in this Class Action, you engaged my firm as your counsel. If you have any questions, please give me or Tom Stewart a call. Liz direct = 816-448-9394, cell = 816-585-7076; Tom direct = 816-448-9368, cell = 816-674-4158.

Thanks so much and as always, it is our pleasure to represent you.

Liz