# In the United States Court of Federal Claims

No. 09-103 L

**DANIEL and KATHY HAGGART,**
**Husband and Wife, For Themselves**
**and As Representatives of a Class of**
**Similarly Situated Persons, et al.**

                                                    **JUDGMENT**

v.

**THE UNITED STATES**

      Pursuant to the court's Opinion and Order, filed May 21, 2014, granting the parties' joint motion for approval of settlement, and granting in part, plaintiffs' motion for court approval of fees and proposed division of common fund,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered for plaintiffs in the total amount of $140,541,218.69, consisting of $137,961,218.69 in principal and interest for prevailing class members and $2,580,000 for attorneys' fees and litigation costs awarded pursuant to the Uniform Relocation Act, assuming that these amounts are paid by the Judgment Fund on May 31, 2014. The judgment is payable to class counsel for distribution to the class according to the terms of the court's opinion and order and the parties' settlement agreement. Class counsel shall retain $660,000.00 in litigation costs and expenses and $1,920,000.00 in statutorily awarded attorneys' fees. The resulting common fund of $137,961,218.69 consists of the principal and interest and does not include statutorily awarded costs or attorneys' fees. Class counsel is entitled to, and shall retain, $33,172,243.74 of the common fund as a contingent fee.

      If payment by the government is made before May 31, 2014, the total interest paid shall be reduced using the same method of interest computation as that employed for the previously stated interest amount at an annual interest rate of 4.2%. If payment is made after May 31, 2014, the total interest paid shall be increased using the same method and interest rate. The contingent fee to which class counsel is entitled shall be adjusted accordingly.

      The claims of those class members respecting which the government has previously been granted summary judgment on liability are dismissed, as are those whose claims are not listed for an award in the settlement agreement.

                Hazel C. Keahey
                Clerk of Court

**May 21, 2014**       By: s/ Debra L. Samler

                Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.