IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 09-103L

(Filed: May 23, 2014)

| | |
|---|---|
| Daniel and Kathy HAGGART for themselves and as representatives of a class of similarly situated individuals, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

ORDER

     Pending before the court is plaintiffs' Unopposed Motion to Amend the Judgment. Plaintiffs seek to substitute Annice Seelig, Jack R. Burns, Raylah Holm, Marsele Burns, Jack Ross Burns, and Martin A. Seelig, as trustees of the Selom F. Burns Testamentary Trust, for Gary Volchok, Trustee, IRA Account, Estate of Albert B. Lebenzon, in the approved settlement agreement. The court cannot alter the settlement agreement. Accordingly, plaintiffs' motion is DENIED.

     At a hearing held today, however, the parties stipulated and agreed on the record as follows: (1) the settlement agreement identifies the owner of parcel number 2025059102 as Gary Volchok, Trustee, IRA Account, Estate of Albert B. Lebenzon; (2) Mr. Volchok as trustee holds a ground lease in the subject property, not a fee interest; (3) the real parties in interest for parcel number 2025059102 are Annice Seelig, Jack R. Burns, Raylah Holm, Marsele Burns, Jack Ross Burns, and Martin A. Seelig, as trustees of the Selom F. Burns Testamentary Trust; (4) Mr. Volchok as trustee does not dispute that he only holds a ground lease in the parcel; and (5) class counsel shall make payment to the real parties in interest for parcel number 2025059102; *i.e.*, Annice Seelig, Jack R. Burns, Raylah Holm, Marsele Burns, Jack Ross Burns, and Martin A. Seelig, as trustees of the Selom F. Burns Testamentary Trust.

     It is so ORDERED.

                                          s/ Charles F. Lettow
                                          Charles F. Lettow
                                          Judge