IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 09-103L

(Filed: May 13, 2016)

| | |
|---|---|
| Daniel and Kathy HAGGART for themselves and as representatives of a class of similarly situated individuals, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

      Pending before the court is Plaintiffs' Motion for an Expedited Status Conference and an Order Directing the Form of Notice to be Provided to the Class in Compliance with the Federal Circuit's April 20, 2016 Order.  ECF No. 209.  The government has filed an opposition to this motion, noting that a motion is pending before the Federal Circuit for enforcement of the Federal Circuit's April 20, 2016 order.  ECF No. 210.  For that reason, plaintiffs' motion is DENIED.

      It is so ORDERED.

                                      s/ Charles F. Lettow
                                      Charles F. Lettow
                                      Judge